**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAMP MYSTIC, LLC, *et al.*,[1] | Case No. 26-90621(CML) |
| Debtors. | (Joint Administration Request Forthcoming) |

**NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASE**

The above-captioned bankruptcy case was filed on June 24, 2026. The undersigned proposed counsel believes that this chapter 11 case qualifies as a complex chapter 11 bankruptcy case because:

<u>X</u>     The Debtors' total debt exceeds $10 million;

<u>X</u>     There are more than 50 parties in interest in these chapter 11 cases;

___     Claims against the Debtors are publicly traded; or

___     Other.

Accordingly, the Debtors respectively request entry of an order substantially in the form attached as **Exhibit A** (the "***Proposed Order***") granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

*(Remainder of page intentionally blank)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

Dated:  June 24, 2026
       Houston, TX

Respectfully submitted,

*/s/ Martin Sosland*
Martin Sosland (State Bar No. 18855645)
Candice M. Carson (State Bar No. 24074006)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4600W
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: martin.sosland@vkhh.com
     candice.carson@vkhh.com

- **AND** -

Jeff P. Prostok (State Bar No. 16352500)
Emily S. Chou (State Bar No. 24006997)
Suzanne K. Rosen (State Bar No. 00798518)
Lynda L. Lankford (State Bar No. 11935020)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vkhh.com
     emily.chou@vkhh.com
     suki.rosen@vkhh.com
     lynda.lankford@vkhh.com

*Proposed Counsel to Debtors and*
*Debtors-in-Possession*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 24, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Martin Sosland*
Martin Sosland