**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAMP MYSTIC, LLC, *et al.*,[1] | Case No. 26-90621(CML) |
| Debtors. | (Joint Administration Request Forthcoming) |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) in the above-captioned cases as counsel to **CAMP MYSTIC, LLC** and its debtor affiliates, and request that, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, all notices given or required to be given in this case be given and served upon:

> Mary Taylor Stanberry
> **VARTABEDIAN KATZ HESTER & HAYNES LLP**
> 301 Commerce Street, Suite 2200
> Fort Worth, Texas 76102
> Telephone: (817) 214-4990
> mary.stanberry@vkhh.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, electronically or otherwise filed or served with regard to the referenced cases and proceedings therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

Dated:  June 24, 2026                              Respectfully submitted,

                                           */s/ Mary Taylor Stanberry*
                                           Mary Taylor Stanberry (State Bar No. 24143781)
                                           **VARTABEDIAN KATZ HESTER & HAYNES LLP**
                                           301 Commerce Street, Suite 2200
                                           Fort Worth, Texas 76102
                                           Telephone: (817) 214-4990
                                           Email:  mary.stanberry@vkhh.com

                                           *Proposed Counsel to Debtors and*
                                           *Debtors-in-Possession*

## CERTIFICATE OF SERVICE

On June 24, 2026, a true and correct copy of the foregoing document was served on all persons receiving notice and service of pleadings through the Court's CM/ECF system.

*/s/ Mary Taylor Stanberry*
Mary Taylor Stanberry