**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CAMP MYSTIC, LLC,[1] | § | Case No. 26-90621 (CML) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |

**ORDER GRANTING DEBTORS'
<u>EMERGENCY MOTION FOR JOINT ADMINISTRATION</u>**

Upon the *Debtors' Emergency Motion for Joint Administration* (the "***Motion***")[2] dated

June 24, 2026, filed by the above-captioned debtors and debtors-in-possession, for entry of an

order pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint

administration of the Debtors' chapter 11 cases for procedural purposes only, all as more fully set

forth in the Motion; and it appearing that the Court has jurisdiction over this matter; and it

appearing that due notice of the Motion has been provided and that no other or further notice need

be provided; and it further appearing that the relief requested in the Motion is in the best interest

of the Debtors and their estates and creditors; and upon all of the proceedings had before the court;

and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby **GRANTED**.

2. The above captioned cases be and hereby are, jointly administered by this Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

[2] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Motion.

for procedural purposes only and shall not be a substantive consolidation of the respective estates.

3.	All orders, pleadings, papers and documents except proofs of claims shall be filed and docketed in the Camp Mystic, LLC, chapter 11 case, Case No. 26-90621 (CML) (the "**Lead Case**").

4.	All proofs of claim shall be filed and docketed under the case number representing the estate in which the claim is made, and a creditor of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate.

5.	The Debtors shall each file separate Monthly Operating Reports ("**MORs**") in the Lead Case.

6.	The Debtors shall each file their own Schedules of Assets and Liabilities, Statement of Financial Affairs, and List of Equity Security Holders (collectively, the "**Schedules**").

7.	All hearings in these jointly administered cases shall be joint hearings unless otherwise specified.

8.	One disclosure statement and plan of reorganization may be (but is not required to be) filed for the Debtors' cases by any plan proponent.

9.	All pleadings, papers, and documents, except proofs of claim, MORs, and Schedules filed in the jointly administered cases shall bear the caption of the jointly administered cases and shall be listed as shown in **Exhibit A** (attached).

10.	The caption as shown in **Exhibit A** satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

11. A docket entry, substantially similar as shown in **Exhibit B** (attached), shall be entered on the docket of each of the Debtors to reflect the joint administration of these chapter 11 cases.

12. Counsel for the Debtors shall file a certificate of service with the Clerk of Court after completing service of this Order on the United States Trustee and the Master Service List.

13. The Debtors are authorized to take all action necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

14. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Signed: June ___, 2026
Houston, Texas

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CAMP MYSTIC, LLC,[1] | § | |
| | § | Case No. 26-90621 (CML) |
| Debtors. | § | |
| | § | (Jointly Administered) |
| | § | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

# **EXHIBIT B**

An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1015-1 of the Bankruptcy Local Rules for the Southern District of Texas directing joint administration of the chapter 11 cases of: Camp Mystic, LLC, Case No. 26-90621 (CML); Natural Fountains Properties, Inc., Case No. 26-90622 (CML); Mystic Camps Management, LLC, Case No. 26-90623, (CML); and Mystic Camps Family Partnership, Ltd., Case No. 26-90624 (CML). **All further pleadings and other papers shall be filed, and all further docket entries shall be made, in Case No. 26-90621 (CML).**