Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Camp Mystic, LLC** |
| United States Bankruptcy Court for the: | **Southern District of Texas** |
| Case number (if known): | **26-90621** |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| 2 | Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| 3 | Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| 4 | Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| 5 | Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| 6 | Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| 7 | Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| 8 | Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |

Debtor **Camp Mystic, LLC**                                  Case number *(if known)*    **26-90621**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| Name on file Address on file | Contact on file | Tuition Deposit | | | | $4,084.00 |
| Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |

| Debtor | **Camp Mystic, LLC** | Case number *(if known)* | **26-90621** |
| --- | --- | --- | --- |
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | Name on file  Address on file | Contact on file | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 22 | Name on file  Address on file | R. Paul Yetter  YETTER COLEMAN LLP  811 Main Street, Suite 4100  Houston, Texas 77002  Telephone: (713) 632-8000  pyetter@yettercoleman.com | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 23 | Name on file  Address on file | R. Paul Yetter  YETTER COLEMAN LLP  811 Main Street, Suite 4100 Houston, Texas 77002 Telephone: (713) 632-8000 pyetter@yettercoleman.com | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 24 | Name on file  Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| 25 | Name on file  Address on file | W. Mark Lanier  LANIER LAW FIRM, P.C.  10940 W. Sam Houston Pkwy N., Suite 100  Houston, TX 77064  Telephone: (713) 659-520  Mark.lanier@lanierlawfirm.com | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 26 | Name on file  Address on file | Contact on file | Tuition Deposit | | | | $1,600.00 |
| 27 | Name on file  Address on file | Contact on file | Tuition Deposit | | | | $2,409.00 |
| 28 | Name on file  Address on file | John W. Stevenson, Jr.  STEVENSON & MURRAY  24 Greenway Plaza, Suite 750  Houston, Texas 77046  Telephone: (713) 622-3223  jstevenson@stevensonmurray.com | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 29 | Name on file  Address on file | W. Mark Lanier  LANIER LAW FIRM, P.C.  10940 W. Sam Houston Pkwy N., Suite 100  Houston, TX 77064  Telephone: (713) 659-520  Mark.lanier@lanierlawfirm.com | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 30 | Name on file  Address on file | Contact on file | Tuition Deposit | | | | $1,946.50 |
| 31 | Name on file  Address on file | Contact on file | Tuition Deposit | | | | $1,600.00 |
| 32 | Name on file  Address on file | W. Mark Lanier  LANIER LAW FIRM, P.C.  10940 W. Sam Houston Pkwy N., Suite 100  Houston, TX 77064  Telephone: (713) 659-520  Mark.lanier@lanierlawfirm.com | Tort Claim | Unliquidated, Disputed | | | Unknown |

Debtor   **Camp Mystic, LLC**                                    Case number *(if known)*    **26-90621**

Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 33 | Name on file<br>Address on file | W. Mark Lanier<br>LANIER LAW FIRM, P.C.<br>10940 W. Sam Houston Pkwy N., Suite 100<br>Houston, TX 77064<br>Telephone: (713) 659-520<br>Mark.lanier@lanierlawfirm.com | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 34 | Name on file<br>Address on file | Kurt B. Arnold<br>ARNOLD & ITKIN LLP<br>6009 Memorial Drive<br>Houston, Texas 77007<br>Tel: 713.222.3800<br>karnold@arnolditkin.com | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 35 | Name on file<br>Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| 36 | Name on file<br>Address on file | W. Mark Lanier<br>LANIER LAW FIRM, P.C.<br>10940 W. Sam Houston Pkwy N., Suite 100<br>Houston, TX 77064<br>Telephone: (713) 659-520<br>Mark.lanier@lanierlawfirm.com | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 37 | Name on file<br>Address on file | R. Paul Yetter<br>YETTER COLEMAN LLP<br>811 Main Street, Suite 4100<br>Houston, Texas 77002<br>Telephone: (713) 632-8000<br>pyetter@yettercoleman.com | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 38 | Name on file<br>Address on file | Contact on file | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 39 | Name on file<br>Address on file | Contact on file | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 40 | Name on file<br>Address on file | Contact on file | Tuition Deposit | | | | $2,409.00 |
| 41 | Name on file<br>Address on file | W. Mark Lanier<br>LANIER LAW FIRM, P.C.<br>10940 W. Sam Houston Pkwy N., Suite 100<br>Houston, TX 77064<br>Telephone: (713) 659-520<br>Mark.lanier@lanierlawfirm.com | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 42 | Name on file<br>Address on file | R. Paul Yetter<br>YETTER COLEMAN LLP<br>811 Main Street, Suite 4100<br>Houston, Texas 77002<br>Telephone: (713) 632-8000<br>pyetter@yettercoleman.com | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 43 | Name on file<br>Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| 44 | Name on file<br>Address on file | Contact on file | Tort Claim | Unliquidated, Disputed | | | Unknown |

Debtor   **Camp Mystic, LLC**                                     Case number *(if known)*   _____ **26-90621**

Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 45 | Name on file Address on file | R. Paul Yetter YETTER COLEMAN LLP 811 Main Street, Suite 4100 Houston, Texas 77002 Telephone: (713) 632-8000 pyetter@yettercoleman.com | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 46 | Name on file Address on file | Contact on file | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 47 | Name on file Address on file | Contact on file | Tuition Deposit | | | | $3,684.00 |
| 48 | Name on file Address on file | R. Paul Yetter YETTER COLEMAN LLP 811 Main Street, Suite 4100 Houston, Texas 77002 Telephone: (713) 632-8000 pyetter@yettercoleman.com | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 49 | Name on file Address on file | Contact on file | Tuition Deposit | | | | $2,409.00 |
| 50 | Name on file Address on file | Randy R. Howry HOWRY BREEN & HERMAN, L.L.P. 1900 Pearl Street Austin, Texas 78705 512.474.7300 rhowry@howrybreen.com | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 51 | Name on file Address on file | R. Paul Yetter YETTER COLEMAN LLP 811 Main Street, Suite 4100 Houston, Texas 77002 Telephone: (713) 632-8000 pyetter@yettercoleman.com | Tort Claim | Unliquidated, Disputed | | | Unknown |
| 52 | Name on file Address on file | Bradley E. Beckworth NIX PATTERSON, LLP 8701 Bee Cave Road Seven Oaks East, Suite 500 Austin, Texas 78746 Telephone: (512) 328-5333 bbeckworth@nixlaw.com | Tort Claim | Unliquidated, Disputed | | | Unknown |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Fill in this information to identify the case:

Debtor name         **Camp Mystic, LLC**

United States Bankruptcy Court for the:

        **Southern District of Texas**

Case number (if known):     **26-90621**

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐    *Amended Schedule* _____

☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form

☐    204)

       Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/26/2026**
           MM/ DD/ YYYY

**X**  **/s/ Edward S. Eastland**
    Signature of individual signing on behalf of debtor

    **Edward S. Eastland**
    Printed name

    **Manager**
    Position or relationship to debtor

Official Form B202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**