**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAMP MYSTIC, LLC, *et al.*,[1] | Case No. 26-90621 (CML) |
| Debtors. | (Joint Administration Pending) |

**NOTICE OF EMERGENCY HEARINGS**

**PLEASE TAKE NOTICE** that emergency hearings will be held on the following matters on **Tuesday, June 30th, 2026, at 9:00 a.m. (prevailing Central Time)** (the "**Emergency Hearings**") before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Avenue, Courtroom 402, 4th floor, Houston, Texas 77002:

1. *Debtor's Emergency Motion for Entry of an Order (I) Directing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief* [Dkt. No. 12];

2. *Emergency Motion for Order Authorizing the Debtors to Pay Pre-Petition Wages, Employment Taxes, Other Employee-Benefit Obligations, and Granting Related Relief* [Dkt. No. 14]; and

In accordance with Sections A and I of the *Procedures for Complex Cases in the Southern District of Texas* (the "**Complex Case Procedures**"), the Emergency Hearings shall be held *virtually only*. The Court will use both audio and video communication. If you want to see the documents as presented to the Court and hear the proceeding, you should be (i) dialed in through the audio system and (ii) logged into the Court's video via GoTo platform.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility by Dial-in Telephone No: 832-917-1510 and entering the Conference Code 590153. Video Participation will be by use of the GoToMeeting Platform. Connect via GoToMeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

[*Remainder of page intentionally left blank*]

Dated:  June 26, 2026

Respectfully submitted,

*/s/ Suzanne K. Rosen*
Martin Sosland (State Bar No. 18855645)
Candice Carson (State Bar No. 24074006)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4600E
Dallas, Texas 75201
Tel: (469) 654-1340
Email: martin.sosland@vkhh.com
        candice.carson@vkhh.com

-and-

Jeff P. Prostok (State Bar No. 16352500)
Emily S. Chou (State Bar No.
Suzanne K. Rosen (State Bar No. 00798518)
Lynda L. Lankford (State Bar No.
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Tel: 817-214-4990
Email: jeff.prostok@vkhh.com
        emily.chou@vkhh.com
        suki.rosen@vkhh.com
        lynda.lankford@vkhh.com

PROPOSED ATTORNEYS FOR DEBTOR
AND DEBTOR-IN-POSSESSION