**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAMP MYSTIC, LLC, *et al.*,[1] | Case No. 26-90621 (CML) |
| | (Jointly Administered) |
| Debtors. | |

**DEBTORS' MASTER WITNESS AND EXHIBIT LIST IN CONNECTION
WITH THE EMERGENCY HEARING SET FOR JUNE 30, 2026**

Camp Mystic, LLC, and its debtor affiliates, as debtors and debtors in possession in above-captioned chapter 11 cases (the "**_Debtors_**"), by its undersigned counsel, presents this Witness and Exhibit List in connection with the emergency hearing scheduled for **June 30, 2026 at 9:00 a.m.** on *Debtors' Emergency Motion for Order Authorizing the Debtors to Pay Prepetition Wages, Employment Taxes, Other Employee-Benefit Obligations, and Granting Related Relief* [Docket No. 14].

**WITNESSES**

1.  Karen Nicolaou, Chief Restructuring Officer of the Debtors

2.  Any witness designated or called by any other party

3.  Rebuttal and impeachment witnesses

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

## EXHIBITS

| Tab | EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 1. | Declaration of Karen Nicolaou, Debtors' Chief Restructuring Officer, In Support of Certain First-Day Pleadings [Docket No. 15] | | | |

Debtors reserve the right to amend or supplement this Witness and Exhibit List.

Dated: June 29, 2026

Respectfully submitted,

*/s/ Candice Carson*

Martin Sosland (State Bar No. 18855645)
Candice Carson (State Bar No. 24074006)
**VARTABEDIAN HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4600E
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: martin.sosland@vkhh.com
candice.carson@vkhh.com

**-AND-**

Jeff P. Prostok (State Bar No. 16352500)
Emily S. Chou (State Bar No. 20446997)
Suzanne K. Rosen (State Bar No. 00798518)
Lynda L. Lankford (State Bar No. 11935020)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Tel: 817-214-4990
Email: jeff.prostok@vkhh.com
emily.chou@vkhh.com
suki.rosen@vkhh.com
lynda.lankford@vkhh.com

PROPOSED ATTORNEYS FOR DEBTOR
AND DEBTOR-IN-POSSESSION

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 29, 2026, a true and correct copy of the foregoing was served via the Court's Electronic Notification (ECF) system.

*/s/ Candice Carson*
Candice Carson