**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAMP MYSTIC, LLC, *et al.*,[1] | Case No. 26-90621 (CML) |
| | (Jointly Administered) |
| Debtors. | |

**DEBTORS' AGENDA OF MATTERS SET
FOR EMERGENCY HEARING ON JUNE 30, 2026**

Camp Mystic, LLC, and its debtor affiliates, as debtors and debtors in possession in above-captioned chapter 11 cases (the "***Debtors***") in the above-captioned chapter 11 case, by its undersigned counsel, presents this Agenda of Matters Set for Emergency Hearing on **June 30, 2026, at 9:00 a.m.** (prevailing Central Time) before the Honorable United States Bankruptcy Judge Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 402, 515 Rusk Avenue, Houston, Texas 77002.

1.  **JOINT ADMINISTRATION MOTION**

    *Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 12]

    Response Deadline:   Prior to hearing

    Status:                    Resolved

2.  **WAGE MOTION**

    *Debtors' Emergency Motion for Order Authorizing the Debtors to Pay Prepetition Wages, Employment Taxes, Other Employee-Benefit Obligations, and Granting Related Relief* [Docket No. 14]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

Response Deadline:   Prior to hearing

Status:                        Going forward

Related Matters:

    a.   *Debtors' Witness and Exhibit List for Emergency First Day Hearings Set for June 30, 2026* [Docket No. 19];

    b.   *Declaration of Karen Nicolaou, Debtors' Chief Restructuring Officer, In Support of Certain First-Day Pleadings* [Docket No. 15]; and

    c.   *Notice of Emergency Hearings* [Docket No. 16].

Dated: June 29, 2026                    Respectfully submitted,

*/s/ Candice Carson*
Martin Sosland (State Bar No. 18855645)
Candice Carson (State Bar No. 24074006)
**VARTABEDIAN HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4600E
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: martin.sosland@vkhh.com
       candice.carson@vkhh.com

**-AND-**

Jeff P. Prostok (State Bar No. 16352500)
Emily S. Chou (State Bar No. 20446997)
Suzanne K. Rosen (State Bar No. 00798518)
Lynda L. Lankford (State Bar No. 11935020)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Tel: 817-214-4990
Email: jeff.prostok@vkhh.com
       emily.chou@vkhh.com
       suki.rosen@vkhh.com
       lynda.lankford@vkhh.com

PROPOSED ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on June 29, 2026, a true and correct copy of the foregoing was served via the Court's Electronic Notification (ECF) system.

*/s/Candice Carson*
Candice Carson