**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAMP MYSTIC, LLC, *et al.*,[1] | Case No. 26-90621 (CML) |
| | (Jointly Administered) |
| Debtors. | |

**SUPPLEMENTAL DECLARATION OF KAREN NICOLAOU, DEBTORS' CHIEF
RESTRUCTURING OFFICER, IN SUPPORT OF CERTAIN FIRST-DAY PLEADINGS**

I, Karen Nicolaou, state and declare as follows:

1.      I am over 18 years of age, of sound mind, and fully competent to make this Declaration.  If called upon to testify, I could and would competently testify to the matters set forth herein.

2.      I am a Managing Director at Harney Partners.  I am a certified public accountant and a certified valuation analyst.  I have extensive experience managing and supporting companies in distressed and transition situations, including in chapter 11 proceedings.

3.      I am the proposed Chief Restructuring Officer of Camp Mystic, LLC ("***Camp Mystic***"), Natural Fountains Properties, Inc., Mystic Camps Management, LLC, and Mystic Camps Family Partnership, Ltd. (collectively, the "***Debtors***").  I have been in that position since June 26, 2026.  In my capacity as the Chief Restructuring Officer, I am the authorized representative of the Debtors in these bankruptcy cases.

4.      This Supplemental Declaration is being submitted to provide support for the following:[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

a. *Debtors' Emergency Motion for Order Authorizing the Debtors to Pay Prepetition Wages, Employment Taxes, Other Employee-Benefit Obligations, and Granting Related Relief* [Dkt. No. 14] (the "***Wage Motion***").

## THE WAGE MOTION

5. None of the Debtors' Employees[3] are "insiders" as that term is defined by section 101(31) of the Bankruptcy Code.

6. William Neel Bonner, III serves as the President of Natural Fountains Properties, Inc. ("***NFP***"). As the President of NFP, Mr. Bonner is responsible for communicating with third parties and making all business decisions for NFP. The prepetition portion of the President's Stipend proposed to be paid to Mr. Bonner is $1,545.45, which does not exceed the priority cap set by section 507(a)(4) of the Bankruptcy Code.

7. The Debtors do not have a written expense reimbursement policy, a written paid time off policy, or written severance plan. The Debtors also do not have a corporate credit card program or any corporate credit cards.

8. The $660.25 is the total amount for all Employees to be paid by the Debtors as individual retirement account contributions. None of the individual retirement account contributions are being made on behalf of any "insiders" as that term is defined by section 101(31) of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2026.

/s/ Karen Nicolaou
Karen Nicolaou, CPA, CVA,
Debtors' Proposed Chief Restructuring Officer

---

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the applicable Motions.

[3] All the "Employees" (as defined in the Motion) are employed by Camp Mystic, LLC. Mr. Bonner, the President of NFP, is employed by NFP as a 1099 independent contractor.