Electronic Appearance Sheet

Marty Brimmage, Akin Gump
Client(s): Lacy M. Lawrence and John B. Lawrence

Roxanne Tizravesh , Akin Gump Strauss Hauer & Feld LLP
Client(s): Lacy M. Lawrence and John B. Lawrence

a a, a
Client(s): a

Roxanne Tizravesh, Akin Gump Strauss Hauer & Feld LLP
Client(s): Lacy M. Lawrence and John B. Lawrence

Marty Brimmage , Akin Gump Strauss Hauer & Feld LLP
Client(s): Lacy M. Lawrence and John B. Lawrence

Jason Brookner, Gray Reed
Client(s): Ad Hoc Group of Certain Heaven's 27 Families

Lydia Webb, Gray Reed
Client(s): Ad Hoc Group of Certain Heaven's 27 Families

Martin Sosland, Vartabedian Katz Hester & Haynes LLP
Client(s): Camp Mystic, LLC, et al

Jeff Prostok, Vartabedian Katz Hester & Haynes LLP
Client(s): Camp Mystic, LLC, et al

Suzanne K. "Suki" Rosen, Vartabedian Katz Hester & Haynes LLP
Client(s): Camp Mystic, LLC, et al

Candice Carson, Vartabedian Katz Hester & Haynes LLP
Client(s): Camp Mystic, LLC, et al

Jana Whitworth, Office of the United States Trustee
Client(s): U.S. Trustee