**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAMP MYSTIC, LLC,[1] | Case No. 26-90621 (CML) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SECOND DAY HEARINGS

PLEASE TAKE NOTICE that emergency hearings will be held on the following matters on **Thursday, July 9th, 2026, at 1:00 p.m. (prevailing Central Time)** (the "**Emergency Hearings**") before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Avenue, Courtroom 402, 4th floor, Houston, Texas 77002:

1. *Emergency Motion for Order Authorizing the Debtors to Pay Pre-Petition Wages, Employment Taxes, Other Employee-Benefit Obligations, and Granting Related Relief* [Dkt. No. 14];

2. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors, (B) File a Consolidated List of the 30 Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information; (II) Approving the Form and Manner of Notifying Creditors of the Commencement of These Chapter 11 Cases; And (III) Granting Related Relief* [Dkt. No. 36];

3. *Debtors' Emergency Motion for Entry of an Order (A) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief* [Dkt. No. 37];

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

4. *Debtors' Emergency Motion for an Order (I) Extending Time to File (A) Schedule of Assets and Liabilities, (B) Schedule of Current Income and Expenditures, (C) Schedule of Executory Contracts and Unexpired Leases, and (D) Statement of Financial Affairs and (II) Granting Related Relief* [Dkt. No. 40];

5. *Debtors' Emergency Ex Parte Application for Entry of an Order Authorizing the Employment and Retention of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent* [Dkt. No. 43]; and

6. *Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, and (B) Maintain Existing Business Forms; (II) Extending Time to Comply with Requirements of 11 U.S.C. § 345(B); and (III) Granting Related Relief* [Dkt. No. 44].

Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility by Dial-in Telephone No: 832-917-1510 and entering the Conference Code 590153. Video Participation will be by use of the GoToMeeting Platform. Connect via GoToMeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

[*Remainder of page intentionally left blank*]

Dated:  July 2 2026

Respectfully submitted,

*/s/ Candice Carson*
Martin Sosland (State Bar No. 18855645)
Candice Carson (State Bar No. 24074006)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4600E
Dallas, Texas 75201
Tel: (469) 654-1340
Email: martin.sosland@vkhh.com
      candice.carson@vkhh.com

-and-

Jeff P. Prostok (State Bar No. 16352500)
Emily S. Chou (State Bar No.
Suzanne K. Rosen (State Bar No. 00798518)
Lynda L. Lankford (State Bar No.
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Tel: 817-214-4990
Email: jeff.prostok@vkhh.com
      emily.chou@vkhh.com
      suki.rosen@vkhh.com
      lynda.lankford@vkhh.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION