**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAMP MYSTIC, LLC,[1] | Case No. 26-90621 (CML) |
| | (Jointly Administered) |
| Debtors. | |

**DEBTORS' WITNESS AND EXHIBIT LIST IN CONNECTION
WITH THE EMERGENCY HEARINGS SET FOR JULY 9, 2026**

Camp Mystic, LLC, and its debtor affiliates, as debtors and debtors in possession in above-captioned chapter 11 cases (the "***Debtors***"), by its undersigned counsel, presents this Witness and Exhibit List in connection with the emergency hearings scheduled for **July 9, 2026 at 1:00 p.m.** on the following matters:

1. *Emergency Motion for Order Authorizing the Debtors to Pay Pre-Petition Wages, Employment Taxes, Other Employee-Benefit Obligations, and Granting Related Relief* [Dkt. No. 14];

2. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors, (B) File a Consolidated List of the 30 Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information; (II) Approving the Form and Manner of Notifying Creditors of the Commencement of These Chapter 11 Cases; And (III) Granting Related Relief* [Dkt. No. 36];

3. *Debtors' Emergency Motion for Entry of an Order (A) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief* [Dkt. No. 37];

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

4. *Debtors' Emergency Motion for an Order (I) Extending Time to File (A) Schedule of Assets and Liabilities, (B) Schedule of Current Income and Expenditures, (C) Schedule of Executory Contracts and Unexpired Leases, and (D) Statement of Financial Affairs and (II) Granting Related Relief* [Dkt. No. 40];

5. *Debtors' Emergency Ex Parte Application for Entry of an Order Authorizing the Employment and Retention of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent* [Dkt. No. 43]; and

6. *Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, and (B) Maintain Existing Business Forms; (II) Extending Time to Comply with Requirements of 11 U.S.C. § 345(B); and (III) Granting Related Relief* [Dkt. No. 44].

## WITNESSES

1. Karen Nicolaou, Chief Restructuring Officer of the Debtors

2. Any witness designated or called by any other party

3. Rebuttal and impeachment witnesses

## EXHIBITS

| Tab | EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 1. | Declaration of Karen Nicolaou, Debtors' Proposed Chief Restructuring Officer, In Support of Chapter 11 Petitions and Second Day Motions [Dkt No. 45] | | | |
| 2. | Declaration of Karen Nicolaou, Debtors' Chief Restructuring Officer, In Support of Certain First-Day Pleadings [Dkt No. 15] | | | |
| 3. | Supplemental Declaration of Karen Nicolaou, Debtors' Chief Restructuring Officer, In Support of Certain First-Day Pleadings [Dkt No. 24] | | | |
| 4. | Certificate of Service [Dkt No. 27] | | | |

| Tab | EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 5. | Certificate of Service [Dkt No. 50] | | | |
| 6. | Certificate of Service [Dkt No. 51] | | | |

Debtors reserve the right to amend or supplement this Witness and Exhibit List.

Dated:  July 8, 2026

Respectfully submitted,

*/s/ Candice Carson*
Martin Sosland (State Bar No. 18855645)
Candice Carson (State Bar No. 24074006)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4600E
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: martin.sosland@vkhh.com
         candice.carson@vkhh.com

**-AND-**

Jeff P. Prostok (State Bar No. 16352500)
Emily S. Chou (State Bar No. 20446997)
Suzanne K. Rosen (State Bar No. 00798518)
Lynda L. Lankford (State Bar No. 11935020)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Tel: 817-214-4990
Email: jeff.prostok@vkhh.com
         emily.chou@vkhh.com
         suki.rosen@vkhh.com
         lynda.lankford@vkhh.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION