**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CAMP MYSTIC, LLC, *et al.*, | ) | Case No. 26-90621 (CML) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

**AD HOC GROUP OF CERTAIN HEAVEN'S 27 FAMILIES'**
**WITNESS AND EXHIBIT LIST FOR THE HEARINGS SCHEDULED ON JULY 9, 2026**

The Ad Hoc Group of Certain Heaven's 27 Families (the "AHG") files this Witness and Exhibit List for the hearings scheduled on July 9, 2026, at 1:00 p.m. (prevailing Central Time).[2]

**Witnesses**

1.    Karen Nicolaou, CRO;

2.    Any witness called or listed by any other party in interest; and

3.    Impeachment witnesses, as necessary.

**Exhibits**

| Ex No. | Description |
|---|---|
|  | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases |
|  | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party |
|  | Any exhibit listed by any other party |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

[2] The members of the AHG are: the Childress Family; the Bellows Family; the Bonner Family; the DeWitt Family; the Ferruzzo Family; the Landry Family; the McCrory Family; the Naylor Family; the Hanna Family; the Hollis Family; the Hunt Family; the Dillon Family; the Lytal Family; the Getten Family; the McCown Family; the Pohl Family; the Sheedy Family; the Stevens Family; the Toranzo Family; the Peck Family; the Steward Family; the Jacobe family; the Marsh Family; and the Baker Family.

4902-4799-6859

**Reservation of Rights**

The AHG reserves the right to use and/or present demonstratives for any purpose, to use

exhibits, demonstratives, and testimony not listed here for impeachment purposes at the hearing,

and to supplement or otherwise amend this Witness and Exhibit List prior to the hearing.

Respectfully submitted this 8th day of July 2026.

**GRAY REED**

By:     */s/ Jason S. Brookner*
          Jason S. Brookner
          Texas Bar No. 24033684
          Lydia R. Webb
          Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:   (713) 986-7000
Facsimile:    (713) 986-7100
Email:          jbrookner@grayreed.com
                   lwebb@grayreed.com

*Counsel to the Ad Hoc Group of*
*Certain Heaven's 27 Families*

**Certificate of Service**

I certify that on July 8, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason S. Brookner*
Jason S. Brookner

2

4902-4799-6859