**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CAMP MYSTIC, LLC, _et al._,**[1] | § | **Case No. 26-90621 (CML)** |
| | § | |
| **Debtors.** | § | |
| | § | **(Jointly Administered)** |

**THE UNITED STATES TRUSTEE'S CERTIFICATE OF NO OBJECTION TO
DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTORS TO PAY
PREPETITION WAGES, EMPLOYMENT TAXES, OTHER EMPLOYEE-BENEFIT
OBLIGATIONS, AND GRANTING RELATED RELIEF [ECF NO. 14] AS TO PAYMENT OF
PREPETITION WAGES AND ACCOMPANYING EMPLOYEE-BENEFIT OBLIGATIONS
OWED TO MEDIA COORDINATOR**

_Relates to Emergency Motion Filed at [ECF No. 14]_

1.     On June 26, 2026, Debtor Camp Mystic, LLC and its affiliate debtors (collectively, the "Debtors") filed their _Emergency Motion for Order Authorizing the Debtors to Pay Prepetition Wages, Employment Taxes, Other Employee-Benefit Obligations, and Granting Related Relief_ [ECF No. 14] (the "Motion") seeking authority to pay prepetition wages owed to eleven (11) salaried employees (the "Employees").

2.     On June 30, 2026, the Court conducted an evidentiary hearing on the Motion. Debtors' proposed corporate restructuring officer, Karen Nicolaou ("Ms. Nicolaou"), provided testimony in support of the relief requested in the Motion.

3.     At the hearing, the Court expressed concern about the lack of evidence substantiating the

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

1

role and responsibilities of the Employees: in particular, the verification that none of the Employees to receive payment of prepetition wages was an insider (whether actual or potential).  On June 30, 2026, the Court entered the *Order Granting Debtor's Emergency Motion for Order Authorizing the Debtor to Pay Prepetition Wages, Employment Taxes, Other Employee-Benefit Obligations, and Granting Related Relief* [ECF No. 30] (the "Wages Order").  The Wages Order required the Debtors to provide (i) the U.S. Trustee, and (ii) the families who appeared at the hearing with a list of Employees that included their job titles.

3.      On June 30, 2026, the Debtors provided the Employee information to (i) the U.S. Trustee, and (ii) the counsel for the families who appeared at the hearing, via email transmission.

4.      On July 8, 2026, after an inspection of the Debtors' facilities and interviews with Employees, Ms. Nicolaou provided the U.S. Trustee with the following information regarding the Employee identified as the "Media Coordinator":

- The Media Coordinator has been employed by Debtors in that position for eleven (11) years;

- The Media Coordinator does not have any relationship, through birth or marriage, with any of the Debtors or principals of the Debtor – other than (i) previously attending Camp Mystic as a camper, and (ii) previously working at Camp Mystic as a camp counselor;

- The Media Coordinator's general responsibilities include the following activities performed on behalf of the Debtors: (i) maintaining and administering the Debtors' database; (ii) maintaining camper contact information and the internal infrastructure supporting Debtors' database system; (iii) providing administrative assistance to Edward Eastland; (iv) running reports, organizing data, and solving software-related problems; and (v) during summer camp sessions – editing photos and videos for the website's nightly postings;

- Ms. Nicolaou believes the Media Coordinator is an essential member of the Debtors' staff, based upon her extensive knowledge of the database and experience as a personal assistant to management; and

- Ms. Nicolaou intends to utilize the Media Coordinator's experience and familiarity with the database to generate reports and assist with compiling data to complete the Schedules and Statements of Financial Affairs; and

- Ms. Nicolaou advises that the Media Coordinator is owed approximately $4,185 for the prepetition wages earned from June 1, 2026 through June 23, 2026.

5. Based on the information provided by Ms. Nicolaou, it is the understanding and belief of the U.S. Trustee that the Media Coordinator is not an insider (either actual or potential), as defined by 11 U.S.C. § 101 (31).

6. Based on the information provided by Ms. Nicolaou, the U.S. Trustee does not object to payment of the approximate $4,185 owed to the Media Coordinator for the prepetition wages earned from June 1, 2026, through June 23, 2026.

7. Accordingly, the U.S. Trustee does not object to entry of the proposed *Supplemental Order on Wages Motion*, attached hereto as **Exhibit A**.

SIGNED on July 8, 2026.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:    */s/ Jana Smith Whitworth*
Jana Smith Whitworth
SBOT No. 00797453/Fed. ID No. 20656
515 Rusk Avenue, Suite 3516
Houston, Texas  77002
(713) 718-4653
(713) 718-4670 Fax
Email: Jana.Whitworth@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing pleading was served by electronic means upon all PACER System participants entitled to receive notice by CM/ECF transmission on July 8, 2026.

*/s/ Jana Smith Whitworth*
Jana Smith Whitworth

3