United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 09, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CAMP MYSTIC, LLC,[1] | § | Case No. 26-90621 (CML) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |

**ORDER (I) EXTENDING TIME TO FILE (A) SCHEDULE OF ASSETS AND
LIABILITIES, (B) SCHEDULE OF CURRENT INCOME AND EXPENDITURES,
(C) SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND
(D) STATEMENT OF FINANCIAL AFFAIRS AND (II) GRANTING RELATED RELIEF**

Upon the emergency motion (the "**Motion**")[2] of Camp Mystic, LLC, and its debtor affiliates, as debtors and debtors-in-possession in the above captioned chapter 11 cases (collectively, the "**Debtors**"), for entry of an order (a) extending the deadline by which the Debtors will file their Schedules and Statements, and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and upon any hearing held on the Motion; and all objections, if any, to the relief requested in the Motion having been withdrawn, resolved, or overruled; and upon

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1

consideration of the Declaration; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their respective estates, creditors, and all parties in interest; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Debtors are granted a thirty (30) day extension by which the Debtors must file their Schedules and Statements through and including August 7, 2026.  The Debtors may obtain a further extension of the time periods set forth in this paragraph (a) by further order of this Court or (b) by entering into a stipulation with the UST and the Ad Hoc Group and by filing such stipulation on the docket in this case without the need for further order of this Court.

2. Such extensions are without prejudice to the Debtors' rights to request further extensions.

3. All time periods set forth in this order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4. Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

5. The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.


Signed:  July 09, 2026

_____
Christopher Lopez
United States Bankruptcy Judge