Electronic Appearance Sheet

Martin Sosland, Vartabedian Katz Hester & Haynes
Client(s): Debtors

Candice Carson, Vartabedian Katz Hester & Haynes LLP
Client(s): Camp Mystic, LLC et al.

Marty Brimmage, Akin
Client(s): Lacy Lawrence and John Lawrence

Roxanne Tizravesh, Akin
Client(s): Lacy Lawrence and John Lawrence

Jayson  Ruff, US DOJ
Client(s): US Trustee

Janna Whitworth, US DOJ
Client(s): US Trustee