United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 09, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>CAMP MYSTIC, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-90621 (CML)<br><br>(Jointly Administered) |

**SUPPLEMENTAL ORDER REGARDING DEBTOR'S EMERGENCY
MOTION FOR ORDER AUTHORIZING THE DEBTOR TO
PAY PREPETITION WAGES, EMPLOYMENT TAXES, OTHER
EMPLOYEE-BENEFIT OBLIGATIONS, AND GRANTING RELATED RELIEF**

On June 30, 2026, the Court entered an *Order Granting Debtors' Emergency Motion for Order Authorizing the Debtors to Pay Prepetition Wages, Employment Taxes, and Other Employee Benefit Obligations, and Granting Related Relief* (the "**Order")** [ECF 30]. The Order pertained to the *Debtors' Emergency Motion for Order Authorizing the Debtors to Pay Prepetition Wages, Employment Taxes, Other Employee Benefit Obligations, and Granting Related Relief* [ECF 14] (the "**Motion**").[2]

Through the Order, the Court granted the Motion in part and reserved portions of the relief requested in the Motion for further consideration.

Upon further consideration of the remainder of the relief requested in the Motion, the evidence presented at the hearing on July 9, 2026, the Court enters the following order with respect to the reserved portions of the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

[2] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Motion.

**IT IS HEREBY ORDERED THAT**:

1.      The remaining relief requested in the Motion is hereby **GRANTED IN PART and DENIED IN PART AS MOOT** as set forth herein.

2.      The Debtors are authorized to pay the prepetition wages to the additional employee described at the July 9 hearing.

3.      The Debtors have withdrawn their request to pay the prepetition portion of the President's Stipend to the President of Natural Fountains Properties, Inc. Accordingly, the Debtors' request to pay the prepetition portion of the President's Stipend through the Motion is denied as moot, without prejudice to the right of the President of Natural Fountains Properties, Inc. to file a proof of claim for the June 2026 President's Stipend against the Debtors.

4.      The Debtors have established that the relief granted herein is necessary to avoid immediate and irreparable harm as required by Bankruptcy Rule 6003.

5.      The fourteen (14) day stay imposed by Bankruptcy Rule 6004(h) is hereby waived.

6.      This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation of this Order.

Signed:  July 09, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

2