United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 14, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CAMP MYSTIC, LLC,[1] | § | Case No. 26-90621 (CML) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |

**ORDER (I) AUTHORIZING THE DEBTORS TO (A) FILE
A CONSOLIDATED LIST OF CREDITORS, (B) FILE A
CONSOLIDATED LIST OF THE 30 LARGEST UNSECURED
CREDITORS, AND (C) REDACT CERTAIN PERSONALLY
IDENTIFIABLE INFORMATION; (II) APPROVING THE FORM
AND MANNER OF NOTIFYING CREDITORS OF THE COMMENCEMENT
OF THESE CHAPTER 11 CASES; AND (III) GRANTING RELATED RELIEF**

Upon the emergency motion ("**Motion**")[2] of Camp Mystic, LLC, and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order, (a) authorizing the Debtors to (i) file a consolidated creditor matrix in lieu of submitting separate mailing matrices for each Debtor, (ii) file a consolidated list of their 30 largest unsecured creditors, and (iii) redact certain personally identifiable information or sensitive information of individuals from court filings; (b) approving the form and manner of notifying creditors of commencement of the chapter 11 cases and the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code; and (c) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this matter being a

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

[2] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Motion.

1

core proceeding within the meaning of 28 U.S.C. §157(b)(2); and venue of this proceeding being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and such notice having been adequate under the circumstances; and this Court having reviewed the Motion; and upon any hearing held on the Motion; and all objections, if any, to the relief requested in the Motion having been withdrawn, resolved, or overruled; and upon consideration of the Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted.

2.      The Debtors are authorized, but not directed, to file a consolidated Creditor Matrix and a consolidated Top 30 Creditor List.

3.      The Debtors are authorized, but not directed, to redact the names and addresses of individuals from the Creditor Matrix, the Top 30 Creditor List, and other filings made in these Chapter 11 Cases; provided, that the Debtors shall provide unredacted versions of the Creditor Matrix, the Schedules and Statements, and the Top 30 Creditor List, upon request, to the (i) Court, (ii) the U.S. Trustee, (iii) counsel for any statutory committee appointed in these chapter 11 cases, (iv) counsel to the Ad Hoc Group of Certain Heaven's 27 families, (v) counsel to John and Lacy Lawrence, and (vi) counsel for any other party in interest; provided, that, with respect to (iii) to (vi), only upon a representation that the unredacted list will be utilized solely for giving notice in

2

the Chapter 11 Cases, and otherwise will be maintained in confidence in accordance with applicable law (subject to written agreement of the parties or further order of the Court).

4.      The Debtors are authorized to serve the Notice of Commencement, substantially in the form attached hereto as **Exhibit 1**, on all parties on the consolidated Creditor Matrix and on all parties that have entered an appearance in these Chapter 11 Cases. Service of the Notice of Commencement shall be deemed adequate and sufficient notice of: (a) the commencement of these Chapter 11 Cases and (b) the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code.

5.      The requirements of Bankruptcy Rule 6003(b) have been satisfied.

6.      The Debtors are authorized to take all such actions as are necessary or appropriate to implement the terms of this order.

7.      This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Signed: July 14, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

3

**Exhibit 1**

**Information to identify the case:**

Debtor:       Camp Mystic, LLC, *et al.*                                    EIN: 74-2884064

United States Bankruptcy Court for the Southern District of Texas

Lead Case number:  26-90621 (CML)                          Date case filed for chapter 11: June 24, 2026

## Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case                          **10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov) or by visiting the court-appointed claims agent's website at: https://dm.epiq11.com/case/CampMystic

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1.  **Debtor's full name: See chart below.**

    **List of Jointly Administered Cases**

| Jointly Administered Cases | Address | Case No. | Tax ID No. |
|---|---|---|---|
| **Camp Mystic, LLC (f/k/a Camp Mystic, Inc.)** | 2689 Highway 39 Hunt, TX 78024-3412 | **26-90621 (CML)** | **74-2884064** |
| **Natural Fountains Properties, Inc.** | 2689 Highway 39 Hunt, TX 78024-3412 | **26-90622 (CML)** | **74-1261414** |
| **Mystic Camps Management, LLC** | 2689 Highway 39 Hunt, TX 78024-3412 | **26-90623 (CML)** | **87-3459688** |
| **Mystic Camps Family Partnership, Ltd.** | 2689 Highway 39 Hunt, TX 78024-3412 | **26-90624 (CML)** | **87-3459861** |

2.  **All other names used in the last 8 years:  See chart above.**

3.  **Address: See chart above.**

**4. Debtors' Attorneys:**

**Vartabedian Katz Hester & Haynes LLP**

Martin A. Sosland  (martin.sosland@vkhh.com)
Candice M. Carson (candice.carson@vkhh.com)
2200 Ross Ave. Suite 4200W
Dallas, Texas 75201
Telephone: (466) 654-1340

**Vartabedian Katz Hester & Haynes LLP**

Jeff P. Prostok (jeff.prostok@vkhh.com)
Suzanne K. Rosen (suki.rosen@vkhh.com)
Lynda L. Lankford (lynda.lankford@vkhh.com)
Emily S. Chou (emily.chou@vkhh.com)
301 Commerce St. Ste 2200
Fort Worth, TX 76102
(817) 214-4990

**Debtors' Claims and Noticing Agent**

If you have questions about this notice, please contact:
**Name**: Epiq Corporate Restructuring, LLC ("Epiq")
**Website**: https://dm.epiq11.com/case/CampMystic
**Inquiries**: CampMysticInfo@epiqglobal.com
**Telephone**: (877) 516-7772 (toll free for U.S. and Canadian-based parties) (971) 203-0755 (for international parties)

**5. Bankruptcy clerk's office**

Documents in this case may filed at this address:
   **P.O. Box 61010  Houston, TX  77208**

You may inspect all records filed in this case at this office or online at
https://pacer.uscourts.gov or by visiting the court-appointed claims agent's website at:
https://dm.epiq11.com/case/CampMystic

**Hours open**: Monday – Friday 8:00 AM – 5:00 PM

**Contact phone** (713) 250-5500

**6. Meeting of creditors**          ___**[To Come]**___ **(Central Time)**          **Location: Telephonic**

The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.

The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket.

**The meeting of Creditors will be held by phone:**

**Please call: [to come]**
**Passcode:  [to come] (then press #)**

**7. Proof of claim deadline**

**Deadline for filing proof of claim:**          **[To Come]**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained by visiting the court- appointed claims agent's website at: https://dm.epiq11.com/case/CampMystic or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
• your claim is designated as disputed, contingent, or unliquidated;
• you file a proof of claim in a different amount; or
• you receive another notice.

If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim, or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

Once the schedules are filed, you may review the schedules at the bankruptcy clerk's office or online for free at https://dm.epiq11.com/case/CampMystic

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| 8. Exception to discharge Deadline<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** |
|---|---|
| 9. Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice.  Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt.  See 11 U.S.C. § 1141(d).  A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan.  If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the  deadline. |

**If you have questions about this notice, please contact the Debtors' Claims and Noticing Agent, (877) 516-7772 (toll free for U.S. and Canadian-based parties) or (971) 203-0755 (for international parties) or email CampMysticInfo@epiqglobal.com. You may access documents and case information at https://dm.epiq11.com/CampMystic**

| **If by First-Class Mail:** | **If by Hand Delivery or Overnight Mail:** |
|---|---|
| Camp Mystic, LLC | Camp Mystic, LLC |
| Claims Processing Center | Claims Processing Center |
| c/o Epiq Corporate Restructuring, LLC | c/o Epiq Corporate Restructuring, LLC |
| P.O. Box 4420 | 10300 SW Allen Blvd. |
| Beaverton, OR 97076-4420 | Beaverton, OR 97005 |

Official Form 309F1 (For Corporations  or Partnerships)      **Notice of Chapter 11 Bankruptcy  Case**