**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CAMP MYSTIC, LLC, *et al.,*[1] | ) | Case No. 26-90621 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF FILING OF MASTER SERVICE LIST
(July 15th, 2026)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

**DEBTOR**
CAMP MYSTIC, LLC
2689 HIGHWAY 39
HUNT, TX 78024-3412

**DEBTORS' COUNSEL**
VARTABEDIAN KATZ HESTER & HAYNES LLP
COUNSEL: CAMP MYSTIC, LLC
ATTN: M.SOSLAND & C. CARSON
2200 ROSE AVE, STE 4200W
DALLAS, TX 75201
EMAIL: CANDICE.CARSON@VKHH.COM;
MARTIN.SOSLAND@VKHH.COM

VARTABEDIAN KATZ HESTER & HAYNES LLP
COUNSEL: CAMP MYSTIC, LLC
301 COMMERCE STREET
STE 2200
FORT WORTH, TX 76102
EMAIL: JEFF.PROSTOK@VKHH.COM;
SUKI.ROSEN@VKHH.COM;
LYNDA.LANKFORD@VKHH.COM;
EMILY.CHOU@VKHH.COM;
MARY.STANBERRY@VKHH.COM

VARTABEDIAN KATZ HESTER & HAYNES LLP
COUNSEL: CAMP MYSTIC, LLC
ATTN: DIERDRE CAREY BROWN
1990 POST OAK BLVD, STE 2400
HOUSTON, TX 77056
EMAIL: DEIRDRE.BROWN@VKHH.COM

**GOVERNMENT ENTITIES**
TEXAS DEPARTMENT OF STATE HEALTH SERVICES
REGIONAL HEALTH OPERATIONS
1100 WEST 49TH STREET
AUSTIN, TX 78756

INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE., NW
WASHINGTON, DC 20224

OFFICE OF THE US TRUSTEE
ATTN: HA MINH NGUYEN, JAYSON RUFF & JANA WHITWORTH
515 RUSK AVE, STE 3516
HOUSTON, TX 77002
EMAIL: HA.NGUYEN@USDOJ.GOV;
JAYSON.B.RUFF@USDOJ.GOV;
JANA.WHITWORTH@USDOJ.GOV

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
W
WASHINGTON, DC 20549

STATE OF TEXAS ATTORNEY GENERAL
ATTN: KEN PAXTON
300 W 15TH ST
AUSTIN, TX 78701

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY (TCEQ)
12100 PARK 35 CIRCLE
AUSTIN, TX 78753

TEXAS DEPARTMENT OF AGRICULTURE (TDA)
1700 N. CONGRESS
11TH FLOOR
AUSTIN, TX 78701

TEXAS HEALTH AND HUMAN SERVICES COMMISSION
NORTH AUSTIN COMPLEX
4601 W. GUADALUPE ST
AUSTIN, TX 78751-3146

U.S. ATTORNEY'S OFFICE FOR THE SDTX
1000 LOUISIANA ST., SUITE 2300
HOUSTON, TX 77002

HUNT COUNTY HEALTH DEPARTMENT
LOCAL HEALTH AUTHORITY
2700 JOHNSON ST
GREENVILLE, TX 75401

**RULE 2002 - NOTICE OF APPEARANCE**
GRAY REED
(COUNSEL TO ADHOC GROUP CERTAIN HEAVEN'S 27 FAM)
ATTN: JASON S. BROOKNER & LYDIA R. WEBB
1300 POST OAK BLVD, SUITE 2000
HOUSTON, TX 77056
EMAIL: JBROOKNER@GRAYREED.COM;
LWEBB@GRAYREED.COM
FAX: 713-986-7100

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO KERR COUNTY)
ATTN: DIANE W. SANDERS
PO BOX 17428
AUSTIN, TX 78760-7428
EMAIL: AUSTIN.BANKRUPTCY@LGBS.COM
FAX: 512-443-5114

**TOP 52 UNSECURED CREDITORS**
NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

ARNOLD & ITKIN LLP
ATTN: KURT B. ARNOLD
6009 MEMORIAL DRIVE
HOUSTON, TX 77007
EMAIL: KARNOLD@ARNOLDITKIN.COM

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

HOWRY BREEN & HERMAN, L.L.P.
ATTN: RANDY R. HOWRY
1900 PEARL STREET
AUSTIN, TX 78705
EMAIL: RHOWRY@HOWRYBREEN.COM

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

LANIER LAW FIRM, P.C.
ATTN: W. MARK LANIER
10940 W. SAM HOUSTON PKWY N
STE 100
HOUSTON, TX 77064
EMAIL: MARK.LANIER@LANIERLAWFIRM.COM

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NIX PATTERSON, LLP
ATTN: BRADLEY E. BECKWORTH
8701 BEE CAVE ROADSEVEN OAKS EAST
SUITE 500
AUSTIN, TX 78746
EMAIL: BBECKWORTH@NIXLAW.COM

NAME ON FILE
ADDRESS ON FILE


NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE


STEVENSON & MURRAY
ATTN: JOHN W. STEVENSON, JR.
24 GREENWAY PLAZA, SUITE 750
HOUSTON, TX 77046
EMAIL: JSTEVENSON@STEVENSONMURRAY.COM

NAME ON FILE
ADDRESS ON FILE


NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE


NAME ON FILE
ADDRESS ON FILE

NAME ON FILE
ADDRESS ON FILE

NAME ON FILE                                    NAME ON FILE
ADDRESS ON FILE                                 ADDRESS ON FILE




NAME ON FILE                                    YETTER COLEMAN LLP
ADDRESS ON FILE                                 ATTN: R. PAUL YETTER
                                                811 MAIN STREET, SUITE 4100
                                                HOUSTON, TX 77002
                                                EMAIL: PYETTER@YETTERCOLEMAN.COM