**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

---------------------------------------------------------- x

In re:                                                    : 

                                                          :    Chapter 11

CAMP MYSTIC, LLC, *et al.*,[1]                            :    Case No. 26-90621 (CML)

                                                          :

                                                          :    (Jointly Administered)

                    Debtors.                              :

                                                          x

-----------------------------------------------------------

**THE UNITED STATES TRUSTEE'S**
**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE CHRISTOPHER M. LOPEZ, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), pursuant to 11 U.S.C. § 1102(a)(1), hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in this case:

| Members | Counsel for Member |
|---|---|
| Clarke Baker | **Ferguson Law Firm LLP**<br>Timothy Ferguson<br>3155 Executive Boulevard<br>Beaumont, TX 77705<br>(409) 832-9700<br>tferguson@thefergusonlawfirm.com |
| Ryan DeWitt | **Yetter Coleman LLP**<br>Justin Tschoepe<br>Paul Yetter<br>600 Travis Street, Suite 5400<br>Houston, TX 77002<br>(713) 632-8000<br>pyetter@yettercoleman.com<br>jtschoepe@yettercoleman.com |
| Matthew Childress | **Yetter Coleman LLP**<br>Justin Tschoepe<br>Paul Yetter<br>600 Travis Street, Suite 5400<br>Houston, TX 77002<br>(713) 632-8000<br>pyetter@yettercoleman.com |

---

[1] The Debtors in these Chapter 11 Cases are: Camp Mystic, LLC, Case No. 26-90621 (CML); Natural Fountains Properties, Inc., Case No. 26-90622 (CML); Mystic Camps Management, LLC, Case No. 26-90623 (CML); and Mystic Camps Family Partnership, Case No. 26-90624 (CML). The Debtors' service address for purposes of these Chapter 11 Cases is: 2689 Highway 39, Hunt, TX 78024-3412.

| | |
|---|---|
| | jtschoepe@yettercoleman.com |
| Brandt Dillon | **Lanier Law Firm**<br>Sam Taylor<br>Sara Abston<br>10940 W. Sam Houston Pkwy, Ste 100<br>Houston, TX 77064<br>(713) 659-5200<br>Sam.taylor@lanierlawfirm.com<br>Sara.abston@lanierlawfirm.com |
| Carrie Hanna | **Lanier Law Firm**<br>Sam Taylor<br>Sara Abston<br>10940 W. Sam Houston Pkwy, Ste 100<br>Houston, TX 77064<br>(713) 659-5200<br>Sam.taylor@lanierlawfirm.com<br>Sara.abston@lanierlawfirm.com |
| Davin Hunt | **Lanier Law Firm**<br>Sam Taylor<br>Sara Abston<br>10940 W. Sam Houston Pkwy, Ste 100<br>Houston, TX 77064<br>(713) 659-5200<br>Sam.taylor@lanierlawfirm.com<br>Sara.abston@lanierlawfirm.com |
| Christopher Jacobe | **Stevenson & Murray, LLP**<br>W. Robert Hand<br>John Stevenson<br>24 Greenway Plaza, Suite 750<br>Houston, TX 77046<br>(713) 622-3223<br>rhand@stevensonmurray.com<br>jstevenson@stevensonmurray.com |
| John Lawrence | **Akin Gump**<br>Marty L. Brimmage, Jr.<br>2300 North Field Street, Suite 1800<br>Dallas, TX 75201<br>(214) 696-2885<br>mbrimmage@akingump.com |
| J. Patrick Marsh | **Jefferson Cano, PLLC**<br>Lamont A. Jefferson<br>Emma Cano<br>112 E. Pecan, Suite 2828<br>San Antonio, TX 78205<br>(210) 988-1808<br>ljefferson@jeffersoncano.com<br>ecano@jeffersoncano.com |
| Michael McCown | **Arnold & Itkin LLP**<br>Kurt Arnold: karnold@arnolditkin.com |

|  | J. Kyle Findley: kfindley@arnolditkin.com<br>Kala Sellers: ksellers@arnolditkin.com<br>John Grinnan: jgrinnan@arnolditkin.com<br>6009 Memorial Drive<br>Houston, TX 77007<br>(713) 222-3800 |
|---|---|
| Timothy Peck | **Howry Breen & Herman LLP**<br>Randy Howry<br>Sean Breen<br>1900 Pearl Street<br>Austin, TX 78705<br>(512) 474-7300<br>rhowry@howrybreen.com<br>sbreen@howrybreen.com |
| Andrew Sheedy | **Arnold & Itkin LLP**<br>Kurt Arnold: karnold@arnolditkin.com<br>J. Kyle Findley: kfindley@arnolditkin.com<br>Kala Sellers: ksellers@arnolditkin.com<br>John Grinnan: jgrinnan@arnolditkin.com<br>6009 Memorial Drive<br>Houston, TX 77007<br>(713) 222-3800 |
| Cici Steward | **Nix Patterson, LLP**<br>Bradley Beckworth<br>Christina Yarnell<br>Donna Fernandez-Abshere<br>8701 Bee Cave Road, East Bldg., Ste 500<br>Austin, TX 78746<br>(512) 328-5333<br>bbeckworth@nixlaw.com<br>cyarnell@nixlaw.com<br>dfabshere@nixlaw.com |

SIGNED on July 22, 2026.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS
515 Rusk Avenue, Suite 3516
Houston, Texas 77002
(713) 718-4673 - Telephone
(713) 718-4670  - Fax

By:     /s/ *Jana Smith Whitworth*
        Jana Smith Whitworth, Trial Attorney
        SBOT No. 00797453/Fed. ID No. 20656
        Email: Jana.Whitworth@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on July 22, 2026.

/s/Jana Smith Whitworth
Jana Smith Whitworth