**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

---------------------------------------------------------- x
                           :

In re:                        :    Chapter 11

                           :

CAMP MYSTIC, LLC, *et al.*,[1]    :    Case No. 26-90621 (CML)

                           :

                           :    (Jointly Administered)

          Debtors.        :

                           x

------------------------------------------------------------

**NOTICE OF ORGANIZATIONAL MEETING OF THE
<u>OFFICIAL UNSECURED CREDITORS' COMMITTEE</u>**

TO THE HONORABLE CHRISTOPHER M. LOPEZ, UNITED STATES BANKRUPTCY JUDGE:

An organizational meeting of the Official Unsecured Creditors' Committee in the above-entitled case has been scheduled via electronic/video conference call on **Thursday, July 23, 2026, at 6:30 p.m. (Houston Time)**.  The members of the Official Unsecured Creditors' Committee have been provided call-in instructions.

SIGNED on July 22, 2026.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS
515 Rusk Avenue, Suite 3516
Houston, Texas 77002
(713) 718-4673
(713) 718-4670 Fax

By:    */s/ Jana Smith Whitworth*

---

[1]     The Debtors in these Chapter 11 Cases are: Camp Mystic, LLC, Case No. 26-90621 (CML); Natural Fountains Properties, Inc., Case No. 26-90622 (CML); Mystic Camps Management, LLC, Case No. 26-90623 (CML); and Mystic Camps Family Partnership, Case No. 26-90624 (CML). The Debtors' service address for purposes of these Chapter 11 Cases is: 2689 Highway 39, Hunt, TX 78024-3412.

Jana Smith Whitworth, Trial Attorney
Texas Bar No. 00797453/Fed. ID No. 20656
Email: Jana.Whitworth@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on July 22, 2026.

*/s/  Jana Smith Whitworth*
Jana Smith Whitworth