**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAMP MYSTIC, LLC,[1] | Case No. 26-90621 (CML) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION
REGARDING DEBTORS' MOTION FOR ENTRY OF AN
ORDER (I) AUTHORIZING THE DEBTORS TO (A) MAINTAIN
INSURANCE COVERAGE OBTAINED PREPETITION AND PAY
PREPETITION OBLIGATIONS RELATED THERETO, (B) RENEW,
AMEND, SUPPLEMENT, MODIFY, EXTEND, PURCHASE, CANCEL,
AND ENTER INTO NEW INSURANCE POLICIES, AND (C) CONTINUE
TO PAY BROKERAGE FEES; AND (II) GRANTING RELATED RELIEF**

Pursuant to the *Procedures for Complex Cases in the Southern District of Texas* (the "**Complex Procedures**") and the *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 18], Camp Mystic, LLC, and its debtor affiliates, as debtors and debtors in possession in the above captioned chapter 11 cases (collectively, the "**Debtors**"), hereby certify as follows:

1. On July 2, 2026, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Obtained Prepetition and Pay Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Modify, Extend, Purchase, Cancel, and Enter Into New Insurance Policies, and (C) Continue to Pay Brokerage Fees; and (II) Granting Related Relief* [Dkt. No. 38] (the "**Motion**"), attaching a proposed form of order granting the relief requested in the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

2.      Objections and responsive pleadings to the final form of order were due on or before July 23, 2026 (the "**Objection Deadline**").

3.      In accordance with paragraph 44 of the Complex Procedures, the undersigned represents that (a) the Objection Deadline has passed, (b) the undersigned counsel is unaware of any unresolved objection to the Motion, and (c) the undersigned counsel has reviewed the Court's docket and no objection/response to the Motion appears thereon.

4.      Accordingly, the Debtors respectfully request that the Court grant the Motion and enter the proposed final order attached hereto as **Exhibit A**. A redline of the proposed order against the version filed is attached hereto as **Exhibit B.**

[*Remainder of page intentionally left blank*]

Dated: July 24, 2026

Respectfully submitted,

*/s/ Candice Carson*
Martin Sosland (State Bar No. 18855645)
Candice Carson (State Bar No. 24074006)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4600E
Dallas, Texas 75201
Tel: (469) 654-1340
Email: martin.sosland@vkhh.com
     candice.carson@vkhh.com

-and-

Jeff P. Prostok (State Bar No. 16352500)
Emily S. Chou (State Bar No.
Suzanne K. Rosen (State Bar No. 00798518)
Lynda L. Lankford (State Bar No.
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Tel: 817-214-4990
Email: jeff.prostok@vkhh.com
     emily.chou@vkhh.com
     suki.rosen@vkhh.com
     lynda.lankford@vkhh.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION