**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
|  | x |  |
| In re: | : | Chapter 11 |
|  | : |  |
| CAMP MYSTIC, LLC, *et al.*,[1] | : | Case No. 26-90621 (CML) |
|  | : |  |
| Debtors. | : | Joint Administration |
|  | : |  |
|  | : |  |
|  | x |  |

**THE UNITED STATES TRUSTEE'S NOTICE OF
CONTINUATION OF TELEPHONIC MEETING OF CREDITORS**

TO THE CREDITORS OF SOCIETY PASS INCORPORATED, *et al.*:

**PLEASE TAKE NOTICE** that the telephonic meeting of creditors, pursuant to 11 U.S.C. § 341, for the above-entitled case (the "Meeting of Creditors") commenced on July 29, 2026, at 1:30 p.m. (CST) and was adjourned and continued to August 26, 2026, at 1:30 p.m. (CST). The Meeting of Creditors was continued because the Debtors' (i) Schedules and (ii) Statements of Financial Affairs have not been filed. Specifically, the Court extended the deadline by which the Debtors must file their (i) Schedules and (ii) Statements of Financial Affairs to August 7, 2026. *See Order (I) Extending Time to File (A) Schedule of Assets and Liabilities, (B) Schedule of Current Income and Expenditures, (C) Schedule of Executory Contracts and Unexpired Leases, and (D) Statement of Financial Affairs and (II) Granting Related Relief*, [ECF No. 62].

**PLEASE TAKE NOTICE** that the telephonic meeting of creditors is continued and rescheduled for **Wednesday, August 26, 2026, at 1:30 p.m. (Houston Time).**

---

[1] The Debtors in these Chapter 11 Cases are: Camp Mystic, LLC, Case No. 26-90621 (CML); Natural Fountains Properties, Inc., Case No. 26-90622 (CML); Mystic Camps Management, LLC, Case No. 26-90623 (CML); and Mystic Camps Family Partnership, Case No. 26-90624 (CML). The Debtors' service address for purposes of these Chapter 11 Cases is: 2689 Highway 39, Hunt, TX 78024-3412.

The meeting will be held via teleconference at the following call-in number:

**Conference Number:  (888) 330-1716**
**Passcode:  7125797**

The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket and posted on the website of EPIQ, the Noticing Agent, for the Debtors: https://dm.epiq11.com/case/campmystic/info.

SIGNED on July 29, 2026.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE REGION 7
By:     /s/  Jana Smith Whitworth
        Jana Smith Whitworth, Trial Attorney
        SBOT No. 00797453/Fed. ID 20656
        515 Rusk Avenue, Suite 3516
        Houston, Texas 77002
        (713) 718-4650
        (713) 718-4670 Fax
        Email: Jana.Whitworth@usdoj.gov

CERTIFICATE OF SERVICE

I certify that, on July 29, 2026, a true and correct copy of foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

/s/  Jana Smith Whitworth
Jana Smith Whitworth