**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CAMP MYSTIC, LLC, *et al.,*[1] | ) | Case No. 26-90621 (CML) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**NOTICE OF FILING OF MASTER SERVICE LIST**
**(July 29th, 2026)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

**DEBTOR**

CAMP MYSTIC, LLC
2689 HIGHWAY 39
HUNT, TX 78024-3412

**DEBTORS' COUNSEL**

VARTABEDIAN KATZ HESTER & HAYNES LLP
COUNSEL: CAMP MYSTIC, LLC
ATTN: M.SOSLAND & C. CARSON
2200 ROSE AVE, STE 4200W
DALLAS, TX 75201
EMAIL: CANDICE.CARSON@VKHH.COM;
MARTIN.SOSLAND@VKHH.COM

VARTABEDIAN KATZ HESTER & HAYNES LLP
COUNSEL: CAMP MYSTIC, LLC
301 COMMERCE STREET
STE 2200
FORT WORTH, TX 76102
EMAIL: JEFF.PROSTOK@VKHH.COM;
SUKI.ROSEN@VKHH.COM;
LYNDA.LANKFORD@VKHH.COM;
EMILY.CHOU@VKHH.COM;
MARY.STANBERRY@VKHH.COM

VARTABEDIAN KATZ HESTER & HAYNES LLP
COUNSEL: CAMP MYSTIC, LLC
ATTN: DIERDRE CAREY BROWN
1990 POST OAK BLVD, STE 2400
HOUSTON, TX 77056
EMAIL: DEIRDRE.BROWN@VKHH.COM

**UNITED STATES TRUSTEE**

OFFICE OF THE US TRUSTEE
ATTN: HA MINH NGUYEN, JAYSON RUFF & JANA
WHITWORTH
515 RUSK AVE, STE 3516
HOUSTON, TX 77002
EMAIL: HA.NGUYEN@USDOJ.GOV;
JAYSON.B.RUFF@USDOJ.GOV;
JANA.WHITWORTH@USDOJ.GOV

**GOVERNMENT ENTITIES**

HUNT COUNTY HEALTH DEPARTMENT
LOCAL HEALTH AUTHORITY
2700 JOHNSON ST
GREENVILLE, TX 75401

INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE., NW
WASHINGTON, DC 20224

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

STATE OF TEXAS ATTORNEY GENERAL
ATTN: KEN PAXTON
300 W 15TH ST
AUSTIN, TX 78701

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY
(TCEQ)
12100 PARK 35 CIRCLE
AUSTIN, TX 78753

TEXAS DEPARTMENT OF AGRICULTURE (TDA)
1700 N. CONGRESS
11TH FLOOR
AUSTIN, TX 78701

TEXAS DEPARTMENT OF STATE HEALTH SERVICES
REGIONAL HEALTH OPERATIONS
1100 WEST 49TH STREET
AUSTIN, TX 78756

TEXAS HEALTH AND HUMAN SERVICES COMMISSION
NORTH AUSTIN COMPLEX
4601 W. GUADALUPE ST
AUSTIN, TX 78751-3146

U.S. ATTORNEY'S OFFICE FOR THE SDTX
1000 LOUISIANA ST., SUITE 2300
HOUSTON, TX 77002

**COUNSEL TO THE COMMITTEE OF UNSECURED CREDITORS**

AKIN GUMP
ATTN: MARTY L. BRIMMAGE, JR.
2300 NORTH FIELD STREET, SUITE 1800
DALLAS, TX 75201
EMAIL: MBRIMMAGE@AKINGUMP.COM

ARNOLD & ITKIN LLP
ATTN: KURT ARNOLD, J. KYLE FINDLEY, KALA SELLERS
& JOHN GRINNAN
6009 MEMORIAL DRIVE
HOUSTON, TX 77007
EMAIL: KARNOLD@ARNOLDITKIN.COM;
KFINDLEY@ARNOLDITKIN.COM;
KSELLERS@ARNOLDITKIN.COM;
JGRINNAN@ARNOLDITKIN.COM; E-
SERVICE@ARNOLDITKIN.COM

FERGUSON LAW FIRM LLP
ATTN: TIMOTHY FERGUSON
3155 EXECUTIVE BOULEVARD
BEAUMONT, TX 77705
EMAIL: TFERGUSON@THEFERGUSONLAWFIRM.COM

HOWRY BREEN & HERMAN, LLP
ATTN: RANDY HOWRY & SEAN BREEN
1900 PEARL STREET
AUSTIN, TX 78705
EMAIL: RHOWRY@HOWRYBREEN.COM;
SBREEN@HOWRYBREEN.COM

JEFFERSON CANO, PLLC
ATTN: LAMONT A. JEFFERSON & EMMA CANO
112 E. PECAN, SUITE 2828
SAN ANTONIO, TX 78205
EMAIL: LJEFFERSON@JEFFERSONCANO.COM;
ECANO@JEFFERSONCANO.COM

LANIER LAW FIRM, P.C.
ATTN: W. MARK LANIER, SAM TAYLOR & SARA ABSTON
10940 W. SAM HOUSTON PKWY
STE 100
HOUSTON, TX 77064
EMAIL: MARK.LANIER@LANIERLAWFIRM.COM;
SAM.TAYLOR@LANIERLAWFIRM.COM;
SARA.ABSTON@LANIERLAWFIRM.COM;
HARVEY.BROWN@LANIERLAWFIRM.COM;
ANGELA.SPOEDE@LANIERLAWFIRM.COM

NIX PATTERSON, LLP
ATTN: BRADLEY BECKWORTH, CHRISTINA YARNELL &
DONNA FERNANDEZ-ABSHERE
8701 BEE CAVE ROAD
EAST BLDG., STE 500
AUSTIN, TX 78746
EMAIL: BBECKWORTH@NIXLAW.COM;
CYARNELL@NIXLAW.COM; DFABSHERE@NIXLAW.COM

STEVENSON & MURRAY
ATTN: JOHN STEVENSON & W. ROBERT HAND
24 GREENWAY PLAZA, SUITE 750
HOUSTON, TX 77046
EMAIL: JSTEVENSON@STEVENSONMURRAY.COM;
RHAND@STEVENSONMURRAY.COM

**COUNSEL FOR PLANTIFFS**

YETTER COLEMAN LLP
ATTN: JUSTIN TSCHOEPE & PAUL YETTER
600 TRAVIS STREET, SUITE 5400
HOUSTON, TX 77002
EMAIL:PYETTER@YETTERCOLEMAN.COM;
JTSCHOEPE@YETTERCOLEMAN.COM

BECK REDDEN LLP
ATTN: RUSSELL S. POST & ALYSSA MCDANIEL
1221 MCKINNEY, SUITE 4500
HOUSTON, TX 77010-2010
EMAIL: RPOST@BECKREDDEN.COM;
AMCDANIEL@BECKREDDEN.COM

CASTAGNA SCOTT LLP
ATTN: LYNN CASTAGNA
1120 S. CAPITAL OF TEXAS HIGHWAY
BUILDING 2, SUITE 300
AUSTIN, TX 78746
EMAIL: LYNN@TEXASDEFENSE.COM

MITHOFF LAW
ATTN: RICHARD WARREN MITHOFF & WARNER V.
HOCKER
500 DALLAS STREET, SUITE 3450
HOUSTON, TX 77002
EMAIL: RMITHOFF@MITHOFFLAW.COM;
WHOCKER@MITHOFFLAW.COM

NAMAN, HOWELL, SMITH & LEE, PLLC
ATTN: P. CLARK ASPY
8310 N. CAPITOL OF TX HWY, SUITE 490
AUSTIN, TX 78731
EMAIL: ASPY@NAMANHOWELL.COM

NAMAN, HOWELL, SMITH & LEE, PLLC
ATTN: MICHAEL SHANE O'DELL
1300 SUMMIT AVENUE, SUITE 700
FORT WORTH, TX 76102
EMAIL: SODELL@NAMANHOWELL.COM

NAMAN, HOWELL, SMITH & LEE, PLLC
ATTN: JORDAN A. MAYFIELD
400 AUSTIN AVE., SUITE 800
WACO, TX 76701
EMAIL: MAYFIELD@NAMANHOWELL.COM

RAY | PEÑA, P.C.
ATTN: JEFF RAY
9601 MCALLISTER FREEWAY, SUITE 901
SAN ANTONIO, TX 78216
EMAIL: JRAY@RAYLAW.COM

TEFTELLER LAW, PLLC
ATTN: JAROM TEFTELLER
403 W. TYLER STREET
GILMER, TX 75644
EMAIL: JT@TLAW-PLLC.COM

THE ARMSTRONG FIRM, PLLC
ATTN: RON ARMSTRONG, II
109 YOALANA ST., SUITE 210
BOERNE, TX 78006
EMAIL: RWAII@TAFPLLC.COM

THE TOWNSEND LAW FIRM, LLC
ATTN: BLAIR TOWNSEND
50 SW PINE STREET, SUITE 400
PORTLAND, OR 97204
EMAIL: BLAIR@THETOWNSENDLAWFIRM.COM

WALTERS BALIDO & CRANE
ATTN: CARLOS A. BALIDO
10440 NORTH CENTRAL EXPRESSWAY, SUITE 1500
DALLAS, TX 75231
EMAIL: CARLOS.BALIDO@WBCLAWFIRM.COM

WATTS LAW FIRM LLP
ATTN: MIKAL WATTS
110 TRIBUTARY RANCH ROAD
MOUNTAIN HOME, TX 78058
EMAIL: MIKAL@WATTSLLP.COM

WRIGHT CLOSE BARGER & GUZMAN, LLP
ATTN: THOMAS WRIGHT, JESSICA BARGER, KENNETH FAIR
& JOSHUA FIVESON
700 LOUISIANA STREET, SUITE 3000
HOUSTON, TX 77002
EMAIL: WRIGHT@WRIGHTCLOSEBARGER.COM;
BARGER@WRIGHTCLOSEBARGER.COM;
FAIR@WRIGHTCLOSEBARGER.COM;
JFIVESON@WCBGLAW.COM

**RULE 2002 - NOTICE OF APPEARANCE**

GRAY REED
(COUNSEL TO ADHOC GROUP CERTAIN HEAVEN'S 27 FAM)
ATTN: JASON S. BROOKNER & LYDIA R. WEBB
1300 POST OAK BLVD
SUITE 2000
HOUSTON, TX 77056
EMAIL: JBROOKNER@GRAYREED.COM;
LWEBB@GRAYREED.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO KERR COUNTY)
ATTN: DIANE W. SANDERS
PO BOX 17428
AUSTIN, TX 78760-7428
EMAIL: AUSTIN.BANKRUPTCY@LGBS.COM