**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CAMP MYSTIC, LLC,[1] | ) Case No. 26-90621 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, in accordance with Rules 2002 and 9010(b) of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title

11 of the United States Code (the "Bankruptcy Code"), the Official Committee of Unsecured

Creditors, by and through its proposed counsel, Willkie Farr & Gallagher LLP, hereby requests

that all notices given or required to be given in the above-captioned cases, and all papers served

or required to be served in these cases, be given to and served upon the following:

> Brett H. Miller (*pro hac vice* pending)
> Hon. Shelley C. Chapman (Ret.) (*pro hac vice* pending)
> James H. Burbage (*pro hac vice* pending)
> **WILLKIE FARR & GALLAGHER LLP**
> 787 Seventh Avenue
> New York, New York 10019
> Telephone: 212-728-8000
> Facsimile: 212-728-8111
> Email: bmiller@willkie.com
>           schapman@willkie.com
>           jburbage@willkie.com

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

**AND**

Jennifer J. Hardy (Texas Bar No. 24096068)
**WILLKIE FARR & GALLAGHER LLP**
600 Travis Street
Houston, Texas 77002
Telephone:  713-510-1700
Facsimile:  713-510-1799
Email:  jhardy2@willkie.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

Dated:     Houston, Texas
          July 30, 2026

**WILLKIE FARR & GALLAGHER LLP**

By:  /s/ *Jennifer J. Hardy*
Jennifer J. Hardy (Texas Bar No. 24096068)
600 Travis Street
Houston, Texas 77002
Telephone:  713-510-1700
Facsimile:  713-510-1799
Email:  jhardy2@willkie.com

**AND**

Brett H. Miller (*pro hac vice* pending)
Hon. Shelley C. Chapman (Ret.) (*pro hac vice* pending)
James H. Burbage (*pro hac vice* pending)
787 Seventh Avenue
New York, New York 10019
Telephone: 212-728-8000
Facsimile: 212-728-8111
Email: bmiller@willkie.com
      schapman@willkie.com
      jburbage@willkie.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**<u>Certificate of Service</u>**

I certify that on July 30, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

By:   <u>/s/ *Jennifer J. Hardy*</u>
          Jennifer J. Hardy