**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAMP MYSTIC, LLC, *et al.*, | ) | Case No. 26-90621 (CML) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**WITHDRAWAL OF NOTICE OF
APPEARANCE AND REQUEST FOR ALL DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws their appearance on behalf of the Ad Hoc Group of Certain Heaven's 27 Families (the "AHG"), which has disbanded.[2]

Respectfully submitted this 2nd day of August, 2026.

**GRAY REED**

By:      */s/ Jason S. Brookner*
　　　Jason S. Brookner
　　　Texas Bar No. 24033684
　　　Lydia R. Webb
　　　Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:    (713) 986-7000
Facsimile:    (713) 986-7100
Email:        jbrookner@grayreed.com
　　　　　　lwebb@grayreed.com

*Counsel to the Now-Former Ad Hoc Group of
Certain Heaven's 27 Families*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

[2] The members of the now-former AHG were: the Childress Family; the Bellows Family; the Bonner Family; the DeWitt Family; the Ferruzzo Family; the Landry Family; the McCrory Family; the Naylor Family; the Hanna Family; the Hollis Family; the Hunt Family; the Dillon Family; the Lytal Family; the Getten Family; the McCown Family; the Pohl Family; the Sheedy Family; the Stevens Family; the Toranzo Family; the Peck Family; the Steward Family; the Jacobe family; the Marsh Family; and the Baker Family.

4928-1819-4114

2

## <u>Certificate of Service</u>

I certify that on August 2, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason S. Brookner*

Jason S. Brookner

4928-1819-4114