**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CAMP MYSTIC, LLC, *et al.*, | ) Case No. 26-90621 (CML) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance on behalf of each of the following families in their individual capacities (collectively referred to as "Certain Heaven's 27 Families"):

| | |
|---|---|
| The Childress Family; | The Naylor Family; |
| The Bellows Family; | The Hanna Family; |
| The Bonner Family; | The Hollis Family; |
| The DeWitt Family; | The Hunt Family; |
| The Ferruzzo Family; | The Dillon Family; |
| The Landry Family; | The Lytal Family; |
| The McCrory Family; | The Getten Family; |
| The Baker Family; | The McCown Family; |
| The Marsh Family; | The Pohl Family; |
| The Peck Family; | The Sheedy Family; |
| The Steward Family; | The Stevens Family; |
| The Jacobe Family; | The Toranzo Family. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

4938-3832-5442

**PLEASE TAKE FURTHER NOTICE** the undersigned hereby requests that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith be given to and served upon the following:

> Jason S. Brookner
> Lydia R. Webb
> Aaron M. Kaufman
> **GRAY REED**
> 1300 Post Oak Blvd, Suite 2000
> Houston, Texas 77056
> Telephone:     (713) 986-7000
> Facsimile:     (713) 986-7100
> Email:         jbrookner@grayreed.com
>                lwebb@grayreed.com
>                akaufman@grayreed.com

This request encompasses all notices, copies, and pleadings referred to in section 1109(b) of title 11 of the United States Code, or in rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure, including orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise that affect or seek to affect the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by the District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, or in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

4938-3832-5442

Respectfully submitted this 2nd day of August, 2026.

**GRAY REED**

By:      /s/ Jason S. Brookner
           Jason S. Brookner
           Texas Bar No. 24033684
           Lydia R. Webb
           Texas Bar No. 24083758
           Aaron M. Kaufman
           Texas Bar No. 24060067
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:   (713) 986-7000
Facsimile:   (713) 986-7100
Email:        jbrookner@grayreed.com
            lwebb@grayreed.com
            akaufman@grayreed.com

*Counsel to Certain Heaven's 27 Families*

## Certificate of Service

I certify that on August 2, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Jason S. Brookner
Jason S. Brookner

3

4938-3832-5442