**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CAMP MYSTIC, LLC, *et al.*, | ) Case No. 26-90621 (CML) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

**NOTICE OF SUBSTITUTION OF DOCKET NO. 77 WITH DOCKET NO. 132**

**PLEASE TAKE NOTICE** that on July 13, 2026, the now-former Ad Hoc Group of Certain Heaven's 27 Families (the "AHG") filed their *Motion for Entry of Order Confirming that the Automatic Stay Does Not Apply to Direct Claims Against Non-Debtor Individual Defendants* at Docket No. 77 (the "Original Motion").

**PLEASE TAKE FURTHER NOTICE** that the AHG has disbanded.

**PLEASE TAKE FURTHER NOTICE** that in their individual capacities, Certain Heaven's 27 Families today filed their *SUBSTITUTED Motion for Entry of Order Confirming that the Automatic Stay Does Not Apply to Direct Claims Against Non-Debtor Individual Defendants* at Docket No. 132 (the "Substituted Motion").[2]  The Substituted Motion substitutes for, and supersedes, the Original Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

[2] The referenced "Certain Heaven's 27 Families," in their individual capacities, are: the Childress Family; the Bellows Family; the Bonner Family; the DeWitt Family; the Ferruzzo Family; the Landry Family; the McCrory Family; the Naylor Family; the Hanna Family; the Hollis Family; the Hunt Family; the Dillon Family; the Lytal Family; the Getten Family; the McCown Family; the Pohl Family; the Sheedy Family; the Stevens Family; the Toranzo Family; the Peck Family; the Steward Family; the Jacobe Family; the Marsh Family; and the Baker Family.

4927-1504-9156

Respectfully submitted this 2nd day of August, 2026.

**GRAY REED**

By:   */s/ Jason S. Brookner*
       Jason S. Brookner
       Texas Bar No. 24033684
       Lydia R. Webb
       Texas Bar No. 24083758
       Aaron M. Kaufman
       Texas Bar No. 24060067
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:   (713) 986-7000
Facsimile:   (713) 986-7100
Email:      jbrookner@grayreed.com
        lwebb@grayreed.com
        akaufman@grayreed.com

*Counsel to Certain Heaven's 27 Families*

### Certificate of Service

I certify that on August 2, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason S. Brookner*
Jason S. Brookner

2

4927-1504-9156