**Appendix A**

| No. | Court[1] | Case Style | Defendants in Adversary Proceeding | Non-Debtor Indemnified Parties | Indemnified Claims | Theories of Vicarious Liability |
|---|---|---|---|---|---|---|
| 1. | W. D. Tex. | *Bellows, et al. v. Camp Mystic, LLC, et al.*, Case No. 1:26-cv-01916 | Schedule 1, attached | Richard G. Eastland<br>Willetta Eastland<br>Edward Eastland | Negligence<br>Negligence Per Se<br>Negligent Undertaking<br>Premises Liability<br>Wrongful Death and Survival | Alter Ego<br>Single Business Enterprise<br>Veil Piercing<br>Respondeat Superior |
|  | W. D. Tex. | *Bellows, et al. v. Camp Mystic, LLC, et al.*, Case No. 1:26-cv-01916 (Intervenor) | Schedule 1, attached | Willetta Eastland<br>Edward Eastland<br>Richard G. Eastland | Negligence<br>Premises Liability<br>Wrongful Death and Survival | Agency/Respondeat Superior<br>Alter Ego/Joint Enterprise<br>Joint and Several Liability |
| 2. | W. D. Tex. | *Getten, et al. v. Natural Fountains Properties, Inc., et al.*, Case No. 1:26-cv-01919 | Schedule 2, attached | Willetta Eastland<br>Edward Eastland<br>William Neely Bonner III | Negligence<br>Premises Liability<br>Wrongful Death and Survival | Joint enterprise<br>Respondeat Superior<br>Agency<br>Ratification<br>Joint and Vicarious Liability |
| 3. | W. D. Tex. | *Naylor, et al. v. Camp Mystic, LLC*, et al., Case No. 1:26-cv-01923 | Schedule 3, attached | Willetta Eastland<br>Richard G. Eastland<br>Edward Eastland | Negligence<br>Breach of Express and Implied Warranties<br>Failure to Warn<br>Premises Liability<br>Wrongful Death and Survival | Joint and Several Liability |
| 4. | W. D. Tex. | *Eloise "Lulu" Peck, et al. v. Camp Mystic, LLC, et al.*, Case No. 1:26-cv-01922 | Schedule 4, attached | Willetta Eastland | Negligence<br>Premises Liability<br>Wrongful Death and Survival | Joint Enterprise<br>Assisting & Encouraging<br>Assisting & Participating<br>Concert of Action<br>Ratification<br>Respondeat Superior<br>Joint and Several Liability |
| 5. | W. D. Tex. | *Steward, et al. v. Camp Mystic, LLC, et al.*, Case No. 1:26-cv-01926 | Schedule 5, attached | Richard G. Eastland<br>Willetta Eastland<br>Edward Eastland<br>William Neely Bonner III | Negligence<br>Negligence Per Se<br>Premises Liability<br>Wrongful Death and Survival | Respondeat Superior<br>Agency<br>Ratification<br>Joint Enterprise<br>Veil Piercing and Alter Ego<br>Joint and Several Liability |

[1] The cases were removed from 459th Judicial District Court in Travis County, Texas, to the United States District Court for the Western District of Texas on July 13, 2026, pursuant to 28 U.S.C. § 1452.  A motion to transfer the cases to the Southern District of Texas pursuant to 28 U.S.C. § 157(b)(5) is pending in the United States District Court for the Southern District of Texas in Case No. 4:26-mc-01321 [ECF 1].

## Schedule 1

**Defendants in this Adversary Proceeding (Plaintiffs in the *Bellows* matter):**

(a)    Warren and Patricia Bellows, individually and as Representatives of the Estate of Anna Margaret Bellows,

(b)    Blake and Caitlin Bonner, individually and as Representatives of the Estate of Lila Bonner,

(c)    Matthew and Wendie Childress, individually and as Representatives of the Estate of Chloe Childress,

(d)    Ryan and Elizabeth DeWitt, individually and as Representatives of the Estate of Molly DeWitt,

(e)    John and Andrea Ferruzzo, individually and as Representatives of the Estate of Katherine Ferruzzo,

(f)    Ben and Natalie Landry, individually and as Representatives of the Estate of Lainey Landry, and

(g)    Lindsey McCrory, individually and as Representative of the Estate of Blakely McCrory.

**Care of:**

Richard Warren Mithoff
Warner V. Hocker, Of Counsel
**MITHOFF LAW**
500 Dallas Street, Suite 3450
Houston, Texas 77002
Email: rmithoff@mithofflaw.com
        whocker@mithofflaw.com

-AND-

Russell S. Post
Alyssa McDaniel
**BECK REDDEN LLP**
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Email: rpost@beckredden.com
        amcdaniel@beckredden.com

**Additional Defendants in this Adversary Proceeding (Intervening Plaintiff in *Bellows* matter):**

    (h)    Christopher Jacobe, individually and as Personal Representative of the Estate of Mary Kathryn ("Mary Kate") Jacobe, Deceased, and

    (i)    Samantha Jordan.

**Care of:**

John W. Stevenson, Jr.
W. Robert Hand
**STEVENSON & MURRAY**
24 Greenway Plaza, Suite 750
Houston, Texas 77046
Email: jstevenson@stevensonmurray.com
Email: rhand@stevensonmurray.com

**Schedule 2**

**Defendants in this Adversary Proceeding (Plaintiffs in the *Getten* matter):**

    (a)       Douglas Getten, individually and on behalf of the Estate of Ellen Elizabeth Getten,

    (b)       Jennifer Getten;

    (c)       Michael McCown, individually and on behalf of the Estate of Linnie Anne McCown,

    (d)       Callie McCown,

    (e)       Matthew Pohl, individually and on behalf of the Estate of Abby Lynn Pohl,

    (f)       Kristin Pohl,

    (g)       Andrew Sheedy, individually and on behalf of the Estate of Margaret Gaffney Sheedy,

    (h)       Ellen Sheedy,

    (i)       Johnny Stevens, individually and on behalf of the Estate of Mary Barrett Stevens,

    (j)       Stacy Stevens,

    (k)       Jorge Toranzo, individually and on behalf of the Estate of Greta Katherine Toranzo, and

    (l)       Ellen Toranzo.

**Care of:**

Kurt B. Arnold
J. Kyle Findley
Kala F. Sellers
John G. Grinnan
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, Texas 77007
karnold@arnolditkin.com
kfindley@arnolditkin.com
ksellers@arnolditkin.com
jgrinnan@arnolditkin.com
e-service@arnolditkin.com

-AND-

Russell S. Post
Alyssa McDaniel
**BECK REDDEN LLP**
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Email: rpost@beckredden.com
         amcdaniel@beckredden.com

**Schedule 3**

**Defendants in this Adversary Proceeding (Plaintiffs in the *Naylor* matter):**

    (a)      Cole and Allison Naylor, individually and as Representatives and Heirs of the Estate of Virginia Wynne Naylor,

    (b)      W. Douglas and Carrie Hanna, individually and as Representatives and Heirs of the Estate of Hadley Rebecca Hanna,

    (c)      Lars and Lacey Hollis, individually as Representatives and Heirs of the Estate of Virginia Larins Hollis,

    (d)      Davin and Anne Lindsey Hunt, individually and as Representatives and Heirs of the Estate of Jane Marie Hunt,

    (e)      Brandt and Lisa Dillon, individually and as Representatives and Heirs of the Estate of Lucy Lee Dillon, and

    (f)      J. Wade and Malorie Lytal, individually and as Representatives and Heirs of the Estate of Kellyanne Elizabeth Lytal.

**Care of:**

W. Mark Lanier
Sam E. Taylor, II
Sara E. Abston
Harvey Brown
Angela Spoede
**LANIER LAW FIRM, P.C.**
10940 W. Sam Houston Pkwy N., Suite 100
Houston, TX 77064
Email: Mark.lanier@lanierlawfirm.com
       Sam.taylor@lanierlawfirm.com
       Sara.abston@lanierlawfirm.com
       Harvey.Brown@lanierlawfirm.com
       Angela.Spoede@lanierlawfirm.com

## Schedule 4

**Defendants in this Adversary Proceeding (Plaintiffs in the *Peck* matter):**

    (a)      Timothy Peck, individually and on behalf of the Estate of Eloise "Lulu" Peck, and

    (b)      Melissa Peck, individually and on behalf of the Estate of Eloise "Lulu" Peck.

**Care of:**

Randy R. Howry
Sean E. Breen
**HOWRY BREEN & HERMAN, L.L.P.**
1900 Pearl Street
Austin, Texas 78705
Email: rhowry@howrybreen.com
       sbreen@howrybreen.com

-AND-

Jarom Tefteller
**TEFTELLER LAW, PLLC**
403 W. Tyler Street
Gilmer, Texas 75644
Email: jt@tlaw-pllc.com

-AND-

Ron Armstrong, II
**THE ARMSTRONG FIRM, PLLC**
109 Yoalana St., Suite 210
Boerne, Texas 78006
Email: rwaii@tafpllc.com

## Schedule 5

**Defendants in this Adversary Proceeding (Plaintiffs in the *Steward* matter):**

(a)    Will Steward, individually and as Representative and Heir of the Estate of Cile Steward, and

(b)    Catherine "CiCi" Steward, individually and as Representative and Heir of the Estate of Cile Steward.

**Care of:**

Bradley E. Beckworth
Christina Yarnell
**NIX PATTERSON, LLP**
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Email: bbeckworth@nixlaw.com
          cyarnell@nixlaw.com

-AND-

Blair Townsend
**THE TOWNSEND LAW FIRM, LLC**
50 SW Pine Street, Suite 400
Portland, Oregon 97204
Email: blair@thetownsendlawfirm.com