**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAMP MYSTIC, LLC, | Case No. 26-90621 (CML) |
| Debtor. | (Jointly Administered) |

**GLOBAL NOTES AND**
**STATEMENTS OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above captioned debtor in possession (the "**Debtor**"), with the assistance of CR4 Partners, LLC, is filing its respective Schedules of Assets and Liabilities ("**Schedules**") and Statements of Financial Affairs ("**Statements**", and together with the Schedules, "**Schedules and Statements**") with the United States Bankruptcy Court for the Southern District of Texas ("**Court**"). The Debtor's Schedules and Statements have been prepared pursuant to section 521 of title 11 of the United States Code, U.S.C. §§ 101, et seq. (the "**Bankruptcy Code**"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and rule 1007-1 of the Bankruptcy Local Rules for the Southern District of Texas ("**Local Rules**").

These global notes and statements of limitations, methodology, and disclaimers regarding the Debtor's Schedules and Statements (the "**Global Notes**") pertain to, and are incorporated by reference in, and comprise an integral part of, all of the Debtor's Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Debtor's Schedules and Statements. The Schedules and Statements are unaudited and contain information that is subject to further review and potential adjustment.

While the Debtor's management has made commercially reasonable efforts to ensure that the Schedules and Statements are accurate and complete based on the financial data derived from their books and records that was available to them at the time of preparation, the subsequent receipt or discovery of information and/or further review and analysis of the Debtor's books and records may result in material changes to financial data and other information contained in the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtor and its chief restructuring officer, directors, managers, officers, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the

1

Schedules and Statements. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of the Debtor's rights or an admission of any kind with respect to these chapter 11 cases, including, without limitation, any rights or claims of the Debtor against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. For the avoidance of doubt, the Debtor reserves all rights to amend and supplement the Schedules as may be necessary or appropriate.

The Schedules and Statements have been signed by Karen Nicolaou, the Chief Restructuring Officer of the Debtor and an authorized signatory for the Debtor. In reviewing and signing the Schedules and Statements, Ms. Nicolaou has relied upon the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's advisors and other professionals. Ms. Nicolaou has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

The Global Notes are in addition to any specific notes contained in any of the Debtor's Schedules and Statements. Furthermore, the fact that the Debtor prepared Global Notes or specific notes with respect to any information in the Schedules and Statements and not to other information in the Schedules and Statements should not be interpreted as a decision by the Debtor to exclude the applicability of such Global Notes or specific notes to the rest of the Debtor's Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments

**Global Notes and Overview of Methodology**

1. **Description of the Case.** The Debtor commenced this voluntary case under chapter 11 of the Bankruptcy Code on June 24, 2026 (the "**Petition Date**"). The Debtor is authorized to operate its business and manage its properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been requested or appointed in this chapter 11 case. A statutory committee of unsecured creditors was appointed on July 22, 2026. The Debtor is jointly administered with the chapter 11 cases of its debtor affiliates under Case No. 26-90621, Camp Mystic, LLC.

   The factual background regarding the Debtor, including its business, its capital structure, and the events leading to the commencement of the chapter 11 cases is set forth in the

2

*Declaration of Karen Nicolaou, Debtors' Chief Restructuring Officer, in Support of Certain First-Day Pleadings* [Docket No. 15] and the *Declaration of Karen Nicolaou, Debtors' Proposed Chief Restructuring Officer, in Support of Chapter 11 Petitions and Second Day Motions* [Dkt. No. 45].

2. **Global Notes Controlling.** These Global Notes pertain to and comprise an integral part of the Debtor's Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict with the Global Notes, the Global Notes shall control.

3. **Reservation and Limitations.** While reasonable efforts were made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and supplement, or otherwise modify, the Schedules and Statements from time to time in all respects as may be necessary or appropriate but do not undertake any obligation to do so; *provided* that the Debtor, its agents, and its advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law, from time to time.

   a. **No Admission.** Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

   b. **Characterizations.** Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition. Disclosure of information in one or more Schedules, Statements, or one or more exhibits or attachments thereto, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

   c. **Classifications.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as

3

"executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract or to setoff such claim.

d. **Claims Description.** Any failure to designate a claim on the Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its Schedules and Statements or described in these Global Notes on any grounds, including, without limitation, liability, or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, or priority of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed. The Debtor reserves all rights to amend its Schedules and Statements and Global Notes as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e. **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

f. **Causes of Action.** The Debtor, despite its best efforts, may not have identified or set forth all causes of action (filed or potential) as assets in its Schedules and Statements. The Debtor reserves all rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

g. **Executory Contracts and Unexpired Leases.** Although the Debtor made diligent attempts to identify executory contracts of the Debtor, in certain instances, the Debtor may have inadvertently failed to do so. Accordingly, the Debtor reserves all of its rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

h. **Property Rights.** Exclusion of certain property rights, including without limitation intellectual, real, personal, or otherwise, from the Schedules and Statements should not be construed as an admission that such property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

Conversely, inclusion of certain property rights shall not be construed to be an admission that such property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

i.  **Insiders.** For purposes of the Schedules and Statements, the Debtor defines "insiders" to include the following: (i) directors; (ii) managers; (iii) officers; (iv) shareholders holding in excess of 5% of the voting shares of the Debtor entity (whether directly or indirectly); and (v) relatives of directors, managers, officers, or shareholders of the Debtor (to the extent known by the Debtor).

   Persons listed as "insiders" have been included for informational purposes only. The Debtor does not take any position with respect to: (i) such person's influence over the control of the Debtor; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability for any other purpose.

j.  **Agreements Subject to Confidentiality.** There may be instances within the Schedules and Statements where names, addresses or amounts have been left blank. Due to the nature of an agreement between the Debtor and the third party, concerns of confidentiality, or concerns for the privacy of an individual, the Debtor may have deemed it appropriate and necessary to avoid listing such names, addresses, and amounts. This information is on file with the Debtor.

k.  **Excluded Assets and Liabilities.** The Debtor excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and accrued accounts payable. In addition and as set forth above, the Debtor may have excluded amounts for which the Debtor has been granted authority to pay pursuant to an order entered by the Bankruptcy Court.

l.  **Damaged Records.** Many of the Debtor's records were damaged in the July 2025 Kerr County floods. The Debtor, with assistance from its professionals, has actively worked to access the information and records electronically where possible, repair documents and records where possible, and to collect missing financial information from alternate sources where necessary to complete these Schedules and Statements. Accordingly, the information contained in these Schedules and Statements has been prepared to the best of the Debtor's knowledge and abilities within the time frame afforded to it. Some of the records and financial information were recreated through physical inspection of the Debtor's assets by the Debtor's

5

professionals and employees to approximate values for purposes of these Schedules and Statements and, accordingly, such information may be subject to inadvertent mistake or omission. The Debtor reserves all rights to amend and supplement the Schedules and Statements as and if more definitive sources are made available to it.

4. **"As Of" Information Date.** To the best of the Debtor's knowledge and except as otherwise noted herein, information provided herein with respect to the Debtor's assets and liabilities is presented as of the Petition Date.

Amounts ultimately realized may vary from net book value (or the applicable value ascribed herein) and such variance may be material. Accordingly, the Debtor reserves all rights to amend or adjust the value of each asset set forth herein. In addition, the aggregate amounts of liabilities exclude liabilities with values identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined." Actual aggregate amounts of liabilities may differ materially from the amounts provided in the Schedules and Statements.

5. **Methodology.**

a. **Basis of Presentation.** For the avoidance of doubt, these Schedules and the Statements reflect only the assets and liabilities of the Debtor. These Schedules and Statements do not purport to represent financial information prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of the Debtor.

b. **Reporting Date.** The asset information provided herein, except as otherwise noted, represents the Debtor's assets and liabilities as of the Petition Date. The scheduled liabilities may not include liabilities that were authorized to be paid and paid pursuant to orders of the Court, including but not limited to liabilities for pre-petition wages and employee benefits.

c. **Duplication.** Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtor has endeavored to only list such assets, liabilities, and prepetition payments once.

d. **Current Value of Assets.** Given the extent of damage to the Debtor's physical assets and records due to the July 2025 flood, the Debtor has access to limited historical records of its remaining depreciable assets. Accordingly, for purposes of the Schedules and Statements, the Debtor used a combination of net book value where available, fair market value, where determinable, replacement value for the Debtor's office furniture and equipment, and, for the Debtor's real property

6

holdings, appraised value as of January 1, 2026, from the Kerr County Appraisal District records. Where none of these methods were practicable, the Debtor marked the value as undetermined.

e. **Undetermined Amounts.** The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

f. **Totals.** All totals that are included in the Schedules and Statements represent totals of known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

g. **Paid Claims.** The Bankruptcy Court has authorized (but not directed) the Debtor to pay, in its discretion, certain outstanding claims on a postpetition basis to (i) prevent interruptions with the Debtor's business and (ii) ease the strain on the Debtor's relationships with certain essential constituents, including employees, insurance providers, cash management bank, taxing authorities, and utility providers (the "**First Day Orders**"). Pursuant to such First Day Orders, certain prepetition liabilities that the Debtor has paid postpetition or those which the Debtor plans to pay via this authorization may not be listed in the Schedules and Statements, or the amounts reflected in the Schedules and Statements may not reflect the amounts already paid by the Debtor pursuant to the First Day Orders.

h. **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtor or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtor on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments, if applicable. The Debtor reserves all of its rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a postpetition basis.

i. **Currency.** All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

6. **Specific Schedules Disclosures.**

a. **Schedule A/B, Part 1 – Cash and Cash Equivalents.** Details with respect to the Debtor's cash management system and bank accounts are provided in the *Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, and (B) Maintain Existing*

*Business Forms; (II) Extending Time to Comply with Requirements of 11 U.S.C. § 345(B); and (III) Granting Related Relief* [Dkt. No. 44] (the "**Cash Management Motion**"). The Debtor's cash balances are listed as of the Petition Date as bank balances.

b. **Schedule A/B, Part 3 – Accounts Receivable.** The Debtor does not have accounts receivable. As a summer camp operation, the Debtor bills its customers in advance for the summer.  The Debtor included information with respect to its notes receivable which are calculated as of the Petition Date and without any offsets or other price adjustments.

c. **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.** Where available, the Debtor has used replacement value without depreciation as of the Petition Date for reporting its office furniture and equipment. There have been no valuations on any of such assets. With respect to leasehold improvements, these amounts are accounted for in the value of the real property of Debtor affiliate Natural Fountains Properties, Inc. The Debtor reserves all of its rights to re-categorize and/or re-characterize such asset holdings to the extent the Debtor determines that such holdings were improperly listed or at such time as a valuation and/or audit, if any, is conducted on a postpetition basis concerning these assets.

d. **Schedule D – Creditors Holding Secured Claims.** The Debtor has not included on Schedule D entities that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor, or inchoate statutory lien rights. Although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument related to such creditor's claim (except as otherwise agreed to or stated pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court that is or becomes final).

The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or in the Schedules and Statements shall be deemed a modification, interpretation, or an acknowledgment of the terms of such agreements or related documents.

e. **Schedule E/F – Creditors Holding Unsecured Claims.** The Debtor has made reasonable efforts to report all priority and general unsecured claims against the Debtor on Schedule E/F based on the Debtor's books and records as of the Petition

8

Date. However, the actual value of claims against the Debtor may vary significantly from the represented liabilities. Certain claims on E/F may have been satisfied post-petition by the Debtor (including employee wages in the ordinary course) or third parties. Furthermore, accrued interest for some claims may not have been possible to determine. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in this case will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules. Parties in interest should consult their own professionals and advisors with respect to pursuing a claim. Although the Debtor and its professionals have generated financial information and data the Debtor believes to be reasonable, actual liabilities (and assets) may deviate significantly from the Schedules due to certain events that occur throughout the Chapter 11 cases.

The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule E/F were incurred or arose, updating that date for each claim in Schedule E/F would be unduly burdensome and cost-prohibitive and, therefore, the Debtor has not listed a date for each claim listed on Schedule E/F.

***Part 1 – Creditors with Priority Unsecured Claims.*** The Debtor scheduled certain claims owing to various taxing authorities to which the Debtor may be liable. Certain priority unsecured tax claims the Debtor believes were owed as of the Petition Date may have been paid through the First Day Orders. Moreover, the inclusion of any amounts owed to taxing authorities does not constitute an admission by the Debtor of such liability.

The Debtor also scheduled certain claims owed as of the Petition Date for wages and salaries of employees and/or non-employee contractors. These claims may have been paid through the First Day Orders. Moreover, the inclusion of any amounts owed to employees or non-employee contractors does not constitute an admission by the Debtor of such liability.

The Debtor also scheduled as priority claims deposit funds up to the statutorily allowed amount of $3,800. These claims have been scheduled on a per family basis as of the Petition Date. Historically, these funds have been rolled over from year to year or refunded by the Debtor, as applicable, at the request of the depositor. To the extent any family's deposit amount exceeded the priority limit, such overage was accounted for as a nonpriority unsecured claim.

9

Due to a lag in the implementation of the stop pay orders necessitated by the Debtor's chapter 11 case filing, ten prepetition checks in the aggregate amount of $20,227.00 cleared the Debtor's Wells Fargo operating bank account after the Petition Date before the debit hold on the account was in place. These checks were returns of customer deposits issued at the request of customers. The Debtor has not scheduled claims for these amounts.

The Debtor reserves the right to assert that any claim listed on Schedule E/F does not constitute a priority claim under the Bankruptcy Code.

***Part 2 – Creditors with Nonpriority Unsecured Claims.*** The Debtor has used reasonable efforts to report all general unsecured claims against the Debtor in Schedule E/F, Part 2, based upon the Debtor's books and records as of the Petition Date. However, the actual amount of claims against the Debtor may vary from those liabilities listed on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Additionally, some prepetition amounts may have been or will be paid in accordance with the First Day Orders. Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

f.  **<u>Schedule G – Executory Contracts and Unexpired Leases</u>.** Due to the damage caused by the July 2025 flood, the Debtor has few remaining copies of its executory contracts and unexpired leases. Accordingly, the Debtor, together with its professionals, has used its best efforts to compile a list of its executory contracts and unexpired leases from institutional knowledge, inventory of its physical assets, and research into its books and records. While reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or overinclusion may have occurred. Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts, agreements or leases are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease. For any executory contract or unexpired lease that purportedly may have been

10

assigned to the Debtor, but for which there is no documentation to support the purported assignment, neither the executory contract nor unexpired lease (or related claim) has been included on the Schedules. Any and all of the Debtor's rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved. In addition, the Debtor is continuing its review of all relevant documents and expressly reserves its right to amend all Schedules at a later time as necessary and/or to challenge the classification of any agreement as an executory contract or unexpired lease in any appropriate filing.

Certain information, such as contact information or addresses of the counterparty, contract term, or outstanding amounts owed may not be included where such information could not be obtained using the Debtor's reasonable efforts. The Debtor will continue to reach out to the contract counterparties to obtain this information. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

g.  **Schedule H.** The Debtor reserves all of its rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

7. **Specific Statements Disclosures.**

a.  **Statements Part 1, Question 1 and 2 – Gross Revenue from business.** Revenue amounts listed for current fiscal year are through June 24, 2026. Gross Revenues for the prior years of 2024 and 2025 are for fiscal and calendar years ended on December 31ˢᵗ respectively.

b.  **Statements, Part 2, Question 4 – Payments and Transfers to Certain Insiders within 1 year before the filing.** With respect to insiders, the amounts listed reflect certain payments and transfers to such individuals, including, without limitation, distributions, compensation, expense reimbursement, and/or severance and the like.

Certain insiders occupied temporary housing on affiliate debtor Natural Fountains Properties, Inc.'s property or utilized the Debtor's leased property (**"Camp Mystic"**) and company vehicles, and utilized services paid for by the Debtor, including but not limited to its utilities, gasoline, cable, and internet, within the year prior to filing these chapter 11 cases. Specifically, (i) George Eastland and his family have occupied a house at Camp Mystic since 2015; (ii) Edward Eastland and his family have occupied a manufactured house at Camp Mystic since June 2026 after their home was damaged in the July 2025 flood; and (iii) Willetta Eastland,

11

after her home at Camp Mystic was damaged in the July 2025 flood, has occupied temporary housing in the Camp Mystic infirmary since Fall 2025. For purposes of the Statements, the Debtor has marked the value attributed to such use as undetermined."

c. **Statements, Part 3, Question 7 – Legal Actions or Assignments.** The Debtor has made reasonable best efforts to identify all current pending litigation and legal proceedings involving the Debtor. The Debtor reserves all of its rights and defenses with respect to any and all listed lawsuits and legal proceedings. The listing of such suits and proceedings shall not constitute an admission by the Debtor of any liabilities or that the actions or proceedings were correctly filed against the Debtor.

**The Debtor is jointly administered under Case No. 26-90621, Camp Mystic, LLC, therefore all global litigation has been included on the Debtor's Statements.**

d. **Statements, Part 6, Question 13 – Transfers Not Already Listed On This Statement.** Certain of these payments may also be captured and reflected in Question 4.

e. **Statements, Part 9, Question 16 – Personally Identifiable Information.** For its customers, Camp Mystic has access to names, addresses, dates of birth, phone numbers, email addresses, payment and transaction data, emergency contact information, limited medical and dietary information necessary for camp operations, and photos (optional) uploaded by the customer with appropriate consent. While the Debtor does not have a formal written privacy policy, the Debtor securely maintains personally identifiable information from customers on the platform Camp Minder, which maintains its own privacy protocols.

f. **Statements, Part 13, Question 26 – Books, Records, and Financial Statements.** The Debtor has used its reasonable efforts to identify the beginning and ending dates of all accountants and bookkeepers who maintained the Debtor's books and records within the two (2) years before commencement of this case; however, the Debtor does not warrant the accuracy of these dates and reserves the right to conduct further investigations as it sees fit, in its sole discretion, to verify the accuracy of these dates.

g. **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.** Refer to Section 5 (*Methodology*) regarding all payments to insiders and Global Notes, Statements, Part 2, Question 4 (above).

12

**Fill in this information to identify the case:**

Debtor name  Camp Mystic, LLC

United States Bankruptcy Court for the: Southern District of Texas

(State)

Case number (If known):  26-90621

❑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................. $344,605.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................. $7,531,900.95

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................ $7,876,505.95

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................. $11,516.75

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................... $1,297,484.61

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................ **+** $3,128.00

4. **Total liabilities**.................................................................................................................... $1,312,129.36
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name   CAMP MYSTIC, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (If known):   26-90621

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | |
| 2.1   PETTY CASH | $5,344.67 |

3. **Checking, savings, money market, or financial brokerage account** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1 | BROADWAY BANK | MONEY MARKET | 8 0 0 6 | $271,391.24 |
| 3.2 | FIDELITY | INVESTMENT | 2 0 8 0 | $9,914.16 |
| 3.3 | SECURITY STATE BANK AND TRUST | CHECKING | 5 4 8 0 | $467,934.43 |
| 3.4 | TEXAS PARTNERS BANK | CERT OF DEPOSIT | 5 0 4 4 | $281,030.98 |
| 3.5 | WELLS FARGO | CHECKING | 2 2 3 1 | $470,901.79 |
| 3.6 | WELLS FARGO | SAVINGS | 9 6 7 9 | $5,376.17 |

| | | Current value of debtor's interest |
|---|---|---|
| 4. | **Other cash equivalents** *(Identify all)* | |
| | NONE | |

Debtor    CAMP MYSTIC, LLC _____    Case number (if known)    26-90621 _____
          (name)

**5. Total of Part 1**    $1,511,893.44

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**NONE**

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

**Current value of debtor's interest**

Description, including name of holder of prepayment

**NONE**

**9. Total of Part 2**    $0.00

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

**NONE**

**12. Total of Part 3**    $0.00

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **NONE** | | |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:                                    % of ownership: | | |
| **NONE** | | |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| **NONE** | | |

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

$0.00

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory (mm/dd/yy) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **NONE** | | | | |

Debtor   CAMP MYSTIC, LLC  
    (name)

Case number  (if known)   26-90621

| General description | Date of the last physical inventory (mm/dd/yy) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**20.** **Work in progress**

    **NONE**

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21.** **Finished goods, including goods held for resale** | | | | |
| 21.1 ALOE VERA GEL | | $4.59 | COST PER BOOK VALUE | $4.59 |
| 21.2 BACKPACKS GREEN 2024 | | $102.44 | COST PER BOOK VALUE | $102.44 |
| 21.3 BACKPACKS PINK 2025 | | $102.40 | COST PER BOOK VALUE | $102.40 |
| 21.4 BATTERIES AAA (4) | | $15.08 | COST PER BOOK VALUE | $15.08 |
| 21.5 BE THE LIGHT T-SHIRT LG | | $567.15 | COST PER BOOK VALUE | $567.15 |
| 21.6 BE THE LIGHT T-SHIRT MED | | $666.65 | COST PER BOOK VALUE | $666.65 |
| 21.7 BE THE LIGHT T-SHIRT SM | | $666.65 | COST PER BOOK VALUE | $666.65 |
| 21.8 BE THE LIGHT T-SHIRT X-LG | | $119.40 | COST PER BOOK VALUE | $119.40 |
| 21.9 BE THE LIGHT T-SHIRT XX-LG | | $71.70 | COST PER BOOK VALUE | $71.70 |
| 21.10 BE THE LIGHT T-SHIRT Y-LG | | $597.00 | COST PER BOOK VALUE | $597.00 |
| 21.11 BE THE LIGHT T-SHIRT Y-MED | | $358.20 | COST PER BOOK VALUE | $358.20 |
| 21.12 BE THE LIGHT T-SHIRT Y-SM | | $238.80 | COST PER BOOK VALUE | $238.80 |
| 21.13 BE YE KIND T-SHIRT LG | | $597.00 | COST PER BOOK VALUE | $597.00 |
| 21.14 BE YE KIND T-SHIRT MED | | $716.40 | COST PER BOOK VALUE | $716.40 |
| 21.15 BE YE KIND T-SHIRT SM | | $706.45 | COST PER BOOK VALUE | $706.45 |
| 21.16 BE YE KIND T-SHIRT X-LG | | $119.40 | COST PER BOOK VALUE | $119.40 |
| 21.17 BE YE KIND T-SHIRT XX-LG | | $71.70 | COST PER BOOK VALUE | $71.70 |
| 21.18 BE YE KIND T-SHIRT Y-LG | | $597.00 | COST PER BOOK VALUE | $597.00 |
| 21.19 BE YE KIND T-SHIRT Y-MED | | $358.20 | COST PER BOOK VALUE | $358.20 |
| 21.20 BE YE KIND T-SHIRT Y-SM | | $238.80 | COST PER BOOK VALUE | $238.80 |

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **21.** | **Finished goods, including goods held for resale** | | | | |
| 21.21 | BELT BAG (GREEN) 2025 | | $109.48 | COST PER BOOK VALUE | $109.48 |
| 21.22 | BRACELET KITS: CLAY DISC 2024 | | $16.08 | COST PER BOOK VALUE | $16.08 |
| 21.23 | CAMPFIRE MUG 2027 | | $432.00 | COST PER BOOK VALUE | $432.00 |
| 21.24 | CHAPSTICK | | $2.76 | COST PER BOOK VALUE | $2.76 |
| 21.25 | CLIPBOARDS | | $703.92 | COST PER BOOK VALUE | $703.92 |
| 21.26 | CROC JIBBITZ | | $511.00 | COST PER BOOK VALUE | $511.00 |
| 21.27 | DENTAL FLOSS | | $18.06 | COST PER BOOK VALUE | $18.06 |
| 21.28 | DEODORANT | | $28.34 | COST PER BOOK VALUE | $28.34 |
| 21.29 | FISHERS OF MEN T-SHIRT 2X-LG | | $186.00 | COST PER BOOK VALUE | $186.00 |
| 21.30 | FISHERS OF MEN T-SHIRT LG | | $1,023.00 | COST PER BOOK VALUE | $1,023.00 |
| 21.31 | FISHERS OF MEN T-SHIRT MED | | $868.00 | COST PER BOOK VALUE | $868.00 |
| 21.32 | FISHERS OF MEN T-SHIRT SM | | $883.50 | COST PER BOOK VALUE | $883.50 |
| 21.33 | FISHERS OF MEN T-SHIRT X-LG | | $341.00 | COST PER BOOK VALUE | $341.00 |
| 21.34 | FISHERS OF MEN T-SHIRT Y-LG | | $1,036.00 | COST PER BOOK VALUE | $1,036.00 |
| 21.35 | FISHERS OF MEN T-SHIRT Y-MED | | $710.40 | COST PER BOOK VALUE | $710.40 |
| 21.36 | FISHERS OF MEN T-SHIRT Y-SM | | $429.20 | COST PER BOOK VALUE | $429.20 |
| 21.37 | GOGGLES-KIDS | | $10.00 | COST PER BOOK VALUE | $10.00 |
| 21.38 | GRADIENT CMCL T-SHIRT LG | | $22.95 | COST PER BOOK VALUE | $22.95 |
| 21.39 | GRADIENT CMCL T-SHIRT MED | | $130.05 | COST PER BOOK VALUE | $130.05 |
| 21.40 | GRADIENT CMCL T-SHIRT SM | | $145.35 | COST PER BOOK VALUE | $145.35 |
| 21.41 | GRADIENT CMCL T-SHIRT X-LG | | $45.90 | COST PER BOOK VALUE | $45.90 |
| 21.42 | GRADIENT CMCL T-SHIRT Y-LG | | $150.40 | COST PER BOOK VALUE | $150.40 |
| 21.43 | GRADIENT CMCL T-SHIRT Y-MED | | $131.60 | COST PER BOOK VALUE | $131.60 |
| 21.44 | GRADIENT CMCL T-SHIRT Y-SM | | $61.20 | COST PER BOOK VALUE | $61.20 |

Debtor    CAMP MYSTIC, LLC                                           Case number (if known)    26-90621
              (name)

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **21.** | **Finished goods, including goods held for resale** | | | | |
| 21.45 | GUMMY BEAR STRESS TOY 2027 | | $1,164.00 | COST PER BOOK VALUE | $1,164.00 |
| 21.46 | HAIR PRODUCTS- CONDITIONER | | $21.66 | COST PER BOOK VALUE | $21.66 |
| 21.47 | HAIR PRODUCTS- DETANGLER | | $49.60 | COST PER BOOK VALUE | $49.60 |
| 21.48 | HAIR PRODUCTS- LIGHT-UP SCRUNCHIE 2025 | | $67.65 | COST PER BOOK VALUE | $67.65 |
| 21.49 | HAIR PRODUCTS- PINK W/ HAIR TIES 2024 | | $70.20 | COST PER BOOK VALUE | $70.20 |
| 21.50 | HAIR PRODUCTS- SHAMPOO | | $14.82 | COST PER BOOK VALUE | $14.82 |
| 21.51 | HAND HELD FAN - GREEN 2026 | | $682.28 | COST PER BOOK VALUE | $682.28 |
| 21.52 | HOOKS(3M MED-3LBS) | | $14.07 | COST PER BOOK VALUE | $14.07 |
| 21.53 | INEY'S THOUGHTS BOOK | | $822.00 | COST PER BOOK VALUE | $822.00 |
| 21.54 | INSECT SPRAY: OFF | | $7.96 | COST PER BOOK VALUE | $7.96 |
| 21.55 | JOURNAL NOTEBOOK: TURQUOISE SQUARE 2025 | | $409.36 | COST PER BOOK VALUE | $409.36 |
| 21.56 | K YELL T-SHIRT LG | | $36.00 | COST PER BOOK VALUE | $36.00 |
| 21.57 | K YELL T-SHIRT MED | | $144.00 | COST PER BOOK VALUE | $144.00 |
| 21.58 | K YELL T-SHIRT SM | | $168.00 | COST PER BOOK VALUE | $168.00 |
| 21.59 | K YELL T-SHIRT X-LG | | $12.00 | COST PER BOOK VALUE | $12.00 |
| 21.60 | K YELL T-SHIRT Y-LG | | $162.00 | COST PER BOOK VALUE | $162.00 |
| 21.61 | K YELL T-SHIRT Y-MED | | $120.00 | COST PER BOOK VALUE | $120.00 |
| 21.62 | K YELL T-SHIRT Y-SM | | $126.00 | COST PER BOOK VALUE | $126.00 |
| 21.63 | KIOWA CM ROPE (RINGER) T-SHIRT MED | | $55.32 | COST PER BOOK VALUE | $55.32 |
| 21.64 | KIOWA CM ROPE (RINGER) T-SHIRT SM | | $239.72 | COST PER BOOK VALUE | $239.72 |
| 21.65 | KIOWA CM ROPE (RINGER) T-SHIRT X-LG | | $156.74 | COST PER BOOK VALUE | $156.74 |
| 21.66 | KIOWA CM ROPE (RINGER) T-SHIRT Y-LG | | $230.50 | COST PER BOOK VALUE | $230.50 |
| 21.67 | KIOWA CM ROPE (RINGER) T-SHIRT Y-MED | | $64.54 | COST PER BOOK VALUE | $64.54 |
| 21.68 | KOOZIES | | $303.88 | COST PER BOOK VALUE | $303.88 |

Debtor    CAMP MYSTIC, LLC                                          Case number (if known)   26-90621
          (name)

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21.** **Finished goods, including goods held for resale** | | | | |
| 21.69   LIGHT SAGE CHILL HAT 2025 CAP | | $211.44 | COST PER BOOK VALUE | $211.44 |
| 21.70   MOUTHWASH (1.2 OZ) | | $10.35 | COST PER BOOK VALUE | $10.35 |
| 21.71   NAIL PRODUCTS: CLIPPERS | | $5.16 | COST PER BOOK VALUE | $5.16 |
| 21.72   NAIL PRODUCTS: POLISH REMOVER | | $61.56 | COST PER BOOK VALUE | $61.56 |
| 21.73   NAIL PRODUCTS: POLISH-ASST COLORS | | $102.30 | COST PER BOOK VALUE | $102.30 |
| 21.74   NEON GREEN/PINK CHILL HAT 2025 CAP | | $229.06 | COST PER BOOK VALUE | $229.06 |
| 21.75   NOTEBOOKS (SPIRAL) | | $26.04 | COST PER BOOK VALUE | $26.04 |
| 21.76   NURSES' SHIRT 3X-LG | | $7.00 | COST PER BOOK VALUE | $7.00 |
| 21.77   NURSES' SHIRT LG | | $84.00 | COST PER BOOK VALUE | $84.00 |
| 21.78   NURSES' SHIRT MED | | $84.00 | COST PER BOOK VALUE | $84.00 |
| 21.79   NURSES' SHIRT SM | | $42.00 | COST PER BOOK VALUE | $42.00 |
| 21.80   NURSES' SHIRT X-LG | | $42.00 | COST PER BOOK VALUE | $42.00 |
| 21.81   NURSES' SHIRT XX-LG | | $14.00 | COST PER BOOK VALUE | $14.00 |
| 21.82   POSTERS: CMCL MAP | | $13.40 | COST PER BOOK VALUE | $13.40 |
| 21.83   POUCHES 2024 KIOWA | | $440.40 | COST PER BOOK VALUE | $440.40 |
| 21.84   POUCHES 2024 TONK | | $433.06 | COST PER BOOK VALUE | $433.06 |
| 21.85   SAGE SWEATSHIRT 2026 | | $945.05 | COST PER BOOK VALUE | $945.05 |
| 21.86   SCOTCH TAPE | | $10.60 | COST PER BOOK VALUE | $10.60 |
| 21.87   SEAFOAM FLORAL T-SHIRT MED | | $19.90 | COST PER BOOK VALUE | $19.90 |
| 21.88   SEAFOAM FLORAL T-SHIRT SM | | $39.80 | COST PER BOOK VALUE | $39.80 |
| 21.89   SEAFOAM FLORAL T-SHIRT Y-LG | | $99.50 | COST PER BOOK VALUE | $99.50 |
| 21.90   SEAFOAM FLORAL T-SHIRT Y-MED | | $49.75 | COST PER BOOK VALUE | $49.75 |
| 21.91   SEAFOAM FLORAL T-SHIRT Y-SM | | $129.35 | COST PER BOOK VALUE | $129.35 |
| 21.92   SOAP PRODUCTS- BAR | | $4.86 | COST PER BOOK VALUE | $4.86 |

Debtor   CAMP MYSTIC, LLC
　　　　　(name)

Case number (if known)   26-90621

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21. Finished goods, including goods held for resale** | | | | |
| 21.93 SOAP PRODUCTS- BODY WASH/GEL | | $38.61 | COST PER BOOK VALUE | $38.61 |
| 21.94 SOAP PRODUCTS- PUMP | | $5.88 | COST PER BOOK VALUE | $5.88 |
| 21.95 SOAP PRODUCTS- SHAVING GEL/CRÈME | | $26.41 | COST PER BOOK VALUE | $26.41 |
| 21.96 SOAP PRODUCTS- SOAP CONTAINER | | $7.41 | COST PER BOOK VALUE | $7.41 |
| 21.97 SOLID BLUE TRIBE LG | | $258.60 | COST PER BOOK VALUE | $258.60 |
| 21.98 SOLID BLUE TRIBE MED | | $689.60 | COST PER BOOK VALUE | $689.60 |
| 21.99 SOLID BLUE TRIBE SM | | $1,551.60 | COST PER BOOK VALUE | $1,551.60 |
| 21.100 SOLID BLUE TRIBE X-LG | | $129.30 | COST PER BOOK VALUE | $129.30 |
| 21.101 SOLID BLUE TRIBE Y-LG | | $1,422.30 | COST PER BOOK VALUE | $1,422.30 |
| 21.102 SOLID BLUE TRIBE Y-MED | | $1,293.00 | COST PER BOOK VALUE | $1,293.00 |
| 21.103 SOLID BLUE TRIBE Y-SM | | $1,012.85 | COST PER BOOK VALUE | $1,012.85 |
| 21.104 SOLID RED TRIBE LG | | $258.36 | COST PER BOOK VALUE | $258.36 |
| 21.105 SOLID RED TRIBE MED | | $667.43 | COST PER BOOK VALUE | $667.43 |
| 21.106 SOLID RED TRIBE SM | | $1,571.69 | COST PER BOOK VALUE | $1,571.69 |
| 21.107 SOLID RED TRIBE X-LG | | $129.18 | COST PER BOOK VALUE | $129.18 |
| 21.108 SOLID RED TRIBE Y-LG | | $1,442.51 | COST PER BOOK VALUE | $1,442.51 |
| 21.109 SOLID RED TRIBE Y-MED | | $1,442.51 | COST PER BOOK VALUE | $1,442.51 |
| 21.110 SOLID RED TRIBE Y-SM | | $1,033.44 | COST PER BOOK VALUE | $1,033.44 |
| 21.111 SONGBOOK | | $154.00 | COST PER BOOK VALUE | $154.00 |
| 21.112 STACKABLE COLORED PENCIL 2023 | | $27.72 | COST PER BOOK VALUE | $27.72 |
| 21.113 STATIONARY PACKET: CAMPER CREATED - 2024 | | $332.50 | COST PER BOOK VALUE | $332.50 |
| 21.114 STICKERS; CABIN STICKERS - INDIVIDUAL 2025 | | $955.26 | COST PER BOOK VALUE | $955.26 |
| 21.115 STICKERS; STICKER SHEET 2024 | | $616.00 | COST PER BOOK VALUE | $616.00 |
| 21.116 STONE TRUCKER 2023 CAP | | $782.04 | COST PER BOOK VALUE | $782.04 |

Debtor       CAMP MYSTIC, LLC                                    Case number  (if known)     26-90621
                    (name)

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21.    Finished goods, including goods held for resale** | | | | |
| 21.117  STUFFED ANIMALS: 10" OAT BROWN BEAR | | $217.40 | COST PER BOOK VALUE | $217.40 |
| 21.118  SUNSET T-SHIRT LG | | $313.25 | COST PER BOOK VALUE | $313.25 |
| 21.119  SUNSET T-SHIRT MED | | $420.65 | COST PER BOOK VALUE | $420.65 |
| 21.120  SUNSET T-SHIRT SM | | $429.60 | COST PER BOOK VALUE | $429.60 |
| 21.121  SUNSET T-SHIRT X-LG | | $429.60 | COST PER BOOK VALUE | $429.60 |
| 21.122  SUNSET T-SHIRT XX-LG | | $131.40 | COST PER BOOK VALUE | $131.40 |
| 21.123  SUNSET T-SHIRT Y-LG | | $196.90 | COST PER BOOK VALUE | $196.90 |
| 21.124  SUNSET T-SHIRT Y-MED | | $205.85 | COST PER BOOK VALUE | $205.85 |
| 21.125  SUNSET T-SHIRT Y-SM | | $107.40 | COST PER BOOK VALUE | $107.40 |
| 21.126  SWEATSHIRT (PINK & GREEN) Y-SM | | $242.20 | COST PER BOOK VALUE | $242.20 |
| 21.127  SWEATSHIRT 2XL/3XL | | $300.00 | COST PER BOOK VALUE | $300.00 |
| 21.128  SWEATSHIRT L/XL | | $1,625.00 | COST PER BOOK VALUE | $1,625.00 |
| 21.129  SWEATSHIRT S/M | | $2,775.00 | COST PER BOOK VALUE | $2,775.00 |
| 21.130  SWEATSHIRT Y-LG | | $1,085.60 | COST PER BOOK VALUE | $1,085.60 |
| 21.131  SWEATSHIRT Y-MED | | $883.20 | COST PER BOOK VALUE | $883.20 |
| 21.132  SWEATSHIRT Y-SM | | $441.60 | COST PER BOOK VALUE | $441.60 |
| 21.133  T YELL T-SHIRT LG | | $36.00 | COST PER BOOK VALUE | $36.00 |
| 21.134  T YELL T-SHIRT MED | | $144.00 | COST PER BOOK VALUE | $144.00 |
| 21.135  T YELL T-SHIRT SM | | $144.00 | COST PER BOOK VALUE | $144.00 |
| 21.136  T YELL T-SHIRT X-LG | | $12.00 | COST PER BOOK VALUE | $12.00 |
| 21.137  T YELL T-SHIRT Y-LG | | $168.00 | COST PER BOOK VALUE | $168.00 |
| 21.138  T YELL T-SHIRT Y-MED | | $132.00 | COST PER BOOK VALUE | $132.00 |
| 21.139  T YELL T-SHIRT Y-SM | | $138.00 | COST PER BOOK VALUE | $138.00 |
| 21.140  TASSEL BRACELETS 2024: MYSTIC | | $97.90 | COST PER BOOK VALUE | $97.90 |

| Debtor | CAMP MYSTIC, LLC | Case number (if known) | 26-90621 |
|---|---|---|---|
| | (name) | | |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21.** **Finished goods, including goods held for resale** | | | | |
| 21.141 TASSEL BRACELETS 2024: SAGE GREEN 2025 | | $146.32 | COST PER BOOK VALUE | $146.32 |
| 21.142 TEN COLOR PEN 2024 | | $19.80 | COST PER BOOK VALUE | $19.80 |
| 21.143 TONK CM ROPE (RINGER) T-SHIRT SM | | $276.60 | COST PER BOOK VALUE | $276.60 |
| 21.144 TONK CM ROPE (RINGER) T-SHIRT X-LG | | $27.66 | COST PER BOOK VALUE | $27.66 |
| 21.145 TONK CM ROPE (RINGER) T-SHIRT Y-LG | | $184.40 | COST PER BOOK VALUE | $184.40 |
| 21.146 TONK CM ROPE (RINGER) T-SHIRT Y-MED | | $202.84 | COST PER BOOK VALUE | $202.84 |
| 21.147 TOOTHBRUSH HOLDERS | | $1.97 | COST PER BOOK VALUE | $1.97 |
| 21.148 TOOTHBRUSHES | | $5.46 | COST PER BOOK VALUE | $5.46 |
| 21.149 TOOTHPASTE | | $29.55 | COST PER BOOK VALUE | $29.55 |
| 21.150 WATER BOTTLES: PURPLE 2026 | | $1,302.00 | COST PER BOOK VALUE | $1,302.00 |
| 21.151 WRITING PAD: 2023 DESIGN | | $116.55 | COST PER BOOK VALUE | $116.55 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **22.** **Other inventory or supplies** | | | | |
| **NONE** | | | | |

**23.** **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$51,995.98

**24.** Is any of the property listed in Part 5 perishable?

☑ No ☐ Yes

**25.** Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☑ No ☐ Yes   Book value _____   Valuation method _____   Current value _____

**26.** Has any of the property listed in Part 5 been appraised by a professional within the last year?

☑ No ☐ Yes

Debtor   CAMP MYSTIC, LLC                                    Case number (if known)   26-90621
         (name)

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops-either planted or harvested** | | | |
| NONE | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1   64 HORSES | UNDETERMINED | | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1   1 EA.2002 KAWASAKI MULE 3000 | | | UNDETERMINED |
| 30.2   1 EA.2006 KAWASAKI MULE 3010 KAF620J | | | UNDETERMINED |
| 30.3   1 EA.2009 KAWASAKI MULE 4010 TRANS4X4 KAF620R | | | UNDETERMINED |
| 30.4   1 EA.2013 KAWASAKI MULE 4010 TRANS4X4 EPS KAF620R | | | UNDETERMINED |
| 30.5   1 EA.2017 KAWASAKI MULE 4010 TRANS4X4 EPS KAF620R | | | UNDETERMINED |
| 30.6   1 EA.2023 KAWASAKI MULE KAT620C | | | UNDETERMINED |
| 30.7   1 EA.2025 POLARIS RANGER CREW XP 1000 POLARIS RANGER CREW XP 1000 | | | UNDETERMINED |
| 30.8   1 EA.2025 POLARIS RANGER XP 1000 | | | UNDETERMINED |
| 30.9   1EA. 2023 S66 BOBCAT SKIDSTEER | | | UNDETERMINED |
| 30.10   1EA. 990 JOHN DEERE TRACTOR W/ FRONT END LOADER | | | UNDETERMINED |
| 30.11   1EA. FERRIS ZERO TURN MOWER (15X3300) | | | UNDETERMINED |
| 30.12   1EA. JOHN DEERE ZERO TURN MOWER | | | UNDETERMINED |
| 30.13   EWALD KUBOTA TRACTOR | $28,073.93 | | UNDETERMINED |
| 30.14   JOHN DEERE ZERO TURN MOWER | | | UNDETERMINED |
| 30.15   MODEL 830 JOHN DEERE TRACTOR | | | UNDETERMINED |
| 30.16   MODEL 870 JOHN DEERE TRACTOR W/ FRONT END LOADER | | | UNDETERMINED |
| 30.17   PUSH MOWER - LADYBUG LODGE | | | UNDETERMINED |
| 30.18   S66 T4 BOBCAT SKID STEER | $50,309.91 | | UNDETERMINED |

Debtor      CAMP MYSTIC, LLC
            (name)

Case number (if known)    26-90621

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **31.    Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1    30 HAY-ROUND BALES | UNDETERMINED | FAIR MARKET AVERAGE VALUE | $2,250.00 |
| 31.2    40 HAY-SQUARE BALES | UNDETERMINED | FAIR MARKET AVERAGE VALUE | $400.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **32.    Other farming and fishing-related property not already listed in Part 6** | | | |
| NONE | | | |

**33.    Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$2,650.00

**34.    Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No        ☐ Yes

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No        ☐ Yes        Book value _____   Valuation method _____   Current value _____

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No        ☑ Yes

**37.    Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No        ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
        (name)

### 39. Office furniture

| | | |
|---|---|---|
| 39.1 | 1 EA. 8-SLOT WALL WIRE RACK | ORDERLY LIQUIDATION VALUE | $10.00 |
| 39.2 | 1 EA. BEIGE CERAMIC BODY, OFF-WHITE BELL SHADE | ORDERLY LIQUIDATION VALUE | $15.00 |
| 39.3 | 1 EA. BEIGE LAMINATE RETURN-STYLE DESK WITH MODESTY PANEL AND MOBILE PED | ORDERLY LIQUIDATION VALUE | $120.00 |
| 39.4 | 1 EA. BLACK LAMINATE 5-SHELF BOOKCASE, ~72" TALL | ORDERLY LIQUIDATION VALUE | $35.00 |
| 39.5 | 1 EA. BONDED-LEATHER LOOK, TILT/SWIVEL, WELL-USED, SOME CREASING | ORDERLY LIQUIDATION VALUE | $35.00 |
| 39.6 | 1 EA. BOW-FRONT WHITE CONSOLE W/ DARK RING PULLS, 3 DRAWERS + 2 DOORS | ORDERLY LIQUIDATION VALUE | $95.00 |
| 39.7 | 1 EA. BRASS FINISH ADJUSTABLE TASK LAMP, CREAM SHADE | ORDERLY LIQUIDATION VALUE | $25.00 |
| 39.8 | 1 EA. CHUNKY KNIT ACCENT THROW | ORDERLY LIQUIDATION VALUE | $10.00 |
| 39.9 | 1 EA. COGNAC FAUX-LEATHER SWIVEL ACCENT CHAIR, CHROME 4-STAR BASE | ORDERLY LIQUIDATION VALUE | $45.00 |
| 39.10 | 1 EA. COMPACT UNIT | ORDERLY LIQUIDATION VALUE | $25.00 |
| 39.11 | 1 EA. DARK WOOD TABLE W/ TURNED LEGS, USED AS DESK | ORDERLY LIQUIDATION VALUE | $75.00 |
| 39.12 | 1 EA. FABRIC SETTEE, TAPERED WOOD LEGS, NAILHEAD TRIM; LIGHT SOILING | ORDERLY LIQUIDATION VALUE | $150.00 |
| 39.13 | 1 EA. FRAMED TREE/LAKE LANDSCAPE, ~30×36" WOOD FRAME | ORDERLY LIQUIDATION VALUE | $100.00 |
| 39.14 | 1 EA. GOLD-WIRE MULTI-SLOT | ORDERLY LIQUIDATION VALUE | $5.00 |
| 39.15 | 1 EA. GREEN FABRIC, TRANSITIONAL WOOD-LEG SWIVEL | ORDERLY LIQUIDATION VALUE | $30.00 |
| 39.16 | 1 EA. INSTALLED WHITE PTAC-STYLE UNIT, RUNNING CONDITION UNVERIFIED | ORDERLY LIQUIDATION VALUE | $85.00 |
| 39.17 | 1 EA. LARGE RECTANGULAR OAK-FINISH TRESTLE-STYLE DESK WITH LOWER SHELF, DECORATIVE APRON | ORDERLY LIQUIDATION VALUE | $150.00 |
| 39.18 | 1 EA. LARGE SINGLE-PEDESTAL BLACK-PAINTED WOOD DESK WITH DRAWER BANK, BRASS RING PULLS; SCUFFS ON FRONT | ORDERLY LIQUIDATION VALUE | $85.00 |
| 39.19 | 1 EA. LIGHT-WOOD OPEN SHELVING UNIT, ~48" TALL | ORDERLY LIQUIDATION VALUE | $25.00 |
| 39.20 | 1 EA. MACHINE-WOVEN, LIGHT WEAR | ORDERLY LIQUIDATION VALUE | $40.00 |
| 39.21 | 1 EA. MULTI-TIER VERTICAL FILE SORTER | ORDERLY LIQUIDATION VALUE | $10.00 |
| 39.22 | 1 EA. OAK DESK WITH CENTER PENCIL DRAWER + SIDE PEDESTAL | ORDERLY LIQUIDATION VALUE | $60.00 |
| 39.23 | 1 EA. OAK-FINISH 2-DRAWER FILE W/ DECORATIVE PULLS | ORDERLY LIQUIDATION VALUE | $55.00 |
| 39.24 | 1 EA. OSCILLATING FLOOR FAN | ORDERLY LIQUIDATION VALUE | $15.00 |
| 39.25 | 1 EA. PAINTED BLACK WOOD 3-DRAWER CHEST W/ RING PULLS | ORDERLY LIQUIDATION VALUE | $40.00 |

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture** | | | |
| 39.26  1 EA. SITE-BUILT CEDAR T&G RECEPTION DESK, ~10 FT; TREATED AS FIXTURE — VALUE ON REMOVAL | | ORDERLY LIQUIDATION VALUE | $100.00 |
| 39.27  1 EA. SITE-BUILT LONG LAMINATE WORK SURFACE WITH CEDAR APRON; FIXTURE — SALVAGE ONLY | | ORDERLY LIQUIDATION VALUE | $40.00 |
| 39.28  1 EA. SLIM CONTEMPORARY DESK LAMP | | ORDERLY LIQUIDATION VALUE | $10.00 |
| 39.29  1 EA. SMALL ACCENT LAMP ON CONSOLE | | ORDERLY LIQUIDATION VALUE | $10.00 |
| 39.30  1 EA. SMALL BLUE FRAME | | ORDERLY LIQUIDATION VALUE | $20.00 |
| 39.31  1 EA. SMALL WOOD ACCENT/PLANT TABLE W/ TURNED LEGS | | ORDERLY LIQUIDATION VALUE | $25.00 |
| 39.32  1 EA. STANDARD 3-SPEED BOX FAN | | ORDERLY LIQUIDATION VALUE | $10.00 |
| 39.33  1 EA. STANDARD 4-DRAWER LEGAL/LETTER VERTICAL FILE, LIGHT WEAR | | ORDERLY LIQUIDATION VALUE | $45.00 |
| 39.34  1 EA. STANDING PORTABLE UNIT, INCLUDES EXHAUST | | ORDERLY LIQUIDATION VALUE | $75.00 |
| 39.35  1 EA. THREE MATTED BROWN-FRAME PHOTOS | | ORDERLY LIQUIDATION VALUE | $25.00 |
| 39.36  1 EA. WHITE PAINTED MDF BOOKCASE, ~72" TALL, GOOD CONDITION | | ORDERLY LIQUIDATION VALUE | $45.00 |
| 39.37  1 EA. ~14×36" FRAMED FELT PENNANT | | ORDERLY LIQUIDATION VALUE | $40.00 |
| 39.38  1 EA. ~16×20" WOOD FRAME | | ORDERLY LIQUIDATION VALUE | $15.00 |
| 39.39  1 EA. ~24×30" MIXED-MEDIA CANVAS | | ORDERLY LIQUIDATION VALUE | $25.00 |
| 39.40  1 EA. ~24×36" | | ORDERLY LIQUIDATION VALUE | $50.00 |
| 39.41  1 EA. ~30×48" ORNATE SILVER-GILT FRAME MIRROR | | ORDERLY LIQUIDATION VALUE | $85.00 |
| 39.42  15 EA. SMALL TABLETOP AND WALL PHOTO FRAMES, MIXED SIZES | | ORDERLY LIQUIDATION VALUE | $45.00 |
| 39.43  2 EA. 2-DRAWER MOBILE BOX/FILE PEDS, LAMINATE/METAL | | ORDERLY LIQUIDATION VALUE | $60.00 |
| 39.44  2 EA. BLUE & NATURAL PAINTED DECORATIVE DRUMS | | ORDERLY LIQUIDATION VALUE | $60.00 |
| 39.45  2 EA. CAST BASE, TUFTED SEAT/BACK, LIGHT SOILING | | ORDERLY LIQUIDATION VALUE | $90.00 |
| 39.46  2 EA. HIGH-BACK OFFICE CHAIR, GREEN WOOL-BLEND FABRIC, WOOD ARMS | | ORDERLY LIQUIDATION VALUE | $50.00 |
| 39.47  2 EA. LARGE HAND-LETTERED PLANK SIGNS | | ORDERLY LIQUIDATION VALUE | $30.00 |
| 39.48  2 EA. MATCHING PAIR, DARK GREEN FABRIC, BLACK WOOD LEGS | | ORDERLY LIQUIDATION VALUE | $130.00 |
| 39.49  2 EA. METALLIC FRAME + PATTERNED FABRIC, DECORATIVE ACCENT CHAIRS | | ORDERLY LIQUIDATION VALUE | $110.00 |

Debtor      CAMP MYSTIC, LLC                                         Case number (if known)      26-90621
                (name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.50 2 EA. OAK-FRONT LOWER CABINET UNDER LAMINATE COUNTER — FIXTURE VALUE | | ORDERLY LIQUIDATION VALUE | $100.00 |
| 39.51 3 EA. LONG CEREMONIAL CAMP FEATHER DISPLAYS, WALL-HUNG; SENTIMENTAL/DECORATIVE ONLY | | ORDERLY LIQUIDATION VALUE | $75.00 |
| 39.52 3 EA. MATCHING SET — SLED-BASE WOOD GUEST CHAIRS W/ GREEN UPHOLSTERY | | ORDERLY LIQUIDATION VALUE | $60.00 |
| 39.53 3 EA. MATCHING SET, WOOD-FRAME POSTER PRINTS | | ORDERLY LIQUIDATION VALUE | $45.00 |
| 39.54 3 EA. SILK ORCHIDS IN CERAMIC POTS | | ORDERLY LIQUIDATION VALUE | $24.00 |
| 39.55 3 EA. SMALL TWIG / RUSTIC CROSSES | | ORDERLY LIQUIDATION VALUE | $15.00 |
| 39.56 4 EA. COMMON BUDGET MESH-BACK TASK CHAIR ON NYLON 5-STAR BASE | | ORDERLY LIQUIDATION VALUE | $100.00 |
| 39.57 4 EA. GREY FOLDING CHAIRS LEANING AGAINST WALL | | ORDERLY LIQUIDATION VALUE | $20.00 |
| 39.58 4 EA. STAINED WOOD PLAQUES WITH PRINTED INSERTS | | ORDERLY LIQUIDATION VALUE | $40.00 |
| 39.59 5 EA. ASSORTED WHITE/BEIGE OFFICE TRASH CANS | | ORDERLY LIQUIDATION VALUE | $15.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **40.** **Office fixtures** | | | |
| NONE | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 16 WIFI SPEAKERS | $840.96 | | UNDETERMINED |
| 41.2 18-105MM NIKKOR 3.5-5.6 LENS | | | UNDETERMINED |
| 41.3 18-300MM NIKKOR 3.5-6.3 LENS | | | UNDETERMINED |
| 41.4 18-55MM NIKKOR 3.5-5.6 LENS | | | UNDETERMINED |
| 41.5 2 SPEAKERS JAMES HALL EAST SIDE | $640.25 | | UNDETERMINED |
| 41.6 3 DELL LAPTOPS, MICE | $3,252.45 | | UNDETERMINED |
| 41.7 35MM NIKKOR 1.8 LENS | | | UNDETERMINED |
| 41.8 50MM NIKKOR 1.8 LENS | | | UNDETERMINED |
| 41.9 CANON VIDEO CAMERA - BIG ROCK | | | UNDETERMINED |
| 41.10 COMPUTER #1 - "MYSTIC-BA" | | | UNDETERMINED |

Debtor     CAMP MYSTIC, LLC                          Case number (if known)     26-90621
           (name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.11 COMPUTER #2 - "BETSY-25" | | | UNDETERMINED |
| 41.12 COMPUTER #3 - "CATHERINE-25" | | | UNDETERMINED |
| 41.13 COMPUTER #4 - "CATIE-2019" | | | UNDETERMINED |
| 41.14 COMPUTER #5 - "BRITT 2022" | | | UNDETERMINED |
| 41.15 COMPUTER #6 - "CLAIRE-2026" | | | UNDETERMINED |
| 41.16 COMPUTER #7 -"CMCL MEDIA 2022" | | | UNDETERMINED |
| 41.17 COMPUTER SERVER | | | UNDETERMINED |
| 41.18 INDOOR PA SPEAKERS INSIDE CL CABINS - MIGHT BE INCLUDED W/ PURCHASE OF PA SYSTEM IN CL OFFICE | | | UNDETERMINED |
| 41.19 JAMES HALL PA AND SPEAKER SYSTEM | | | UNDETERMINED |
| 41.20 LAPTOP #1 - "MYSTIC CL-101" | | | UNDETERMINED |
| 41.21 LAPTOP #2 - "MYSTIC CL 102" | | | UNDETERMINED |
| 41.22 LAPTOP #3 - "MYSTIC CL 104" | | | UNDETERMINED |
| 41.23 LAPTOP #4 - "MYSTIC CL 105" | | | UNDETERMINED |
| 41.24 LAPTOP #5 - "MYSTIC CL 106" | | | UNDETERMINED |
| 41.25 LAPTOP #6 - "MYSTIC CL 107" | | | UNDETERMINED |
| 41.26 LAPTOP #7 - "MYSTIC CL 108" | | | UNDETERMINED |
| 41.27 LAPTOP #8 - "MYSTIC CL 103" | | | UNDETERMINED |
| 41.28 LAPTOP #9 - "CANTEEN 20A" | | | UNDETERMINED |
| 41.29 PA SPEAKER SYSTEM | $1,284.28 | | UNDETERMINED |
| 41.30 PA SYSTEM AT PAVILION | | | UNDETERMINED |
| 41.31 PRINTER #1 BROTHER HL-L3290CDW | | | UNDETERMINED |
| 41.32 RICOH PRINTER CL | $524.16 | | UNDETERMINED |
| 41.33 SWITCHBOARD | | | UNDETERMINED |
| 41.34 TELEPHONE SYSTEM EQUIPMENT | | | UNDETERMINED |
| 41.35 U EDGE SWITCH 12 | | | UNDETERMINED |
| 41.36 UDM PRO | | | UNDETERMINED |
| 41.37 UNIFI SWITCH 16 | | | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42.** **Collectibles** | | | |

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**NONE**

Debtor     CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
                  (name)

**43. Total of Part 7.**                                                                              $3,029.00
Add lines 39 through 42. Copy the total to line 86.

**44.** Is a depreciation schedule available for any of the property listed in Part 7?

☐ No          ☑ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?

☑ No          ☐ Yes     Book value _____     Valuation method _____     Current value _____

---

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1   1973 STOCK HORSE TRAILER, VIN: 17148 | UNDETERMINED | 85% OF ESTIMATED FMV | $1,487.50 |
| 47.2   1993 FLATBED TRAILER, VIN: 1UFFS1624PT005659 | UNDETERMINED | 85% OF ESTIMATED FMV | $3,825.00 |
| 47.3   1999 TRUE MASTER TRAILER, VIN: 1C9US1015VP630611 | UNDETERMINED | 85% OF ESTIMATED FMV | $2,125.00 |
| 47.4   2002 DIAMOND UTILITY TRAILER, VIN: 5GHAT173X1U000215 | $0.00 | 50% OF ORIGINAL COST | $437.50 |
| 47.5   2013 CHEVY 2500 PICKUP, VIN: 1GC0KVCG8DZ124230 | $0.00 | 85% OF ESTIMATED FMV | $13,600.00 |
| 47.6   2013 CHEVY SUBURBAN, VIN: 1GNSCHE07DR174518 | $0.00 | 85% OF ESTIMATED FMV | $5,737.50 |
| 47.7   2013 CHEVY TAHOE, VIN: 1GNSCBE01DR357023 | $0.00 | 85% OF ESTIMATED FMV | $5,100.00 |
| 47.8   2016 CHEVY 2500 PICKUP, VIN: 1GC0KUEG9GZ426556 | $0.00 | 85% OF ESTIMATED FMV | $24,650.00 |
| 47.9   2016 CHEVY SUBURBAN, VIN: 1GNSCGEC5GR168368 | $0.00 | 85% OF ESTIMATED FMV | $14,237.50 |
| 47.10  2016 DODGE RAM 2500 PICKUP, VIN: 3C6MR5AJXGG125029 | $0.00 | 85% OF ESTIMATED FMV | $28,687.50 |
| 47.11  2016 FORD TRANSIT VAN, VIN: 1FBZX2YM0GKA49739 | $0.00 | 85% OF ESTIMATED FMV | $23,375.00 |
| 47.12  2017 DUMP TRAILER, VIN: 5UTBN1223HM008712 | $0.00 | 85% OF ESTIMATED FMV | $6,587.50 |
| 47.13  2018 CHEVY TAHOE, VIN: 1GNSCAKC2JR186920 | $0.00 | 85% OF ESTIMATED FMV | $18,275.00 |
| 47.14  2021 DODGE RAM 1500 CREW, VIN: 1C6RR7TT9MS521716 | UNDETERMINED | 85% OF ESTIMATED FMV | $22,100.00 |
| 47.15  2025 CHEVY TAHOE, VIN: 1GNS6TRL3SR389700 | UNDETERMINED | 85% OF ESTIMATED FMV | $48,450.00 |

Debtor    CAMP MYSTIC, LLC                                     Case number (if known)    26-90621
                (name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1   2EA. STAND UP PADDLE BOARD (YOLO YAK) | | | UNDETERMINED |
| 48.2   3EA. STAND UP PADDLE BOARD (SUP) | | | UNDETERMINED |
| 48.3   4EA. GRUMMAN AIRCRAFT CANOES (ALUMINUM) | | | UNDETERMINED |
| 48.4   4EA. IMPULSE SINGLE SEATER KAYAKS | | | UNDETERMINED |
| 48.5   4EA. OLD TOWN TWIN OTTER 14FT TANDEM SIT-IN KAYAK | | | UNDETERMINED |
| 48.6   4EA. WATER MATS (IN STORAGE CONTAINER BY HAY BARN) | | | UNDETERMINED |
| 48.7   6EA. OLD TOWN DISCOVERY 169 TANDEM CANOE - 16'9 | | | UNDETERMINED |
| **49.** **Aircraft and accessories** | | | |
| NONE | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1   1 EA.F1300 MANITOWOC MODULAR ICE MACHINE ICE MACHINE | | | UNDETERMINED |
| 50.2   1 EA.FFFC15M4TW0 - FRIGIDARE FREEZER | | | UNDETERMINED |
| 50.3   1 EA.HOBART A-200 COMMERCIAL MIXER MIXER | | | UNDETERMINED |
| 50.4   1 EA.HOBART A-200 COMMERCIAL MIXER MIXER | | | UNDETERMINED |
| 50.5   1 EA.METRO C5 SERIES HEATED HOLDING CABINET HEATING HOLDING CABINET | | | UNDETERMINED |
| 50.6   1 EA.TRUE GDM-49-HC-TSL01 REFRIGERATOR | | | UNDETERMINED |
| 50.7   1 EA.TRUE GDM-72-HC-TSL01 3 DOOR REFRIDGERATOR | | | UNDETERMINED |
| 50.8   1 EA.UNIVEX SRM30 COMMERCIAL PLANETARY MIXER MIXER | | | UNDETERMINED |
| 50.9   1 EA.VULCAN VC4GD-2TD150K GAS OVEN | | | UNDETERMINED |
| 50.10  1 EA.VULCAN VC4GD-2TD150K GAS OVEN | | | UNDETERMINED |
| 50.11  1 EA.VULCAN VG40 GAS TILTING BRAISING PAN | | | UNDETERMINED |
| 50.12  1 EA.WOLF 72-INCH COMMERCIAL GAS RANGE C72SS-6B36GTP GAS RANGE | | | UNDETERMINED |
| 50.13  1959 CHEVROLET 2 TON DUMP TRUCK (NOT RUNNING) | | | UNDETERMINED |
| 50.14  24 EA.CUSTOM WOODEN TABLES | | | UNDETERMINED |
| 50.15  40' STORAGE UNITS | $5,733.22 | | UNDETERMINED |
| 50.16  466 EA.CHEST OF DRAWERS | | | UNDETERMINED |
| 50.17  48 EA.CUSTOM WOODEN BENCHES | | | UNDETERMINED |

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
                 (name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.18  480 EA.METAL BEDFRAMES ARMY COTS | | | UNDETERMINED |
| 50.19  488 EA.MATTRESSES | | | UNDETERMINED |
| 50.20  50 EA. MATTRESSES-STORAGE | | | UNDETERMINED |
| 50.21  51 EA. METAL BED RAILS-GUADALUPE | | | UNDETERMINED |
| 50.22  7 EA. ARCHERY TARGETS (IN STORAGE BY HAY BARN) | | | UNDETERMINED |
| 50.23  DRINKING FOUNTAIN AT JAMES HALL | $190.72 | | UNDETERMINED |
| 50.24  DRYER FOR UPTIGHT | $904.62 | | UNDETERMINED |
| 50.25  GOLF CART | | | UNDETERMINED |
| 50.26  GREENHOUSE BUILDING | $5,668.65 | | UNDETERMINED |
| 50.27  ICE MAKER | $8,179.87 | | UNDETERMINED |
| 50.28  PIANO UNDER PAVILION | | | UNDETERMINED |
| 50.29  SHED BEHIND ROUGH HOUSE | $2,937.03 | | UNDETERMINED |
| 50.30  SOUTHERN PRIDE BBQ SMOKER MODEL SPX300 | | | UNDETERMINED |

**51.    Total of Part 8.**
Add lines 46 through 50. Copy the total to line 87.                                                        $218,675.00

**52.    Has any of the property listed in Part 8 been a subject of a depreciation schedule within the last year?**

☐ No        ☑ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No        ☐ Yes

## Part 9:    Real property

**54.  Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.    Real property** | | | | |
| 55.1    COMMERCIAL BLDG., 1,420 SQ.FT, APN 25872, DAKOTA HILLS LOT 5 (PT COMMON LT 1/15TH) ACRES .5245, ADDRESS: 120 DAKOTA RUN, HUNT, TX 78024 | FEE SIMPLE, SUBJECT TO USUAL RECORDED RESTRICTIONS | UNDETERMINED | KERR COUNTY, TX APPRAISAL DISTRICT | $272,605.00 |

Debtor      CAMP MYSTIC, LLC                      Case number (if known)    26-90621
         (name)

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.**   **Real property** | | | | |
| 55.2   HOMESITE ACREAGE, APN 25871, DAKOTA HILLS LOT 4 (PT COMMON LT 1/15TH) ACRES 0.5345, ADDRESS: 112 FELIX FISHER RD, HUNT, TX 78024 | FEE SIMPLE, SUBJECT TO USUAL RECORDED RESTRICTIONS | UNDETERMINED | KERR COUNTY, TX APPRAISAL DISTRICT | $72,000.00 |

**56.**   **Total of Part 9.**                                                   $344,605.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.**   Is a depreciation schedule available for any of the property listed in Part 9?

☑ No     ☐ Yes

**58.**   Has any of the property listed in Part 9 been appraised by a professional within the last year?

☑ No     ☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1   CAMP MYSTIC (STANDARD CHARACTERS); IC 041 — EDUCATION SERVICES (AEROBICS, ARCHERY, ARTS CLASSES, ETC.), REGISTREATION NO. 4296720 | UNDETERMINED | | UNDETERMINED |
| 60.2   CAMP MYSTIC (STYLIZED SCRIPT); CAMP MYSTIC (STYLIZED SCRIPT), REGISTREATION NO. 4293803 | UNDETERMINED | | UNDETERMINED |
| 60.3   CAMP MYSTIC (STYLIZED); IC 025 — CLOTHING (T-SHIRTS, SWEATSHIRTS, HATS, SHORTS), REGISTREATION NO. 1711843 | UNDETERMINED | | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.**   **Internet domain names and websites** | | | |
| 61.1   CAMPMYSTIC.COM | UNDETERMINED | | UNDETERMINED |
| 61.2   MYSTIC.CAMPINTOUCH.COM | UNDETERMINED | | UNDETERMINED |

Debtor    CAMP MYSTIC, LLC                                              Case number (if known)    26-90621
_____(name)_____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.   Licenses, franchises, and royalties** | | | |
| **NONE** | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **63.   Customer lists, mailing lists, or other compilations** | | | |
| 63.1   CAMP MYSTIC CAMPER/CUSTOMER FILES WITH CAMPER NAMES, FAMILY NAMES, AND ADDRESSES | UNKNOWN | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **64.   Other intangibles, or intellectual property** | | | |
| **NONE** | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **65.   Goodwill** | | | |
| **NONE** | | | |

**66.   Total of Part 10.**                                                                                    $0.00
Add lines 60 through 65. Copy the total to line 89.

67.   Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No     ☑ Yes

68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☑ No     ☐ Yes

69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?

☑ No     ☐ Yes

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | | | | | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| **71.** | **Notes receivable** | | | | |
| | Description (include name of obligor) | | | | |
| 71.1 | INTERCOMPANY NOTE FROM NFP | $5,500,000 <br> Total face amount | UNDETERMINED <br> doubtful or uncollectible amount | = ........ → | $5,743,657.53 |

---

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**Current value of debtor's interest**

**NONE**

---

**73.     Interests in insurance policies or annuities**

**Current value of debtor's interest**

**NONE**

---

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**Current value of debtor's interest**

**NONE**

---

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Current value of debtor's interest**

**NONE**

---

**76.     Trusts, equitable or future interests in property**

**Current value of debtor's interest**

**NONE**

---

Debtor      CAMP MYSTIC, LLC                                    Case number *(if known)*    26-90621
             (name)

**77.  Other property of any kind not already listed**

*Examples:* Season tickets, country club membership

**Current value of debtor's interest**

   **NONE**

**78.  Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$5,743,657.53

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No      ☐ Yes

**Part 12:  Summary**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $1,511,893.44 | |
| **81.** Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| **82.** Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| **83.** Investments. *Copy line 17, Part 4.* | $0.00 | |
| **84.** Inventory. *Copy line 23, Part 5.* | $51,995.98 | |
| **85.** Farming and fishing-related assets. *Copy line 33, Part 6.* | $2,650.00 | |
| **86.** Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7* | $3,029.00 | |
| **87.** Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $218,675.00 | |
| **88.** Real property. *Copy line 56, Part 9.* → | | $344,605.00 |
| **89.** Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| **90.** All other assets. *Copy line 78, Part 11.* | $5,743,657.53 | |
| **91. Total.** Add lines 80 through 90 for each column. | 91a. $7,531,900.95 **+** | 91b. $344,605.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92

$7,876,505.95

**Fill in this information to identify the case:**

Debtor name   CAMP MYSTIC, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (If known):   26-90621

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

☐   No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑   Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**2.1**

| | | Column A | Column B |
| --- | --- | --- | --- |
| Creditor's name<br>KUBOTA CREDIT CORPORATION, USA | Describe debtor's property that is subject to a lien<br>"KUBOTA MX5400HST 4WD HST TRACTOR WFOLDABLE RO;KUBOTA BH4978 'C1334 *SUBFRAME KIT FOR BH92;KUBOTA BH92 C2069 BACKHOE MX480052005800;KUBOTA IBT3001 C0175 •12"" BUCKET FOR BH92;KUBOTA LA1065A C4120 FRONT LOADER MX SERIES WO " | **Amount of claim**<br>Do not deduct the value of collateral.<br>$11,516.75 | **Value of collateral**<br>that supports this claim<br>$38,000.00 |

**Creditor's mailing address**
P.O. BOX 2046
GRAPEVINE, TX 76099

**Creditor's email address, if known**

**Last 4 digits of account number**  6  1  8  5

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any**   $11,516.75

**Fill in this information to identify the case:**

Debtor name   CAMP MYSTIC, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (If known):   26-90621

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)* **and on** *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)* **. Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.1**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2 0 2 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  7 6 9 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC_____    Case number (if known)    26-90621_____
          (name)

**2.3**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 2 2 0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.4**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 1 3 6 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.5**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 8 5 2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.6**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 4 4 2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor _____CAMP MYSTIC, LLC_____      Case number (if known)____26-90621_____
            (name)

**2.7**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  4 0 4 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.8**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3 1 8 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.9**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3 7 7 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.10**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $356.78 | $356.78 |
| **Last 4 digits of account number**  1 6 1 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor     CAMP MYSTIC, LLC                     Case number (if known)     26-90621
                (name)

**2.11**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 2 5 7 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.12**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $87.45 | $87.45 |
| **Last 4 digits of account number** 1 9 1 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.13**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 1 9 9 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.14**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10.75 | $10.75 |
| **Last 4 digits of account number** 5 0 5 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____  Case number (if known) ___26-90621___
          (name)

**2.15**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | | |
| **Date or dates debt was incurred** | | ☐ Contingent | $800.00 | $800.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number** 5 9 8 5 | | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | | |
| | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

**2.16**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | | |
| **Date or dates debt was incurred** | | ☐ Contingent | $1,200.00 | $1,200.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number** 1 4 6 7 | | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | | |
| | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

**2.17**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | | |
| **Date or dates debt was incurred** | | ☐ Contingent | $400.00 | $400.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number** 2 7 2 5 | | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | | |
| | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

**2.18**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | | |
| **Date or dates debt was incurred** | | ☐ Contingent | $400.00 | $400.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number** 8 0 2 1 | | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | | |
| | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC    Case number (if known)    26-90621
          (name)

**2.19**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $45.20 | $45.20 |
| **Last 4 digits of account number**  0 0 9 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.20**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $700.00 | $700.00 |
| **Last 4 digits of account number**  1 0 8 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.21**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6 6 5 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.22**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  9 9 9 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

**2.23**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   9  9  9  1

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.24**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   6  9  3  8

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.25**

| | Total claim | Priority amount |
|---|---|---|
| | $1,164.00 | $1,164.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   2  4  5  5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.26**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   3  7  6  5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621 _____
        (name)

**2.27**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00   $400.00 |
| **Last 4 digits of account number** 1 7 2 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | |

**2.28**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $197.53   $197.53 |
| **Last 4 digits of account number** 9 0 7 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | |

**2.29**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,200.00   $1,200.00 |
| **Last 4 digits of account number** 1 9 9 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | |

**2.30**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00   $400.00 |
| **Last 4 digits of account number** 5 3 6 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor     CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
           (name)

**2.31**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $600.00 | $600.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**  4  9  6  5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.32**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**  5  0  7  8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.33**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $1,200.00 | $1,200.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**  4  8  0  5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.34**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**  7  3  9  9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor _____CAMP MYSTIC, LLC_____  Case number (if known) __26-90621__
        (name)

**2.35**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $15.46 | $15.46 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  7  2  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.36**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  3  5  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.37**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  2  2  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.38**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  2  5  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC   Case number (if known)   26-90621
(name)

**2.39**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  7  7  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.40**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  4  4  1  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.41**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $31.98 | $31.98 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8  7  5  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.42**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8  9  3  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor     CAMP MYSTIC, LLC
                (name)

Case number (if known)     26-90621

---

**2.43**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 6 3 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.44**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 9 3 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.45**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 6 2 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.46**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $99.65 | $99.65 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 6 9 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___CAMP MYSTIC, LLC___   Case number (if known) ___26-90621___
        (name)

**2.47**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  6  2  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.48**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9  1  5  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.49**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  3  2  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.50**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4  0  2  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC _____   Case number (if known) ___26-90621___
(name)

**2.51**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $1,100.00 | $1,100.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 5 1 1 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.52**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 9 8 8 9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.53**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $1,946.50 | $1,946.50 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 2 6 7 6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.54**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 2 0 6 2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

Debtor     CAMP MYSTIC, LLC                                    Case number  (if known)     26-90621
           (name)

**2.55**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

**Date or dates debt was incurred**

**Last 4 digits of account number**  9  0  7  9

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $300.00     Priority amount: $300.00

---

**2.56**

| | Total claim | Priority amount |
|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  7  5  9  9

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00     Priority amount: $400.00

---

**2.57**

| | Total claim | Priority amount |
|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  0  5  4  3

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,000.00     Priority amount: $1,000.00

---

**2.58**

| | Total claim | Priority amount |
|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9  2  7  8

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $800.00     Priority amount: $800.00

---

Debtor    CAMP MYSTIC, LLC
                (name)

Case number  (if known)    26-90621

**2.59**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  8  1  3  1 | | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.60**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | $89.96 | $89.96 |
| **Last 4 digits of account number**  0  5  0  8 | | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.61**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | $30.06 | $30.06 |
| **Last 4 digits of account number**  6  9  5  3 | | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.62**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1  0  8  1 | | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

**2.63**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $0.16 | $0.16 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 0 7 3 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.64**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5 3 9 5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.65**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 0 6 9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.66**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 0 3 5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
                (name)                                                    Case number (if known)    26-90621

**2.67**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 8 8 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.68**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 0 1 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.69**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7 0 5 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.70**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 5 0 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor      CAMP MYSTIC, LLC                                          Case number (if known)    26-90621
            (name)

**2.71**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $137.59 | $137.59 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1  2  6  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.72**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,816.00 | $1,816.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6  0  7  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.73**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  2  7  7  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.74**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $211.26 | $211.26 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  2  0  8  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                           Case number (if known)    26-90621

---

**2.75**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 0 4 6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.76**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 5 2 7 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.77**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $54.69 | $54.69 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 1 0 8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.78**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $63.70 | $63.70 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 9 5 8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

Debtor     CAMP MYSTIC, LLC                  Case number *(if known)*    26-90621
          (name)

---

**2.79**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $73.31 | $73.31 |
| **Last 4 digits of account number** 5 4 0 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.80**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $70.11 | $70.11 |
| **Last 4 digits of account number** 8 1 6 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.81**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 9 3 6 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.82**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $51.61 | $51.61 |
| **Last 4 digits of account number** 3 3 4 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
              (name)

Case number  (if known)     26-90621

**2.83**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0  2  8  8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.84**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  3  3  1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.85**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0  0  2  6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.86**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7  4  4  9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number  (if known)   26-90621

---

**2.87**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | As of the petition filing date, the claim is:<br>*Check all that apply.* | $401.56 | $401.56 |
| **Date or dates debt was incurred** | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5 2 9 6 | | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.88**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1 7 3 8 | | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.89**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,200.00 | $1,200.00 |
| **Date or dates debt was incurred** | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  4 2 3 4 | | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.90**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6 9 7 4 | | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

Debtor    CAMP MYSTIC, LLC                                          Case number (if known)    26-90621
          (name)

**2.91**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1  3  3  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.92**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $700.00 | $700.00 |
| **Last 4 digits of account number**  1  8  9  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.93**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  2  4  5  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.94**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $101.24 | $101.24 |
| **Last 4 digits of account number**  9  6  6  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621 _____
         (name)

**2.95**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number** 9 4 7 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.96**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 6 7 6 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.97**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 9 4 5 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.98**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 5 1 0 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

Debtor  ___CAMP MYSTIC, LLC_____  Case number *(if known)*  ___26-90621___
      (name)

**2.99**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |
| **Last 4 digits of account number** 1 4 3 6 | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.100**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $300.00 | $300.00 |
| **Last 4 digits of account number** 3 5 5 0 | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.101**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $800.00 | $800.00 |
| **Last 4 digits of account number** 6 9 8 1 | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.102**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |
| **Last 4 digits of account number** 0 0 5 5 | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.103**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 | $1,200.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9  9  4  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.104**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  9  1  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.105**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7  8  6  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.106**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7  0  1  9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      CAMP MYSTIC, LLC
            (name)                                        Case number  (if known)      26-90621

---

**2.107**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8  8  6  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.108**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  1  0  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.109**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 | $700.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8  8  4  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.110**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $3,684.00 | $3,684.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  3  6  2  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**              Page 28 of 712

Debtor ___CAMP MYSTIC, LLC_____ Case number (if known) ___26-90621_____
(name)

**2.111**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1  8  4  1

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00   Priority amount $400.00

**2.112**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2  3  3  8

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00   Priority amount $400.00

**2.113**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6  7  3  7

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00   Priority amount $400.00

**2.114**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  5  4  8  3

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00   Priority amount $400.00

Debtor    CAMP MYSTIC, LLC
          (name)                                    Case number (if known)    26-90621

**2.115**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  3 8 4 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.116**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  0 0 1 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.117**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1 9 8 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.118**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  3 0 6 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____   Case number (if known)  ___26-90621_____
            (name)

**2.119**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $300.00 | $300.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4  6  9  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.120**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $21.00 | $21.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  5  9  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.121**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $300.00 | $300.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9  9  8  0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.122**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $440.34 | $440.34 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  2  4  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
          (name)                                    Case number (if known)    26-90621

---

**2.123**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number**  2 2 5 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.124**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number**  2 9 7 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.125**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $78.65 | $78.65 |

**Date or dates debt was incurred**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number**  1 8 5 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.126**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number**  5 3 2 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor     CAMP MYSTIC, LLC                                          Case number (if known)      26-90621
           (name)

**2.127**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $700.00 | $700.00 |
| **Last 4 digits of account number**  2  3  3  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.128**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1  7  8  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.129**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  7  0  5  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.130**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $276.71 | $276.71 |
| **Last 4 digits of account number**  2  1  0  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)                                          Case number (if known)   26-90621

**2.131**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $462.00 | $462.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   6 7 9 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.132**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $443.57 | $443.57 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   0 2 1 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.133**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $100.00 | $100.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   1 5 1 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.134**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   3 0 4 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC
     (name)

Case number (if known)   26-90621

---

**2.135**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 7 1 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.136**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $700.00 | $700.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 8 5 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.137**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 9 6 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.138**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 7 9 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC                                    Case number (if known)   26-90621
(name)

**2.139**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6  8  4  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.140**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $232.04 | $232.04 |
| **Last 4 digits of account number**  9  6  7  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.141**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6  5  4  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.142**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3  1  9  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC      Case number (if known)   26-90621
      (name)

---

**2.143**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   5 7 3 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.144**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   5 8 7 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.145**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   2 8 1 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.146**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $1,200.00 | $1,200.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   8 5 9 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     CAMP MYSTIC, LLC             Case number (if known)    26-90621
        (name)

---

**2.147**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   6   7   4   1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.148**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $22.64 | $22.64 |

**Date or dates debt was incurred**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   6   2   9   4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.149**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   1   7   4   1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.150**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   6   2   2   2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
_____
(name)

Case number (if known)   26-90621
_____

**2.151**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $126.34 | $126.34 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 9 0 9 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.152**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 9 1 8 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.153**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $600.00 | $600.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 6 9 9 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.154**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 2 2 3 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor     CAMP MYSTIC, LLC       Case number (if known)    26-90621
      (name)

**2.155**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   3   9   5   4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.156**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 | $1,200.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   4   0   2   7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.157**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $78.46 | $78.46 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   0   1   2   8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.158**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   7   9   9   0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
     (name)

Case number (if known)    26-90621

---

**2.159**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $194.66 | $194.66 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9 2 9 2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $194.66
Priority amount $194.66

---

**2.160**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  0 2 0 6

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00
Priority amount $400.00

---

**2.161**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  8 4 7 6

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $600.00
Priority amount $600.00

---

**2.162**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  3 1 9 3

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00
Priority amount $400.00

---

Debtor   CAMP MYSTIC, LLC
         (name)                                    Case number (if known)   26-90621

**2.163**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $13.52 | $13.52 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1  9  3  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.164**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  2  9  9  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.165**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $161.41 | $161.41 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  3  3  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.166**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  3  2  8  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC      Case number (if known)   26-90621
(name)

**2.167**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 6 0 1 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.168**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 0 7 8 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.169**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 9 4 8 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.170**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 | $700.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 2 1 1 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     CAMP MYSTIC, LLC              Case number (if known)    26-90621
            (name)

---

**2.171**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number** 5 9 6 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.172**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number** 8 4 8 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.173**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number** 1 5 1 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.174**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number** 1 7 6 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____   Case number (if known)___26-90621_____
            (name)

**2.175**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  9  2  2  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.176**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  3  1  7  2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.177**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6  1  7  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.178**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.78 | $400.78 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6  5  7  2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                          Case number  (if known)    26-90621
            (name)

**2.179**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $43.34 | $43.34 |
| **Last 4 digits of account number**  7  3  5  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.180**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200.00 | $1,200.00 |
| **Last 4 digits of account number**  7  1  8  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.181**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2  3  8  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.182**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1  9  7  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____     Case number (if known)  __26-90621_____
(name)

**2.183**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8 4 6 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.184**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $122.77 | $122.77 |
| **Last 4 digits of account number**  6 2 3 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.185**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  0 3 0 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.186**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  4 1 4 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
_____(name)_____

Case number (if known)   26-90621

---

**2.187**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4  3  8  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.188**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  1  7  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.189**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  8  8  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.190**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  8  1  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC   Case number (if known)   26-90621
        (name)

**2.191**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5 1 6 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.192**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6 4 5 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.193**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 3 1 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.194**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7 5 8 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor　　CAMP MYSTIC, LLC　　　　　　　　　　　　　Case number　(if known)　　26-90621
　　　　　　(name)

**2.195**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**　0　6　9　3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.196**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**　3　3　8　8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.197**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**　8　1　5　8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.198**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**　5　6　1　7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
           (name)

**2.199**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3 5 1 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.200**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  0 6 5 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.201**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  9 0 0 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.202**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1 6 8 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                Case number  (if known)      26-90621
            (name)

**2.203**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $0.10 | $0.10 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 8 0 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.204**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4 6 5 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.205**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 6 1 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.206**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9 6 8 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC                     Case number (if known)    26-90621
         (name)

**2.207**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0  5  2  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.208**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  6  1  8  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.209**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  8  9  6  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.210**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  0  0  8  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor     CAMP MYSTIC, LLC                                              Case number (if known)     26-90621
           (name)

**2.211**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account**<br>**number**  5  8  5  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.212**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account**<br>**number**  3  3  3  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.213**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account**<br>**number**  2  8  6  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.214**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account**<br>**number**  2  3  5  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                      Case number (if known)      26-90621
            (name)

---

**2.215**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  9  6  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.216**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  5  6  9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.217**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7  2  1  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.218**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  8  8  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     CAMP MYSTIC, LLC        Case number (if known)    26-90621
        (name)

**2.219**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8  9  5  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.220**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8  7  5  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.221**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5  9  9  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.222**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4  3  1  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC
          (name)
Case number (if known)    26-90621

---

**2.223**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**  7 2 2 5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.224**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**  6 7 6 0

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.225**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**  1 5 9 5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.226**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**  5 1 2 2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  CAMP MYSTIC, LLC                    Case number (if known)    26-90621
        (name)

**2.227**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  4 7 7 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.228**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  8 9 2 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.229**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  4 3 0 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.230**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  4 4 2 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor _CAMP MYSTIC, LLC_____     Case number (if known) __26-90621_____
         (name)

**2.231**

| | Total claim | Priority amount |
|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 8 0 3 7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00     Priority amount: $400.00

---

**2.232**

| | Total claim | Priority amount |
|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 1 7 7 5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00     Priority amount: $400.00

---

**2.233**

| | Total claim | Priority amount |
|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 8 6 7 1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00     Priority amount: $400.00

---

**2.234**

| | Total claim | Priority amount |
|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 3 2 1 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00     Priority amount: $400.00

---

Debtor    CAMP MYSTIC, LLC                                      Case number (if known)    26-90621
          (name)

**2.235**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | | $1,200.00 | $1,200.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 7 3 8 7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.236**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 2 5 9 1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.237**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | | $3.00 | $3.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 4 3 1 4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.238**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 0 5 0 3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

---

**2.239**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

$400.00    $400.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 1 4 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.240**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

$400.00    $400.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 7 5 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.241**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

$300.00    $300.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 6 0 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.242**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

$1,200.00    $1,200.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 0 5 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.243**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | | |
| **Date or dates debt was incurred** | | ☐ Contingent | $400.00 | $400.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number**  8  1  5  9 | | **Basis for the claim:** | | |
| | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | | | | |
| 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

**2.244**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | | |
| **Date or dates debt was incurred** | | ☐ Contingent | $400.00 | $400.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number**  9  0  0  7 | | **Basis for the claim:** | | |
| | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | | | | |
| 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

**2.245**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | | |
| **Date or dates debt was incurred** | | ☐ Contingent | $800.00 | $800.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number**  4  0  2  9 | | **Basis for the claim:** | | |
| | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | | | | |
| 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

**2.246**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | | |
| **Date or dates debt was incurred** | | ☐ Contingent | $400.00 | $400.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number**  9  8  7  9 | | **Basis for the claim:** | | |
| | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | | | | |
| 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
                (name)

Case number (if known)   26-90621

---

**2.247**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 3 0 2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.248**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 2 3 4 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.249**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5 8 7 1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.250**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 2 3 1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
_____   Case number (if known)   26-90621
        (name)

**2.251**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $800.00 | $800.00 |
| **Last 4 digits of account number**  3  1  5  6 | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.252**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |
| **Last 4 digits of account number**  7  4  8  0 | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.253**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $1,100.00 | $1,100.00 |
| **Last 4 digits of account number**  3  8  6  9 | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.254**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $300.00 | $300.00 |
| **Last 4 digits of account number**  6  6  2  4 | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      CAMP MYSTIC, LLC
            (name)

Case number (if known)      26-90621

---

**2.255**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent  ☐ Unliquidated  ☐ Disputed | | |
| **Last 4 digits of account number**  4  5  9  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.256**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent  ☐ Unliquidated  ☐ Disputed | | |
| **Last 4 digits of account number**  6  7  3  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.257**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent  ☐ Unliquidated  ☐ Disputed | | |
| **Last 4 digits of account number**  5  6  3  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.258**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent  ☐ Unliquidated  ☐ Disputed | | |
| **Last 4 digits of account number**  4  3  5  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

Debtor ____CAMP MYSTIC, LLC_____   Case number (if known)   _26-90621_
(name)

**2.259**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | $400.00 | $400.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number** 5 8 8 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.260**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | $800.00 | $800.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number** 2 9 3 7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.261**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | $300.00 | $300.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number** 1 5 7 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.262**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | $600.00 | $600.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number** 8 9 1 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC _____     Case number (if known)    26-90621 _____
          (name)

**2.263**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  3 5 2 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.264**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $108.36 | $108.36 |
| **Last 4 digits of account number**  1 6 2 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.265**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number**  6 3 2 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.266**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  1 2 3 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
(name)
Case number (if known)    26-90621

**2.267**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $14.77 | $14.77 |
| **Last 4 digits of account number**  5 7 5 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.268**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0 3 1 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.269**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5 1 9 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.270**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  4 0 9 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

**2.271**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   6  5  6  5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

**2.272**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   2  1  8  3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

**2.273**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   2  3  1  0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

**2.274**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   5  1  1  2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

Debtor     CAMP MYSTIC, LLC                                Case number (if known)     26-90621
           (name)

**2.275**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7 7 2 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.276**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 2 7 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.277**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 1 8 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.278**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 4 8 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

**2.279**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   6  0  0  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.280**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   4  6  3  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.281**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   8  8  4  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.282**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 | $150.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   2  0  4  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      CAMP MYSTIC, LLC                                    Case number  (if known)      26-90621
               (name)

**2.283**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  7  1  0  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.284**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6  1  2  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.285**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  9  8  8  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.286**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5  9  1  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                    Case number *(if known)*      26-90621
             (name)

**2.287**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  9  9  8  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.288**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3  9  8  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.289**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  4  8  8  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.290**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0  2  8  2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
(name)

Case number (if known)    26-90621

---

**2.291**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 3 1 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.292**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 7 2 9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.293**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 5 5 2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.294**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $41.93 | $41.93 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9 6 7 2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor     CAMP MYSTIC, LLC                                          Case number (if known)     26-90621
           (name)

**2.295**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $77.34 | $77.34 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 0 5 1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.296**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 0 1 5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.297**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4 7 4 1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.298**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 8 0 3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                         Case number (if known)    26-90621

**2.299**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  5 9 7 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.300**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 1 8 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.301**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3 4 3 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.302**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  9 3 1 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

---

**2.303**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   0  3  7  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.304**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   1  3  8  9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.305**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   7  6  8  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.306**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   6  9  4  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___CAMP MYSTIC, LLC_____  Case number (if known) ___26-90621___
            (name)

**2.307**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   7  4  6  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.308**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   2  1  8  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.309**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   3  5  5  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.310**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   9  7  0  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC
(name)                                                              Case number (if known)    26-90621

**2.311**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $700.00 | $700.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 8 0 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.312**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 1 5 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.313**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 9 0 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.314**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 4 8 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  CAMP MYSTIC, LLC
        (name)

Case number (if known)  26-90621

**2.315**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $134.33 | $134.33 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 5 6 6 0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim $134.33
Priority amount $134.33

**2.316**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 8 8 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim $400.00
Priority amount $400.00

**2.317**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 5 1 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim $400.00
Priority amount $400.00

**2.318**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 1 4 4 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim $700.00
Priority amount $700.00

Debtor    CAMP MYSTIC, LLC
          (name)                                                    Case number (if known)    26-90621

**2.319**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  7  4  8  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.320**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1  9  3  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.321**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $3,684.00 | $3,684.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  5  5  8  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.322**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  7  1  1  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC   Case number (if known)   26-90621
(name)

**2.323**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 3 9 3 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.324**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 7 0 3 7 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.325**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 6 2 4 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.326**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 4 6 5 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.327**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  1 8 5 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.328**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  0 0 0 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.329**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $54.81 | $54.81 |
| **Last 4 digits of account number**  5 6 2 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.330**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  2 5 1 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

**2.331**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

□ Contingent
□ Unliquidated
□ Disputed

**Last 4 digits of account number**   6  5  7  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
□ Yes

**2.332**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

□ Contingent
□ Unliquidated
□ Disputed

**Last 4 digits of account number**   3  4  7  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
□ Yes

**2.333**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |

**Date or dates debt was incurred**

□ Contingent
□ Unliquidated
□ Disputed

**Last 4 digits of account number**   6  7  8  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
□ Yes

**2.334**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

□ Contingent
□ Unliquidated
□ Disputed

**Last 4 digits of account number**   7  5  3  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
□ Yes

Debtor ___CAMP MYSTIC, LLC_____ Case number (if known) ___26-90621___
      (name)

**2.335**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 1 1 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.336**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 4 2 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.337**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 1 4 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.338**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $5.05 | $5.05 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 9 6 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
         (name)
Case number (if known)   26-90621

**2.339**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $800.00   **Priority amount** $800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**  5 2 0 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.340**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $600.00   **Priority amount** $600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**  8 8 0 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.341**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $400.00   **Priority amount** $400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**  7 4 1 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.342**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $21.92   **Priority amount** $21.92

**Date or dates debt was incurred**

**Last 4 digits of account number**  9 5 7 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC
          (name)                                              Case number (if known)    26-90621

**2.343**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $1,200.00 | $1,200.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 9 5 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.344**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 7 4 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.345**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 2 2 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.346**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 0 1 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor ___CAMP MYSTIC, LLC___     Case number (if known) ___26-90621___
        (name)

**2.347**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  9 1 8 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.348**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $434.60 | $434.60 |
| **Last 4 digits of account number**  0 8 3 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.349**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2 2 1 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.350**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8 8 7 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known) _____ 26-90621 _____
(name)

**2.351**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 9 2 7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.352**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9 2 7 1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.353**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 9 2 7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.354**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 4 1 4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC
            (name)
Case number (if known)      26-90621

---

**2.355**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  1  2  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.356**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  2  8  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.357**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4  2  7  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.358**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4  5  4  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC       Case number (if known)   26-90621
      (name)

**2.359**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $1,200.00 | $1,200.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 6 2 6

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.360**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 1 5 5

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.361**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 6 1 0

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.362**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $300.00 | $300.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7 8 2 7

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  CAMP MYSTIC, LLC  
 (name)

Case number (if known)  26-90621

---

**2.363**

**Priority creditor's name and mailing address**  
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2 1 3 0

**Specify Code subsection of PRIORITY unsecured claim:**  
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:  
*Check all that apply.*

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**  
☑ No  
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

**2.364**

**Priority creditor's name and mailing address**  
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  7 0 2 9

**Specify Code subsection of PRIORITY unsecured claim:**  
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:  
*Check all that apply.*

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**  
☑ No  
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1.77 | $1.77 |

---

**2.365**

**Priority creditor's name and mailing address**  
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9 2 2 1

**Specify Code subsection of PRIORITY unsecured claim:**  
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:  
*Check all that apply.*

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**  
☑ No  
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.366**

**Priority creditor's name and mailing address**  
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2 4 2 3

**Specify Code subsection of PRIORITY unsecured claim:**  
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:  
*Check all that apply.*

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**  
☑ No  
☐ Yes

| Total claim | Priority amount |
|---|---|
| $22.21 | $22.21 |

---

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

**2.367**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 2 4 3 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.368**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 5 0 2 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.369**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 6 2 4 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.370**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $71.00 | $71.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 2 9 9 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    CAMP MYSTIC, LLC      Case number (if known)    26-90621
     (name)

---

**2.371**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** _0_ _7_ _7_ _9_ | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.372**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** _5_ _2_ _4_ _4_ | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.373**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** _7_ _3_ _9_ _8_ | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.374**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** _3_ _3_ _4_ _0_ | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor     CAMP MYSTIC, LLC
           (name)                                                   Case number (if known)     26-90621

**2.375**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  9  6  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.376**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5  8  8  0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.377**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  0  5  0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.378**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7  7  5  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor___CAMP MYSTIC, LLC_____     Case number _(if known)_    ___26-90621___
           (name)

**2.379**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  5 8 0 5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim  $800.00
Priority amount  $800.00

---

**2.380**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  7 1 6 5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim  $76.16
Priority amount  $76.16

---

**2.381**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  7 6 6 2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim  $400.00
Priority amount  $400.00

---

**2.382**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  0 2 7 7

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim  $800.00
Priority amount  $800.00

---

Debtor _____CAMP MYSTIC, LLC_____      Case number (if known) ___26-90621___
                  (name)

**2.383**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   3  3  4  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.384**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**   6  3  6  2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.385**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**   4  1  7  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.386**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   7  5  8  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor  CAMP MYSTIC, LLC
        (name)
Case number (if known)  26-90621

---

**2.387**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $151.05 | $151.05 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 5 9 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.388**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 2 0 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.389**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7 7 6 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.390**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 3 2 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
           (name)

**2.391**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 0 8 6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.392**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4 9 8 2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.393**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 8 3 9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.394**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5 3 6 1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC   Case number (if known)   26-90621
(name)

**2.395**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   1 9 0 5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,200.00 | $1,200.00 |

**2.396**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   7 7 7 5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $800.00 | $800.00 |

**2.397**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   2 3 1 7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

**2.398**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   2 1 4 3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

---

**2.399**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  3 9 6 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.400**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6 5 9 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.401**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  9 3 6 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.402**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $48.22 | $48.22 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1 9 1 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Debtor      CAMP MYSTIC, LLC
            (name)                                              Case number (if known)    26-90621

**2.403**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  1 0 1 2 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.404**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $488.24 | $488.24 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  0 0 7 8 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.405**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  9 8 7 6 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.406**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  3 9 5 0 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                    Case number  (if known)      26-90621
              (name)

**2.407**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  2 9 4 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.408**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $4,084.00 | $3,800.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  2 3 5 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.409**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  0 5 9 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.410**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  4 4 8 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)                    Case number (if known)   26-90621

**2.411**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 6 8 9 9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00     Priority amount $400.00

---

**2.412**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 2 4 4 6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00     Priority amount $400.00

---

**2.413**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 3 0 3 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00     Priority amount $400.00

---

**2.414**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 1 0 1 8

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00     Priority amount $400.00

---

Debtor ___CAMP MYSTIC, LLC_____  Case number *(if known)* ___26-90621____
         (name)

**2.415**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | $325.45 | $325.45 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** _8_ _5_ _4_ _6_

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.416**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | $300.00 | $300.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** _3_ _9_ _1_ _6_

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.417**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** _9_ _1_ _1_ _9_

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.418**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** _7_ _4_ _7_ _0_

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC           Case number (if known)    26-90621
(name)

---

**2.419**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   0   8   1   0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.420**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   1   4   8   5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.421**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $1,200.00 | $1,200.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   8   1   2   3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.422**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   3   5   8   7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC                          Case number (if known)   26-90621
         (name)

**2.423**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 6 1 7 1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.424**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 0 3 9 9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.425**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 3 3 1 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.426**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $30.44 | $30.44 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 3 9 9 3 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                Case number (if known)    26-90621
          (name)

**2.427**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 7 3 3 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.428**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 4 2 1 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.429**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 7 5 5 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.430**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 1 6 6 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)
Case number (if known)   26-90621

**2.431**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 1 8 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.432**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 8 5 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.433**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $43.71 | $43.71 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 0 7 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.434**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $502.18 | $502.18 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 4 2 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC _____     Case number (if known)    26-90621 _____
         (name)

**2.435**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  3 6 2 3

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00
Priority amount: $400.00

---

**2.436**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6 3 8 8

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $600.00
Priority amount: $600.00

---

**2.437**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2 5 2 6

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00
Priority amount: $400.00

---

**2.438**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9 2 2 7

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $87.18
Priority amount: $87.18

---

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
         (name)

**2.439**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 7 1 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.440**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 3 1 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.441**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 4 0 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.442**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 7 3 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC                                                Case number (if known)    26-90621
          (name)

**2.443**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  0  8  9  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.444**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $59.55 | $59.55 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  7  0  2  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.445**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  0  2  6  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.446**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  6  5  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

---

**2.447**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 9 1 7 0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00   Priority amount: $400.00

---

**2.448**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 5 6 9 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,200.00   Priority amount: $1,200.00

---

**2.449**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 7 3 7 5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00   Priority amount: $400.00

---

**2.450**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 3 5 0 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $800.00   Priority amount: $800.00

---

a

Debtor   CAMP MYSTIC, LLC
 (name)

Case number (if known)   26-90621

---

**2.451**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  5 8 5 1

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.452**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6 6 4 2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

**2.453**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6 3 2 2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Total claim | Priority amount |
|---|---|
| $449.03 | $449.03 |

---

**2.454**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1 1 7 1

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

Debtor   CAMP MYSTIC, LLC
                   (name)
Case number (if known)   26-90621

---

**2.455**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  4 7 9 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.456**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $36.55 | $36.55 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  2 0 2 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.457**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  7 3 6 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.458**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $127.84 | $127.84 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6 4 3 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC  _____   Case number (if known)   26-90621
         (name)

**2.459**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 2 1 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.460**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 7 7 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.461**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 4 1 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.462**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 1 9 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___CAMP MYSTIC, LLC_____   Case number (if known) ___26-90621____
         (name)

**2.463**

| | Total claim | Priority amount |
|---|---|---|
| | $3,684.00 | $3,684.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 2 0 4 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.464**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 2 3 4 1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.465**

| | Total claim | Priority amount |
|---|---|---|
| | $300.00 | $300.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 8 8 8 7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.466**

| | Total claim | Priority amount |
|---|---|---|
| | $300.00 | $300.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 6 5 3 7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor      CAMP MYSTIC, LLC                                Case number (if known)      26-90621
              (name)

**2.467**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  6 3 7 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.468**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  1 9 1 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.469**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0 7 4 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.470**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  8 3 0 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC _____    Case number (if known)    26-90621 _____
              (name)

**2.471**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4  6  4  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
  11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.472**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0  5  1  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
  11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.473**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5  7  2  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
  11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.474**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0  6  6  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
  11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC
          (name)                                          Case number (if known)    26-90621

**2.475**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  0 7 4 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.476**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5 7 4 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.477**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  9 1 8 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.478**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3 4 0 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____     Case number (if known) ___26-90621___
     (name)

**2.479**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 5 8 8 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.480**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 0 8 8 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.481**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 5 0 4 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.482**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 2 2 9 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor____CAMP MYSTIC, LLC_____   Case number _(if known)_____26-90621_____
                    (name)

**2.483**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 2 1 5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.484**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 5 8 1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.485**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9 5 1 8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.486**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $131.38 | $131.38 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 9 3 4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
_____
(name)

Case number (if known)   26-90621

---

**2.487**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $73.31 | $73.31 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 5 3 4 | **Basis for the claim:** CAMP DEPOSIT, TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

---

**2.488**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9 5 0 7 | **Basis for the claim:** CAMP DEPOSIT, TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

---

**2.489**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 7 8 9 | **Basis for the claim:** CAMP DEPOSIT, TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

---

**2.490**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 3 9 0 | **Basis for the claim:** CAMP DEPOSIT, TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

---

Debtor _____CAMP MYSTIC, LLC_____   Case number (if known)  ___26-90621___
              (name)

**2.491**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1  5  8  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.492**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1  5  4  0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.493**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  9  1  1  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.494**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $93.50 | $93.50 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1  9  1  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
(name)

**2.495**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 1 6 2 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.496**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 | $1,200.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 2 9 8 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.497**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 0 9 4 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.498**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 6 5 3 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor ____CAMP MYSTIC, LLC_____   Case number (if known) ____26-90621____
        (name)

**2.499**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $3,684.00 | $3,684.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6  2  6  3

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.500**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1  2  3  1

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

**2.501**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  0  2  3  0

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

**2.502**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1  6  6  4

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

Debtor     CAMP MYSTIC, LLC _____     Case number (if known)    26-90621
            (name)

**2.503**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   0  1  2  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.504**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   0  0  6  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.505**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   1  3  4  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.506**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $209.00 | $209.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   2  7  0  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)   26-90621

---

**2.507**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 8 6 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.508**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 8 2 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.509**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 7 6 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.510**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 5 2 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___CAMP MYSTIC, LLC_____     Case number (if known)____26-90621_____
              (name)

**2.511**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1  3  6  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.512**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  0  8  3  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.513**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  4  8  3  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.514**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6  4  7  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

Debtor  CAMP MYSTIC, LLC _____  Case number (if known)  26-90621
(name)

**2.515**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  0 1 1 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.516**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 | $100.00 |
| **Last 4 digits of account number**  1 8 9 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.517**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  3 8 1 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.518**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6 8 7 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                          Case number (if known)      26-90621
            (name)

**2.519**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $647.68 | $647.68 |
| **Last 4 digits of account number**  2 0 2 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.520**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6 8 1 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.521**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6 1 6 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.522**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2 0 0 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                              Case number (if known)    26-90621

---

**2.523**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 4 5 7 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.524**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 7 8 2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.525**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4 4 2 9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.526**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 9 8 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

**2.527**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  4 8 8 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.528**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1 8 5 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.529**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5 8 5 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.530**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1 9 9 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                              Case number (if known)      26-90621
            (name)

**2.531**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   4  3  3  9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.532**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   8  6  5  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.533**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   9  6  9  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.534**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   1  7  9  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 134 of 712

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.535**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 6 4 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.536**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 8 1 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.537**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 6 9 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.538**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 4 7 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC
                (name)                                    Case number (if known)    26-90621

**2.539**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 8 9 6 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.540**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,600.00 | $1,600.00 |
| **Last 4 digits of account number** 1 9 8 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.541**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 3 2 2 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.542**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 8 0 3 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
(name)
Case number (if known)    26-90621

**2.543**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  3 4 6 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.544**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $103.85 | $103.85 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  2 0 4 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.545**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6 0 4 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.546**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  3 9 2 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

**2.547**

| | Total claim | Priority amount |
|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  3 9 0 5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $60.39     Priority amount $60.39

---

**2.548**

| | Total claim | Priority amount |
|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1 5 9 6

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $300.00     Priority amount $300.00

---

**2.549**

| | Total claim | Priority amount |
|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1 6 1 1

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00     Priority amount $400.00

---

**2.550**

| | Total claim | Priority amount |
|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6 9 3 5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $300.00     Priority amount $300.00

---

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page 138 of 712

Debtor   CAMP MYSTIC, LLC  _____   Case number (if known)   26-90621
         (name)

**2.551**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $800.00 | $800.00 |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $800.00

Priority amount $800.00

**Last 4 digits of account number** 5 3 5 1

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.552**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $300.00

Priority amount $300.00

**Last 4 digits of account number** 4 0 7 4

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.553**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $400.00

Priority amount $400.00

**Last 4 digits of account number** 7 2 9 1

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.554**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $400.00

Priority amount $400.00

**Last 4 digits of account number** 9 2 7 2

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC_____   Case number (if known)   26-90621_____
         (name)

**2.555**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $700.00 | $700.00 |
| **Last 4 digits of account number** 0 1 4 5 | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.556**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |
| **Last 4 digits of account number** 9 7 9 4 | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.557**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |
| **Last 4 digits of account number** 0 2 1 8 | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.558**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $1,100.00 | $1,100.00 |
| **Last 4 digits of account number** 3 1 1 9 | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
          (name)

**2.559**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $900.00 | $900.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 1 8 3 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.560**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 1 4 1 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.561**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $422.02 | $422.02 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 2 2 7 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.562**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 8 2 5 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

**2.563**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 3 0 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.564**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 1 7 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.565**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7 2 3 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.566**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 6 5 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___CAMP MYSTIC, LLC_____   Case number (if known) ___26-90621_____
(name)

**2.567**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** _1_ _7_ _8_ _3_

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.568**

| | Total claim | Priority amount |
|---|---|---|
| | $800.00 | $800.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** _4_ _7_ _9_ _3_

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.569**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** _7_ _4_ _9_ _2_

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.570**

| | Total claim | Priority amount |
|---|---|---|
| | $443.42 | $443.42 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** _8_ _6_ _2_ _9_

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
          (name)                                          Case number (if known)    26-90621

---

**2.571**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $64.51 | $64.51 |
| **Last 4 digits of account number**  5 9 5 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.572**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  2 7 9 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.573**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200.00 | $1,200.00 |
| **Last 4 digits of account number**  2 8 9 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.574**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7 7 7 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor     CAMP MYSTIC, LLC
           (name)                                          Case number (if known)    26-90621

**2.575**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | | |
| **Date or dates debt was incurred** | ☐ Contingent | | $300.00 | $300.00 |
| | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |
| **Last 4 digits of account number**  3 3 6 2 | **Basis for the claim:** | | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | | |
| | **Is the claim subject to offset?** | | | |
| | ☑ No | | | |
| | ☐ Yes | | | |

**2.576**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | | |
| **Date or dates debt was incurred** | ☐ Contingent | | $0.43 | $0.43 |
| | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |
| **Last 4 digits of account number**  9 3 0 2 | **Basis for the claim:** | | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | | |
| | **Is the claim subject to offset?** | | | |
| | ☑ No | | | |
| | ☐ Yes | | | |

**2.577**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | | |
| **Date or dates debt was incurred** | ☐ Contingent | | $400.00 | $400.00 |
| | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |
| **Last 4 digits of account number**  4 0 8 9 | **Basis for the claim:** | | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | | |
| | **Is the claim subject to offset?** | | | |
| | ☑ No | | | |
| | ☐ Yes | | | |

**2.578**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | | |
| **Date or dates debt was incurred** | ☐ Contingent | | $800.00 | $800.00 |
| | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |
| **Last 4 digits of account number**  4 0 9 4 | **Basis for the claim:** | | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | | |
| | **Is the claim subject to offset?** | | | |
| | ☑ No | | | |
| | ☐ Yes | | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                           Case number (if known)    26-90621

**2.579**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $93.11 | $93.11 |
| **Last 4 digits of account number**  1 1 7 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.580**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $147.86 | $147.86 |
| **Last 4 digits of account number**  7 7 8 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.581**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0 3 6 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.582**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  5 0 1 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor     CAMP MYSTIC, LLC
              (name)                                              Case number (if known)    26-90621

**2.583**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  8  7  6

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.584**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0  4  6  1

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.585**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $273.94 | $273.94 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  8  6  8

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.586**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9  0  4  2

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
         (name)

**2.587**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  5  1  6  2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $325.12 | $325.12 |

**2.588**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  8  8  0  9

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $102.25 | $102.25 |

**2.589**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1  8  4  6

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $800.00 | $800.00 |

**2.590**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9  5  8  1

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

Debtor   CAMP MYSTIC, LLC
(name)   

Case number (if known)   26-90621

---

**2.591**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 9 3 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.592**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 1 9 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.593**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $108.28 | $108.28 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7 0 1 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.594**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 8 1 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
         (name)                                   Case number (if known)   26-90621

**2.595**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number**  6 0 1 4 | | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | | ☐ Yes | | |

**2.596**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number**  0 9 2 2 | | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | | ☐ Yes | | |

**2.597**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number**  7 5 7 0 | | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | | ☐ Yes | | |

**2.598**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number**  6 2 9 1 | | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)
          Case number (if known)    26-90621

**2.599**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 | $700.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  7  3  2  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.600**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  3  5  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.601**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $124.21 | $124.21 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  7  5  7  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.602**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  4  4  6  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)                                          Case number (if known)   26-90621

---

**2.603**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5  4  4  9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.604**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5  3  7  7 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.605**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5  3  8  1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.606**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8  1  7  9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 152 of 712

Debtor   CAMP MYSTIC, LLC                                     Case number (if known)   26-90621
                (name)

**2.607**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $600.00 | $600.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 7 5 0 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.608**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 6 2 1 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.609**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 1 7 3 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.610**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 2 5 7 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____     Case number (if known)___26-90621___
                (name)

**2.611**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6  9  2  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.612**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  0  0  4  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.613**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5  3  1  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.614**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2  1  1  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.615**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | $300.00 | $300.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**   2 7 3 1

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.616**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | $400.00 | $400.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**   8 3 4 9

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.617**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | $80.97 | $80.97 |

**Date or dates debt was incurred**

**Last 4 digits of account number**   1 8 1 7

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.618**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | $1,009.41 | $1,009.41 |

**Date or dates debt was incurred**

**Last 4 digits of account number**   6 0 5 0

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621 _____
        (name)

**2.619**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 1 5 6 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.620**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 4 6 9 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.621**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 2 9 2 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.622**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $163.18 | $163.18 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 1 3 9 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)                                          Case number (if known)   26-90621

**2.623**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $49.47 | $49.47 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 0 1 6 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.624**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 3 8 3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.625**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $1,200.00 | $1,200.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3 5 7 1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.626**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 9 6 6 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC    Case number (if known)    26-90621
(name)

**2.627**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 | $1,200.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  7 5 7 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.628**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  7 4 3 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.629**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1 3 5 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.630**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1 3 6 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621 _____
         (name)

**2.631**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $5.15 | $5.15 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  2 0 0 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.632**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  2 4 2 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.633**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  2 5 6 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.634**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8 1 2 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor  CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

---

**2.635**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9 3 2 5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00    Priority amount: $400.00

---

**2.636**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  3 2 5 3

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $300.00    Priority amount: $300.00

---

**2.637**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  8 2 9 5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00    Priority amount: $400.00

---

**2.638**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9 9 6 4

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00    Priority amount: $400.00

---

Debtor     CAMP MYSTIC, LLC
              (name)                                    Case number (if known)     26-90621

**2.639**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1 9 1 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.640**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  3 5 7 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.641**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  9 5 6 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.642**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,409.00 | $2,409.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  0 9 5 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                              Case number  (if known)      26-90621
            (name)

**2.643**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | ☐ Contingent | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**   1  5  9  5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.644**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | ☐ Contingent | $59.25 | $59.25 |
| **Date or dates debt was incurred** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**   1  7  5  2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.645**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | ☐ Contingent | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**   7  8  6  3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.646**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | ☐ Contingent | $3,684.00 | $3,684.00 |
| **Date or dates debt was incurred** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**   6  2  5  0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

---

**2.647**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $32.67 | $32.67 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 3 8 8 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.648**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 9 0 3 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.649**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 1 5 5 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.650**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 4 6 7 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.651**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  1  5  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.652**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  8  1  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.653**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $415.66 | $415.66 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  7  5  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.654**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 | $700.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  4  9  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
_____
(name)

Case number (if known)   26-90621

---

**2.655**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  5 7 7 8

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $300.00   Priority amount $300.00

---

**2.656**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  0 6 1 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $61.40   Priority amount $61.40

---

**2.657**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1 5 2 3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $300.00   Priority amount $300.00

---

**2.658**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6 9 7 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00   Priority amount $400.00

---

Debtor   CAMP MYSTIC, LLC
         (name)                                                          Case number (if known)   26-90621

**2.659**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  3 7 6 9

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00   Priority amount $400.00

**2.660**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2 7 3 5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00   Priority amount $400.00

**2.661**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  4 0 3 0

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00   Priority amount $400.00

**2.662**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6 8 9 2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $57.90   Priority amount $57.90

Debtor ___CAMP MYSTIC, LLC_____  Case number (if known) ___26-90621___
        (name)

**2.663**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  1  5  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.664**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5  9  7  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.665**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7  5  4  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.666**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0  1  3  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
            (name)

**2.667**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 7 4 2 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.668**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 4 6 7 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.669**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $58.01 | $58.01 |
| **Last 4 digits of account number** 7 3 9 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.670**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 9 1 1 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621 _____
(name)

**2.671**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 8 1 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.672**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 7 7 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.673**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 5 3 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.674**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 2 3 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.675**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | |
| | $1,200.00 | $1,200.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 8 3 3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.676**

| | Total claim | Priority amount |
|---|---|---|
| | $900.00 | $900.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 4 3 2 0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.677**

| | Total claim | Priority amount |
|---|---|---|
| | $300.00 | $300.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 9 8 8 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.678**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 8 9 0 8

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
          (name)                                    Case number (if known)    26-90621

---

**2.679**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number**  2 1 7 9 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.680**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  4 1 4 4 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.681**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6 0 9 9 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.682**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 9 9 0 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
         (name)

**2.683**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 | $700.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 9 3 9 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.684**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 6 9 2 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.685**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 | $700.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 7 3 8 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.686**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 2 0 2 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

**2.687**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 9 5 6 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.688**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 9 7 5 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.689**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 4 4 5 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.690**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 7 8 3 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____     Case number (if known) ___26-90621___
(name)

**2.691**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 9 7 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.692**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 7 8 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.693**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $40.07 | $40.07 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 6 7 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.694**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 2 4 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor      CAMP MYSTIC, LLC
            (name)                                          Case number (if known)    26-90621

---

**2.695**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 0 4 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.696**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 0 8 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.697**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 | $100.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 5 3 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.698**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 3 0 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___CAMP MYSTIC, LLC_____ Case number (if known) ___26-90621___
　　　　　(name)

**2.699**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $700.00 | $700.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 8 1 3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.700**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 5 7 0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.701**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 5 9 0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.702**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5 2 1 5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

---

**2.703**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  8 4 5 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.704**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,200.00 | $1,200.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  3 9 1 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.705**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $91.56 | $91.56 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5 2 3 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.706**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  2 5 9 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

Case 26-90621   Document 152   Filed in TXSB on 08/07/26   Page 215 of 758

**2.707**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**   5  3  2  1 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.708**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $60.78 | $60.78 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**   6  5  5  1 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.709**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**   6  4  2  5 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.710**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**   9  2  5  2 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                              Case number (if known)      26-90621
            (name)

**2.711**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number** 6 4 9 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.712**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number** 2 8 7 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.713**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $478.65 | $478.65 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number** 5 0 0 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.714**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number** 6 0 9 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621 _____
(name)

**2.715**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  9 8 7 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.716**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1 4 4 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.717**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,000.00 | $3,000.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1 4 8 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.718**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5 5 6 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
(name)

Case number (if known)    26-90621

---

**2.719**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $1,100.00 | $1,100.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 9 3 1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.720**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9 7 2 1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.721**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 7 7 6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.722**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5 0 5 4 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    CAMP MYSTIC, LLC                                            Case number (if known)    26-90621
_____(name)_____

**2.723**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 0 8 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.724**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $13.09 | $13.09 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 8 7 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.725**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 0 0 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.726**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 1 2 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

**2.727**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 5 1 7 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.728**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 7 8 5 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.729**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 9 9 0 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.730**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 6 6 2 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___CAMP MYSTIC, LLC_____     Case number (if known) ___26-90621___
              (name)

**2.731**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  3 0 6 9

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.732**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | $800.00 | $800.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  5 1 0 2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.733**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  4 2 9 9

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.734**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  3 3 4 2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
          (name)

Case number  (if known)    26-90621

**2.735**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 9 6 8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.736**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 1 9 7 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.737**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9 5 8 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.738**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3 8 8 3 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)
Case number (if known)   26-90621

---

**2.739**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 5 3 2

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.740**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $67.35 | $67.35 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 7 8 1

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.741**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 2 9 7

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.742**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 9 5 0

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
            (name)

**2.743**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 8 5 2 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | |

**2.744**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $61.58 | $61.58 |
| **Last 4 digits of account number** 0 4 5 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | |

**2.745**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 1 3 2 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | |

**2.746**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 4 0 2 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

**2.747**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 3 9 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

**2.748**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 6 7 5 3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

**2.749**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 6 0 1 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $800.00 | $800.00 |

**2.750**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 9 0 1 9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $800.00 | $800.00 |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621 _____
(name)

**2.751**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.43 | $0.43 |
| **Last 4 digits of account number** 7 3 8 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.752**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 9 2 8 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.753**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 9 4 0 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.754**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2.96 | $2.96 |
| **Last 4 digits of account number** 4 2 1 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.755**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  8  1  5  1 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.756**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2  2  5  8 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.757**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1  4  0  7 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.758**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  3  6  7  0 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.759**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $700.00 | $700.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3 6 4 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.760**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 4 3 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.761**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 8 6 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.762**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 3 6 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC
            (name)

Case number (if known)      26-90621

**2.763**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   7  4  1  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.764**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   1  8  8  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.765**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   2  4  7  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.766**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   5  3  8  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

---

**2.767**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   6 4 2 5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.768**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   2 7 8 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.769**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   2 1 0 7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,200.00 | $1,200.00 |

---

**2.770**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   5 3 5 0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $800.00 | $800.00 |

---

Debtor     CAMP MYSTIC, LLC                                                    Case number (if known)     26-90621
           (name)

**2.771**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0  6  7  0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.772**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5  4  0  2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.773**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $97.05 | $97.05 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8  3  7  4 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.774**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1  6  5  0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 194 of 712

Debtor    CAMP MYSTIC, LLC _____    Case number (if known)    26-90621
(name)

**2.775**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $126.46 | $126.46 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6  2  8  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.776**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  7  2  5  9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.777**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1  2  2  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.778**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5  6  2  9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

---

**2.779**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  4 0 6 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.780**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6 3 8 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.781**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200.00 | $1,200.00 |
| **Last 4 digits of account number**  7 2 9 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.782**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38.10 | $38.10 |
| **Last 4 digits of account number**  1 2 6 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor     CAMP MYSTIC, LLC                                    Case number (if known)     26-90621
            (name)

**2.783**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | ☐ Contingent | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9 4 9 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.784**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | ☐ Contingent | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 1 5 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.785**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | ☐ Contingent | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 9 4 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.786**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | ☐ Contingent | $389.25 | $389.25 |
| **Date or dates debt was incurred** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 9 4 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____     Case number (if known) ___26-90621_____
            (name)

**2.787**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $258.86 | $258.86 |

**Date or dates debt was incurred**

**Last 4 digits of account number**  6 4 0 1

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.788**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**  0 1 0 5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.789**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**  5 4 8 2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.790**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**  9 7 7 8

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

---

**2.791**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  7 2 2 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.792**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5 6 8 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.793**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  7 5 1 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.794**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5 2 5 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

Debtor    CAMP MYSTIC, LLC_____    Case number (if known)    26-90621____
(name)

**2.795**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number** 7 6 8 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.796**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number** 5 6 6 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.797**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number** 8 7 4 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.798**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number** 3 0 7 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

**2.799**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   1 7 2 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $700.00 | $700.00 |

**2.800**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   5 5 9 0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $800.00 | $800.00 |

**2.801**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   4 1 0 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

**2.802**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   1 2 9 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

Debtor ___CAMP MYSTIC, LLC_____ Case number (if known) ___26-90621___
(name)

**2.803**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** _7_ _7_ _3_ _4_

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.804**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 | $700.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** _3_ _2_ _2_ _3_

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.805**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** _4_ _1_ _1_ _4_

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.806**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** _2_ _3_ _7_ _1_

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC
          (name)

Case number  (if known)    26-90621

**2.807**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $70.11 | $70.11 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8  8  6  8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.808**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3  0  7  6 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.809**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3  3  4  4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.810**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7  8  5  2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                                    Case number (if known)      26-90621
                (name)

**2.811**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |
| **Last 4 digits of account number**  7  3  1  6 | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.812**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |
| **Last 4 digits of account number**  3  2  5  9 | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.813**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $800.00 | $800.00 |
| **Last 4 digits of account number**  0  9  8  2 | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.814**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $700.00 | $700.00 |
| **Last 4 digits of account number**  1  4  7  0 | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   CAMP MYSTIC, LLC
            (name)

Case number (if known)   26-90621

---

**2.815**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   6  1  3  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.816**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   1  5  6  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.817**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $48.75 | $48.75 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   0  3  5  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.818**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   6  0  5  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC       Case number (if known)    26-90621
     (name)

---

**2.819**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | $300.00 | $300.00 |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | | |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   0   5   8   3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $300.00    Priority amount: $300.00

---

**2.820**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   6   5   2   1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $93.06    Priority amount: $93.06

---

**2.821**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   6   6   9   6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00    Priority amount: $400.00

---

**2.822**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   1   7   1   9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $6,223.00    Priority amount: $3,800.00

---

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

**2.823**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0  0  1  0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.824**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $22.07 | $22.07 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7  4  9  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.825**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  4  4  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.826**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $47.50 | $47.50 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  2  8  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC                                           Case number (if known)   26-90621
         (name)

**2.827**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $800.00 | $800.00 |
| **Last 4 digits of account number**  9  8  4  2 | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.828**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |
| **Last 4 digits of account number**  7  8  7  3 | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.829**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $300.00 | $300.00 |
| **Last 4 digits of account number**  8  3  3  4 | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.830**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |
| **Last 4 digits of account number**  9  7  0  3 | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor      CAMP MYSTIC, LLC                                     Case number (if known)      26-90621
                (name)

**2.831**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3 0 4 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.832**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $600.00 | $600.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 4 5 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.833**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 4 8 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.834**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 2 9 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

---

**2.835**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 9 7 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.836**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 0 8 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.837**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 8 1 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.838**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 3 1 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
                (name)

**2.839**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5 1 5 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.840**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $64.41 | $64.41 |
| **Last 4 digits of account number**  7 5 2 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.841**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  8 2 7 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.842**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $410.10 | $410.10 |
| **Last 4 digits of account number**  8 2 4 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC                                    Case number (if known)   26-90621
         (name)

**2.843**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6  3  9  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.844**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1  9  4  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.845**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7  0  3  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.846**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3  0  7  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                          Case number (if known)    26-90621
          (name)

**2.847**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3  8  8  0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.848**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0  8  2  3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.849**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $31.25 | $31.25 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4  7  5  5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.850**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0  8  5  3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.851**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6  1  3  6

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $400.00     Priority amount $400.00

---

**2.852**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2  2  4  6

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $300.00     Priority amount $300.00

---

**2.853**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  8  4  1  9

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $400.00     Priority amount $400.00

---

**2.854**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2  2  8  4

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $400.00     Priority amount $400.00

---

Debtor   CAMP MYSTIC, LLC
(name)                                                     Case number (if known)   26-90621

**2.855**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  4 6 9 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.856**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6 4 7 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.857**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6 5 8 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.858**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  2 3 5 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor      CAMP MYSTIC, LLC
              (name)                                                        Case number (if known)      26-90621

**2.859**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | ☐ Contingent | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  5  7  9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.860**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | ☐ Contingent | $1,100.00 | $1,100.00 |
| **Date or dates debt was incurred** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0  9  4  1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.861**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | ☐ Contingent | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3  8  6  5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.862**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | ☐ Contingent | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  0  6  6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)
Case number (if known)   26-90621

**2.863**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   4  6  8  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.864**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   9  0  3  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.865**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   7  3  6  0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.866**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   4  1  6  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor___CAMP MYSTIC, LLC_____   Case number (if known)___26-90621___
        (name)

**2.867**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8  4  2  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.868**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  3  2  8  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.869**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  0  6  1  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.870**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  9  1  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

Debtor     CAMP MYSTIC, LLC                               Case number (if known)     26-90621
           (name)

**2.871**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  7  2  2  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.872**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  3  2  5  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.873**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $103.01 | $103.01 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  4  7  2  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.874**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  0  5  2  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                                    Case number (if known)      26-90621
              (name)

**2.875**

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 9 3 0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.876**

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4 2 7 1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.877**

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 8 4 3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.878**

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 7 5 7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.879**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** | | |
| NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $45.92 | $45.92 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 7 0 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.880**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** | | |
| NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $457.31 | $457.31 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 3 9 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.881**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** | | |
| NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $600.00 | $600.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 0 0 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.882**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** | | |
| NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $800.00 | $800.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 4 3 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

**2.883**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $1,200.00 | $1,200.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**   4  8  6  5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.884**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $500.00 | $500.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**   6  5  6  9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.885**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**   8  6  2  2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.886**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**   4  7  0  0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                              Case number (if known)    26-90621
              (name)

**2.887**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6  2  5  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.888**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7  0  1  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.889**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  9  0  6  0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.890**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  1  9  4  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
_____
(name)

Case number (if known)   26-90621

---

**2.891**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |
| **Last 4 digits of account number**   7 0 3 1 | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.892**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $800.00 | $800.00 |
| **Last 4 digits of account number**   5 1 8 3 | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.893**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $1,600.00 | $1,600.00 |
| **Last 4 digits of account number**   0 6 0 1 | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.894**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $700.00 | $700.00 |
| **Last 4 digits of account number**   0 8 5 5 | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC                                          Case number (if known)      26-90621
          (name)

**2.895**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 4 3 4 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.896**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 1 1 9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.897**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 6 6 5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.898**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 1 0 9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 225 of 712

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.899**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 0 5 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.900**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  4 3 7 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.901**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $700.00 | $700.00 |
| **Last 4 digits of account number**  4 6 1 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.902**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  8 1 1 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number  (if known)   26-90621

**2.903**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 2 9 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.904**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 6 4 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.905**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 7 1 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.906**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 | $700.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 8 2 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor ___CAMP MYSTIC, LLC_____     Case number (if known)    26-90621_____
         (name)

**2.907**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   6  0  2  3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.908**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   1  0  8  0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.909**

| | Total claim | Priority amount |
|---|---|---|
| | $87.20 | $87.20 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   8  5  6  5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.910**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   2  1  9  0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor      CAMP MYSTIC, LLC
                (name)                                                    Case number  (if known)      26-90621

**2.911**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65.50 | $65.50 |
| **Last 4 digits of account number**  0  5  1  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.912**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1  3  3  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.913**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  7  7  6  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.914**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0  5  6  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

**2.915**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 0 1 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.916**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 5 2 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.917**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 9 2 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.918**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 6 0 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

**2.919**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  9 1 2 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.920**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7 9 7 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.921**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8 8 8 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.922**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  4 7 0 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

**2.923**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   7  3  8  1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,684.00 | $3,684.00 |

**2.924**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   7  6  2  4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

**2.925**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   8  1  4  9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

**2.926**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   5  6  3  5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

Debtor    CAMP MYSTIC, LLC                                          Case number (if known)    26-90621
          (name)

**2.927**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3  1  4  0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.928**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3  7  8  8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.929**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  9  9  4 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.930**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2  7  3  8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

**2.931**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $224.24 | $224.24 |
| **Last 4 digits of account number**  6  2  4  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.932**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number**  6  7  6  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.933**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number**  4  4  6  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.934**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3  6  1  0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                          Case number (if known)    26-90621

**2.935**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $82.92 | $82.92 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 0 2 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.936**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 1 2 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.937**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3 2 7 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.938**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 5 8 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                          Case number (if known)    26-90621

**2.939**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 7 1 7 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.940**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 9 4 0 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.941**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 1 8 2 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.942**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 6 7 5 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.943**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | | |
| **Date or dates debt was incurred** | | ☐ Contingent | $400.00 | $400.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number**  6 4 8 1 | | **Basis for the claim:** | | |
| | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

**2.944**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | | |
| **Date or dates debt was incurred** | | ☐ Contingent | $300.00 | $300.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number**  1 6 5 8 | | **Basis for the claim:** | | |
| | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

**2.945**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | | |
| **Date or dates debt was incurred** | | ☐ Contingent | $700.00 | $700.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number**  6 1 5 3 | | **Basis for the claim:** | | |
| | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

**2.946**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | | |
| **Date or dates debt was incurred** | | ☐ Contingent | $400.00 | $400.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number**  9 4 5 5 | | **Basis for the claim:** | | |
| | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
_____
(name)                          Case number (if known)   26-90621
_____

**2.947**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number** 2 8 1 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.948**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $22.99 | $22.99 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number** 8 3 8 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.949**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number** 1 2 7 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.950**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,684.00 | $3,684.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number** 7 1 5 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____  Case number (if known) __26-90621___
(name)

**2.951**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  3  5  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.952**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  5  9  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.953**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0  6  7  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.954**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  0  0  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC
       (name)
       Case number (if known)    26-90621

**2.955**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  5 7 7 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.956**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  3 4 9 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.957**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  2 6 2 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.958**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $800.00 | $800.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  2 1 9 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC
(name)                                              Case number (if known)   26-90621

**2.959**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 3 6 2 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.960**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 1 3 4 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.961**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 8 4 3 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.962**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 6 6 7 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.963**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1 6 5 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.964**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6 2 9 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.965**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8 6 1 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.966**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  5 6 2 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor  CAMP MYSTIC, LLC
         (name)

Case number (if known)  26-90621

---

**2.967**

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $600.00 | $600.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 2 8 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.968**

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 2 7 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.969**

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7 2 0 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.970**

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 7 2 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___CAMP MYSTIC, LLC___ Case number (if known) ___26-90621___
   (name)

**2.971**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2 3 0 3

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

**2.972**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2 2 6 7

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

**2.973**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  0 1 6 8

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.974**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6 0 3 1

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

Debtor   CAMP MYSTIC, LLC
_____
(name)

Case number (if known)   26-90621
_____

**2.975**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 9 9 8 6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $300.00
Priority amount $300.00

---

**2.976**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 1 9 5 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $4,084.00
Priority amount $3,800.00

---

**2.977**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 2 5 7 0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00
Priority amount $400.00

---

**2.978**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 6 9 1 3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $800.00
Priority amount $800.00

---

Debtor   CAMP MYSTIC, LLC
        (name)

Case number (if known)   26-90621

---

**2.979**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  1  2  3  4

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.980**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  6  7  2  2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.981**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  2  9  0  7

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.982**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | $16.42 | $16.42 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  5  5  7  9

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC                                   Case number (if known)    26-90621
          (name)

**2.983**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3  3  3  5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.984**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4  6  6  6 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.985**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $74.04 | $74.04 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  4  1  7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.986**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  3  8  7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor CAMP MYSTIC, LLC
(name)

Case number (if known) 26-90621

---

**2.987**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 1 3 8 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.988**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $7.34 | $7.34 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 4 9 5 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.989**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 9 5 9 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.990**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 5 8 7 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
         (name)
                                                    Case number (if known)   26-90621

**2.991**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account** <br> **number**  3  2  4  5 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.992**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account** <br> **number**  3  2  8  1 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.993**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $120.33 | $120.33 |
| **Last 4 digits of account** <br> **number**  4  9  9  1 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.994**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account** <br> **number**  9  3  5  8 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
_____
(name)

Case number (if known)   26-90621
_____

**2.995**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  4 5 5 3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

**2.996**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9 6 9 6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $800.00 | $800.00 |

**2.997**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  4 1 4 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

**2.998**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  4 0 5 0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

Debtor ___CAMP MYSTIC, LLC___   Case number (if known) ___26-90621___
(name)

**2.999**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 5 8 4 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1000**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 4 9 2 2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1001**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 8 5 9 2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1002**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 5 8 8 2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

**2.1003**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**   3  7  6  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1004**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   0  2  3  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1005**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**   4  3  8  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1006**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   1  6  4  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC _____    Case number (if known)    26-90621 _____
                (name)

**2.1007**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   1  1  2  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1008**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   0  3  0  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1009**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   9  5  8  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1010**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   6  1  5  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

**2.1011**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2 8 7 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1012**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6 8 7 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1013**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  3 9 3 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1014**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  4 4 2 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____   Case number (if known)___26-90621___
         (name)

**2.1015**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $71.91 | $71.91 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 5 3 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1016**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 2 9 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1017**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,200.00 | $1,200.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 6 0 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1018**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 7 3 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC                               Case number (if known)   26-90621
        (name)

**2.1019**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent     $300.00     $300.00
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 7 0 4 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1020**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent     $400.00     $400.00
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 5 3 8 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1021**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent     $300.00     $300.00
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 1 8 8 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1022**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent     $400.00     $400.00
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 4 7 5 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      CAMP MYSTIC, LLC                                              Case number (if known)        26-90621
            (name)

**2.1023**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.12 | $0.12 |
| **Last 4 digits of account number**  6  2  6  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1024**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  7  2  4  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1025**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  4  7  2  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1026**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  4  6  1  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor        CAMP MYSTIC, LLC _____        Case number (if known)        26-90621
              (name)

**2.1027**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4  3  5  7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1028**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1  4  1  1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1029**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7  0  2  9 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1030**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $600.00 | $600.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3  8  7  0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 258 of 712

Debtor    CAMP MYSTIC, LLC                                        Case number (if known)    26-90621
          (name)

**2.1031**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**   1  1  9  9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1032**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**   8  7  7  7 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1033**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**   7  1  1  6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1034**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $600.00 | $600.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**   2  0  2  7 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                  Case number (if known)      26-90621
            (name)

**2.1035**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $700.00 | $700.00 |
| **Last 4 digits of account number** 8 3 2 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1036**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $151.11 | $151.11 |
| **Last 4 digits of account number** 4 5 9 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1037**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 6 5 8 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1038**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 0 2 6 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                                    Case number (if known)    26-90621

**2.1039**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 0 0 0 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1040**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 8 6 2 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1041**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 6 2 3 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1042**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $94.66 | $94.66 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 6 2 8 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.1043**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  8 4 1 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1044**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  0 1 2 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1045**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $600.00 | $600.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  2 1 6 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1046**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6 3 2 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                              Case number (if known)    26-90621
          (name)

**2.1047**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $0.61 | $0.61 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  5  0  7  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1048**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8  0  0  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1049**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $91.65 | $91.65 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  2  1  7  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1050**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8  2  4  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
(name)

**2.1051**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 6 9 6 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1052**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $600.00 | $600.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 2 2 5 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1053**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 7 8 2 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1054**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 6 8 1 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC
          (name)
                                                    Case number  (if known)    26-90621

**2.1055**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number** _3_ _3_ _8_ _1_ | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1056**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number** _9_ _8_ _8_ _4_ | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1057**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number** _6_ _5_ _6_ _6_ | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1058**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number** _0_ _0_ _0_ _3_ | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor       CAMP MYSTIC, LLC                                         Case number (if known)        26-90621
                (name)

**2.1059**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 9 6 3 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1060**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 8 1 7 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1061**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 6 8 5 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1062**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 5 5 1 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

---

**2.1063**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   1  3  5  0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $800.00   Priority amount: $800.00

---

**2.1064**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   0  1  5  8

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00   Priority amount: $400.00

---

**2.1065**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   4  8  1  2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $300.00   Priority amount: $300.00

---

**2.1066**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   1  0  9  3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00   Priority amount: $400.00

---

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.1067**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   5  1  6  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1068**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   7  6  9  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1069**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   1  1  2  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1070**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   8  2  7  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
_____
(name)

Case number (if known)    26-90621

---

**2.1071**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   6  1  4  1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.1072**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   6  0  1  6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

**2.1073**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   4  2  5  3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $800.00 | $800.00 |

---

**2.1074**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   4  9  1  8

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

Debtor    CAMP MYSTIC, LLC                          Case number (if known)    26-90621
                (name)

**2.1075**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 7 4 1 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1076**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 0 4 3 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1077**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 5 1 2 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1078**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $7.68 | $7.68 |
| **Last 4 digits of account number** 1 5 6 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                      Case number (if known)      26-90621
            (name)

**2.1079**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent      $54.93          $54.93
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   3  8  5  5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1080**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent      $400.00         $400.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   8  3  3  8

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1081**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent      $800.00         $800.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   3  8  5  2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1082**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent      $400.00         $400.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   3  3  5  4

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 271 of 712

Debtor   CAMP MYSTIC, LLC
         (name)
                                                    Case number (if known)    26-90621

**2.1083**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  7  0  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.1084**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  5  7  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.1085**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  2  1  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.1086**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1  0  4  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                          Case number (if known)    26-90621

**2.1087**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  1  6  6 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1088**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  5  5  4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1089**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0  9  6  8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1090**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7  3  9  2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.1091**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 3 9 6 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1092**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $86.66 | $86.66 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4 2 1 5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1093**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 8 8 5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1094**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 5 4 1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.1095**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9  2  7  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1096**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  9  3  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1097**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  2  9  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1098**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7  6  9  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

---

**2.1099**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 3 2 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1100**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 4 0 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1101**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 7 2 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1102**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 4 3 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.1103**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   1  9  9  8

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.1104**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   8  3  6  2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $39.16 | $39.16 |

---

**2.1105**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   5  6  1  3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.1106**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   3  8  2  3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $800.00 | $800.00 |

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 277 of 712

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

---

**2.1107**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $449.45 | $449.45 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 4 4 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1108**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7 2 7 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1109**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 7 2 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1110**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $12.30 | $12.30 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 5 4 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     CAMP MYSTIC, LLC
           (name)
                                                    Case number (if known)     26-90621

**2.1111**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account**<br>**number**   4  1  2  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE<br>CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.1112**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account**<br>**number**   1  6  8  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE<br>CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.1113**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account**<br>**number**   2  9  2  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE<br>CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.1114**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account**<br>**number**   7  6  8  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE<br>CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

Debtor     CAMP MYSTIC, LLC                  Case number *(if known)*    26-90621
           (name)

---

**2.1115**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   6 5 6 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1116**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   6 4 3 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1117**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   6 8 2 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1118**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   6 2 5 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                   Case number (if known)    26-90621
       (name)

---

**2.1119**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 2 0 4 2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.1120**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $440.20 | $440.20 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 1 6 9 4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.1121**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 3 2 1 4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.1122**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 5 4 0 2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

Debtor     CAMP MYSTIC, LLC                 Case number (if known)    26-90621
          (name)

**2.1123**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 6 2 2 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1124**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 4 7 7 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1125**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 6 8 8 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1126**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 7 8 3 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor  CAMP MYSTIC, LLC
(name)

Case number (if known)  26-90621

---

**2.1127**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 3 0 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1128**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $600.00 | $600.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 4 1 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1129**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 6 1 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1130**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 2 7 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
         (name)

**2.1131**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $1,200.00 | $1,200.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3 8 6 4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1132**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9 7 4 0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1133**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $491.72 | $491.72 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 2 0 7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1134**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $171.76 | $171.76 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9 7 0 4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
(name)
Case number (if known)    26-90621

**2.1135**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 3 3 8 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1136**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 2 0 5 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1137**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 7 5 1 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1138**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $385.54 | $385.54 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 6 5 1 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor      CAMP MYSTIC, LLC
                (name)                                                    Case number (if known)       26-90621

**2.1139**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  7  8  9  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1140**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1  5  0  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1141**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $700.00 | $700.00 |
| **Last 4 digits of account number**  1  7  8  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1142**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6  5  6  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC _____    Case number (if known)    26-90621
          (name)

**2.1143**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 9 6 5 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1144**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 2 5 8 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1145**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 9 7 7 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1146**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $28.14 | $28.14 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 5 4 8 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

---

**2.1147**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,200.00 | $1,200.00 |
| **Last 4 digits of account number**  0  5  9  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.1148**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1  4  6  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.1149**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5  6  5  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.1150**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $700.00 | $700.00 |
| **Last 4 digits of account number**  8  2  1  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                      Case number (if known)    26-90621

**2.1151**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3 0 1 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.1152**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 2 7 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.1153**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4 0 4 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.1154**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $700.00 | $700.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 1 1 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

Debtor _____CAMP MYSTIC, LLC_____ Case number (if known) ____26-90621_____
                    (name)

**2.1155**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2  8  8  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1156**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6  8  9  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1157**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8  8  4  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1158**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number**  6  5  1  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
             (name)

Case number (if known)   26-90621

---

**2.1159**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  5 1 5 4

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.1160**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6 6 2 6

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.1161**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9 1 3 6

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,684.00 | $3,684.00 |

---

**2.1162**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9 2 2 8

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $86.44 | $86.44 |

---

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

**2.1163**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  3  9  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1164**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7  4  2  0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1165**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1  6  6  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1166**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $440.95 | $440.95 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  8  3  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.1167**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1 6 7 8

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00    Priority amount: $400.00

---

**2.1168**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  8 5 5 5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $800.00    Priority amount: $800.00

---

**2.1169**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6 2 9 9

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $300.00    Priority amount: $300.00

---

**2.1170**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9 7 8 5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00    Priority amount: $400.00

---

Debtor   CAMP MYSTIC, LLC
         (name)                                          Case number (if known)   26-90621

---

**2.1171**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  0 2 0 5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim** $600.00   **Priority amount** $600.00

---

**2.1172**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  3 5 8 5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim** $400.00   **Priority amount** $400.00

---

**2.1173**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  4 3 5 9

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim** $400.00   **Priority amount** $400.00

---

**2.1174**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2 8 2 2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim** $400.00   **Priority amount** $400.00

---

Debtor ___CAMP MYSTIC, LLC_____        Case number (if known)____26-90621_____
         (name)

**2.1175**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** _4_ _8_ _9_ _6_ | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1176**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** _4_ _6_ _2_ _9_ | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1177**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** _5_ _4_ _2_ _0_ | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1178**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** _5_ _8_ _3_ _0_ | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.1179**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 1 0 4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1180**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 2 1 2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1181**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $292.03 | $292.03 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 9 2 6 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1182**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 9 0 6 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor __CAMP MYSTIC, LLC__  Case number *(if known)* __26-90621__
  (name)

---

**2.1183**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 1 5 5 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1184**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 0 5 3 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1185**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $209.00 | $209.00 |
| **Last 4 digits of account number** 7 6 3 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1186**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 8 2 8 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Debtor    CAMP MYSTIC, LLC
          (name)                                          Case number (if known)    26-90621

**2.1187**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 0 7 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1188**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  4 1 6 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1189**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  4 0 1 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1190**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1 6 8 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor  CAMP MYSTIC, LLC
(name)

Case number (if known)  26-90621

---

**2.1191**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

**Date or dates debt was incurred**

**Last 4 digits of account number**  6  5  2  0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $300.00   Priority amount: $300.00

---

**2.1192**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

**Date or dates debt was incurred**

**Last 4 digits of account number**  9  4  1  5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $300.00   Priority amount: $300.00

---

**2.1193**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

**Date or dates debt was incurred**

**Last 4 digits of account number**  0  1  2  4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00   Priority amount: $400.00

---

**2.1194**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

**Date or dates debt was incurred**

**Last 4 digits of account number**  7  0  3  8

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00   Priority amount: $400.00

---

Debtor      CAMP MYSTIC, LLC
            (name)

Case number (if known)     26-90621

**2.1195**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   1  7  4  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1196**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   4  2  5  2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1197**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**   9  4  7  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1198**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200.00 | $200.00 |
| **Last 4 digits of account number**   5  8  6  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC     Case number (if known)    26-90621
      (name)

**2.1199**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $400.00 | $400.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   5 8 0 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1200**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $400.00 | $400.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   1 3 8 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1201**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $400.00 | $400.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   9 4 2 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1202**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $300.00 | $300.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   1 6 4 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
_____    Case number (if known)    26-90621
          (name)

**2.1203**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $700.00 | $700.00 |
| **Last 4 digits of account number**  9 9 2 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1204**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  8 4 0 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1205**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0 6 7 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1206**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7 5 7 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
                (name)                                    Case number (if known)    26-90621

**2.1207**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 0 3 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1208**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  2 1 6 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1209**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  6 0 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1210**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  4 3 2 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

---

**2.1211**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $858.09 | $858.09 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 8 8 4 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1212**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 5 5 7 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1213**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 6 2 0 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1214**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 8 8 9 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

**2.1215**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $400.00 | $400.00 |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 2 2 4

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1216**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $400.00 | $400.00 |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 5 4 7

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1217**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $300.00 | $300.00 |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 3 9 9

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1218**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $400.00 | $400.00 |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 5 4 4

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621 _____
          (name)

**2.1219**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $193.98 | $193.98 |
| **Last 4 digits of account number**  2 1 5 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1220**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $65.92 | $65.92 |
| **Last 4 digits of account number**  9 9 9 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1221**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6 1 4 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1222**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  7 2 5 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.1223**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $800.00 | $800.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   5  9  6  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1224**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   4  1  2  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1225**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   4  9  9  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1226**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   7  7  5  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC
           (name)

Case number (if known)    26-90621

**2.1227**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3 4 5 2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1228**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5 9 3 8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1229**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 9 9 3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1230**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3 6 8 2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.1231**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 0 0 8

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1232**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 9 9 1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1233**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 3 7 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1234**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 7 9 0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
          (name)
                                                Case number  (if known)    26-90621

**2.1235**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 4 8 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1236**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $131.86 | $131.86 |
| **Last 4 digits of account number**  4 5 2 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1237**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 0 7 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1238**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2 4 8 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC
                    (name)
                                                          Case number (if known)      26-90621

**2.1239**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3  9  0  6 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.1240**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8  3  5  7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.1241**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  3  5  0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.1242**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  0  0  4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC                              Case number (if known)   26-90621
         (name)

**2.1243**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  8  7  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1244**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  8  3  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1245**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  7  5  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1246**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  5  9  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

**2.1247**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 1 6 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1248**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 9 3 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1249**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 6 7 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1250**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 6 2 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.1251**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  3  9  1  0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1252**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8  5  5  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1253**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  7  0  1  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1254**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  0  4  1  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
                (name)

Case number (if known)   26-90621

---

**2.1255**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   9 3 2 5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

**2.1256**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   8 6 9 5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

**2.1257**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   1 4 5 8

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.1258**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   4 9 1 9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

Debtor    CAMP MYSTIC, LLC
                (name)                                                                    Case number (if known)    26-90621

**2.1259**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $54.34 | $54.34 |

**Date or dates debt was incurred**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number**  1 4 8 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.1260**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number**  7 9 9 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.1261**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number**  2 7 6 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.1262**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number**  7 7 3 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor    CAMP MYSTIC, LLC    Case number (if known)    26-90621
_____                    _____
(name)

**2.1263**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  7 9 3 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1264**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7 5 7 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1265**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1 7 9 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1266**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0 7 3 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.1267**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $3,684.00 | $3,684.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9 4 1 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.1268**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4 3 0 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.1269**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 8 7 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.1270**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 8 4 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                          Case number (if known)      26-90621
                 (name)

**2.1271**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number** 3 8 3 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1272**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $700.00 | $700.00 |
| **Last 4 digits of account number** 1 7 5 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1273**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $700.00 | $700.00 |
| **Last 4 digits of account number** 1 5 1 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1274**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 8 7 6 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC
            (name)                                          Case number (if known)      26-90621

**2.1275**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  2 0 8 9 | | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1276**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1 4 9 0 | | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1277**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1 5 7 8 | | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1278**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | As of the petition filing date, the claim is: *Check all that apply.* | $43.85 | $43.85 |
| **Date or dates debt was incurred** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  3 2 1 9 | | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC                                    Case number (if known)   26-90621
(name)

**2.1279**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 3 9 7 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1280**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 1 3 5 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1281**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $2,034.50 | $2,034.50 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 1 6 7 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1282**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 9 0 2 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.1283**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $700.00 | $700.00 |
| **Last 4 digits of account number**  9  1  9  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1284**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1  0  5  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1285**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $198.46 | $198.46 |
| **Last 4 digits of account number**  9  9  3  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1286**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2  6  3  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Debtor     CAMP MYSTIC, LLC
                (name)

Case number (if known)      26-90621

---

**2.1287**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 | $100.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**   3  4  7  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1288**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**   1  4  6  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1289**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $209.00 | $209.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**   2  6  5  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1290**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**   6  1  3  0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.1291**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5 0 3 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1292**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  9 3 1 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1293**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1 4 3 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1294**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  2 2 7 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.1295**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  2 9 0 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1296**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 9 3 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1297**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number**  6 9 3 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1298**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8 6 2 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC_____   Case number (if known)   26-90621_____
        (name)

**2.1299**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 1 1 0 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1300**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 7 6 5 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1301**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 7 0 3 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1302**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 5 7 2 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.1303**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $174.38 | $174.38 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7 1 1 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1304**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 6 4 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1305**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 9 4 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1306**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $3,684.00 | $3,684.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 0 3 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

**2.1307**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 2 2 2 1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1308**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 7 0 5 8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1309**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 8 5 4 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1310**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $17.42 | $17.42 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 3 4 5 9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
         (name)

**2.1311**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 5 4 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1312**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 2 7 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1313**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 6 8 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1314**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 8 5 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     CAMP MYSTIC, LLC                                    Case number (if known)     26-90621
           (name)

**2.1315**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $93.00 | $93.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 6 5 7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1316**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $60.24 | $60.24 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 3 1 7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1317**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4 2 4 0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1318**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $126.51 | $126.51 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 0 0 5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC     Case number (if known)   26-90621
     (name)

**2.1319**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   1 1 2 6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $600.00 | $600.00 |

**2.1320**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   4 0 7 9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $426.35 | $426.35 |

**2.1321**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   6 0 5 0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

**2.1322**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   2 5 9 5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

Debtor  CAMP MYSTIC, LLC
        (name)
Case number (if known)  26-90621

---

**2.1323**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6 1 8 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.1324**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1 9 1 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.1325**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6 3 3 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.1326**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5 9 1 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

Debtor   CAMP MYSTIC, LLC _____   Case number (if known) _26-90621_
         (name)

**2.1327**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 7 1 9 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1328**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 1 5 5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1329**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 8 5 1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1330**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 5 1 1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC      Case number (if known)    26-90621
     (name)

**2.1331**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 3 7 9 5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00 — Priority amount $400.00

---

**2.1332**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 8 2 1 7

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00 — Priority amount $400.00

---

**2.1333**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 8 4 9 2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00 — Priority amount $400.00

---

**2.1334**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number** 6 6 9 0

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $0.09 — Priority amount $0.09

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

Debtor      CAMP MYSTIC, LLC
               (name)

Case number (if known)      26-90621

**2.1335**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 7 5 3 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1336**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 3 6 0 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1337**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $456.23 | $456.23 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 1 3 8 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1338**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 5 1 0 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      CAMP MYSTIC, LLC                          Case number (if known)      26-90621
            (name)

**2.1339**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $67.46 | $67.46 |
| **Last 4 digits of account number** 2 6 8 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1340**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 9 2 0 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1341**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 6 5 6 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1342**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 1 0 5 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____  Case number (if known) __26-90621__
(name)

**2.1343**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 7 3 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1344**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7 4 7 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1345**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 5 7 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1346**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 5 6 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
         _____
         (name)

Case number  (if known)   26-90621
                          _____

**2.1347**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $20.99 | $20.99 |
| **Last 4 digits of account number**  7  9  2  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1348**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $30.63 | $30.63 |
| **Last 4 digits of account number**  1  5  1  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1349**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $130.79 | $130.79 |
| **Last 4 digits of account number**  8  6  3  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1350**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $28.55 | $28.55 |
| **Last 4 digits of account number**  9  5  2  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                          Case number (if known)    26-90621
          (name)

**2.1351**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  2  4  9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1352**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  5  0  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1353**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  2  6  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1354**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $110.56 | $110.56 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8  5  3  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

**2.1355**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 5 0 7 5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1356**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 8 3 4 8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1357**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 8 0 4 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1358**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 8 3 8 1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)
Case number (if known)   26-90621

---

**2.1359**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  8 6 6 3

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.1360**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  3 7 3 7

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.1361**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6 8 0 4

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.1362**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  4 2 2 8

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

Debtor      CAMP MYSTIC, LLC                                      Case number (if known)      26-90621
                (name)

**2.1363**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  8  3  0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1364**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $600.00 | $600.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  5  1  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1365**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $700.00 | $700.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  4  2  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1366**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2  7  4  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.1367**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 0 5 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1368**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 0 1 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1369**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 5 2 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1370**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 2 8 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

---

**2.1371**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 4 8 9 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1372**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $93.59 | $93.59 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 6 8 9 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1373**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 8 1 4 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1374**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 0 7 1 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Debtor    CAMP MYSTIC, LLC                                  Case number  (if known)    26-90621
           (name)

**2.1375**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6  9  1  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1376**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1  8  2  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1377**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $700.00 | $700.00 |
| **Last 4 digits of account number**  3  4  2  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1378**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $758.57 | $758.57 |
| **Last 4 digits of account number**  1  7  9  9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.1379**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8  1  6  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1380**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  2  3  8  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1381**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  4  6  3  0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1382**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  9  0  7  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)
                                                    Case number  (if known)    26-90621

**2.1383**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number** 4 0 0 1 | | **Basis for the claim:** | | |
| | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

**2.1384**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number** 1 7 6 1 | | **Basis for the claim:** | | |
| | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

**2.1385**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | $700.00 | $700.00 |
| **Date or dates debt was incurred** | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number** 5 1 7 5 | | **Basis for the claim:** | | |
| | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

**2.1386**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | $29.00 | $29.00 |
| **Date or dates debt was incurred** | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account number** 6 6 5 2 | | **Basis for the claim:** | | |
| | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
   (name)

Case number (if known)   26-90621

**2.1387**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 9 1 6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1388**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 7 4 9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1389**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 5 3 5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1390**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 3 6 9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

**2.1391**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   6 3 4 1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $44.03 | $44.03 |

**2.1392**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   2 3 7 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,200.00 | $1,200.00 |

**2.1393**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   7 4 0 5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

**2.1394**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   6 1 8 6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

Debtor      CAMP MYSTIC, LLC                                      Case number (if known)    26-90621
            (name)

**2.1395**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 0 3 2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1396**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $67.97 | $67.97 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9 3 1 2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1397**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9 6 0 9 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1398**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 8 0 9 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
　　　　　(name)

Case number  (if known)   26-90621

---

**2.1399**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

Total claim $300.00   Priority amount $300.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 0 1 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1400**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

Total claim $86.12   Priority amount $86.12

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 9 3 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1401**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

Total claim $400.00   Priority amount $400.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7 4 8 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1402**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

Total claim $400.00   Priority amount $400.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 0 3 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___CAMP MYSTIC, LLC_____ Case number (if known) ___26-90621___
(name)

**2.1403**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 6 5 7 0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1404**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 5 8 5 4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1405**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 6 9 8 8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1406**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 9 7 2 8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC    Case number (if known)    26-90621
          (name)

**2.1407**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $19.21 | $19.21 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 4 2 4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1408**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 4 5 8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1409**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 0 6 9 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1410**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4 6 9 7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC
                (name)                                                Case number  (if known)      26-90621

**2.1411**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 2 0 8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1412**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $600.00 | $600.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 0 9 0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1413**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 9 9 0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1414**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 8 6 9 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                                    Case number (if known)      26-90621
                (name)

**2.1415**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8 6 5 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1416**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8 7 0 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1417**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  5 7 3 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1418**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  5 2 0 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
   (name)

**2.1419**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 1 4 4 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**2.1420**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $180.10 | $180.10 |
| **Last 4 digits of account number** 1 7 3 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**2.1421**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 7 7 5 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**2.1422**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $69.84 | $69.84 |
| **Last 4 digits of account number** 6 4 9 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

**2.1423**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 6 0 0 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1424**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 5 1 4 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1425**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $105.68 | $105.68 |
| **Last 4 digits of account number** 1 8 2 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1426**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $364.20 | $364.20 |
| **Last 4 digits of account number** 5 4 9 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
              (name)

Case number (if known)      26-90621

---

**2.1427**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1  8  1  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1428**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  3  5  2  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1429**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number**  5  4  6  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1430**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $401.58 | $401.58 |
| **Last 4 digits of account number**  8  7  5  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.1431**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 5 9 9 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1432**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $600.00 | $600.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 1 6 6 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1433**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $71.18 | $71.18 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 6 6 4 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1434**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 6 9 1 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)                                          Case number  (if known)   26-90621

### 2.1435

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  7 1 9 9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $300.00 | $300.00 |

### 2.1436

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  5 8 2 1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $400.00 | $400.00 |

### 2.1437

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6 9 0 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $1,200.00 | $1,200.00 |

### 2.1438

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1 1 3 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $400.00 | $400.00 |

Debtor    CAMP MYSTIC, LLC_____    Case number (if known)    26-90621_____
          (name)

**2.1439**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 1 9 0 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1440**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 1 9 4 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1441**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 1 7 5 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1442**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 9 1 0 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC
            (name)                                                Case number (if known)    26-90621

**2.1443**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number** 5 2 8 5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1444**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $11.75 | $11.75 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number** 6 2 3 3 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1445**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number** 6 7 9 2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1446**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number** 2 3 9 6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor     CAMP MYSTIC, LLC
           (name)                                         Case number (if known)     26-90621

**2.1447**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 7 4 8 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1448**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 6 6 7 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1449**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 2 2 5 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1450**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 4 2 3 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
  (name)

Case number (if known)   26-90621

---

**2.1451**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  0 1 0 8

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

**2.1452**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2 5 0 6

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.1453**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  8 9 2 1

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $800.00 | $800.00 |

---

**2.1454**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  5 8 4 8

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $997.06 | $997.06 |

---

Debtor     CAMP MYSTIC, LLC                              Case number (if known)     26-90621
            (name)

**2.1455**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $0.72 | $0.72 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  2  7  6  5

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1456**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  1  8  8  3

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1457**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $300.00 | $300.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  6  8  2  3

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1458**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $300.00 | $300.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  2  1  2  8

**Basis for the claim:**
CAMP DEPOSIT, TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor        CAMP MYSTIC, LLC                                    Case number (if known)        26-90621
                (name)

**2.1459**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5  1  5  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1460**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  3  4  3  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1461**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  1  0  6  0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1462**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  6  8  8  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.1463**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1  1  6  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1464**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5  6  7  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1465**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  5  9  3  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1466**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7  0  4  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 367 of 712

Debtor    CAMP MYSTIC, LLC               Case number (if known)    26-90621
         (name)

---

**2.1467**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0  2  9  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1468**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $416.13 | $416.13 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  7  0  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1469**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $483.97 | $483.97 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  8  4  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1470**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8  9  2  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
 (name)

Case number (if known)   26-90621

**2.1471**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  9  3  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1472**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  3  6  0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1473**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $172.62 | $172.62 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1  9  9  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1474**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  5  9  8  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor     CAMP MYSTIC, LLC
           (name)
                                                    Case number  (if known)      26-90621

**2.1475**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**   8  6  1  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1476**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   1  5  4  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1477**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**   3  6  8  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1478**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   7  9  0  2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

**2.1479**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0  2  7  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.1480**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $74.52 | $74.52 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  9  6  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.1481**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4  0  1  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.1482**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2  1  7  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                    Case number (if known)    26-90621

**2.1483**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $21.18 | $21.18 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 2 2 1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1484**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $23.14 | $23.14 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 3 6 5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1485**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 8 0 4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1486**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3 2 8 9 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor  CAMP MYSTIC, LLC
_____
(name)

Case number (if known)  26-90621
_____

**2.1487**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $300.00 | $300.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 9 4 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1488**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $2,409.00 | $2,409.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 0 6 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1489**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 3 7 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1490**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 3 5 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC                          Case number (if known)    26-90621
              (name)

**2.1491**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2 7 0 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1492**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number**  9 0 0 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1493**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number**  6 4 3 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1494**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $27.24 | $27.24 |
| **Last 4 digits of account number**  0 2 8 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____   Case number (if known) ___26-90621___
       (name)

**2.1495**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  8  8  9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1496**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9  0  4  0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1497**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5  4  4  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1498**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5  9  6  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
 (name)

Case number (if known)   26-90621

---

**2.1499**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   3  2  4  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1500**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number**   8  3  6  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1501**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number**   1  2  2  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1502**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   6  7  8  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

---

**2.1503**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

$300.00   $300.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   3 3 9 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1504**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

$400.00   $400.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   9 6 0 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1505**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

$400.00   $400.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   5 0 7 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1506**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

$400.00   $400.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   6 3 3 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.1507**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number**  3 7 3 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.1508**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number**  8 5 3 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.1509**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number**  4 9 2 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.1510**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number**  2 4 8 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor     CAMP MYSTIC, LLC                                           Case number (if known)     26-90621
           (name)

**2.1511**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  8  1  8  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.1512**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  9  1  9  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.1513**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  8  4  7  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.1514**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $77.50 | $77.50 |
| **Last 4 digits of account number**  6  5  3  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 379 of 712

Debtor    CAMP MYSTIC, LLC
         (name)                                                    Case number (if known)    26-90621

**2.1515**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $373.30 | $373.30 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5  3  3  2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1516**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.72 | $300.72 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1  9  8  9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1517**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2  8  1  0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1518**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1  8  3  5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.1519**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  6 4 1 5 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.1520**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $4,084.00 | $3,800.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  6 1 5 6 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.1521**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  7 3 8 6 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.1522**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  5 6 2 5 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC
              (name)

Case number (if known)    26-90621

**2.1523**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  2  8  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1524**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $39.32 | $39.32 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8  9  2  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1525**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $13.86 | $13.86 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8  4  6  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1526**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8  1  3  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

| Debtor | CAMP MYSTIC, LLC | Case number (if known) | 26-90621 |
|---|---|---|---|
| | (name) | | |

**2.1527**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 8 4 5 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1528**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $164.77 | $164.77 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 8 2 4 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1529**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 6 5 0 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1530**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 9 5 4 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.1531**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1  8  8  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1532**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  4  6  3  9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1533**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7  9  5  2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1534**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200.00 | $1,200.00 |
| **Last 4 digits of account number**  1  9  5  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC        Case number (if known)   26-90621
(name)

**2.1535**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $400.00 | $400.00 |

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number**   7 4 6 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.1536**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $800.00 | $800.00 |

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number**   2 4 9 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.1537**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $67.97 | $67.97 |

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number**   8 0 2 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.1538**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $900.00 | $900.00 |

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number**   2 3 2 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor      CAMP MYSTIC, LLC
              (name)

Case number  (if known)      26-90621

---

**2.1539**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 4 8 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1540**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 3 0 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1541**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 8 9 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1542**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 4 4 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.1543**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $51.42 | $51.42 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5  1  8  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1544**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9  7  9  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1545**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $107.51 | $107.51 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5  6  8  0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1546**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $320.21 | $320.21 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0  3  7  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  CAMP MYSTIC, LLC _____  Case number (if known)  26-90621
(name)

**2.1547**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  7 0 1 5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $71.09   Priority amount: $71.09

---

**2.1548**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1 8 3 1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $300.00   Priority amount: $300.00

---

**2.1549**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9 5 0 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $800.00   Priority amount: $800.00

---

**2.1550**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  3 6 3 0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00   Priority amount: $400.00

---

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

**2.1551**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,200.00 | $1,200.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2  9  3  1

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $1,200.00
Priority amount $1,200.00

---

**2.1552**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  0  3  8  9

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00
Priority amount $400.00

---

**2.1553**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  8  7  3  1

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00
Priority amount $400.00

---

**2.1554**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9  7  0  7

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00
Priority amount $400.00

---

Debtor   CAMP MYSTIC, LLC
            (name)

Case number (if known)   26-90621

---

**2.1555**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6 4 4 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.1556**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6 8 3 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.1557**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 0 3 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.1558**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  4 9 0 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

Debtor      CAMP MYSTIC, LLC                                                   Case number (if known)      26-90621
            (name)

**2.1559**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number**  1 7 8 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1560**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200.00 | $1,200.00 |
| **Last 4 digits of account number**  1 8 6 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1561**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24.08 | $24.08 |
| **Last 4 digits of account number**  9 8 4 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1562**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8 4 2 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.1563**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6  1  0  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1564**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7  2  8  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1565**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200.00 | $1,200.00 |
| **Last 4 digits of account number**  7  4  4  9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1566**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  4  0  1  2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____  Case number (if known) __26-90621___
                    (name)

**2.1567**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  2  7  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1568**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9  2  8  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1569**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  4  4  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1570**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8  3  2  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 393 of 712

Debtor      CAMP MYSTIC, LLC                                         Case number (if known)    26-90621
             (name)

**2.1571**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $599.25 | $599.25 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5 9 0 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.1572**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  9 5 0 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.1573**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  0 4 6 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.1574**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1 1 5 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
(name)

**2.1575**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $600.00 | $600.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 4 1 5 7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1576**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 6 4 1 2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1577**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 1 8 6 6 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1578**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $470.65 | $470.65 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 6 3 4 4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
      (name)
Case number (if known)    26-90621

---

**2.1579**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7  1  2  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1580**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5  5  1  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1581**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1  6  9  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1582**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1  8  2  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 396 of 712

Debtor      CAMP MYSTIC, LLC
            (name)

Case number (if known)      26-90621

---

**2.1583**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5  2  3  9 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.1584**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  2  3  6  7 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.1585**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6  1  5  9 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.1586**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7  0  2  1 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

Debtor ___CAMP MYSTIC, LLC_____   Case number *(if known)*   __26-90621__
         (name)

**2.1587**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1  8  1  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1588**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6  5  6  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1589**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  7  0  5  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1590**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5  6  1  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 398 of 712

Debtor   CAMP MYSTIC, LLC
(name)
Case number (if known)   26-90621

**2.1591**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  0 2 6 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $800.00   Priority amount: $800.00

**2.1592**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  5 8 7 0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $43.34   Priority amount: $43.34

**2.1593**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  4 3 9 7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00   Priority amount: $400.00

**2.1594**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  0 0 4 9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1.60   Priority amount: $1.60

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.1595**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   4  9  2  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1596**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   1  3  4  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1597**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   0  3  8  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1598**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $20.09 | $20.09 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   3  0  0  9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC
          (name)                                              Case number (if known)    26-90621

---

**2.1599**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 7 3 7 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1600**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 9 1 7 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1601**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 5 8 5 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1602**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 9 9 7 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Debtor     CAMP MYSTIC, LLC                            Case number (if known)     26-90621
           (name)

---

**2.1603**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $27.13 | $27.13 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  0  4  7  4 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.1604**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  6  6  1  5 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.1605**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  5  8  8  7 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.1606**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  8  1  9  6 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 402 of 712

Debtor   CAMP MYSTIC, LLC
 (name)

Case number (if known)   26-90621

---

**2.1607**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1  2  4  5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

**2.1608**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  0  3  5  3

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.1609**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  3  1  2  3

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.1610**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  4  0  3  6

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

**2.1611**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  5  1  7 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.1612**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5  7  4  1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.1613**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  8  7  6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.1614**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  0  1  3 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 404 of 712

Debtor  CAMP MYSTIC, LLC
        (name)

Case number (if known)   26-90621

---

**2.1615**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 4 6 4 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1616**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $40.19 | $40.19 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 7 4 0 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1617**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 4 6 5 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1618**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $460.76 | $460.76 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 3 0 7 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Debtor   CAMP MYSTIC, LLC
_____   Case number (if known)   26-90621
(name)

**2.1619**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 0 2 2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1620**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 0 4 7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1621**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $370.60 | $370.60 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9 6 7 3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1622**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 1 1 2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          _____          Case number (if known)   26-90621
          (name)

**2.1623**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8  2  8  0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1624**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  0  8  6  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1625**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  1  5  1  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1626**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6  8  5  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC
            (name)                                                              Case number (if known)    26-90621

**2.1627**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2  3  8  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1628**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $306.57 | $306.57 |
| **Last 4 digits of account number**  6  5  9  9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1629**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  2  7  9  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1630**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  5  2  2  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
       (name)

Case number (if known)   26-90621

---

**2.1631**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   2 8 4 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1632**

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $92.53 | $92.53 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   1 8 3 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1633**

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   9 5 2 7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1634**

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   5 4 8 9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
           (name)

**2.1635**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $48.75 | $48.75 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 1 1 3 7 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.1636**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 3 6 4 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.1637**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 3 6 8 4 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.1638**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $454.09 | $454.09 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 1 0 8 1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                          Case number (if known)    26-90621
          (name)

**2.1639**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $95.73 | $95.73 |
| **Last 4 digits of account number**  1 8 2 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1640**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $74.93 | $74.93 |
| **Last 4 digits of account number**  3 2 2 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1641**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $546.62 | $546.62 |
| **Last 4 digits of account number**  6 3 7 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1642**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1 4 9 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

---

**2.1643**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  8 0 8 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1644**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 6 0 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1645**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6 4 5 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1646**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  0 8 6 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

---

**2.1647**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  3 8 6 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.1648**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  0 0 0 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.1649**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $162.63 | $162.63 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  3 7 1 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.1650**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  3 5 0 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

Debtor  CAMP MYSTIC, LLC
(name)

Case number (if known)  26-90621

---

**2.1651**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6  9  3  4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $25.27 | $25.27 |

---

**2.1652**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2  1  7  8

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

**2.1653**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  7  9  0  9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.1654**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6  3  9  7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

Debtor      CAMP MYSTIC, LLC
                (name)                                    Case number (if known)      26-90621

**2.1655**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   4  7  4  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1656**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   2  7  2  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1657**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   5  2  2  0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1658**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   5  9  8  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC
_____    Case number (if known)    26-90621
    (name)

**2.1659**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1  6  1  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1660**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1  9  2  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1661**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1  8  7  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1662**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  6  1  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
_____
(name)                              Case number (if known)    26-90621
_____

**2.1663**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 | $100.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 5 4 4 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1664**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 3 6 0 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1665**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 1 2 0 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1666**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $94.84 | $94.84 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 1 2 8 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC _____    Case number (if known) _____26-90621_____
         (name)

**2.1667**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 0 1 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1668**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $800.00 | $800.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 6 2 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1669**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $300.08 | $300.08 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 4 6 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1670**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 4 6 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC

(name)

Case number (if known)   26-90621

---

**2.1671**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  4  9  7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.1672**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4  3  1  5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.1673**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  8  5  1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.1674**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $43.33 | $43.33 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  4  3  7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page 419 of 712

Debtor  CAMP MYSTIC, LLC _____  Case number (if known) __26-90621__
        (name)

**2.1675**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 3 1 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1676**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 9 9 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1677**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 0 4 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1678**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 7 6 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC                 Case number (if known)    26-90621
        (name)

---

**2.1679**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**   4   8   5   9 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.1680**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $700.00 | $700.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**   7   5   2   7 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.1681**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**   1   3   0   0 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.1682**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**   7   5   0   6 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

Debtor    CAMP MYSTIC, LLC _____    Case number (if known)    26-90621 _____
            (name)

**2.1683**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 5 3 5 0 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.1684**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 3 9 3 9 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.1685**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $90.59 | $90.59 |
| **Last 4 digits of account number** 1 7 8 9 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.1686**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $31.34 | $31.34 |
| **Last 4 digits of account number** 9 7 7 1 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

**2.1687**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 6 4 8 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1688**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 9 2 4 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1689**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 5 9 8 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1690**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $21.99 | $21.99 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 2 1 4 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                          Case number (if known)    26-90621

**2.1691**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8 0 9 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**2.1692**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  0 4 6 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**2.1693**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1.33 | $1.33 |
| **Last 4 digits of account number**  1 7 0 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**2.1694**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0 7 7 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.1695**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  6  6  9  6 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.1696**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  5  9  6  6 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.1697**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  0  6  8  6 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.1698**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $1,600.00 | $1,600.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  3  1  9  3 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.1699**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 0 5 7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.1700**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 2 7 1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.1701**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9 8 2 6 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.1702**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 3 8 0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

Debtor     CAMP MYSTIC, LLC        Case number (if known)    26-90621
        (name)

---

### 2.1703

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $7.31 | $7.31 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 2 0 7 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 2.1704

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 1 9 9 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 2.1705

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $6.03 | $6.03 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 9 3 5 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 2.1706

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 8 8 7 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      CAMP MYSTIC, LLC
            (name)

Case number (if known)      26-90621

**2.1707**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $205.14 | $205.14 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 1 5 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1708**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 3 9 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1709**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $800.00 | $800.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 0 6 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1710**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $300.00 | $300.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 5 6 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC
_____
(name)

Case number (if known)   26-90621
_____

**2.1711**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**  5 3 4 9

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $400.00 | $400.00 |

**2.1712**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  4 3 7 9

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $600.00 | $600.00 |

**2.1713**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2 8 7 2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $400.00 | $400.00 |

**2.1714**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1 4 0 4

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $600.00 | $600.00 |

Debtor    CAMP MYSTIC, LLC                                           Case number (if known)    26-90621
          (name)

**2.1715**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**  1  0  9  6

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1716**

| | Total claim | Priority amount |
|---|---|---|
| | $300.00 | $300.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  0  7  4  3

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1717**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1  8  6  8

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1718**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9  0  7  8

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

**2.1719**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account
number**   8  2  7  7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

**2.1720**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account
number**   1  5  6  9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

**2.1721**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account
number**   8  8  9  7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

**2.1722**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account
number**   3  8  6  9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

Debtor    CAMP MYSTIC, LLC
          (name)                                                    Case number (if known)    26-90621

---

**2.1723**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  4  7  7  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1724**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $300.00 | $300.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  8  6  3  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1725**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  8  2  8  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1726**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  2  6  9  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
_____
(name)

Case number (if known)   26-90621
_____

**2.1727**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  8 2 0 7

**Specify Code subsection of PRIORITY unsecured claim:**
  11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $800.00
Priority amount: $800.00

---

**2.1728**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1 8 0 4

**Specify Code subsection of PRIORITY unsecured claim:**
  11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $38.28
Priority amount: $38.28

---

**2.1729**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  0 5 1 7

**Specify Code subsection of PRIORITY unsecured claim:**
  11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $800.00
Priority amount: $800.00

---

**2.1730**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1 0 6 4

**Specify Code subsection of PRIORITY unsecured claim:**
  11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $300.00
Priority amount: $300.00

---

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page 433 of 712

Debtor   CAMP MYSTIC, LLC
         (name)                                          Case number (if known)   26-90621

**2.1731**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 7 1 6 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1732**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 3 6 3 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1733**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 6 6 2 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1734**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 0 6 4 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     CAMP MYSTIC, LLC                 Case number (if known)    26-90621
            (name)

---

**2.1735**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   1 0 0 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.1736**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $139.33 | $139.33 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   8 5 1 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.1737**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   0 3 5 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.1738**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $100.00 | $100.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   0 9 4 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

Debtor     CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
           (name)

**2.1739**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | |
| | | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  5 4 4 3

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00     Priority amount $400.00

---

**2.1740**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  4 6 2 3

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $3,684.00     Priority amount $3,684.00

---

**2.1741**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2 0 6 0

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $700.00     Priority amount $700.00

---

**2.1742**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  7 9 3 4

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $300.00     Priority amount $300.00

---

Debtor   CAMP MYSTIC, LLC _____   Case number (if known) __26-90621__
(name)

**2.1743**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 2 1 0 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1744**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 | $200.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 5 8 8 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1745**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 8 9 0 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1746**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 8 8 9 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC             Case number (if known)    26-90621
       (name)

**2.1747**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**   4   0   1   7

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1748**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**   7   3   4   8

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1749**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**   0   6   6   4

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1750**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**   2   0   8   4

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC
_____(name)_____

Case number (if known)   26-90621

---

**2.1751**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1 6 0 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1752**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $47.35 | $47.35 |
| **Last 4 digits of account number**  7 2 5 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1753**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  9 9 8 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1754**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 6 1 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
_____
(name)

Case number (if known)   26-90621
_____

**2.1755**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1 7 9 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1756**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  2 3 4 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1757**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,684.00 | $3,684.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  9 4 5 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1758**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  0 1 0 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

**2.1759**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7 6 2 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1760**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  0 3 7 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1761**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  2 9 6 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1762**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0 4 8 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
_____
(name)

Case number (if known)    26-90621
_____

**2.1763**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 9 2 4 6 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1764**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 5 7 6 7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1765**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 1 2 0 7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1766**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 3 6 6 3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor     CAMP MYSTIC, LLC
              (name)

Case number (if known)     26-90621

**2.1767**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4 4 3 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1768**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4 8 5 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1769**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $38.81 | $38.81 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 0 4 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1770**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $85.52 | $85.52 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 0 1 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

**2.1771**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**   7  9  7  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1772**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**   1  3  4  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1773**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   8  6  8  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1774**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   9  0  6  9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor  ___CAMP MYSTIC, LLC___   Case number (if known)   ___26-90621___
            (name)

**2.1775**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** _4_ _7_ _4_ _7_ | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1776**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,200.00 | $1,200.00 |
| **Last 4 digits of account number** _7_ _3_ _7_ _9_ | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1777**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** _8_ _9_ _2_ _5_ | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1778**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** _1_ _0_ _7_ _0_ | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621 _____
(name)

**2.1779**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account**<br>**number**  0  9  2  2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1780**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $808.53 | $808.53 |
| **Last 4 digits of account**<br>**number**  8  4  6  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1781**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account**<br>**number**  3  9  2  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1782**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account**<br>**number**  7  0  4  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC_____    Case number (if known)    26-90621_____
            (name)

**2.1783**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** | | |
| NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 6 1 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1784**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** | | |
| NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 6 2 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1785**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** | | |
| NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 9 8 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1786**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** | | |
| NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 1 8 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            Page 447 of 712

Debtor    CAMP MYSTIC, LLC      Case number (if known)    26-90621
     (name)

---

**2.1787**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**   1 4 0 6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.1788**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $444.01 | $444.01 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**   8 6 7 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.1789**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**   7 7 3 4 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.1790**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**   9 5 7 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 448 of 712

Debtor     CAMP MYSTIC, LLC                                      Case number (if known)    26-90621
_____                                      _____
(name)

**2.1791**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $5.04 | $5.04 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1  8  6  8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1792**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4  7  4  8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1793**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  8  1  8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1794**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7  6  8  5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____   Case number (if known) ___26-90621_____
                        (name)

**2.1795**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** | | |
| NAME AND ADDRESS ON FILE | $300.00 | $300.00 |

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5  1  5  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1796**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** | | |
| NAME AND ADDRESS ON FILE | $400.00 | $400.00 |

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  5  4  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1797**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** | | |
| NAME AND ADDRESS ON FILE | $800.00 | $800.00 |

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  7  2  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1798**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** | | |
| NAME AND ADDRESS ON FILE | $600.00 | $600.00 |

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  3  2  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

---

**2.1799**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** | | |
| NAME AND ADDRESS ON FILE | | |
| | $300.00 | $300.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  6  1  4  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1800**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** | | |
| NAME AND ADDRESS ON FILE | | |
| | $200.00 | $200.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  5  8  3  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1801**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** | | |
| NAME AND ADDRESS ON FILE | | |
| | $300.00 | $300.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  2  2  3  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1802**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** | | |
| NAME AND ADDRESS ON FILE | | |
| | $800.00 | $800.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  5  0  7  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.1803**

| | Total claim | Priority amount |
|---|---|---|
| | $209.00 | $209.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1 6 9 1

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1804**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6 8 2 0

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1805**

| | Total claim | Priority amount |
|---|---|---|
| | $155.56 | $155.56 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  3 0 6 9

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1806**

| | Total claim | Priority amount |
|---|---|---|
| | $300.00 | $300.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6 6 1 3

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC          Case number (if known)    26-90621
                (name)

**2.1807**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | | |
| | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |
| **Last 4 digits of account number**  0  0  9  2 | **Basis for the claim:** | | | |
| | CAMP DEPOSIT,TUITION, OR STORE | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CREDIT | | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | | |
| | ☑ No | | | |
| | ☐ Yes | | | |

**2.1808**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | | |
| | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |
| **Last 4 digits of account number**  8  7  1  9 | **Basis for the claim:** | | | |
| | CAMP DEPOSIT,TUITION, OR STORE | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CREDIT | | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | | |
| | ☑ No | | | |
| | ☐ Yes | | | |

**2.1809**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | $1,200.00 | $1,200.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | | |
| | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |
| **Last 4 digits of account number**  3  3  6  0 | **Basis for the claim:** | | | |
| | CAMP DEPOSIT,TUITION, OR STORE | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CREDIT | | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | | |
| | ☑ No | | | |
| | ☐ Yes | | | |

**2.1810**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | | |
| | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |
| **Last 4 digits of account number**  5  7  5  0 | **Basis for the claim:** | | | |
| | CAMP DEPOSIT,TUITION, OR STORE | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CREDIT | | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | | |
| | ☑ No | | | |
| | ☐ Yes | | | |

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

**2.1811**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1  3  6  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1812**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8  2  8  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1813**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5  5  6  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.1814**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8  2  8  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____   Case number (if known)   __26-90621___
               (name)

**2.1815**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 1 9 5 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1816**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 8 6 3 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1817**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 5 7 6 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1818**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $73.31 | $73.31 |
| **Last 4 digits of account number** 0 1 7 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                                    Case number  (if known)      26-90621
                (name)

**2.1819**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 2 1 0 9 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1820**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 0 0 3 8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1821**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 1 7 3 2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1822**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 3 9 9 5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621 ___
        (name)

**2.1823**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  4 2 8 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1824**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  0 6 6 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1825**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 3 7 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1826**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  5 7 8 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor  CAMP MYSTIC, LLC _____     Case number (if known) __26-90621__
        (name)

**2.1827**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $151.59 | $151.59 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 7 5 1 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1828**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 1 7 2 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1829**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $600.00 | $600.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 1 2 9 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1830**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,684.00 | $3,684.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 0 8 2 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
         (name)
Case number (if known)   26-90621

---

**2.1831**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   4 2 4 5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

**2.1832**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   5 1 9 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.1833**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   4 6 9 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.1834**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   1 1 1 1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

Debtor      CAMP MYSTIC, LLC                          Case number (if known)    26-90621
            (name)

**2.1835**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 4 8 4 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1836**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $73.07 | $73.07 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 8 9 3 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1837**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 2 3 1 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1838**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 1 6 5 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

**2.1839**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $399.78 | $399.78 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 7 8 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1840**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 0 5 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1841**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 9 6 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1842**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 3 1 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

---

**2.1843**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 4 0 6 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1844**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 5 3 5 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1845**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 0 3 4 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1846**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $78.99 | $78.99 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 9 9 7 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.1847**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 3 4 1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1848**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $16.05 | $16.05 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 3 8 5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1849**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 7 8 0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1850**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 6 5 3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                        Case number (if known)    26-90621
          (name)

**2.1851**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $8.40 | $8.40 |
| **Last 4 digits of account number**  7  8  5  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1852**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1  2  0  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1853**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  9  0  4  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1854**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,200.00 | $1,200.00 |
| **Last 4 digits of account number**  4  3  7  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC
                (name)
                                                          Case number (if known)    26-90621

**2.1855**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0  9  2  4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1856**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7  4  5  3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1857**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  9  2  4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1858**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8  2  0  9 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                         Case number  (if known)    26-90621

**2.1859**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5 8 5 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1860**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $387.45 | $387.45 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 7 8 9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1861**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3 9 2 5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1862**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3 7 6 3 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 466 of 712

Debtor     CAMP MYSTIC, LLC
           (name)

Case number (if known)      26-90621

**2.1863**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  4 3 0 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1864**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2 5 3 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1865**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 3 4 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1866**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6 4 2 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
        (name)

Case number (if known)   26-90621

---

**2.1867**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 5 2 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1868**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 7 7 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1869**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $96.80 | $96.80 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 7 3 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1870**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 2 1 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621 _____
(name)

**2.1871**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  5  7  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1872**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $71.69 | $71.69 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7  6  3  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1873**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7  3  8  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1874**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  2  7  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC
         (name)
Case number (if known)   26-90621

**2.1875**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $92.80 | $92.80 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  9 0 7 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1876**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $130.75 | $130.75 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8 8 4 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1877**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8 3 8 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1878**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $1.15 | $1.15 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  9 4 3 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.1879**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  0  2  4  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1880**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  4  3  5  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1881**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6  3  2  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1882**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1  7  5  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Debtor  CAMP MYSTIC, LLC
(name)
Case number (if known)  26-90621

---

**2.1883**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 1 3 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1884**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 2 0 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1885**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 3 1 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1886**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 | $100.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 8 2 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
(name)
Case number (if known)    26-90621

**2.1887**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1  6  8  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1888**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  3  7  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1889**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  7  1  4  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1890**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  2  3  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____  Case number *(if known)* ____26-90621_____
                    (name)

**2.1891**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8  8  8  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1892**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  7  7  3  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1893**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  7  0  4  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1894**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  1  1  3  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.1895**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 0 4 5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1896**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5 5 5 0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1897**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 8 5 2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1898**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 5 2 8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

## 2.1899

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  2  9  1  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

## 2.1900

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $2.80 | $2.80 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1  7  2  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

## 2.1901

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  9  5  5  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

## 2.1902

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  7  9  5  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1903**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 8 5 7 5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1904**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $1,600.00 | $1,600.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 7 3 5 7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1905**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 0 9 6 3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1906**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 4 8 3 6 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                          Case number (if known)    26-90621

**2.1907**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6 2 5 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1908**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  9 6 1 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1909**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  9 3 3 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1910**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6 8 4 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 478 of 712

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

**2.1911**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   2  1  4  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1912**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

| | Total claim | Priority amount |
|---|---|---|
| | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   1  9  1  0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1913**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   9  3  9  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1914**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   1  1  5  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC    Case number (if known)    26-90621
    (name)

---

**2.1915**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   9 9 8 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1916**

| | Total claim | Priority amount |
|---|---|---|
| | $800.00 | $800.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   6 0 1 5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1917**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   0 2 9 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1918**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   7 0 5 5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor       CAMP MYSTIC, LLC                                          Case number (if known)      26-90621
             (name)

**2.1919**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  5  6  1  3 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.1920**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  2  1  3  6 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.1921**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  3  5  9  3 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.1922**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  5  0  2  8 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

---

**2.1923**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2  3  6  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1924**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  9  8  0  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1925**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number**  3  6  4  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1926**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  4  1  9  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 482 of 712

Debtor    CAMP MYSTIC, LLC _____    Case number (if known)    26-90621 _____
              (name)

**2.1927**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 7 0 6 2 | | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1928**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 2 0 1 6 | | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1929**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 1 8 2 7 | | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1930**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 3 9 0 0 | | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

---

**2.1931**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7 6 3 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1932**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 2 0 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1933**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 3 2 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1934**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 9 2 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
                (name)                                                          Case number (if known)    26-90621

**2.1935**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8  3  0  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1936**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  3  2  6  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1937**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  0  4  9  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1938**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6  6  5  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.1939**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  3  5  1  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1940**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  8  0  8  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1941**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5  4  0  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1942**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5  0  2  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor      CAMP MYSTIC, LLC
            (name)

Case number (if known)      26-90621

---

**2.1943**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  9 7 0 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1944**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1 9 9 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1945**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  0 0 8 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.1946**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1 6 4 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Debtor      CAMP MYSTIC, LLC                          Case number (if known)      26-90621
            (name)

**2.1947**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5  5  2  5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1948**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4  8  0  3 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1949**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0  5  3  0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1950**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4  1  1  7 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____   Case number (if known) ___26-90621___
      (name)

**2.1951**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7 2 9 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1952**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7 4 0 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1953**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 1 0 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1954**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 0 5 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC _____   Case number (if known) __26-90621__
         (name)

**2.1955**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 5 6 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1956**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 5 9 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1957**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 0 3 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1958**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,200.00 | $1,200.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 6 1 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

**2.1959**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 8 2 5 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1960**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 8 0 0 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1961**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 1 5 3 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1962**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 5 7 3 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
(name)

**2.1963**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2 7 7 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1964**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  4 9 0 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1965**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8 2 6 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1966**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  8 8 6 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor     CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
           (name)

**2.1967**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  8  7  5  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1968**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $113.37 | $113.37 |
| **Last 4 digits of account number**  8  9  0  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1969**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 | $100.00 |
| **Last 4 digits of account number**  9  5  3  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1970**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number**  2  2  3  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 493 of 712

Case 26-90621  Document 152  Filed in TXSB on 08/07/26  Page 531 of 758

**2.1971**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $400.00 | $400.00 |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** 9 3 4 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1972**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** 7 5 9 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1973**

| | Total claim | Priority amount |
|---|---|---|
| | $568.80 | $568.80 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** 6 6 3 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1974**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** 1 6 5 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC
         (name)                                      Case number (if known)   26-90621

**2.1975**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**   5  6  0  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1976**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**   6  4  3  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1977**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**   5  5  2  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.1978**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**   2  2  9  0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                            Case number (if known)    26-90621

**2.1979**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5 1 5 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1980**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1 5 6 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1981**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5 4 0 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1982**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5 5 4 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____ Case number _(if known)_ ___26-90621_____
   (name)

**2.1983**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4  5  3  9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1984**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  5  8  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1985**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4  7  6  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.1986**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  7  5  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

**2.1987**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1 8 2 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1988**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6 7 9 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1989**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 | $100.00 |
| **Last 4 digits of account number**  6 1 5 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.1990**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  2 0 6 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor _____CAMP MYSTIC, LLC_____   Case number (if known) ___26-90621___
     (name)

**2.1991**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $111.61 | $111.61 |

**Date or dates debt was incurred**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number** 4 2 7 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.1992**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number** 2 1 8 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.1993**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number** 0 0 5 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.1994**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number** 1 9 4 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
          (name)

**2.1995**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  8  1  4 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1996**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $600.00 | $600.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5  9  5  5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1997**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5  5  8  9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.1998**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8  1  9  8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor     CAMP MYSTIC, LLC
                 (name)                                                   Case number (if known)     26-90621

---

**2.1999**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7  1  9  1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

---

**2.2000**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5  2  6  9 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

---

**2.2001**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8  9  0  2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

---

**2.2002**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  4  5  1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

---

Debtor      CAMP MYSTIC, LLC                                      Case number (if known)      26-90621
            (name)

---

**2.2003**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $20.17 | $20.17 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 5 4 1 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.2004**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $95.27 | $95.27 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 8 2 4 1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.2005**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 2 0 2 9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.2006**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 6 9 8 7 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

**2.2007**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 2 7 9 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2008**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $114.03 | $114.03 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 6 2 8 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2009**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 7 8 5 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2010**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 8 7 7 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.2011**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

$400.00    $400.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  9  6  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2012**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

$250.00    $250.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  2  6  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2013**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

$376.52    $376.52

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  9  1  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2014**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

$400.00    $400.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  6  9  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor     CAMP MYSTIC, LLC                              Case number (if known)      26-90621
           (name)

**2.2015**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent          $400.00          $400.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  1 5 1 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2016**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent          $400.00          $400.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  1 4 0 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2017**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent          $400.00          $400.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  7 6 0 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2018**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent          $300.00          $300.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  6 6 7 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor____CAMP MYSTIC, LLC_____   Case number (if known)____26-90621____
     (name)

---

**2.2019**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent      $88.09      $88.09
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** 8 4 5 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2020**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent      $600.00      $600.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** 3 2 9 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2021**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent      $300.00      $300.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** 5 9 6 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2022**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent      $300.00      $300.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** 6 1 2 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
          (name)
Case number (if known)    26-90621

**2.2023**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  0 3 8 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2024**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5 6 5 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2025**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1 5 2 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2026**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $600.00 | $600.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  4 8 4 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____   Case number (if known) ___26-90621___
            (name)

**2.2027**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**   1  9  1  8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.2028**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**   6  9  0  5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.2029**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**   5  3  2  1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.2030**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**   5  9  7  9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
              (name)

**2.2031**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**   0  4  6  2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2032**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**   6  4  3  0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2033**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**   0  1  8  5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2034**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $106.59 | $106.59 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**   9  0  7  4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.2035**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8  3  3  4 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.2036**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  2  3  4 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.2037**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  7  7  1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.2038**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8  6  9  6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

Debtor     CAMP MYSTIC, LLC _____     Case number (if known)    26-90621
           (name)

**2.2039**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 0 5 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2040**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $1,200.00 | $1,200.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 6 2 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2041**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 1 1 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2042**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $299.99 | $299.99 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 7 9 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.2043**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 6 3 5 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2044**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 1 5 7 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2045**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 0 4 0 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2046**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 2 9 2 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Official Form 206E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**         Page 512 of 712

Debtor   CAMP MYSTIC, LLC                                Case number (if known)   26-90621
         (name)

**2.2047**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  3 0 1 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2048**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  9 7 4 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2049**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  7 8 6 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2050**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  2 2 5 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                          Case number (if known)    26-90621

---

**2.2051**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  7 8 0 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2052**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $700.00 | $700.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  7 7 5 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2053**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $94.58 | $94.58 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6 4 1 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2054**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  8 0 8 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                           Case number (if known)    26-90621

---

**2.2055**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5  3  1  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.2056**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $600.00 | $600.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  0  4  8  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.2057**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  8  7  5  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.2058**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  7  0  0  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

Official Form 206E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**         Page 515 of 712

Debtor   CAMP MYSTIC, LLC
(name)
Case number (if known)   26-90621

---

**2.2059**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   5 9 0 5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

**2.2060**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   0 9 0 7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3.11 | $3.11 |

---

**2.2061**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   4 7 4 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $494.11 | $494.11 |

---

**2.2062**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   4 5 5 9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $53.03 | $53.03 |

---

Debtor    CAMP MYSTIC, LLC    Case number (if known)    26-90621
           (name)

**2.2063**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $1,400.00 | $1,400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7  8  2  4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2064**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1  0  8  2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2065**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $600.00 | $600.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5  7  3  9 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2066**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3  0  9  6 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC
            (name)
                                                        Case number  (if known)      26-90621

---

**2.2067**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**  3  8  7  5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.2068**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**  7  7  7  4 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.2069**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**  3  3  7  8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.2070**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $600.00 | $600.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**  8  7  5  2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

Debtor _____CAMP MYSTIC, LLC_____    Case number (if known) ____26-90621____
                (name)

**2.2071**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent       $300.00       $300.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  3  5  4  9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2072**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent       $400.00       $400.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  0  5  3  7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2073**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent       $400.00       $400.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  7  9  1  7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2074**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent       $400.00       $400.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**  2  2  1  3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC
          (name)                                    Case number (if known)    26-90621

**2.2075**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3.53 | $3.53 |
| **Last 4 digits of account number**  6  1  0  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2076**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $489.79 | $489.79 |
| **Last 4 digits of account number**  1  9  3  9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2077**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6  6  3  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2078**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  5  5  1  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
                    (name)

Case number  (if known)      26-90621

---

**2.2079**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

$800.00    $800.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7  4  4  9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2080**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

$600.00    $600.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9  5  4  9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2081**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

$400.00    $400.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0  0  0  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2082**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

$400.00    $400.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  7  8  0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

---

**2.2083**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,200.00 | $1,200.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   8 9 5 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2084**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $700.00 | $700.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   9 3 6 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2085**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   1 7 0 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2086**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   8 9 2 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 522 of 712

Debtor  CAMP MYSTIC, LLC
        (name)

Case number (if known)  26-90621

**2.2087**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8  6  6  7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2088**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  9  8  7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2089**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1  7  6  8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2090**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  7  8  7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor  CAMP MYSTIC, LLC  Case number (if known)  26-90621
          (name)

**2.2091**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  4  3  5  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2092**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $88.43 | $88.43 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  8  4  2  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2093**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4.25 | $4.25 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  8  6  3  9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2094**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $600.00 | $600.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  4  4  7  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)
Case number (if known)   26-90621

**2.2095**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 9 2 3 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2096**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 6 9 6 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2097**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 9 3 4 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2098**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 6 0 8 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor ___CAMP MYSTIC, LLC_____   Case number (if known)   ___26-90621___
　　　　　(name)

**2.2099**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $322.60 | $322.60 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** _6_ _3_ _7_ _9_

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2100**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** _6_ _0_ _6_ _4_

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2101**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $72.92 | $72.92 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** _7_ _2_ _5_ _3_

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2102**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** _9_ _3_ _5_ _0_

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  CAMP MYSTIC, LLC
              (name)

Case number (if known)    26-90621

---

**2.2103**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |
| **Last 4 digits of account number**  8  1  5  0 | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2104**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $800.00 | $800.00 |
| **Last 4 digits of account number**  3  2  3  3 | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2105**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $300.00 | $300.00 |
| **Last 4 digits of account number**  1  8  5  7 | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2106**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |
| **Last 4 digits of account number**  6  6  6  9 | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____CAMP MYSTIC, LLC_____  Case number (if known)____26-90621____
                    (name)

**2.2107**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8  4  6  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2108**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  1  7  0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2109**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  5  3  1  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2110**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $56.23 | $56.23 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  8  5  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.2111**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $661.56 | $661.56 |
| **Last 4 digits of account number**  0  4  4  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.2112**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  4  0  7  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.2113**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6  1  8  0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.2114**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6  2  7  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 529 of 712

Debtor   CAMP MYSTIC, LLC
         (name)
                                                    Case number (if known)   26-90621

**2.2115**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1 7 8 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2116**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $549.66 | $549.66 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  9 6 9 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2117**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1 9 7 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2118**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1 5 1 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

**2.2119**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number**  2 0 5 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | CREDIT<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2120**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  4 8 0 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | CREDIT<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2121**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  5 3 5 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | CREDIT<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2122**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8 1 2 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | CREDIT<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                          Case number (if known)    26-90621
          (name)

**2.2123**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  7  4  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2124**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1  0  3  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2125**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  6  5  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2126**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  0  9  8  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                          Case number (if known)    26-90621
          (name)

**2.2127**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $455.43 | $455.43 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  7 5 0 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2128**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  3 4 2 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2129**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  3 2 7 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2130**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  8 1 4 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                           Case number (if known)    26-90621
          (name)

**2.2131**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8  9  9  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2132**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  0  3  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2133**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7  7  7  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2134**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0  1  3  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____   Case number (if known) ___26-90621___
                 (name)

**2.2135**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  7  3  9  2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2136**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5  7  1  2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2137**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  2  0  4  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2138**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $224.83 | $224.83 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  4  4  2  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                              Case number (if known)    26-90621

**2.2139**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 3 0 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.2140**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4 7 8 2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.2141**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4 5 7 8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.2142**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $22.95 | $22.95 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 2 3 5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number  (if known)    26-90621

---

**2.2143**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  9  8  8  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2144**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5  1  8  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2145**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  7  5  3  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2146**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  7  5  8  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC _____    Case number (if known) __26-90621__
          (name)

**2.2147**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  9 0 0 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2148**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $78.53 | $78.53 |
| **Last 4 digits of account number**  6 9 8 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2149**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  9 7 2 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2150**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7 7 7 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                            Case number (if known)    26-90621

**2.2151**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 0 5 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2152**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 6 5 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2153**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 3 4 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2154**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 9 5 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
            (name)

**2.2155**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8  5  2  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2156**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  3  2  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2157**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  2  0  3  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2158**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  0  4  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

**2.2159**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number** 5 5 9 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2160**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 3 1 7 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2161**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 7 9 6 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2162**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 6 2 1 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
         (name)

**2.2163**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number** 2 6 9 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.2164**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number** 9 4 5 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.2165**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number** 7 0 5 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.2166**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Last 4 digits of account number** 1 9 9 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621 _____
_____(name)_____

**2.2167**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  4 9 3 3

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00   Priority amount $400.00

---

**2.2168**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2 6 0 1

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $800.00   Priority amount $800.00

---

**2.2169**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9 7 1 8

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $400.00   Priority amount $400.00

---

**2.2170**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2 7 8 4

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $300.00   Priority amount $300.00

Debtor   CAMP MYSTIC, LLC   Case number (if known)   26-90621
(name)

**2.2171**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 3 0 7 7 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2172**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 1 9 4 1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2173**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 3 5 8 3 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2174**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 5 2 4 5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                          Case number (if known)    26-90621
          (name)

---

**2.2175**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  3  9  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2176**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  6  2  0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2177**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  6  5  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2178**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 | $200.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  4  4  9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC                                              Case number (if known)    26-90621
          (name)

**2.2179**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8  6  9  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2180**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1  5  5  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2181**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6  4  5  9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2182**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7  0  3  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.2183**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   3  1  5  4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim   $400.00
Priority amount   $400.00

**2.2184**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   9  5  1  4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim   $400.00
Priority amount   $400.00

**2.2185**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   5  0  2  8

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim   $400.00
Priority amount   $400.00

**2.2186**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   7  2  4  2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim   $400.00
Priority amount   $400.00

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.2187**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   7 3 1 7

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

**2.2188**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   2 2 0 3

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $800.00 | $800.00 |

**2.2189**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   0 9 5 0

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

**2.2190**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   2 1 8 5

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

Debtor    CAMP MYSTIC, LLC
          (name)    Case number (if known)    26-90621

---

**2.2191**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 3 0 3 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2192**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 7 3 7 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2193**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 1 9 6 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2194**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 9 7 7 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 549 of 712

Debtor _____CAMP MYSTIC, LLC_____   Case number (if known) _____26-90621_____
                      (name)

**2.2195**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  7  7  6

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

**2.2196**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  6  6  4

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

**2.2197**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4  1  6  2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

**2.2198**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9  8  2  6

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

Debtor   CAMP MYSTIC, LLC
_____   Case number (if known)   26-90621
(name)

**2.2199**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1  8  3  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2200**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3  5  2  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2201**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1  6  7  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2202**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6  5  5  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                      Case number (if known)      26-90621
            (name)

**2.2203**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 8 1 0 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2204**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $226.00 | $226.00 |
| **Last 4 digits of account number** 7 0 6 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2205**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 3 1 8 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2206**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 5 2 6 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor  CAMP MYSTIC, LLC
(name)

Case number (if known)  26-90621

---

**2.2207**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  2  7  4  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.2208**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  5  4  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.2209**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 | $700.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8  1  7  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

**2.2210**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 | $700.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  9  5  4  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 553 of 712

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.2211**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1  1  8  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2212**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2  0  4  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2213**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  2  0  9  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2214**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5  7  4  7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

**2.2215**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7  7  7  8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2216**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $407.12 | $407.12 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2  4  9  8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2217**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  2  7  0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2218**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2  2  0  1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
        (name)                                      Case number (if known)   26-90621

---

**2.2219**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9  2  0  5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.2220**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  7  5  8  5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,200.00 | $1,200.00 |

---

**2.2221**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9  2  0  6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.2222**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  0  3  1  5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $800.00 | $800.00 |

---

Debtor    CAMP MYSTIC, LLC
(name)

Case number (if known)    26-90621

---

**2.2223**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 0 7 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2224**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 3 2 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2225**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 2 2 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2226**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 0 3 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 557 of 712

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621 _____
            (name)

**2.2227**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  9  3  3  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2228**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6  3  3  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2229**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30.41 | $30.41 |
| **Last 4 digits of account number**  4  6  1  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2230**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  9  3  5  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                    Case number (if known)    26-90621

**2.2231**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5 0 2 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2232**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $700.00 | $700.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5 4 6 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2233**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5 5 1 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2234**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $600.00 | $600.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  2 1 2 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
                (name)

**2.2235**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $137.06 | $137.06 |
| **Last 4 digits of account number**  8  2  2  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2236**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  8  8  3  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2237**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  3  1  4  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2238**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,684.00 | $3,684.00 |
| **Last 4 digits of account number**  8  7  7  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor     CAMP MYSTIC, LLC                                      Case number (if known)     26-90621
           (name)

**2.2239**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  2  1  5  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2240**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2  2  6  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2241**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  3  8  0  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2242**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3  8  5  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

---

**2.2243**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  2 4 0 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.2244**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  7 3 9 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.2245**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1 4 6 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.2246**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  0 5 3 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

Debtor    CAMP MYSTIC, LLC    Case number (if known)    26-90621
           (name)

**2.2247**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  8  7  3  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2248**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2  7  5  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2249**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6  8  1  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2250**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5  4  6  0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known) ___26-90621___
         (name)

**2.2251**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 0 3 1 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.2252**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 3 9 7 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.2253**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 3 9 5 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.2254**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 9 2 7 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____ Case number (if known) __26-90621__
(name)

**2.2255**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7  5  7  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2256**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 | $700.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5  3  2  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2257**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0  9  7  9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2258**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  0  6  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  CAMP MYSTIC, LLC
        (name)

Case number (if known)  26-90621

---

**2.2259**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  3 4 6 3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.2260**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6 1 2 0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.2261**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  0 4 7 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $139.33 | $139.33 |

---

**2.2262**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  3 9 0 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

Debtor ___CAMP MYSTIC, LLC_____  Case number (if known) ___26-90621___
(name)

**2.2263**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 7 4 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2264**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 7 6 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2265**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 9 2 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2266**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 4 0 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.2267**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5  1  6  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2268**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $700.00 | $700.00 |
| **Last 4 digits of account number**  2  8  7  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2269**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5  7  3  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2270**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  8  6  4  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                    Case number (if known)    26-90621

**2.2271**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | Check all that apply. | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5 9 1 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.2272**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | Check all that apply. | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9 5 2 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.2273**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | Check all that apply. | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 2 2 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

**2.2274**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | Check all that apply. | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 8 7 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No  ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
_____
(name)

Case number (if known)   26-90621
_____

**2.2275**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 | $100.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   2  3  6  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2276**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   3  1  7  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2277**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   6  4  4  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2278**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   3  4  6  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
        (name)

Case number (if known)    26-90621

**2.2279**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number** 1 7 3 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2280**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 6 9 9 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2281**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number** 9 6 9 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2282**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200.00 | $1,200.00 |
| **Last 4 digits of account number** 2 9 6 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC          Case number (if known)    26-90621
      (name)

---

**2.2283**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   5   1   8   2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2284**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   7   4   3   9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2285**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   6   1   0   5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2286**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $280.00 | $280.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   5   9   4   2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.2287**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  7 2 2 8

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $31.28    Priority amount: $31.28

---

**2.2288**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1 9 9 0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $600.00    Priority amount: $600.00

---

**2.2289**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  5 1 1 9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $800.00    Priority amount: $800.00

---

**2.2290**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  5 7 9 5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $300.00    Priority amount: $300.00

---

Debtor      CAMP MYSTIC, LLC                                      Case number (if known)      26-90621
               (name)

**2.2291**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $85.40 | $85.40 |
| **Last 4 digits of account number** 0 9 2 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2292**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 2 1 2 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2293**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 7 5 3 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2294**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $39.15 | $39.15 |
| **Last 4 digits of account number** 9 1 8 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2295**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,684.00 | $3,684.00 |
| **Last 4 digits of account number**   8   8   6   0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2296**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**   6   3   9   9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2297**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**   6   0   6   5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2298**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   9   7   2   7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621 _____
         (name)

**2.2299**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 7 5 4 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2300**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 7 7 4 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2301**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $23.14 | $23.14 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 9 2 7 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2302**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 6 4 0 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
            (name)

Case number (if known)   26-90621

---

**2.2303**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   9  7  0  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.2304**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,200.00 | $1,200.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   5  2  7  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.2305**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   0  2  6  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

**2.2306**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   3  0  7  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

Official Form 206E/F             **Schedule E/F: Creditors Who Have Unsecured Claims**             Page 577 of 712

Debtor    CAMP MYSTIC, LLC
                (name)                                Case number (if known)    26-90621

**2.2307**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 0 8 6

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2308**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 7 4 8

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2309**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 4 5 9

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2310**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 1 1 0

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC _____    Case number (if known) ___26-90621___
          (name)

**2.2311**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $85.05 | $85.05 |
| **Last 4 digits of account number**  8  1  0  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2312**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $345.39 | $345.39 |
| **Last 4 digits of account number**  3  6  6  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2313**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6  4  9  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2314**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7  1  3  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2315**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   8   8   7   9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2316**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   0   3   1   3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2317**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   8   7   9   7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2318**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   0   9   0   5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
            (name)

**2.2319**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2 9 3 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2320**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $159.17 | $159.17 |
| **Last 4 digits of account number**  3 9 4 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2321**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3 6 2 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2322**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  4 3 0 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

**2.2323**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   8 2 1 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2324**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $408.09 | $408.09 |
| **Last 4 digits of account number**   0 9 8 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2325**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   8 4 0 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2326**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**   0 5 5 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor _____CAMP MYSTIC, LLC_____     Case number (if known) _____26-90621_____
                (name)

**2.2327**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account
number**   5  4  6  4

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $600.00    Priority amount: $600.00

**2.2328**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account
number**   2  0  3  4

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $800.00    Priority amount: $800.00

**2.2329**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account
number**   9  6  9  2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00    Priority amount: $400.00

**2.2330**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account
number**   5  1  8  6

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00    Priority amount: $400.00

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)     26-90621
            (name)

**2.2331**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 8 7 1 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2332**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 | $700.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 8 3 2 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2333**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 9 1 0 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2334**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $4,084.00 | $3,800.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 0 3 2 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
         (name)

**2.2335**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 8 8 7 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2336**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 3 3 6 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2337**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 2 6 7 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2338**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 1 2 0 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor __CAMP MYSTIC, LLC_____   Case number (if known) __26-90621__
(name)

**2.2339**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $1,515.67 | $1,515.67 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3 6 0 1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2340**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3 9 2 1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2341**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 3 0 9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2342**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 8 3 2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
            (name)

**2.2343**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  8  7  3  2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2344**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7  4  4  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2345**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3  6  5  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2346**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  0  3  8  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
(name)

Case number (if known)    26-90621

**2.2347**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6 6 8 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2348**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7 9 6 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2349**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  9 0 8 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2350**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5 5 2 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____ Case number (if known) ___26-90621___
          (name)

**2.2351**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  3  4  2  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2352**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,100.00 | $1,100.00 |
| **Last 4 digits of account number**  1  3  6  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2353**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  0  4  6  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2354**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  9  5  5  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                              Case number (if known)    26-90621
            (name)

**2.2355**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $37.01 | $37.01 |
| **Last 4 digits of account number** 9 5 0 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2356**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 7 8 8 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2357**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 9 4 2 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2358**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 9 0 0 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor _____CAMP MYSTIC, LLC_____      Case number (if known) _____26-90621_____
               (name)

**2.2359**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 0 3 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2360**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 6 5 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2361**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  3 8 2 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2362**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5 2 4 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

**2.2363**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $600.00 | $600.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8  0  5  9 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.2364**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1  9  1  8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.2365**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  1  1  2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.2366**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0  9  5  1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____  Case number (if known) ___26-90621___
     (name)

**2.2367**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  9  6  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2368**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $26.42 | $26.42 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1  6  2  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2369**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  7  3  6  0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2370**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $62.03 | $62.03 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  9  6  1  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)                                          Case number (if known)   26-90621

**2.2371**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6  4  8  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2372**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  4  1  8  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2373**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6  3  4  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2374**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1  2  1  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                  Case number (if known)    26-90621
              (name)

---

**2.2375**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $72.86 | $72.86 |
| **Last 4 digits of account number**   1 8 7 3 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.2376**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $43.66 | $43.66 |
| **Last 4 digits of account number**   1 8 4 6 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.2377**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**   1 6 0 3 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.2378**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $108.60 | $108.60 |
| **Last 4 digits of account number**   5 8 0 0 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 595 of 712

Debtor    CAMP MYSTIC, LLC
      (name)

Case number  (if known)  ___26-90621___

**2.2379**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5  7  6  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2380**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6  8  4  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2381**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6  2  6  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2382**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6  1  9  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.2383**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  4 6 3 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.2384**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  5 4 0 3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

**2.2385**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2 2 3 4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.2386**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  9 5 9 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

Debtor      CAMP MYSTIC, LLC                                      Case number (if known)      26-90621
            (name)

**2.2387**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1  7  8  6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.2388**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5  2  8  3 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.2389**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $54.09 | $54.09 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1  9  9  9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.2390**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $379.76 | $379.76 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5  4  7  2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.2391**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 6 4 6 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.2392**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 3 9 2 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.2393**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 5 9 1 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.2394**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 1 0 0 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                Case number (if known)    26-90621
          (name)

**2.2395**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 3 2 1 3 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2396**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 6 9 5 8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2397**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $1,200.00 | $1,200.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 8 5 7 8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2398**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 3 1 7 6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
                (name)
Case number (if known)    26-90621

---

**2.2399**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $0.01 | $0.01 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  6  4  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2400**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  2  7  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2401**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  5  3  0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2402**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $180.78 | $180.78 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  4  1  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
         (name)

**2.2403**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 2 1 0 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2404**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 3 0 8 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2405**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 6 8 9 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2406**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 9 6 9 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor __CAMP MYSTIC, LLC__    Case number (if known) __26-90621__
(name)

**2.2407**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 5 3 8 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2408**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 4 0 6 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2409**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 3 1 5 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2410**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $900.00 | $900.00 |
| **Last 4 digits of account number** 2 1 9 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC
            (name)

Case number (if known)      26-90621

**2.2411**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 8 7 7 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2412**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 8 5 0 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2413**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 7 3 1 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2414**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 9 6 4 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
                    (name)

Case number  (if known)   26-90621

---

**2.2415**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   4  5  8  4

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.2416**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   0  5  8  0

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.2417**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   3  7  8  2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.2418**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   0  8  9  0

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.2419**

| | |
|---|---|
| **Priority creditor's name and mailing address** | |
| NAME AND ADDRESS ON FILE | |
| **Date or dates debt was incurred** | |
| **Last 4 digits of account number** 1 9 5 2 | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

**2.2420**

| | |
|---|---|
| **Priority creditor's name and mailing address** | |
| NAME AND ADDRESS ON FILE | |
| **Date or dates debt was incurred** | |
| **Last 4 digits of account number** 6 8 5 3 | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

---

**2.2421**

| | |
|---|---|
| **Priority creditor's name and mailing address** | |
| NAME AND ADDRESS ON FILE | |
| **Date or dates debt was incurred** | |
| **Last 4 digits of account number** 8 7 1 8 | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.2422**

| | |
|---|---|
| **Priority creditor's name and mailing address** | |
| NAME AND ADDRESS ON FILE | |
| **Date or dates debt was incurred** | |
| **Last 4 digits of account number** 9 4 1 6 | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

Debtor    CAMP MYSTIC, LLC
          (name)                                    Case number (if known)    26-90621

**2.2423**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $458.54 | $458.54 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 3 6 2 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2424**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 7 4 1 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2425**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 7 2 0 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2426**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 8 6 0 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.2427**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  1  6  8  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2428**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1  8  2  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2429**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  4  3  4  0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2430**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6  7  5  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____    Case number (if known) ___26-90621___
(name)

**2.2431**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 7 7 1 1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2432**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 0 9 7 2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2433**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 1 1 4 8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2434**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 1 4 7 1 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.2435**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  4 0 4 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2436**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0 8 4 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2437**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2 0 9 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2438**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2 0 1 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
                (name)

**2.2439**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  5  9  9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2440**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $1,200.00 | $1,200.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  6  8  3 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2441**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  0  7  4 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2442**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  1  1  5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

**2.2443**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  0 2 0 7 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.2444**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $46.96 | $46.96 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  1 9 5 8 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.2445**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  5 4 4 4 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.2446**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**  6 1 3 8 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 612 of 712

Debtor    CAMP MYSTIC, LLC
_____
(name)

Case number (if known)    26-90621
_____

**2.2447**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  0  6  2  9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2448**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  0  9  5  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2449**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5  5  8  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2450**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2  2  3  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
              (name)

**2.2451**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $567.87 | $567.87 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 7 2 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2452**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5 5 9 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2453**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 8 2 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2454**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 2 6 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC                     Case number (if known)    26-90621
        (name)

---

**2.2455**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 1 7 6 4 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.2456**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $472.77 | $472.77 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 8 0 2 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.2457**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 5 8 6 7 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.2458**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 5 2 6 3 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 615 of 712

Debtor   CAMP MYSTIC, LLC
            (name)

Case number (if known)   26-90621

---

**2.2459**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5  9  9  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2460**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  6  1  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2461**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5  0  4  9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2462**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  8  5  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
         (name)

**2.2463**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6 2 6 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2464**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6 4 6 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2465**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  0 1 7 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2466**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  9 2 4 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor     CAMP MYSTIC, LLC
           (name)                                    Case number (if known)     26-90621

**2.2467**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8  2  6  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2468**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $59.00 | $59.00 |
| **Last 4 digits of account number**  7  6  3  8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2469**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3  6  2  9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2470**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2  0  6  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor     CAMP MYSTIC, LLC
           (name)                                                    Case number (if known)    26-90621

**2.2471**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  7  5  6  9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2472**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $100.00 | $100.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  0  6  8  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2473**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6  4  6  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2474**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  2  3  1  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor  CAMP MYSTIC, LLC
        (name)

Case number (if known)   26-90621

---

**2.2475**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 9 6 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2476**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $80.54 | $80.54 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 3 8 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2477**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 5 2 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2478**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 3 0 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
          (name)

Case number  (if known)    26-90621

**2.2479**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   0  0  3  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2480**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   6  7  0  9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2481**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   1  3  1  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2482**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**   0  6  1  0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC_____          Case number (if known)    26-90621_____
            (name)

**2.2483**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7 4 2 4 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.2484**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  5 0 6 1 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.2485**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2 5 7 5 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.2486**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  4 1 1 3 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)
Case number (if known)   26-90621

**2.2487**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2 4 8 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2488**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,200.00 | $1,200.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 2 9 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2489**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 3 1 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2490**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,409.00 | $2,409.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 4 3 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor     CAMP MYSTIC, LLC                                    Case number (if known)     26-90621
           (name)

**2.2491**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | $700.00 | $700.00 |
| **Date or dates debt was incurred** | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account** | | | | |
| **number**  4  5  8  5 | | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | | |
| | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

**2.2492**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | $89.31 | $89.31 |
| **Date or dates debt was incurred** | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account** | | | | |
| **number**  6  5  3  5 | | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | | |
| | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

**2.2493**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account** | | | | |
| **number**  7  0  6  7 | | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | | |
| | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

**2.2494**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **Last 4 digits of account** | | | | |
| **number**  4  1  3  1 | | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | | |
| | | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

Debtor __CAMP MYSTIC, LLC_____   Case number (if known) __26-90621__
　　　　　　(name)

**2.2495**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 4 1 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2496**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 5 1 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2497**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 | $800.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 9 2 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2498**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6 8 8 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
(name)

Case number (if known)    26-90621

---

**2.2499**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $374.91 | $374.91 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 6 8 7 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2500**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $600.00 | $600.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 1 8 5 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2501**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 1 9 4 5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2502**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 7 1 3 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
         (name)
Case number (if known)    26-90621

---

**2.2503**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $83.47 | $83.47 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 0 1 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2504**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $700.00 | $700.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  9 4 0 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2505**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0 2 9 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2506**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1 8 6 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC                                   Case number (if known)    26-90621
          (name)

**2.2507**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7  5  9  0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2508**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5  6  6  6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2509**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $3,684.00 | $3,684.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  9  2  2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2510**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  5  8  2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                                    Case number (if known)    26-90621

**2.2511**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7 9 0 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2512**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  9 7 5 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2513**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  1 9 2 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2514**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8 2 0 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor  CAMP MYSTIC, LLC
        (name)

Case number (if known)    26-90621

**2.2515**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  0 0 8 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2516**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1 2 6 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2517**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $200.00 | $200.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5 8 7 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2518**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $99.55 | $99.55 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6 9 2 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
(name)

Case number (if known)    26-90621

**2.2519**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**  7  2  6  0

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.2520**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**  6  4  2  2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.2521**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**  2  0  8  1

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.2522**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $700.00 | $700.00 |

**Date or dates debt was incurred**

**Last 4 digits of account number**  5  3  1  2

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   CAMP MYSTIC, LLC
　　　　(name)

Case number (if known)   26-90621

---

**2.2523**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $79.36 | $79.36 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  7  9  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2524**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5  6  9  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2525**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4  5  1  0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2526**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  7  7  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
         (name)                              Case number (if known)   26-90621

**2.2527**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   1  2  3  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | CREDIT<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2528**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,100.00 | $1,100.00 |
| **Last 4 digits of account number**   8  2  8  9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | CREDIT<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2529**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $700.00 | $700.00 |
| **Last 4 digits of account number**   3  9  5  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | CREDIT<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2530**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $462.46 | $462.46 |
| **Last 4 digits of account number**   9  9  6  2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | CREDIT<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC _____    Case number (if known)    26-90621 _____
          (name)

**2.2531**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  0  1  7  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2532**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  1  7  7  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2533**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $32.76 | $32.76 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6  8  2  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2534**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  3  6  3  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC      Case number (if known)   26-90621
(name)

**2.2535**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |
| **Last 4 digits of account number** 5 5 1 2 | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2536**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |
| **Last 4 digits of account number** 6 0 5 6 | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2537**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $700.00 | $700.00 |
| **Last 4 digits of account number** 9 4 7 5 | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2538**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |
| **Last 4 digits of account number** 7 0 7 5 | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

**2.2539**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  5  0  8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2540**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7  6  2  8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2541**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2  2  5  7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2542**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $700.00 | $700.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1  3  4  5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
                (name)

Case number (if known)    26-90621

**2.2543**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  1  8  4  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2544**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  8  3  7  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2545**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  6  0  3  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2546**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**  0  9  1  1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
         (name)

**2.2547**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  7  8  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2548**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5  0  4  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2549**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4  4  8  7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2550**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $421.62 | $421.62 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7  5  9  9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.2551**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3 2 9 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2552**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  8 4 2 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2553**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $10.84 | $10.84 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 6 5 7

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2554**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4 1 9 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     CAMP MYSTIC, LLC _____     Case number *(if known)*    26-90621
           (name)

**2.2555**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6 4 3 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.2556**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200.00 | $1,200.00 |
| **Last 4 digits of account number**  3 9 4 3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.2557**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9.26 | $9.26 |
| **Last 4 digits of account number**  8 3 5 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**2.2558**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.00 | $1,500.00 |
| **Last 4 digits of account number**  3 5 7 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
          (name)

Case number (if known)   26-90621

---

**2.2559**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  2 4 1 6 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.2560**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  8 2 1 9 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.2561**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  3 1 0 7 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

**2.2562**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 6 2 6 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            Page 641 of 712

Debtor    CAMP MYSTIC, LLC
          (name)                                          Case number (if known)    26-90621

**2.2563**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $21.01 | $21.01 |
| **Last 4 digits of account number**  3  6  7  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2564**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  5  0  5  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2565**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2  7  7  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2566**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2  8  3  4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 642 of 712

Debtor    CAMP MYSTIC, LLC
          (name)                                          Case number (if known)    26-90621

---

**2.2567**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3 8 3 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2568**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7 6 1 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2569**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0 1 8 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2570**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6 8 1 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

Debtor ___CAMP MYSTIC, LLC_____     Case number (if known)____26-90621_____
         (name)

**2.2571**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  0  9  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2572**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $300.00 | $300.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  3  6  6  0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2573**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $400.00 | $400.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  7  2  6  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2574**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |
| **Date or dates debt was incurred** | $300.00 | $300.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0  8  7  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC
            (name)                                                          Case number (if known)    26-90621

**2.2575**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 2 7 7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2576**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 1 6 4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2577**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 0 6 0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2578**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $600.00 | $600.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 6 4 4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

---

**2.2579**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number** 5 7 4 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2580**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 6 2 4 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2581**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 4 4 9 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2582**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 2 7 9 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

---

**2.2583**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  2  1  1  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2584**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  5  0  8  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2585**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4  5  9  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2586**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  1  8  3  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   CAMP MYSTIC, LLC
             (name)

Case number (if known)   26-90621

---

**2.2587**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**  3 1 9 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.2588**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  9 0 1 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.2589**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  9 4 7 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.2590**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0 6 2 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 648 of 712

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
            (name)

**2.2591**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8  1  6  9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2592**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0  4  2  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2593**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3  8  4  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2594**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,684.00 | $3,684.00 |
| **Last 4 digits of account number**  1  7  2  9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.2595**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  9 6 4 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2596**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  7 8 7 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2597**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  9 5 4 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2598**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2 0 5 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC                          Case number (if known)    26-90621
          (name)

**2.2599**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0 7 9 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2600**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  6 8 9 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2601**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  1 3 4 5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2602**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15.67 | $15.67 |
| **Last 4 digits of account number**  2 0 5 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                          Case number *(if known)*      26-90621
            (name)

**2.2603**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  5  8  4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2604**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $3,684.00 | $3,684.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2  2  1  0 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2605**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3  6  8  4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2606**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9  5  1  9 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 652 of 712

Debtor    CAMP MYSTIC, LLC _____    Case number (if known)    26-90621
              (name)

**2.2607**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 2 1 9 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2608**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5 1 0 9 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2609**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3 5 5 3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2610**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4 1 9 4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
         (name)                                                    Case number (if known)    26-90621

---

**2.2611**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $139.29 | $139.29 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**  6  5  1  5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.2612**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**  9  4  7  9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.2613**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $20.99 | $20.99 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**  1  9  6  7 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

**2.2614**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** | | | |
| **number**  3  7  8  6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            Page 654 of 712

Debtor   CAMP MYSTIC, LLC_____   Case number (if known)   26-90621_____
        (name)

**2.2615**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** | | |
| NAME AND ADDRESS ON FILE | $800.00 | $800.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account
number**  5  2  1  1

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2616**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account
number**  3  9  2  6

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2617**

| | Total claim | Priority amount |
|---|---|---|
| | $400.00 | $400.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account
number**  8  5  5  3

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2618**

| | Total claim | Priority amount |
|---|---|---|
| | $800.00 | $800.00 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account
number**  1  5  9  4

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor     CAMP MYSTIC, LLC                                    Case number (if known)     26-90621
           (name)

**2.2619**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 6 9 3 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2620**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 9 0 0 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2621**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 3 4 5 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2622**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 0 4 5 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
            (name)

**2.2623**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1  8  7  4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2624**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3  0  9  2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2625**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5  7  0  1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2626**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8  2  9  3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                                      Case number (if known)    26-90621

**2.2627**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  4 7 3 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2628**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  4 1 6 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2629**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5 3 6 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2630**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,200.00 | $1,200.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  3 3 4 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____ Case number (if known) ___26-90621___
        (name)

**2.2631**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  1  1  7  7

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00   Priority amount: $400.00

**2.2632**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  6  2  2  0

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00   Priority amount: $400.00

**2.2633**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  2  0  4  8

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00   Priority amount: $400.00

**2.2634**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**  5  2  0  4

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00   Priority amount: $400.00

Debtor   CAMP MYSTIC, LLC
              (name)

Case number (if known)   26-90621

---

**2.2635**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $640.74 | $640.74 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   2  2  4  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

---

**2.2636**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   1  8  3  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

---

**2.2637**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   4  3  7  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

---

**2.2638**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   8  9  2  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

---

Debtor   CAMP MYSTIC, LLC         Case number (if known)   26-90621
     (name)

---

**2.2639**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,684.00 | $3,684.00 |
| **Last 4 digits of account number**   7 6 9 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2640**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| **Last 4 digits of account number**   3 2 6 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2641**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8.89 | $8.89 |
| **Last 4 digits of account number**   6 6 5 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2642**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   0 1 3 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC          Case number (if known)   26-90621
(name)

**2.2643**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   5  6  3  2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2644**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   7  1  8  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2645**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $89.88 | $89.88 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   8  8  4  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2646**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**   6  1  2  2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor  CAMP MYSTIC, LLC
        (name)

Case number (if known)   26-90621

**2.2647**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $37.92 | $37.92 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  4  3  7 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2648**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0  3  8  9 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2649**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8  0  5  2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2650**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  5  7  3 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____   Case number (if known)____26-90621_____
(name)

**2.2651**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account
number** _4_ _7_ _1_ _3_

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $44.43     Priority amount: $44.43

---

**2.2652**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account
number** _8_ _3_ _9_ _1_

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.00     Priority amount: $400.00

---

**2.2653**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account
number** _1_ _2_ _5_ _5_

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $24.21     Priority amount: $24.21

---

**2.2654**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account
number** _6_ _0_ _8_ _7_

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $300.00     Priority amount: $300.00

---

Debtor     CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
                (name)

**2.2655**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $391.28 | $391.28 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 6 2 4 8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2656**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 3 2 6 5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2657**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 2 7 6 9 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2658**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 9 2 7 6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.2659**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 8 7 9 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2660**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $27.22 | $27.22 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 8 4 6 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2661**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 9 5 6 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2662**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $50.69 | $50.69 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 1 2 3 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.2663**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 9 8 7 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2664**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 1 1 6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2665**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $800.00 | $800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 5 2 5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2666**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  8 4 7 4 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor     CAMP MYSTIC, LLC
                (name)                                                    Case number (if known)    26-90621

**2.2667**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $190.18 | $190.18 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  6  6  4 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2668**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $89.67 | $89.67 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  9  0  3 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2669**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  7  5  4 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2670**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2  2  3  8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)    26-90621

**2.2671**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $600.00 | $600.00 |
| **Last 4 digits of account number** 6 9 6 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2672**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 0 4 0 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2673**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 7 8 9 6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2674**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 6 5 0 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621 _____
         (name)

**2.2675**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  0 9 0 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2676**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $341.77 | $341.77 |
| **Last 4 digits of account number**  9 5 8 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2677**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0 1 6 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2678**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $64.15 | $64.15 |
| **Last 4 digits of account number**  3 4 7 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC___ Case number (if known) ___26-90621___
(name)

**2.2679**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

$37.88    $37.88

**Last 4 digits of account number**  2  2  4  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2680**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

$400.00    $400.00

**Last 4 digits of account number**  3  9  6  6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2681**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

$300.00    $300.00

**Last 4 digits of account number**  9  5  6  2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2682**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

$409.90    $409.90

**Last 4 digits of account number**  8  3  0  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   CAMP MYSTIC, LLC
(name)

Case number (if known)   26-90621

**2.2683**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

$300.00 — $300.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 9 2 8 3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2684**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

$400.00 — $400.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 8 0 7 9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2685**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

$1,100.00 — $1,100.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 7 7 7 4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2686**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | | |

As of the petition filing date, the claim is:
*Check all that apply.*

$300.00 — $300.00

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 5 9 7 2

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    CAMP MYSTIC, LLC_____    Case number (if known)    26-90621_____
         (name)

**2.2687**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  0  8  6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2688**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3  7  6  6 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2689**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4  5  4  2 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2690**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $77.58 | $77.58 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4  4  6  7 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
　　　　　(name)

Case number (if known)   26-90621

---

**2.2691**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   3 6 9 6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.2692**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   9 7 2 9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

**2.2693**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   3 4 4 5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $19.94 | $19.94 |

---

**2.2694**

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**   6 5 7 2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

---

Debtor   CAMP MYSTIC, LLC
         (name)
Case number (if known)   26-90621

**2.2695**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 5 7 1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2696**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $600.00 | $600.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 1 0 1 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2697**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $37.34 | $37.34 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  3 9 3 4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2698**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2 3 8 9 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

---

**2.2699**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**   1  5  7  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2700**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**   2  2  5  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2701**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $52.80 | $52.80 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**   6  4  2  2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2702**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $106.73 | $106.73 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number**   1  5  6  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)

Case number (if known)   26-90621

**2.2703**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | ☐ Contingent | $97.89 | $97.89 |
| **Date or dates debt was incurred** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  7 8 9 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2704**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | ☐ Contingent | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 3 4 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2705**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | ☐ Contingent | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  5 7 0 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2706**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| | ☐ Contingent | $384.79 | $384.79 |
| **Date or dates debt was incurred** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 9 4 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____     Case number (if known) ___26-90621_____
         (name)

**2.2707**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0 9 0 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2708**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  2 5 5 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2709**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $412.80 | $412.80 |
| **Last 4 digits of account number**  5 0 4 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2710**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  6 4 0 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                    Case number (if known)    26-90621

**2.2711**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $137.05 | $137.05 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1  7  6  8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2712**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6  3  4  5 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2713**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1  5  8  8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2714**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  2  7  5  8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____   Case number (if known) ___26-90621___
                (name)

**2.2715**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  7 0 3 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2716**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  7 0 1 0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2717**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $85.39 | $85.39 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  2 7 7 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2718**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  3 6 2 6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor     CAMP MYSTIC, LLC        Case number (if known)    26-90621
(name)

**2.2719**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**   0   9   1   6 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.2720**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $56.77 | $56.77 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**   2   1   3   1 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.2721**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $126.58 | $126.58 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**   1   3   6   0 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

**2.2722**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: <br> *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **Last 4 digits of account number**   4   8   5   1 | **Basis for the claim:** <br> CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** <br> 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

Debtor　　CAMP MYSTIC, LLC_____   Case number (if known)　26-90621_____
　　　　　(name)

**2.2723**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**　4　9　5　4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2724**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**　4　1　4　8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2725**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**　4　8　6　1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2726**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**　2　2　0　2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor     CAMP MYSTIC, LLC
           (name)                                        Case number (if known)    26-90621

**2.2727**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,223.00 | $3,800.00 |
| **Last 4 digits of account number**  7 5 3 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**2.2728**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8 2 1 2 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**2.2729**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0 5 7 8 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**2.2730**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3 6 9 4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor  CAMP MYSTIC, LLC _____  Case number (if known) _26-90621_
(name)

**2.2731**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 0 1 9 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2732**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $94.52 | $94.52 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 4 8 1 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2733**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 7 0 5 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2734**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $800.00 | $800.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** 8 3 4 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor     CAMP MYSTIC, LLC                                    Case number (if known)     26-90621
           (name)

**2.2735**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11.32 | $11.32 |
| **Last 4 digits of account number**   0  9  1  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2736**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   4  6  0  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2737**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $352.24 | $352.24 |
| **Last 4 digits of account number**   6  1  0  3 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2738**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $55.41 | $55.41 |
| **Last 4 digits of account number**   6  9  7  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC _____   Case number (if known)   26-90621
         (name)

**2.2739**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 5 0 4 6

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2740**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 9 8 4 1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2741**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 1 1 8 8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2742**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 8 9 6 0

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor ___CAMP MYSTIC, LLC_____   Case number (if known) ___26-90621___
(name)

**2.2743**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $65.83 | $65.83 |
| **Last 4 digits of account number** 1 5 7 9 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2744**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 6 9 6 5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2745**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 1 7 5 8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2746**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $100.00 | $100.00 |
| **Last 4 digits of account number** 1 2 5 0 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor ___CAMP MYSTIC, LLC_____   Case number (if known) ___26-90621___
           (name)

**2.2747**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $421.53 | $421.53 |
| **Last 4 digits of account number** 7 9 4 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2748**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 5 2 1 1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2749**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 6 8 0 9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2750**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number** 8 7 4 7 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2751**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  5  6  4  6 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2752**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $35.80 | $35.80 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  9  6  2  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2753**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $300.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  0  2  8  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2754**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $7,569.22 | $3,800.00 |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Last 4 digits of account number**  6  0  2  5 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
          (name)

Case number (if known)   26-90621

**2.2755**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $8.71 | $8.71 |
| **Last 4 digits of account number** 9 0 6 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.2756**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $30.62 | $30.62 |
| **Last 4 digits of account number** 9 5 0 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.2757**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $598.92 | $598.92 |
| **Last 4 digits of account number** 6 2 4 2 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**2.2758**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number** 1 4 1 4 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC _____    Case number (if known)    26-90621
(name)

**2.2759**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  0  0  3  8 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2760**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  7  7  2  5 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2761**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8  1  8  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2762**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  3  5  0  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor     CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
            (name)

**2.2763**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** **number**  3  2  4  6 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2764**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** **number**  6  0  9  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2765**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $243.59 | $243.59 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** **number**  3  5  6  3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2766**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account** **number**  0  1  6  7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                         Case number (if known)      26-90621
                (name)

**2.2767**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24.51 | $24.51 |
| **Last 4 digits of account number**  1  4  1  4 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2768**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  8  5  8  9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2769**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| **Last 4 digits of account number**  8  8  1  1 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.2770**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**  4  0  4  0 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor      CAMP MYSTIC, LLC                                                   Case number (if known)      26-90621
            (name)

**2.2771**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $104.26 | $104.26 |

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   7  8  9  3

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2772**

Total claim: $63.68    Priority amount: $63.68

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   0  9  4  1

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2773**

Total claim: $3,684.00    Priority amount: $3,684.00

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   7  2  4  5

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2774**

Total claim: $300.00    Priority amount: $300.00

**Priority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   3  4  6  9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case 26-90621   Document 152   Filed in TXSB on 08/07/26   Page 732 of 758

**2.2775**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $151.86 | $151.86 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  4  8  2  8

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2776**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $585.00 | $585.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  5  0  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2777**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  6  7  6  9

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2778**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $384.00 | $384.00 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**  0  4  2  4

**Basis for the claim:**
CAMP DEPOSIT,TUITION, OR STORE CREDIT

**Specify Code subsection of PRIORITY unsecured claim:**
 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
          (name)

**2.2779**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $300.00 | $300.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 9 0 8 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2780**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $209.00 | $209.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 4 5 4 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2781**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4 2 3 2 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

**2.2782**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent | $400.00 | $400.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  0 7 3 6 | **Basis for the claim:** | | |
| | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Debtor   CAMP MYSTIC, LLC
(name)
Case number (if known)   26-90621

**2.2783**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $50,100.00 | $15,600.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** | **Basis for the claim:** UNPAID COMPENSATION | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(4) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2784**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 6 8 8 3 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2785**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 6 1 3 1 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

**2.2786**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** 3 5 6 7 | **Basis for the claim:** CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

Debtor    CAMP MYSTIC, LLC
          (name)                                              Case number (if known)    26-90621

**2.2787**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $1,500.00 | $1,500.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  1 7 0 0 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.2788**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $7,646.34 | $3,800.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  4 2 4 8 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.2789**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  6 9 1 7 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

**2.2790**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | | |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | $400.00 | $400.00 |
| **Date or dates debt was incurred** | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number**  9 4 8 5 | **Basis for the claim:** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** | CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| | ☐ Yes | | |

Debtor     CAMP MYSTIC, LLC                       Case number (if known)     26-90621
               (name)

---

**2.2791**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
| **Date or dates debt was incurred** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
| **Last 4 digits of account number**   2   9   5   9 | **Basis for the claim:**<br>CAMP DEPOSIT,TUITION, OR STORE CREDIT | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.1**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | |
| **Date or dates debt was incurred**<br>7/4/2025 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Last 4 digits of account number** | **Basis for the claim:**<br>WRONGFUL DEATH | |
| | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.2**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.* | |
| **Date or dates debt was incurred**<br>7/4/2025 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Last 4 digits of account number** | **Basis for the claim:**<br>WRONGFUL DEATH | |
| | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 699 of 712

**3.3**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**
7/4/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WRONGFUL DEATH

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.4**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**
7/4/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WRONGFUL DEATH

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.5**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**
7/4/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WRONGFUL DEATH

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.6**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**
7/4/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WRONGFUL DEATH

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor　　CAMP MYSTIC, LLC _____　　Case number (if known)　　26-90621 _____
　　　　　　　(name)

**3.7**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred** 7/4/2025 | **Basis for the claim:** WRONGFUL DEATH | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

**3.8**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred** 7/4/2025 | **Basis for the claim:** WRONGFUL DEATH | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

**3.9**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred** 7/4/2025 | **Basis for the claim:** WRONGFUL DEATH | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

**3.10**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address** NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is: *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred** 7/4/2025 | **Basis for the claim:** WRONGFUL DEATH | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor    CAMP MYSTIC, LLC
          _____          Case number (if known)    26-90621
          (name)

**3.11**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>EDWARD EASTLAND<br>ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED |
| **Date or dates debt was incurred** | | |
| **Last 4 digits of account number** | **Basis for the claim:**<br>INDEMNIFICATION | |
| | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.12**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>ESTATE OF RICHARD G EASTLAND<br>ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED |
| **Date or dates debt was incurred** | | |
| **Last 4 digits of account number** | **Basis for the claim:**<br>INDEMNIFICATION | |
| | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.13**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>GEORGE A EASTLAND<br>ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED |
| **Date or dates debt was incurred** | | |
| **Last 4 digits of account number** | **Basis for the claim:**<br>INDEMNIFICATION | |
| | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.14**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>7/4/2025 | | |
| **Last 4 digits of account number** | **Basis for the claim:**<br>WRONGFUL DEATH | |
| | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    CAMP MYSTIC, LLC
          (name)                                    Case number (if known)    26-90621

**3.15**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNDETERMINED |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | |
| **Date or dates debt was incurred** | ☑ Contingent | |
| 7/4/2025 | ☑ Unliquidated | |
| | ☑ Disputed | |
| **Last 4 digits of account number** | | |
| | **Basis for the claim:** | |
| | WRONGFUL DEATH | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

**3.16**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNDETERMINED |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | |
| **Date or dates debt was incurred** | ☑ Contingent | |
| 7/4/2025 | ☑ Unliquidated | |
| | ☑ Disputed | |
| **Last 4 digits of account number** | | |
| | **Basis for the claim:** | |
| | WRONGFUL DEATH | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

**3.17**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNDETERMINED |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | |
| **Date or dates debt was incurred** | ☑ Contingent | |
| 7/4/2025 | ☑ Unliquidated | |
| | ☑ Disputed | |
| **Last 4 digits of account number** | | |
| | **Basis for the claim:** | |
| | WRONGFUL DEATH | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

**3.18**

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNDETERMINED |
| NAME AND ADDRESS ON FILE | *Check all that apply.* | |
| **Date or dates debt was incurred** | ☑ Contingent | |
| 7/4/2025 | ☑ Unliquidated | |
| | ☑ Disputed | |
| **Last 4 digits of account number** | | |
| | **Basis for the claim:** | |
| | WRONGFUL DEATH | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

Debtor   CAMP MYSTIC, LLC
         (name)

Case number (if known)   26-90621

---

**3.19**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**
7/4/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WRONGFUL DEATH

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.20**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**
7/4/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WRONGFUL DEATH

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.21**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**
7/4/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WRONGFUL DEATH

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.22**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**
7/4/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WRONGFUL DEATH

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor      CAMP MYSTIC, LLC
                 (name)                                                          Case number (if known)      26-90621

**3.23**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE | **Amount of claim** |

**Date or dates debt was incurred**
7/4/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WRONGFUL DEATH

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.24**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**
7/4/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WRONGFUL DEATH

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.25**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**
7/4/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WRONGFUL DEATH

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.26**

**Nonpriority creditor's name and mailing address**
MYSTIC CAMPS FAMILY PARTNERSHIP, LTD.
2689 HIGHWAY 39
HUNT, TX 78204

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INDEMNIFICATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 705 of 712

Debtor    CAMP MYSTIC, LLC                   Case number *(if known)*    26-90621
          (name)

**3.27**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Amount of claim** |

NATURAL FOUNTAINS PROPERTY, INC.
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INDEMNIFICATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.28**

**Nonpriority creditor's name and mailing address**
RICHARD G EASTLAND, JR.
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INDEMNIFICATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.29**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**
7/4/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WRONGFUL DEATH

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.30**

**Nonpriority creditor's name and mailing address**
TEXAS POWER & CONTROLS
2780 GOAT CREEK RD. UNIT B
KERRVILLE, TX 78028-4491

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSTRUCTION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

$3,128.00

Debtor   CAMP MYSTIC, LLC
        (name)

Case number (if known)   26-90621

---

**3.31**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**
7/4/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WRONGFUL DEATH

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.32**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**
7/4/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WRONGFUL DEATH

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.33**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**
7/4/2025

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WRONGFUL DEATH

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.34**

**Nonpriority creditor's name and mailing address**
WILLETTA A EASTLAND
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INDEMNIFICATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor      CAMP MYSTIC, LLC                                    Case number (if known)      26-90621
            (name)

**3.35**

| | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | | **Amount of claim** |
| WILLIAM NEELY BONNER | *Check all that apply.* | | |
| ADDRESS ON FILE | ☑ Contingent | | UNDETERMINED |
| **Date or dates debt was incurred** | ☑ Unliquidated | | |
| | ☐ Disputed | | |
| **Last 4 digits of account number** | **Basis for the claim:** | | |
| | INDEMNIFICATION | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

---

| **Part 3:** | **List Others to Be Notified for a Debt Already Listed in Part 1 or Part 2** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**

Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number for this entity |
|---|---|---|
| AKIN GUMP<br>ATTN MARTY L. BRIMMAGE, JR.<br>2300 NORTH FIELD STREET, STE 1800<br>DALLAS, TX 75201 | Line  3.20<br>☐ Not listed. Explain: | |
| ARNOLD & ITKIN LLP<br>ATTN KURT B. ARNOLD<br>6009 MEMORIAL DRIVE<br>HOUSTON, TX 77007 | Line  3.1<br>☐ Not listed. Explain: | |
| ARNOLD & ITKIN LLP<br>ATTN KURT B. ARNOLD<br>6009 MEMORIAL DRIVE<br>HOUSTON, TX 77007 | Line  3.10<br>☐ Not listed. Explain: | |
| ARNOLD & ITKIN LLP<br>ATTN KURT B. ARNOLD<br>6009 MEMORIAL DRIVE<br>HOUSTON, TX 77007 | Line  3.17<br>☐ Not listed. Explain: | |
| ARNOLD & ITKIN LLP<br>ATTN KURT B. ARNOLD<br>6009 MEMORIAL DRIVE<br>HOUSTON, TX 77007 | Line  3.18<br>☐ Not listed. Explain: | |
| ARNOLD & ITKIN LLP<br>ATTN KURT B. ARNOLD<br>6009 MEMORIAL DRIVE<br>HOUSTON, TX 77007 | Line  3.23<br>☐ Not listed. Explain: | |
| ARNOLD & ITKIN LLP<br>ATTN KURT B. ARNOLD<br>6009 MEMORIAL DRIVE<br>HOUSTON, TX 77007 | Line  3.25<br>☐ Not listed. Explain: | |
| FERGUSON LAW FIRM LLP<br>ATTN TIMOTHY FERGUSON<br>3155 EXECUTIVE BOULEVARD<br>BEAUMONT, TX 77705 | Line  3.19<br>☐ Not listed. Explain: | |

Debtor     CAMP MYSTIC, LLC                                    Case number (if known)    26-90621
           (name)

| | | |
|---|---|---|
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.31<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.32<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.33<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.1<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.2<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.3<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.4<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.6<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.7<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.8<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.9<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.10<br>☐ Not listed. Explain: | |

Debtor    CAMP MYSTIC, LLC
          (name)                                        Case number (if known)    26-90621

| | | |
|---|---|---|
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.14<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.15<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.16<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.17<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.18<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.19<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.21<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.22<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.23<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.23<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.24<br>☐ Not listed. Explain: | |
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB,<br>AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line  3.25<br>☐ Not listed. Explain: | |

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 710 of 712

Debtor    CAMP MYSTIC, LLC                               Case number (if known)    26-90621
(name)

| | | |
|---|---|---|
| GRAY REED<br>ATTNJASON S. BROOKNER, LYDIA R. WEBB, AARON M. KAUFMAN<br>1300 POST OAK BLVD, SUITE 2000<br>HOUSTON, TX 77056 | Line   3.29<br>☐ Not listed. Explain: | |
| HOWRY BREEN & HERMAN, L.L.P.<br>ATTN RANDY R. HOWRY, SEAN BREEN<br>1900 PEARL STREET<br>AUSTIN, TX 78705 | Line   3.31<br>☐ Not listed. Explain: | |
| JEFFERSON CANO, PLLC<br>ATTN LAMONT A. JEFFERSON, EMMA CANO<br>112 E. PECAN, SUITE 2828<br>SAN ANTONIO, TX 78205 | Line   3.15<br>☐ Not listed. Explain: | |
| LANIER LAW FIRM, P.C.<br>ATTN W. MARK LANIER, SAM TAYLOR, SARA ABSTON<br>10940 W. SAM HOUSTON PKWY N., SUITE 100<br>HOUSTON, TX 77064 | Line   3.4<br>☐ Not listed. Explain: | |
| LANIER LAW FIRM, P.C.<br>ATTN W. MARK LANIER, SAM TAYLOR, SARA ABSTON<br>10940 W. SAM HOUSTON PKWY N., SUITE 100<br>HOUSTON, TX 77064 | Line   3.7<br>☐ Not listed. Explain: | |
| LANIER LAW FIRM, P.C.<br>ATTN W. MARK LANIER, SAM TAYLOR, SARA ABSTON<br>10940 W. SAM HOUSTON PKWY N., SUITE 100<br>HOUSTON, TX 77064 | Line   3.8<br>☐ Not listed. Explain: | |
| LANIER LAW FIRM, P.C.<br>ATTN W. MARK LANIER, SAM TAYLOR, SARA ABSTON<br>10940 W. SAM HOUSTON PKWY N., SUITE 100<br>HOUSTON, TX 77064 | Line   3.9<br>☐ Not listed. Explain: | |
| LANIER LAW FIRM, P.C.<br>ATTN W. MARK LANIER, SAM TAYLOR, SARA ABSTON<br>10940 W. SAM HOUSTON PKWY N., SUITE 100<br>HOUSTON, TX 77064 | Line   3.14<br>☐ Not listed. Explain: | |
| LANIER LAW FIRM, P.C.<br>ATTN W. MARK LANIER, SAM TAYLOR, SARA ABSTON<br>10940 W. SAM HOUSTON PKWY N., SUITE 100<br>HOUSTON, TX 77064 | Line   3.21<br>☐ Not listed. Explain: | |
| NIX PATTERSON, LLP<br>ATTN BRADLEY E. BECKWORTH<br>8701 BEE CAVE ROAD<br>SEVEN OAKS EAST, SUITE 500<br>AUSTIN, TX 78746 | Line   3.33<br>☐ Not listed. Explain: | |
| STEVENSON & MURRAY<br>ATTN JOHN W. STEVENSON, JR.<br>24 GREENWAY PLAZA, SUITE 750<br>HOUSTON, TX 77046 | Line   3.6<br>☐ Not listed. Explain: | |
| YETTER COLEMAN LLP<br>ATTN R. PAUL YETTER<br>811 MAIN STREET, SUITE 4100<br>HOUSTON, TX 77002 | Line   3.2<br>☐ Not listed. Explain: | |
| YETTER COLEMAN LLP<br>ATTN R. PAUL YETTER<br>811 MAIN STREET, SUITE 4100<br>HOUSTON, TX 77002 | Line   3.3<br>☐ Not listed. Explain: | |
| YETTER COLEMAN LLP<br>ATTN R. PAUL YETTER<br>811 MAIN STREET, SUITE 4100<br>HOUSTON, TX 77002 | Line   3.16<br>☐ Not listed. Explain: | |

Debtor    CAMP MYSTIC, LLC                                      Case number (if known)    26-90621
          (name)

| YETTER COLEMAN LLP<br>ATTN R. PAUL YETTER<br>811 MAIN STREET, SUITE 4100<br>HOUSTON, TX 77002 | Line 3.22<br>☐ Not listed. Explain: | |
| YETTER COLEMAN LLP<br>ATTN R. PAUL YETTER<br>811 MAIN STREET, SUITE 4100<br>HOUSTON, TX 77002 | Line 3.24<br>☐ Not listed. Explain: | |
| YETTER COLEMAN LLP<br>ATTN R. PAUL YETTER<br>811 MAIN STREET, SUITE 4100<br>HOUSTON, TX 77002 | Line 3.29<br>☐ Not listed. Explain: | |
| YETTER COLEMAN LLP<br>ATTN R. PAUL YETTER<br>811 MAIN STREET, SUITE 4100<br>HOUSTON, TX 77002 | Line 3.32<br>☐ Not listed. Explain: | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a.** Total claims from Part 1 | 5a. | $1,297,484.61 |
| **5b.** Total claims from Part 2 | 5b. | $3,128.00 |
| **5c.** Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $1,300,612.61 |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 712 of 712

**Fill in this information to identify the case:**

Debtor name   CAMP MYSTIC, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (If known):   26-90621

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** | |
| **State what the contract or lease is for and the nature of the debtor's interest**   SEPTIC TANK MAITENANCE | A 1 SEPTIC<br>P O BOX 1<br>CENTER POINT, TX 78010 |
| **State the term remaining**   UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.2** | |
| **State what the contract or lease is for and the nature of the debtor's interest**   ADOBE ACROBAT USE | ADOBE, INC.<br>11501 DOMAIN DRIVE<br>SUITE 110<br>AUSTIN, TX 78758 |
| **State the term remaining**   UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.3** | |
| **State what the contract or lease is for and the nature of the debtor's interest**   INSURANCE CONTRACT | AIG<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| **State the term remaining**   2027-03-01 | |
| **List the contract number of any government contract** | |

Debtor _____CAMP MYSTIC, LLC_____   Case number (if known) _____26-90621_____
             (name)

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | INSURANCE CONTRACT | AIG<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| State the term remaining | 2027-03-01 | |
| List the contract number of any government contract | | |

**2.5**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL KITCHEN AND LAUNDRY EQUIPMENT | ARCOT MANUFACTURING CORP<br>2950 MOWERY ROAD<br>HOUSTON, TX 77045 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

**2.6**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE HEALTH INSURANCE | BLUE CROSS BLUE SHIELD OF TX<br>PO BOX 731428<br>DALLAS, TX 75373-1428 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

**2.7**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | CAMP MANAGEMENT SOFTWARE PLATFORM | CAMPMINDER / CAMPINTOUCH<br>PO BOX 36<br>BOULDER, CO 80306 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

**2.8**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | IT SYSTEMS BACKUP | CRASHPLAN GROUP LLC<br>400 S 4TH STREET, SUITE 410<br>PMB 31083<br>MINNEAPOLIS, MN 55415-1419 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

Debtor      CAMP MYSTIC, LLC                                          Case number (if known)      26-90621
                   (name)

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.9**

| State what the contract or lease is for and the nature of the debtor's interest | ELECTRONIC FILE STORAGE AND MANAGEMENT | DROPBOX, INC. 1800 OWENS STREET SAN FRANCISCO, CA 94158 |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

**2.10**

| State what the contract or lease is for and the nature of the debtor's interest | TELEPHONE SERVICES | FIRST CHOICE TECHNOLOGY P.O. BOX 95311 GRAPEVINE, TX 76099-9734 |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

**2.11**

| State what the contract or lease is for and the nature of the debtor's interest | GOOGLE SUITE OF SOFTWARE | GOOGLE, LLC 15303 NORTH DALLAS PARKWAY SUITE 1100 DALLAS, TX 75001 |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

**2.12**

| State what the contract or lease is for and the nature of the debtor's interest | INSURANCE CONTRACT | GRANITE STATE INSURANCE COMPANY 1271 AVE OF THE AMERICAS, 41ST FL NEW YORK, NY 10020-1304 |
|---|---|---|
| State the term remaining | 2027-03-01 | |
| List the contract number of any government contract | | |

**2.13**

| State what the contract or lease is for and the nature of the debtor's interest | INSURANCE CONTRACT | GRANITE STATE INSURANCE COMPANY 1271 AVE OF THE AMERICAS, 41ST FL NEW YORK, NY 10020-1304 |
|---|---|---|
| State the term remaining | 2027-03-01 | |
| List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 3 of 7

Debtor     <u>CAMP MYSTIC, LLC</u>               Case number (if known)    <u>26-90621</u>
           (name)

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.14**

| State what the contract or lease is for and the nature of the debtor's interest | WATER TREATMENT MANAGEMENT AND TESTING | GUADALUPE WASTEWATER COMPANY<br>217A WEST WATER STREET<br>KERRVILLE, TX 78028 |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

**2.15**

| State what the contract or lease is for and the nature of the debtor's interest | FUEL AND DELIVERY | HEART OF TEXAS PROPANE<br>2406 JUNCTION HWY<br>KERRVILLE, TX 78028 |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

**2.16**

| State what the contract or lease is for and the nature of the debtor's interest | INSURANCE CONTRACT | HERTEL INSURORS GROUP<br>8500 BLUFF STONE COVE SUITE B201<br>AUSTIN, TX 78759 |
|---|---|---|
| State the term remaining | 2027-03-01 | |
| List the contract number of any government contract | | |

**2.17**

| State what the contract or lease is for and the nature of the debtor's interest | INSURANCE BROKERAGE | HERTEL INSURORS GROUP<br>8500 BLUFF STONE COVE SUITE B201<br>AUSTIN, TX 78759 |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

**2.18**

| State what the contract or lease is for and the nature of the debtor's interest | INSURANCE CONTRACT | HERTEL INSURORS GROUP<br>8500 BLUFF STONE COVE SUITE B204<br>AUSTIN, TX 78759 |
|---|---|---|
| State the term remaining | 2027-03-01 | |
| List the contract number of any government contract | | |

Debtor  CAMP MYSTIC, LLC
        (name)

Case number (if known)    26-90621

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.19**

| State what the contract or lease is for and the nature of the debtor's interest | TELEPHONE SERVICES | HILL COUNTRY TELEPHONE COOP<br>P.O. BOX 1449<br>INGRAM, TX 78025-1449 |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

**2.20**

| State what the contract or lease is for and the nature of the debtor's interest | TELEPHONE SERVICES | HILL COUNTRY TELEPHONE COOPERATIVE<br>P.O. BOX 1449<br>INGRAM, TX 78025-1449 |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

**2.21**

| State what the contract or lease is for and the nature of the debtor's interest | QUICKBOOKS AND ANCILLARY SOFTWARE | INTUIT, INC.<br>2700 COAST AVE<br>MOUNTAIN VIEW, CA 94043 |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

**2.22**

| State what the contract or lease is for and the nature of the debtor's interest | ELECTRICITY | KERRVILLE PUBLIC UTILITY BOARD<br>2250 MEMORIAL BLVD<br>KERRVILLE, TX 78028 |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

**2.23**

| State what the contract or lease is for and the nature of the debtor's interest | MICROSOFT SOFTWARE LICENSES | MICROSOFT CORPORATION<br>ONE MICROSOFT WAY<br>REDMOND, WA 98052 |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 5 of 7

Debtor   CAMP MYSTIC, LLC
_____
(name)

Case number (if known)   26-90621
_____

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.24**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT FOR REAL PROPERTY | NATURAL FOUNTAINS PROPERTIES<br>2689 HIGHWAY 39<br>HUNT, TX 78024-3412 |
| **State the term remaining** | YEAR TO YEAR | |
| **List the contract number of any government contract** | | |

**2.25**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | CREDIT CARD AND ELECTRONIC TRANSACTION SERVICES | PAYSAFE/NEXTBANX MERCHANT CARD SERVICES<br>2 GRESHAM STREET<br>LONDON, EC2V 7AD<br>UNITED KINGDOM |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

**2.26**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | POSTAGE AND MAILING MANAGEMENT AND EQUIPMENT | PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>P.O. BOX 981022<br>BOSTON, MA 02298-1022 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

**2.27**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | REFUSE REMOVAL | REPUBLIC SERVICES #859<br>P.O. BOX 677156<br>DALLAS, TX 75267-7156 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

**2.28**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | PEST CONTROL | TERMINIX INTERNATIONAL<br>3100 MEMORIAL BLVD<br>KERRVILLE, TX 78028 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

Debtor     CAMP MYSTIC, LLC                               Case number (if known)     26-90621
            (name)

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.29** | | |
| State what the contract or lease is for and the nature of the debtor's interest | WORKERS COMPENSATION INSURANCE | TEXAS MUTUAL INSURANCE COMPANY<br>PO BOX 841843<br>DALLAS, TX 75284-1843 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |
| **2.30** | | |
| State what the contract or lease is for and the nature of the debtor's interest | FUEL AND DELIVERY | TITAN FUELS LLC<br>19179 BLANCO RD<br>STE 105 PMB 814<br>SAN ANTONIO, TX 78258 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |
| **2.31** | | |
| State what the contract or lease is for and the nature of the debtor's interest | TELEPHONE AND INTERNET SERVICES | UNITI GROUP, INC.<br>P.O. BOX 9001908<br>LOUISVILLE, KY 40290-1908 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name   CAMP MYSTIC, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (If known):   26-90621

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| **2.1**  GEORGE A EASTLAND | | | KUBOTA CREDIT CORPORATION, U.S.A. | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  CAMP MYSTIC, LLC

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (*If known*):  26-90621

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/07/2026
MM / DD / YYYY

✗ /s/ KAREN G. NICOLAOU
Signature of individual signing on behalf of debtor

KAREN G. NICOLAOU
Printed name

CHIEF RESTRUCTURING OFFICER
Position or relationship to debtor