**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAMP MYSTIC, LLC,[1] | Case No. 26-90621 (CML) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF FILING OF REVISED PROPOSED ORDER AND REDLINE**

**PLEASE TAKE NOTICE THAT**:

1. On July 24, 2026, Camp Mystic, LLC, and its debtor affiliates, as debtors and debtors in possession in the above captioned chapter 11 cases (collectively, the (the "**Debtors**"), by and through their proposed counsel, filed the *Debtors' Application Pursuant to 11 U.S.C. § 327(a) for Entry of an Order Authorizing the Employment and Retention of CR4 Partners, LLC as Financial Advisor to the Debtors as of June 25, 2026* [Docket No. 106] (the "**Application**").

2. A proposed order was attached to the Application at Docket No. 106-1.

3. The Debtors received certain informal comments from the U.S. Trustee on the Application and made corresponding revisions to the proposed order.

4. Attached hereto as **Exhibit A** is a revised proposed order granting the Application.

5. Attached hereto as **Exhibit B** is a redline reflecting the changes between the original form of the proposed order and the revised proposed order.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

6. The deadline to file responses to the relief requested in the Application is August 14, 2026.

Dated: August 11, 2026

Respectfully submitted,

*/s/ Candice Carson*
Martin Sosland (State Bar No. 18855645)
Candice Carson (State Bar No. 24074006)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: martin.sosland@vkhh.com
candice.carson@vkhh.com

**-AND-**

Jeff P. Prostok (State Bar No. 16352500)
Emily S. Chou (State Bar No. 20446997)
Suzanne K. Rosen (State Bar No. 00798518)
Lynda L. Lankford (State Bar No. 11935020)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Tel: 817-214-4990
Email: jeff.prostok@vkhh.com
emily.chou@vkhh.com
suki.rosen@vkhh.com
lynda.lankford@vkhh.com

PROPOSED ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION