**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAMP MYSTIC, LLC, *et al.*,[1] | Case No. 26-90621 (CML) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that the law firm of Kane Russell Coleman Logan PC hereby appears in the above-captioned case as counsel for Willetta "Tweety" Eastland, George Albritton Eastland, as Personal Representative of the Estate of Richard "Dick" Eastland, Edward S. Eastland, Mary E. "Mary Liz" Eastland, and William Neely Bonner III (the "Individual Defendants") and requests, pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned at the following address and by email to:

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

John J. Kane
JaKayla J. DaBera
**Kane Russell Coleman Logan PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jcoleman@krcl.com
Email: jdabera@krcl.com

Emily Meraia
**Kane Russell Coleman Logan PC**
5151 San Felipe Street, Suite 800
Houston, Texas 77056
Tel.: (713) 425-7400
Email: emeraia@krcl.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request encompasses all notices, papers, and pleadings referenced or contemplated in the Bankruptcy Code and Bankruptcy Rules, including, without limitation, any orders, applications, motions, demands, complaints, plans, disclosure statements, petitions, requests, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, facsimile transmission, electronic mail, or otherwise filed with regard to this case and any other proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim, or suit is intended to be or shall constitute consent of the Individual Defendants to the jurisdiction of the United States Bankruptcy Court for the Southern District of Texas, nor shall it be deemed to be a waiver of the Individual Defendants' rights to (i) have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of Texas (the "District Court"); (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding

related to this case; (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any other rights, claims, actions, setoffs, and recoupments to which the Individual Defendants are or may be entitled under any agreement, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the Individual Defendants expressly reserve; or (v) any and all defenses or objections the Individual Defendants may have to any claims asserted against them in this action, including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

**PLEASE TAKE FURTHER NOTICE** that this request is also made that the undersigned be added to any official service list for notice of all contested matters, adversary proceedings, or any other proceedings in this case.

Dated: August 24, 2026

Respectfully submitted,

*/s/ Emily Meraia*

**KANE RUSSELL COLEMAN LOGAN PC**
John J. Kane (TX Bar No. 24066794)
JaKayla J. DaBera (TX Bar No. 24129114)
901 Main Street, Suite 5200
Dallas, TX 75202
Telephone: (214) 777-4200
Email: jkane@krcl.com
jdabera@krcl.com

and

Emily Meraia (TX Bar No. 24129307)
5151 San Felipe Street, Suite 800
Houston, TX 77056
Telephone: (713) 425-7400
Email: emeraia@krcl.com

*Counsel to the Individual Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, a true and correct copy of the foregoing document was served electronically via the Court's CM/ECF notification system upon all parties registered to receive such electronic notice in this case.

*/s/ Emily Meraia*
Emily Meraia