**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CAMP MYSTIC, LLC, *et al.*,[1] | ) | Case No. 26-90621 (CML) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Ref. Docket No. 191** |

**CERTIFICATE OF SERVICE**

I, HALLIE DREIMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 24, 2026, I caused to be served the "Notice of Hybrid Status Conference," dated August 24, 2026 [Docket No. 191], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Hallie Dreiman*
Hallie Dreiman

[1] The Debtors in these Chapter 11 Cases are: Camp Mystic, LLC, Case No. 26-90621 (CML); Natural Fountains Properties, Inc., Case No. 26-90622 (CML); Mystic Camps Management, LLC, Case No. 26-90623 (CML); and Mystic Camps Family Partnership, Case No. 26-90624 (CML). The Debtors' service address for purposes of these Chapter 11 Cases is: 2689 Highway 39, Hunt, TX 78024-3412.

# EXHIBIT A

| Name | Address |
| --- | --- |
| HUNT COUNTY HEALTH DEPARTMENT | LOCAL HEALTH AUTHORITY 2700 JOHNSON ST GREENVILLE TX 75401 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE | 1111 CONSTITUTION AVE., NW WASHINGTON DC 20224 UNITED STATES OF AMERICA |
| NAME ON FILE | ADDRESS ON FILE |
| NAME ON FILE | ADDRESS ON FILE |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE W WASHINGTON DC 20549 UNITED STATES OF AMERICA |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 UNITED STATES OF AMERICA |
| TEXAS COMMISSION ON ENVIRONMENTAL QUALITY (TCEQ) | 12100 PARK 35 CIRCLE AUSTIN TX 78753 UNITED STATES OF AMERICA |
| TEXAS DEPARTMENT OF AGRICULTURE (TDA) | 1700 N. CONGRESS 11TH FLOOR AUSTIN TX 78701 UNITED STATES OF AMERICA |
| TEXAS DEPARTMENT OF STATE HEALTH SERVICES | REGIONAL HEALTH OPERATIONS 1100 WEST 49TH STREET AUSTIN TX 78756 UNITED STATES OF AMERICA |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION | NORTH AUSTIN COMPLEX 4601 W. GUADALUPE ST AUSTIN TX 78751-3146 UNITED STATES OF AMERICA |
| U.S. ATTORNEY'S OFFICE FOR THE SDTX | 1000 LOUISIANA ST., SUITE 2300 HOUSTON TX 77002 UNITED STATES OF AMERICA |

Total Count: 11

# EXHIBIT B

| Name | Email |
|---|---|
| AKIN GUMP | MBRIMMAGE@AKINGUMP.COM |
| AKIN GUMP STRAUSS HAUER & FELD LLP | mbrimmage@akingump.com; rtizravesh@akingump.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | idizengoff@akingump.com |
| ARNOLD & ITKIN LLP | karnold@arnolditkin.com; kfindley@arnolditkin.com; ksellers@arnolditkin.com; jgrinnan@arnolditkin.com; e-service@arnolditkin.com |
| BECK REDDEN LLP | rpost@beckredden.com; amcdaniel@beckredden.com |
| CASTAGNA SCOTT LLP | Lynn@texasdefense.com |
| FERGUSON LAW FIRM LLP | TFERGUSON@THEFERGUSONLAWFIRM.COM |
| GRAY REED | jbrookner@grayreed.com; lwebb@grayreed.com; akaufman@grayreed.com |
| HOWRY BREEN & HERMAN, L.L.P. | rhowry@howrybreen.com; sbreen@howrybreen.com |
| JEFFERSON CANO, PLLC | LJEFFERSON@JEFFERSONCANO.COM; ecano@jeffersoncano.com |
| LANIER LAW FIRM, P.C. | Mark.lanier@lanierlawfirm.com; Sam.taylor@lanierlawfirm.com; Sara.abston@lanierlawfirm.com; Harvey.Brown@lanierlawfirm.com; Angela.Spoede@lanierlawfirm.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | austin.bankruptcy@lgbs.com |
| MITHOFF LAW | rmithoff@mithofflaw.com; whocker@mithofflaw.com |
| NAMAN, HOWELL, SMITH & LEE, PLLC | aspy@namanhowell.com |
| NAMAN, HOWELL, SMITH & LEE, PLLC | sodell@namanhowell.com |
| NAMAN, HOWELL, SMITH & LEE, PLLC | mayfield@namanhowell.com |
| NIX PATTERSON, LLP | bbeckworth@nixlaw.com; cyarnell@nixlaw.com; dfabshere@nixlaw.com |
| OFFICE OF THE US TRUSTEE | ha.nguyen@usdoj.gov; jayson.b.ruff@usdoj.gov; jana.whitworth@usdoj.gov |
| RAY \| PEÑA, P.C. | jray@raylaw.com |
| STEVENSON & MURRAY | jstevenson@stevensonmurray.com; rhand@stevensonmurray.com |
| TEFTELLER LAW, PLLC | jt@tlaw-pllc.com |
| THE ARMSTRONG FIRM, PLLC | rwaii@tafpllc.com |
| THE TOWNSEND LAW FIRM, LLC | blair@thetownsendlawfirm.com |
| WALTERS BALIDO & CRANE | Carlos.Balido@wbclawfirm.com |
| WATTS LAW FIRM LLP | mikal@wattsllp.com |
| WILLKIE FARR & GALLAGHER LLP | jhardy2@willkie.com |
| WILLKIE FARR & GALLAGHER LLP | bmiller@willkie.com; schapman@willkie.com; jburbage@willkie.com |
| WRIGHT CLOSE BARGER & GUZMAN, LLP | wright@wrightclosebarger.com; barger@wrightclosebarger.com; fair@wrightclosebarger.com; jfiveson@wcbglaw.com |
| YETTER COLEMAN LLP | pyetter@yettercoleman.com; jtschoepe@yettercoleman.com; jrsimpson@yettercoleman.com; ssmith@yettercoleman.com |

Total Count: 57