Electronic Appearance Sheet

John Kane, Kane Russell Coleman Logan PC
Client(s): Eastland Family Members and William Neely Bonner III

Richard Guiltinan, Vartabedian Katz Hester & Haynes LLP
Client(s): Camp Mystic, LLC, et al

Martin Sosland, Vartabedian Katz Hester & Haynes LLP
Client(s): Camp Mystic, LLC, et al

John  Kane, Kane Russell Coleman Logan PC
Client(s): Eastland Family Members and W. N. Bonner

Emily Meraia, Kane Russell Coleman Logan PC
Client(s): Eastland Family Members and W. N. Bonner

Jana Whitworth, Office of the United States Trustee
Client(s): U.S. Trustee

John Harloe, Retired
Client(s): Eastland Brother in law

Jennifer Hardy, Willkie Farr & Gallagher LLP
Client(s): Unsecured Creditors Committee

Brett Miller, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

James Burbage, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Roxanne Tizravesh, Akin
Client(s): Lacy Lawrence and John Lawrence

Christopher DiPompeo, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Marty Brimmage, Akin
Client(s): Lacy Lawrence and John Lawrence

Patti Hightower, Pro Se, None, Pro Se
Client(s): Witness