**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| **CAMP MYSTIC, LLC,** | ) | **Case No. 26-90621 (CML)** |
| ***Debtors.*** | ) | **(Jointly Administered)** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance as counsel of record on behalf of Creditor Committee, The Official Committee of Unsecured Creditors in the above-styled and numbered cause. All future notices, pleadings, correspondence, and communications should be directed to counsel as follows:

Avi Moshenberg
LAWSON & MOSHENBERG PLLC
2301 Commerce St., Suite 200
Houston, Texas 77002
(713) 449-9644
avi.moshenberg@lmbusinesslaw.com

Counsel respectfully requests that the Court and all parties take notice of this appearance and direct all future correspondence and filings accordingly.

Dated: August 27, 2026

Respectfully submitted,

**LAWSON & MOSHENBERG PLLC**

*/s/ Avi Moshenberg*
Nicholas R. Lawson
Texas Bar No. 24083367
Avi Moshenberg
Texas Bar No. 24083532
2301 Commerce St., Suite 200
Houston, TX 77002
Tel: (903) 316-9155
Nick.Lawson@lmbusinesslaw.com
Avi.Moshenberg@lmbusinesslaw.com

***Creditor Committee***
***The Official Committee of Unsecured Creditors***

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2026, a true and correct copy of the above and foregoing was served upon all parties via the Court's electronic case filing system (ECF).

*/s/ Avi Moshenberg*
Avi Moshenberg