The Dallas Morning News

# AFFIDAVIT OF PUBLICATION

STATE OF TEXAS

COUNTY OF DALLAS

Before me, a Notary Public in and for Dallas County, this day personally appeared David Ferster, Advertising Representative for *THE DALLAS MORNING NEWS* being duly sworn by oath, states the attached advertisement of: **Ad#11161055**

EPIQ CLASS ACTION & CLAIMS SOLUTIONS INC

Appeared in *The Dallas Morning News* on August 27, 2026

Dallas Morning News Sales Operations

Sworn to and subscribed before me this Date: 08.27.2026

DANIEL NAVARRO
Notary Public, State of Texas
Comm. Expires 03-22-2028
Notary ID 134822067

Notary Public, State of Texas

Classified Marketplace
One of the most trusted brands in North Texas.
Get started today at dallasnews.com/classifieds or call 214.745.8123.


## Merchandise



ADULT TRICYCLE FOR SALE
Brand-new, never used. 6 gears. Retail cost over $1,000, with manufacturing and assembly costs of approx. $700. Sale Price: $450 Contact: Lewis9609@gmail.com

Start your business!
Daycare furniture for children, ages 0-7. Babybeds, tables & chairs, ages 0-7 curriculum, games, carpets. Price negotiable
Call 972-902-0224

## Pets

Beautiful 4 month old female AKC registered Golden Retriever puppy Full of love, cuddles, and playful puppy energy, ready to find a family of her very own! 903-335-9240

Chesapeake bay retrievers for sale 4M, 3F, pictures of pups and mother & father dog avail. upon request. $750ea Kelly 214-906-7854

Poodles AKC, Toy and Miniature, pups and older. Yorkiepoo pups home raised, S/W. 214-641-6015 or 972-617-5497

## Autos & More
Vehicles | Boats | RVs
Motorcycles | Misc.

## Miscellaneous

OLD CAR CONSIGNMENTS
David Wayne
214-926-5621

## Business Opportunities
Franchise | Other

## Other Business Opportunities

Business for sale. Zero crime. Great fishing on several lakes and rivers in the north central Ozarks of Arkansas. Great opportunity for an electrician who does quality work. Elderly owner who desires to retire from this Generac generator service business. There are over 400 yearly maintenance agreements. Owner will assist in transition as desired.
Contact generatorgeorge@gmail.com for more details.

## Hunting & Fishing
Licenses | Land

## Land

DOVE HUNTING - Hedley, TX
Weekends, 10 hunters @ $1,000/head or 2 families.
Call: 8:30-9:30am 817-689-9473

## Real Estate
For Sale | For Rent | Services

## Miscellaneous

Best Cash Offer For Your House!
Turn Your Unwanted House Into Cash



Eileen Petroski
Licensed Realtor

HOUSE HUNTERS of Dallas.com
30 Years Buying Homes in DFW Metroplex
$$ More Money For You $$
CALL NOW
214-906-2291
• No Repairs
• No Commissions
• No Closing Costs
Just Quick Cash! 7 Day Closings!
We Buy Houses In Any Condition Or Location



CASH FOR YOUR HOUSE
Any Condition
Any price.
Call Jim 972-898-5740

## Homes for Sale

Remaining 50 custom lots for sale as a package. Lot prices vary between $100K - $140K each. All Cash, no financing. Walk to Joe Pool lake, beach/state park. Broker/ Owner 972-299-6080 Office 395 Straus Rd Cedar Hill, TX

## Land

10 ACRES Lone Mountain
Jonesboro, TX - Hamilton
2 hrs from DFW or Austin, Ag exempt
Electric available, scenic/private
FSBO $85,000. 830-265-1669

## Land

For Sale by Owner - 120 Acres
Spring Fed Creek Farm.
600k firm. Will Not Divide.
Do not need help selling.
Excellent dove hunting on year round spring fed creek.
Potential revenue RV Park/grazing etc.
Paved road frontage. Never offered for sale- Ag.Exempt
Message 212-537-6964 or SnyderFarm120@gmail.com

## Miscellaneous

Equal Housing Opportunity

Real estate advertised in this newspaper is subject to the amended Federal Fair Housing Act of 1968, which makes it illegal to advertise any preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status or national origin or intention to make such preference, limitation or discrimination.
This newspaper will not knowingly accept any advertising for real estate which is in violation of the law. For complaints call the Fair Housing Office in your city or HUD 800-669-9777.

NOTICE
Residential rental locators are required to be licensed by the TX Real Estate Commission, Austin 800-250-8732
Locators may advertise apartment units in general terms & all units may not have the same features. The amount of rent quoted in an ad may be the starting rent for a basic unit which does not have all advertised features.

## Funeral Planning
Thanks | Plots | Funeral Homes
Funeral & Estate Services

## Other Funeral Planning

legaltalktexas.hammerle.com
*Virginia Hammerle
HAMMERLE MORRIS LAW FIRM
Probate - Wills
2871 Lake Vista Drive, Suite 100, Lewisville, TX 75067 • 972.436.9000
Read Virginia's articles in the Sunday Metro Section

## Cemetery Plots

2 Beautiful lots, Prestigious section of Mission, easy access, Restland sells $17K ea, asking $15K ea if both wanted price can be discussed.
214-686-7576

CLASSIFIED MARKETPLACE

## services

## Repair



ROOF REPAIRS
Leaks, Missing Shingles
Roof Turbines, Gutter Cleaning.
19 years of exper.
Greg: 972-849-1845



ROCK Foundation Repair
Free est. • $175 pier & beam
214-489-5606 • 972-765-0729
469-735-8572
credit cards
dfw-foundationrepair.com



Brick Repair, Cracks, Mail Boxes, Etc., No Job To Big or Small, 20 years Experience.
Free Estimates.
(469) 926-5064

AB Creative
Outdoor Living LLC
972-578-1802
Repairs • Landscaping • Concrete
**Free Estimates**

Painting & Dry Wall Repairs, Int/Ext, Textures, Carpentry, Fence staining, 25 years exp. Free est. 972-896-8145

## Services

Got Junk? You Call We Haul!
Also haul big A/C units, old cars, aluminium rims, clean garages, scrap metal, and junk removal.
Call Mike 972.374.6985

JRD CONCRETE
Sidewalks & Driveways
Patios & Parking Lots!
(214) 789-5866

Pets
Post it. Today.
dallasnews.com/classifieds
214.745.8123
CLASSIFIED MARKETPLACE


# legal

## Legal Bids & Proposals

Upper Trinity Regional Water District, a political subdivision of the State of Texas, is currently seeking sealed bids for the following item:

LIQUID POLYDIALLYDIMETHYL/AMMONIUM CHLORIDE

Sealed bids will be received online by the Upper Trinity Regional Water District until 2:00 P.M., local time, Monday September 28, 2026. Specifications & bid packet may be obtained by going to http://www.utrwd.com/business-opportunities.
IPLDMN0159328

CITY OF PARKER, TEXAS

PARKER RANCH 1-MG ELEVATED STORAGE TANK
H.W.L. 800 FEET

NOTICE TO BIDDERS

Sealed bids will be received in the office of the Director of Public Works of the City of Parker, 5700 E. Parker Road, Parker, Texas 75002 until **3:00 p.m., Thursday, September 17, 2026,** then publicly opened and read for furnishing all necessary materials, machinery, equipment, superintendence, and labor for the Parker Ranch 1-MG Elevated Storage Tank H.W.L. 800 Feet. The project includes an AWWA D107 Composite Tank, with a capacity of 1.0 million gallons, site work, and piping along with all necessary appurtenances.

Bidders must comply with Section 70901 of P.L. 117-58 of the Bipartisan Infrastructure Law, 2021 (regarding the Build America, Buy America Act).

The successful bidder must furnish Performance Bond and Payment Bond in the amount of one hundred percent (100%) of the total contract price from a Surety Company holding a permit from the State of Texas to act as Surety. Should the total contract price be less than $25,000.00, no performance bond or payment bond will be required.

All lump sum and unit prices must be stated in both script and figures on the forms provided. The City of Parker reserves the right to reject any or all bids and to waive formalities. In case of ambiguity or lack of clearness in stating prices in the bids, the City of Parker reserves the right to consider the most advantageous construction thereof, or to reject the bid. Unreasonable (or "unbalanced") unit prices will authorize the City of Parker to reject any bid.

Bidders are expected to inspect the site of work and to inform themselves regarding all local conditions.

Bidders are required to submit a cashier's or certified check issued by a bank satisfactory to the City of Parker, or a Bid Bond (with proper Power of Attorney) from a surety licensed to do business in the State of Texas, payable without recourse to the City of Parker, in an amount not less than five (5%) percent of the total amount of the proposal submitted to insure that the successful bidder will enter into a contract and execute all necessary bonds within ten (10) days after notice of award of the contract to him. **This bid security must be included in the bid envelope for the bidder to be considered responsive.** The successful bidder will be required to furnish Performance, Payment and Maintenance Bonds as described in the bidding documents.

Plans and specifications will be electronically posted on Civcast. Plans purchased from Plan Rooms or third-party websites shall be at the Bidder's sole risk. No guarantee of receipt of Addenda, as clarifications will be made for third-party downloads. Plans and specifications may also be examined, without charge, or purchased at the office of the City Engineer; Birkhoff, Hendricks & Carter, L.L.P. located at 11910 Greenville Ave., Suite 600, Dallas, Texas 75243.
IPLDMN0158860

## Legal/Public Notices

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br>CAMP MYSTIC, LLC,[1]<br>Debtors. | Chapter 11<br>Case No. 26-90621 (CML)<br>(Jointly Administered) |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**TO: ALL PERSONS OR ENTITIES WHO MAY HAVE CLAIMS AGAINST ANY DEBTOR(S) LISTED BELOW.**

**PLEASE TAKE NOTICE THAT:**

1. On June 24, 2026 (the "**Petition Date**"), Camp Mystic, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). The table below sets forth the name, federal tax identification number and the case number for each of the Debtors.

| Name of Debtor | Case Number | Tax ID Number |
|---|---|---|
| Camp Mystic, LLC (f/k/a Camp Mystic, Inc.) | 26-90621 (CML) | 74-2884064 |
| Natural Fountains Properties, Inc. | 26-90622 (CML) | 74-1261414 |
| Mystic Camps Management, LLC | 26-90623 (CML) | 87-3459688 |
| Mystic Camps Family Partnership, Ltd. | 26-90624 (CML) | 87-3459861 |

2. On August 19, 2026, the Court entered the *Order (I) Establishing Deadlines and Procedures for Filing Proofs of Claim, (II) Approving Form and Manner of Notice Thereof, and (III) Granting Related Relief* (Docket No. 176) (the "**Bar Date Order**").[2]

3. Pursuant to the Bar Date Order, all persons, entities, and governmental units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[3] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM**, so as to be received on or before **September 18, 2026, at 5:00 p.m. (Central Time)** for general creditors (the "**General Bar Date**") and **December 21, 2026, at 5:00 p.m. (prevailing Central Time)** for governmental units (the "**Governmental Bar Date**" and, together with the General Bar Date, the "**Bar Dates**").

4. All Proofs of Claim must be ***actually received*** by the Debtors' claims and noticing agent, Epiq Corporate Restructuring LLC ("**Epiq**"), no later than the applicable Bar Date, either by (a) submitting such proof(s) of claim electronically through Epiq, at https://dm.epiq11.com/case/campmystic/info; (b) filing such proof(s) of claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (c) delivering the original proof(s) of claim to Epiq by first class mail, overnight mail, or hand delivery, at the following addresses: **If by First-Class Mail**: Camp Mystic, LLC, Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4420, Beaverton, OR 97076-4420. **If by Hand Delivery or Overnight Mail**: Camp Mystic, LLC, Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

5. The Bar Dates apply to all claims against any of the Debtors that arose before the Petition Date, including, but not limited to, claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; *provided, however,* that the Bar Dates do not apply to the "Excluded Claims" listed in paragraph 10 of the Bar Date Order.

6. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

7. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://dm.epiq11.com/case/campmystic/info. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Epiq through email at campmystic@epiqglobal.com. Please note that neither Epiq's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice. Epiq cannot advise you how to file, or whether you should file, a proof of claim.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Management, LLC (9688), Mystic Camps Family Partnership, Ltd. (9861). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[3] A claim arising under section 503(b)(9) of the Bankruptcy Code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

CLASSIFIED MARKETPLACE

## Legal Bids & Proposals

**PO# 1265-0029 / DO# 1240887
CITY OF DALLAS
CONSTRUCTION ADVERTISEMENT
REQUEST FOR BIDS**

Bids are required to be submitted electronically via the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com by 1:00 PM on Fridays. All bids will be publicly read at 2:00 PM on Fridays and can be viewed on the City of Dallas' website at www.dallascityhall.com (see City Meetings). Bid title, department, and date of public reading are listed below and on the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com. Unless otherwise noted in the description below the bid packet may be obtained from https://dallascityhall.bonfirehub.com.

Submittals will not be accepted after the due date/time and hard copy submittals are not permissible.
CIZ26-PKR-29584 Crawford Memorial Park Phase I Park Improvements

The City of Dallas Park and Recreation Department, 1500 Marilla Street, 6FN, Dallas, TX 75201 is hereby soliciting bids for a park development project at Crawford Memorial Park, 8700 Elam Road, Dallas, TX 75217 as funded in part by the City of Dallas 2017 Bond Program and Land & Water Conservation Funds (LWCF) administered by the National Park Service (NPS) and passed through the Texas Parks & Wildlife Department (TPWD) via an Urban Outdoor Recreation Grant.

All procurement and project requirements must comply with applicable federal and state regulations governing LWCF-assisted projects. The awarded bidder shall comply with federal regulations titled "2 CFR, Part 200: Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards" (full text can be found at http://www.ecfr.gov), including but not limited to full and open competition, conflict of interest standards, cost reasonableness, financial management, and recordkeeping. Awarded bidder shall also comply with Texas Grant Management Standards (TXGMS) as adopted by TPWD. Awarded Bidder must be currently registered and approved in www.SAM.gov to meet award requirements. Requirements are included in bid documents.

Bid documents may be obtained beginning Thursday, August 20, 2026, from the Bonfire Procurement Portal: https://dallascityhall.com.bonfirehub.com

An invitation only Pre-Bid Conference will be held online via Microsoft Teams on Friday, September 4, 2026, from 10:00 AM – 12:00 PM (CDT). The conference will be accessible from a computer, tablet, or smartphone. Invitations will be sent to registered Plan Holders only. Invitations will be sent Monday, August 31, 2026 at 5:00 PM. Bidders are encouraged to register and/or send current contact information via e-mail to the project manager to ensure registration for the invite and to receive project information/updates.

Project Manager: Bryan Lyness
214-671-9089
bryan.lyness@dallas.gov

1st Advertisement
August 20, 2026

2nd Advertisement
August 27, 2026

3rd Advertisement
September 3, 2026

Pre-Bid Conference (on-line)
September 4, 2026
10:00 AM
Question Due Date/Time
September 4, 2026
5:00 PM
Addendum Release
September 8, 2026
5:00 PM
Bid Due
September 11, 2026
1:00 PM
Bid Opening/Reading Date/Time
September 11, 2026
2:00 PM
IPLDMN0159306

**PO# 1265-[0030]/DO# 1240923
CITY OF DALLAS
CONSTRUCTION ADVERTISEMENT
REQUEST FOR BIDS**

Bids are required to be submitted electronically via the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com by 1:00 PM on Fridays. All bids will be publicly read at 2:00 PM on Fridays and can be viewed on the City of Dallas' website at www.dallascityhall.com (see City Meetings). Bid title, department, and date of public reading are listed below and on the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com. Unless otherwise noted in the description below the bid packet may be obtained from https://dallascityhall.bonfirehub.com. Submittals will not be accepted after the due date/time and hard copy submittals are not permissible.
**CIZ26-PKR-3232**– Dallas Park and Recreation Department – Audelia Road Gateway Signage

Park and Recreation Department, 1500 Marilla, Room 6FS, Dallas, TX 75201. Bidders are strongly encouraged to attend a pre-bid conference held in-person at the Paul Dyer Administration Building - 10031 E. Northwest Highway, Dallas, TX 75238 on Thursday, August 27, 2026 from 3:00 PM to 4:00 PM. (CDT)

The Request for Bids documents may be obtained beginning Wednesday, August 20, 2026 from the Bonfire Procurement Portal. Go to: https://dallascityhall.com.bonfirehub.com.

Park and Recreation Project Manager: Stefan Kesler (stefan.kesler@dallas.gov)

Questions Due Date/Time: Tuesday, September 1, 2026 at 5:00 PM

Bid Due Date/Time: Friday, September 4, 2026 at 1:00 PM
Open/Reading Date/Time: Friday, September 4, 2026 at 2:00 PM
IPLDMN0159313

Northstar Builders Group, LLC, Construction Manager for Celina ISD is currently accepting proposals for the Transportation Facility & ECC Improvements package.

Proposals are due on Thursday, September 10, 2026 at 2:00 p.m., and can be emailed to bid-day@nstarbuilders.com or mailed/delivered to 3401 Olympus Blvd, Suite 510, Coppell, TX 75019

Bid Documents can be obtained by emailing Zach Frazier – zfrazier@nstarbuilders.com
IPLDMN0160099

**PO# 1233-0038/ DO# 1239664
CITY OF DALLAS
ADVERTISEMENT
REQUEST FOR INFORMATION**

RFI's will be received electronically via the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com until 1:00 P.M. on Friday's.

BU26-00031034 Vendor Compliance Monitoring and Site Management- Ronald Kirk Pedestrian Bridge – Commodity Code – 90903, 909-33, 909-76, 912-38, 918-25 & 961-45320 (Responses Due on 09/18/2026)
IPLDMN0159294

## Legal Bids & Proposals

**PO# 1265-0026 / DO# 1239668
CITY OF DALLAS
ENGINEERING SERVICES ADVERTISEMENT
REQUEST FOR QUALIFICATIONS**

Statement of Qualifications are required to be submitted electronically via the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com by 1:00 PM on Fridays. Qualifications received will be publicly read at 2:00 PM on Fridays and can be viewed on the City of Dallas' website at www.dallascityhall.com (see City Meetings). Solicitation title, department, and date of public reading are listed below and on the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com. Unless otherwise noted in the description below the packet, plan, and specification may be obtained from https://dallascityhall.bonfirehub.com.
Submittals will not be accepted after the due date/time and hard copy submittals are not permissible.

**CIZ26-TPW-4006 – Engineering Services for the Union Pacific Railroad (UPRR) Cadiz St. Underpass (CSJ 0918-47-469) (Step One of Two-Step RFQ/RFP)**

The City of Dallas Department of Transportation and Public Works (TPW) (City) is seeking statements of qualifications (SOQ) from experienced civil engineering firms who can demonstrate the firm has the resources, experience, and qualifications to provide engineering services for the refinement of the preliminary planning document, environmental services complying with NEPA requirements and the development of a detailed plans, specifications, and estimates (PS&E) for the reconstruction of the Cadiz Street Union Pacific Railroad (UPRR) bridge and widening of a 3-lane divided roadway to a 4-lane roadway with bicycle and pedestrian improvements on Cadiz Street from West of Hotel Street to Botham Jean Boulevard. These services may include, but are not limited to, preparing roadway, retaining walls, bridge designs, hydrologic and hydraulic design, traffic engineering, operations and signal design, right-of-way mapping, water/wastewater design, utility adjustment coordination, subsurface utility engineering, utility engineering, survey, geotechnical data collection, traffic control plan, railroad coordination and if requested, value engineering study, and provision of construction phase services necessary to support the design process. Full project details are outlined in the RFQ packet.

The RFQ packet may be obtained beginning Thursday, August 13, 2026, from the City of Dallas Euna site. All Addenda are posted to the City of Dallas Procurement Services Euna website.
Statement of Qualifications are due at 1:00 p.m. on Friday, September 11, 2026, and will be opened by the City at 2:00 p.m. on Friday, September 11 2026. Qualification Openings can be viewed on the City of Dallas Webcasting Website (https://dallastx.swagit.com/bid-purchasing).

A Pre-solicitation meeting will be held at 09:30 AM (CST), Tuesday, August 18, 2026, via Microsoft Teams: https://teams.microsoft.com/meet/211560137442702?p=Ihi6JsUUOWBKo3CDaC

Call-in Information for Pre-Solicitation Meeting: 1-469-217-7604; Meeting ID 427 487 000# (audio only)

All questions regarding this project must be submitted through the Euna portal at https://dallascityhall.bonfirehub.com.

Questions Due Date/Time: August 31, 2026 at 5:00 PM
Solicitation Due Date/Time: September 11, 2026, at 1:00 PM
Open/Reading Date/Time: September 11, 2026, 2:00 PM
IPLDMN0157937

**PO# 1233-0039/ DO# 1240883
CITY OF DALLAS
PROCUREMENT ADVERTISEMENT
REQUEST FOR BIDS**

Sealed bids will be received electronically via the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com until 1:00 P.M. on Fridays. All bids will be read live on Dallas TV 16 at 2:00 P.M. on Fridays and can be viewed on the City of Dallas website at www.dallascityhall.com (see City Meetings). Bids titles and dates of public opening are listed below. Bid Packets may be obtained by downloading from https://dallascityhall.bonfirehub.com.

BU26-00030935 Electrical Switchgear Repair Services –Commodity Codes- 28567, 69100, 76027,28500,22014, 57838,89095,19082,92531 (Bids Due on 09/18/2026, Bid Reading on 09/18/2026)
IPLDMN0159301

**PO#1265-0028/ DO# 1240877
CITY OF DALLAS
CONSTRUCTION ADVERTISEMENT
REQUEST FOR BIDS**

Bids are required to be submitted electronically via the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com by 1:00 PM on Fridays. All bids will be publicly read at 2:00 PM on Fridays and can be viewed on the City of Dallas' website at www.dallascityhall.com (see City Meetings). Bid title, department, and date of public reading are listed below and on the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com. Unless otherwise noted in the description below the bid packet may be obtained from https://dallascityhall.bonfirehub.com. Submittals will not be accepted after the due date/time and hard copy submittals are not permissible.
**CIZ-DWU-26 165/166** - "WATER AND WASTEWATER MAIN REPLACEMENTS AT VARIOUS LOCATIONS, Contract No. 26-165/166"

There will be a **Pre-Bid Conference held on Wednesday, September 2, 2026, at 10:00 am at 2121 Main Street, 4th Floor Conference Room, Dallas, Texas 75201.** To receive a calendar invite to the meeting, please email DWUCapitalServices@dallas.gov. A calendar invite will be sent upon receipt of your request.

Plans, Specifications and Bid Proposal Spreadsheet will be available on Euna Procurement (formerly Bonfire) at https://dallascityhall.bonfirehub.com/ on **Friday, August 21, 2026.** Project related questions shall be submitted in Euna Procurement (formerly Bonfire) no later than **1:00 PM on Wednesday, September 16, 2026.**

Project Manager: Brian Mesiti

Question Due Date/Time: September 16, 2026, at 1:00 p.m.
Bid Due Date/Time: September 25, 2026, at 1:00 p.m.
Open/Reading Date/Time: September 25, 2026 at 2:00 p.m.
IPLDMN0159297

Stay legal by posting your notice today!
dallasnews.com/classifieds
publicnotice@dallasnews.com
CLASSIFIED MARKETPLACE