**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CAMP MYSTIC, LLC, *et al.*, | ) | Case No. 26-90621 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |

CAMP MYSTIC, LLC, *et al.*,

Plaintiff,

v. — Adv. Proc. No. 26-3064 (CML)

THOSE PARTIES LISTED ON APPENDIX A and JOHN AND JANE DOES 1–1000,

Defendants.

**STIPULATION AND AGREED SCHEDULING ORDER**
**ON PENDING STAY MOTIONS AND ADVERSARY PROCEEDINGS**

Certain Heaven's 27 Families, individually as movants in the above referenced chapter 11 case and defendants in the above referenced adversary proceedings (the "Certain Heaven's 27 Families" or, the "Families");[2] Camp Mystic, LLC, and its debtor affiliates (collectively, the

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

[2] The Families include: the Baker Family; the Bellows Family; the Bonner Family; the Childress Family; the DeWitt Family; the Dillon Family; the Ferruzzo Family; the Getten Family; the Hanna Family; the Hollis Family; the Hunt Family; the Jacobe Family; the Landry Family; the Lytal Family; the Marsh Family; the McCown Family; the McCrory Family; the Naylor Family; the Peck Family; the Pohl Family; the Sheedy Family; the Stevens Family; the Steward Family; and the Toranzo Family.

"Debtors"); the Official Committee of Unsecured Creditors (the "Committee"), and the Non-Debtor Individual Defendants[3] hereby stipulate and agree as follows:

A. The Certain Heaven's 27 Families, the Debtor, the Committee, and the Non-Debtor Individual Defendants are collectively referred to here as the "Parties" or each individually a "Party."

B. The Debtors commenced these chapter 11 cases on June 24, 2026 (the "Petition Date").

C. On the Petition Date, the automatic stay prevented the continuation of certain claims and causes of action asserted in the following lawsuits (collectively, the "Lawsuits"), which the Debtors have since removed to the United States District Court for the Western District of Texas, Austin Division:

| **Case Style** | **Date Filed** | **State Cause No.** | **Removed Case No.** |
|---|---|---|---|
| *Bellows, et al. v. Camp Mystic, LLC, et al.* | Nov. 10, 2025 | D-1-GN-25-9963, Travis County | 1:26-cv-01916, W.D. Tex. |
| *Getten, et al. v. Natural Fountains Properties, Inc., et al.* | Nov. 10, 2025 | D-1-GN-25-9976, Travis County | 1:26-cv-01919, W.D. Tex. |
| *Naylor, et al. v. Camp Mystic, LLC, et al.* | Nov. 10, 2025 | D-1-GN-25-10016, Travis County | 1:26-cv-01923, W.D. Tex. |
| *Peck, et al. v. Camp Mystic, LLC* | Nov. 10, 2025 | D-1-GN-25-9983, Travis Count | 1:26-cv-01922, W.D. Tex. |
| *Steward, et al. v. Camp Mystic, LLC* | Feb. 4, 2026 | D-1-GN-26-758, Travis County | 1:26-cv-01926, W.D. Tex. |

D. On July 13, 2026, the Families, through the now-disbanded Ad Hoc Group of Certain Heaven's 27 Families ("Ad Hoc Group"), filed their *Motion for Entry of Order Confirming*

[3] The Non-Debtor Individual Defendants are: Willetta "Tweety" Eastland, George Albritton Eastland, as Personal Representative of the Estate of Richard "Dick" Eastland, Edward S. Eastland, Mary E. "Mary Liz" Eastland, and William Neely Bonner III.

*That the Automatic Stay Does Not Apply to Direct Claims against Non-Debtor Individual Defendants* [Docket No. 77] (the "Families' Motion").

E. On July 22, 2026, the United States Trustee appointed the Committee. [Docket No. 94]. The Committee includes twelve (12) members of the now disbanded Ad Hoc Group. Accordingly, the Ad Hoc Group disbanded, and, on August 2, 2026, the Families, in their individual capacities, filed the *Substituted Motion for Entry of Order Confirming That the Automatic Stay Does Not Apply to Direct Claims Against Non-Debtor Individual Defendants* [Docket No. 132] (the "Families' Substituted Motion"). On August 5, 2026, the Non-Debtor Individual Defendants filed an objection to the Families Substituted Motion [Docket No. 147].

F. On August 5, 2026, the Debtors commenced the above referenced Adversary Proceeding by filing a *Complaint for Declaratory and Injunctive Relief (I) Declaring That the Automatic Stay Prohibits Certain Actions Against Non-Debtors, and (II) Preliminarily Enjoining Such Actions* [Adv. Proc. No. 26-3604, Docket No. 1] (the "Complaint").

G. Contemporaneously with the filing of the Complaint, the Debtors filed the *Debtors' Motion for Entry of an Order (A) Declaring That the Automatic Stay Prohibits Certain Actions Against Non-Debtors or (B) Preliminarily Enjoining Such Actions* [Adv. Proc. No. 26-3604, Docket No. 2] (the "Stay Extension Motion").

H. The Parties have agreed to the following schedule in connection with the Families' Substituted Motion, Complaint, Stay Extension Motion and any other motion for relief from the automatic stay filed on or before 11:59 pm CT on August 31, 2026, in the above captioned proceedings (collectively, the "Stay Motions"):

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. The Committee may file a motion to intervene in the Adversary Proceeding pursuant to Federal Rule of Civil Procedure 24. Debtors will not object to the motion to intervene provided that it complies with Rule 24 and the Committee agrees to comply with the Schedule (defined below).

2. The Parties shall work in good faith to submit an agreed form of stipulation and protective order governing discovery in connection with the Stay Motions. In the event the parties cannot reach agreements on the submission of such a protective order, any Party may seek a status conference on shortened notice to resolve any disputes concerning the entry of a protective order.

3. The Parties shall meet and confer in good faith regarding the scope of discovery requests no later than September 4, 2026. The discovery deadlines in the scheduling order do not supplant the limits set forth in Federal Rule of Civil Procedure 26(b).

4. The following dates and deadlines in connection with the Stay Motions (the "Schedule") are hereby approved:

| Deadline | Date |
|---|---|
| Deadline for the Debtors and Non-Debtor Individual Defendants to serve formal requests for discovery from the Families. | September 4, 2026<br>5:00 pm (CT) |
| Virtual Status Conference to address requests for protective orders, if the Parties cannot agree pursuant to Paragraph 2 above | September 8, 2026<br>________ (CT) |
| Deadline for all Parties to serve Objections and Responses to all RFPs | September 14, 2026<br>5:00 pm (CT) |
| Virtual Status Conference to address outstanding discovery disputes | September 23, 2026<br>________ (CT) |
| Deadline for Answers to the Complaint and Objections to the Stay Extension Motion | September 25, 2026<br>5:00 pm (CT) |
| Completion of Debtors' Corporate Representative Deposition(s) | September 28, 2026 |
| Deadline for Debtors' Reply Brief | October 2, 2026,<br>5:00 pm (CT) |

| Deadline | Date |
|---|---|
| Deadline to File Witness and Exhibit Lists | October 6, 2026,<br>12:00 pm (CT) |
| Deadline to Motions for Leave to File Sur-Replies | October 7, 2026<br>5:00 pm (CT) |
| Hearing on Stay Motions | October 9, 2026<br>________ (CT) |

5. The Parties acting together may amend or modify the above Schedule (provided the amendment or modification is acceptable to each of the Parties – email approval being sufficient) without further order by the Court upon filing of written notice of such amendment or modification with the Court. The Parties reserve all rights to seek further relief, including an amendment or modification from the Court. Specifically, the Debtors and Non-Debtor Individual Defendants reserve the right to seek further relief, including an amendment or modification from the Court, in the event that the Committee or Families serve requests for discovery on the Debtors in addition to those requests served prior to the entry of this Agreed Order. Each Party reserves the right to oppose any such request for further relief.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: _________, 2026

_________________________________
Christopher M. López
United States Bankruptcy Judge

**AGREED AS TO FORM:**

*/s/ Martin Sosland*
Martin Sosland (State Bar No. 18855645)
Candice Carson (State Bar No. 24074006)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 5000
Dallas, Texas 75201
Tel: (469) 654-1340
Email: martin.sosland@vkhh.com
candice.carson@vkhh.com

-and-

Jeff P. Prostok (State Bar No. 16352500)
Emily S. Chou (State Bar No. 24006997)
Suzanne K. Rosen (State Bar No. 00798518)
Lynda L. Lankford (State Bar No. 11935020)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Tel: 817-214-4990
Email: jeff.prostok@vkhh.com
emily.chou@vkhh.com
suki.rosen@vkhh.com
lynda.lankford@vkhh.com

ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION

*/s/ Christopher DiPompeo*
Christopher DiPompeo (*admitted pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
1875 K Street, N.W.
Washington, DC
Telephone: (202) 303-1016
Facsimile: (202) 303-2000
Email: cdipompeo@willkie.com

-and-

Jennifer J. Hardy (Texas Bar No. 24096068)
**WILLKIE FARR & GALLAGHER LLP**
600 Travis Street
Houston, Texas 77002
Telephone: 713-510-1700
Facsimile: 713-510-1799
Email: jhardy2@willkie.com

-and-

Brett H. Miller (*admitted pro hac vice*)
Hon. Shelley C. Chapman (Ret.) (*admitted pro hac vice*)
James H. Burbage (*admitted pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: 212-728-8000
Facsimile: 212-728-8111
Email: bmiller@willkie.com
schapman@willkie.com
jburbage@willkie.com

PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

*/s/ Aaron M Kaufman*
Jason S. Brookner (Texas Bar No. 24033684)
Lydia R. Webb (Texas Bar No. 24083758)
Aaron M. Kaufman (Texas Bar No. 24060067)
**GRAY REED**
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile:(713) 986-7100
Email: jbrookner@grayreed.com
lwebb@grayreed.com
akaufman@grayreed.com

ATTORNEYS FOR CERTAIN HEAVEN'S 27 FAMILIES

*/s/ John Kane*
John J. Kane (TX Bar No. 24066794)
JaKayla J. DaBera (TX Bar No. 24129114)
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main Street, Suite 5200
Dallas, TX 75202
Telephone: (214) 777-4200
Email: jkane@krcl.com
jdabera@krcl.com

and

Emily Meraia (TX Bar No. 24129307)
5151 San Felipe Street, Suite 800
Houston, TX 77056
Telephone: (713) 425-7400
Email: emeraia@krcl.com

ATTORNEYS FOR THE INDIVIDUAL DEFENDANTS