UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 26-90621 |
| Debtor | | In Re: | Camp Mystic, LLC, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sara L. Brauner<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-6745<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: sbrauner@akingump.com<br>New York (4882262) |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Lacy M. Lawrence and John B. Lawrence |

Has applicant been sanctioned by any bar association or court? Yes ______ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 9/8/2026 | Signed: /s/ Sara L. Brauner |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature: |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: ________________________

________________________________
United States Bankruptcy Judge