**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>CAMP MYSTIC, LLC, *et al.*,<br><br>*Debtors*.[1] | Chapter 11<br><br>Case No. 26-90621 (CML)<br><br>(Jointly Administered) |

**JOINDER OF LACY M. LAWRENCE AND JOHN B. LAWRENCE TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER APPOINTING A CHAPTER 11 TRUSTEE**

Lacy M. Lawrence and John B. Lawrence (the "Lawrences"), by and through their undersigned counsel, hereby submit this joinder (the "Joinder") to *The Official Committee of Unsecured Creditors' Motion for an Order Appointing a Chapter 11 Trustee* [Docket No. 227] (the "Motion").[2] In support of this Joinder, the Lawrences respectfully state as follows.

1. These Chapter 11 Cases arose out of the tragic and entirely preventable loss of twenty-eight (28) lives at Camp Mystic on July 4, 2025, including the lives of twenty-five (25) campers and two (2) counselors, whose wellbeing was entrusted to the care of the owners and operators of Camp Mystic, and Camp Mystic's director and co-owner, Richard "Dick" Eastland (the "Tragedy"). Shockingly, in the more than two months that these cases have been pending, the Debtors have done little more than try to protect the interests of insiders and demonstrate, repeatedly, that the Debtors are hopelessly conflicted and unable to take these cases forward.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. Indeed, as set forth in the Motion, the Debtors have neither proposed a plan to resolve the Chapter 11 Cases, nor advanced any strategy whatsoever that would maximize the value of the Debtors' estate for the benefit of their creditors, including, predominantly, the families of the victims of the Tragedy. This lack of progress is rooted in the simple fact that the Debtors never had—and still do not have—any such strategy; nor can one be developed while the Debtors and the Eastland Directors remain at the helm. As evidence of this reality, the Court need look no further than what has, instead, consumed the Debtors' time and effort over the last more than two months: namely, protecting insiders from prepetition suits and other claims, including by seeking an extension of the automatic stay for their benefit. These efforts simply should not be countenanced by this Court, particularly in light of the circumstances of these unique cases.

3. In view of the foregoing, and for the reasons set forth in the Motion, the Lawrences respectfully request that the Court grant the relief sought by the Committee and appoint a chapter 11 trustee to move these cases towards resolution for the benefit of the families, who so desperately deserve it.

4. This Joinder is submitted without prejudice to, and with a full and express reservation of, the Lawrences' rights with respect to the Motion and the subject matter thereof, including, without limitation, the right to supplement the Joinder; to present evidence, examine and cross-examine witnesses, and offer or object to exhibits at any hearing on the Motion; and to file any supplemental or post-hearing submissions as permitted by the Court. Nothing contained herein shall constitute a waiver of any right or remedy of the Lawrences, each of which is expressly reserved.

Dated: September 8, 2026

Respectfully Submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Marty L. Brimmage, Jr.*

Marty L. Brimmage, Jr. (State Bar No. 00793386; S.D. Tex. 30464)
Roxanne Tizravesh (State Bar No. 24091141; S.D. Tex. 2618739)
1111 Louisiana Street, Suite 44
Houston, TX 77002
Telephone: (713) 220-5800
Email: mbrimmage@akingump.com
Email: rtizravesh@akingump.com

-and-

Ira S. Dizengoff (admitted *pro hac vice*)
Sara L. Brauner (*pro hac vice* pending)
One Bryant Park
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: sbrauner@akingump.com

*Counsel to Lacy M. Lawrence and John B. Lawrence*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 8, 2026, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

/s/ *Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.