**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CAMP MYSTIC, LLC, et al., | ) | Case No. 26-90621 (CML) |
| Debtors. | ) | (Jointly Administered) |

**VERIFIED STATEMENT FOR CAMP FAMILY CREDITORS**

Now comes Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC ("BDBCB"), through undersigned counsel, and pursuant to provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), files this Verified Statement in connection with the Camp Family Creditors. BDBCB respectfully represents as follows:

1. In accordance with Bankruptcy Rule 2019, Exhibit "A" includes a list of the names, addresses, and claim amounts as of June 24, 2026, of all of the members of the Camp Family Creditors' group. The information set forth herein is based upon information provided to Counsel by the members of the creditor group and is intended only to comply with Bankruptcy Rule 2019.

2. The Camp Family Creditors consented to BDBCB acting as its counsel following the filing of the Debtors' June 24, 2026, bankruptcy petitions.

3. Each of the Camp Family Creditor is scheduled as the holder of a priority unsecured claim characterized as a "Tuition/Deposit Claim" in the Camp Mystic, LLC bankruptcy case. In

addition, certain of the Camp Family Creditors have filed proofs of claim in the Camp Mystic, LLC., bankruptcy case.

4. Nothing contained in this Verified Statement should be construed as a limitation upon, or waiver of, any rights of any of the Camp Family Creditors, or an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of the Camp Family Creditors to assert, file, and/or amend any claim or proof of claim in accordance with applicable law and any orders entered in these cases.

5. The Camp Family Creditors, through their undersigned counsel, reserve the right to amend or supplement this Statement in accordance with the requirements of Rule 2019 at any time.

The Undersigned Counsel verifies under penalty of perjury that the foregoing statements are true and correct.

Dated: October 13, 2026

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

By: */s/ Susan C. Mathews*
Susan C. Mathews
Texas Bar No. 05060650
1301 McKinney St., Suite 3700
Houston, TX 77010
(713) 650-9700
(713) 650-9701 – Facsimile
smathews@bakerdonelson.com

**VERIFIED STATEMENT FOR CAMP FAMILY CREDITORS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2026, a true and correct copy of the foregoing was served upon all parties electing to receive notice via the Court's electronic transmission facilities in this case.

*/s/ Susan Mathews*

Susan Mathews

**EXHIBIT A**

| CREDITORS * | AMOUNT OF CLAIM | DATE ACQUIRED |
|---|---|---|
| Katie Dalrymple | $400.00 | Prior to July 2025 |
| Jesse Farrell | $3,684.00 | Prior to July 2025 |
| David Montgomery | $400.00 | Prior to July 2025 |
| Clinton Holmes | $400.00 | Prior to July 2025 |
| Kathleen Zinn | $400.00 | Prior to July 2025 |
| Margaret Solomon | $300.00 | Prior to July 2025 |
| Beverly Leysna | $400.00 | Prior to July 2025 |
| Aimee Hale | $400.00 | Prior to July 2025 |
| Elizabeth Parker | $700.00 | Prior to July 2025 |
| Doug Wright | $400.00 | Prior to July 2025 |
| Susan Brooks | $305.00 | Prior to July 2025 |
| Lindsey Roberson | $400.00 | Prior to July 2025 |
| Tara Bradburn | $8,375.00 | Prior to July 2025 |

*Susan Mathews
c/o Baker Donelson, Bearman, Caldwell,
& Berkowitz, P.C.
1301 Mckinney St.
Ste. 3700
Houston, Texas 77010