**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAMP MYSTIC, LLC,[1] | Case No. 26-90621 (CML) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ORAL RULING**

**PLEASE TAKE NOTICE** that an oral ruling on the following matters has been scheduled for **Wednesday, October 21st, 2026, at 2:30 p.m. (prevailing Central Time)** (the "**Ruling**") before the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the Southern District of Texas:

1. *Debtors' Motion for Entry of an Order (I) Authorizing the Appointment of an Independent Director and an Independent Manager, (II) Establishing Special Committees, (III) Approving Governance Amendments, and (IV) Granting Related Relief* [ECF No. 205]; and

2. *The Official Committee of Unsecured Creditors' Motion for an Order Appointing a Chapter 11 Trustee* [ECF 227]; and

3. *The United States Trustee's Expedited Motion for Appointment of Chapter 11 Trustee or, in the Alternative Motion to Convert to Chapter 7* [ECF 304].

The Ruling will be ***virtual only***. The Court will use both audio and video communication. If you want to see the documents as presented to the Court and hear the proceeding, you should be (i) dialed in through the audio system and (ii) logged into the Court's video via GoTo platform.

Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility by Dial-in Telephone No: 832-917-1510 and entering the Conference Code

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

590153. Video Participation will be by use of the GoToMeeting Platform. Connect via GoToMeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Candice Carson*
Martin Sosland (State Bar No. 18855645)
Candice Carson (State Bar No. 24074006)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 5000
Dallas, Texas 75201
Tel: (469) 654-1340
Email: martin.sosland@vkhh.com
candice.carson@vkhh.com

-and-

Jeff P. Prostok (State Bar No. 16352500)
Emily S. Chou (State Bar No. 24006997)
Suzanne K. Rosen (State Bar No. 00798518)
Lynda L. Lankford (State Bar No. 11935020)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Tel: 817-214-4990
Email: jeff.prostok@vkhh.com
emily.chou@vkhh.com
suki.rosen@vkhh.com
lynda.lankford@vkhh.com

ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION