United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 26-90621 |
| CAMP MYSTIC, LLC, *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

**ORDER ON MOTIONS TO APPOINT A CHAPTER 11 TRUSTEE**
**(RE: ECF Nos. 227, 230, 232, 304)**

The Court considered the motion of the Official Committee of Unsecured Creditors to appoint a chapter 11 trustee and the related joinders; the motion of the United States Trustee to appoint a chapter 11 trustee or, alternatively, to convert these cases to chapter 7; the objections and responses; and the evidence and arguments presented at the October 9 and 13, 2026 hearings. For the reasons stated on the record on October 21, 2026, it is ORDERED that:

1. The motions are denied without prejudice as to Mystic Camps Family Partnership, Ltd. and Mystic Camps Management, LLC.

2. The motions are held in abeyance as to Camp Mystic, LLC and Natural Fountains Properties, Inc. pending further order of the Court.

3. The United States Trustee's alternative request to convert these cases to chapter 7 is reserved.

4. By October 28, 2026, the Debtors may file:

a. resolutions of each holder of a governance right in Camp Mystic, LLC, Natural Fountains Properties, Inc., Mystic Camps Family Partnership, Ltd., and Mystic Camps Management, LLC implementing the requirements stated on the record;

b. a proposed form of order consented to by each holder of a governance right identified in subparagraph (a);

c. the written consent of each independent fiduciary to serve on the terms stated on the record;

d. the proposed compensation, if any, of each independent fiduciary and the proposed terms and cost of directors' and officers' liability insurance for the independent fiduciaries;

e. a notice identifying any proposed independent fiduciary who will not serve on those terms; and

f. if a proposed independent fiduciary will not serve, the Debtors shall consult with the Committee on a replacement and file: (a) the name of the proposed replacement; (b) a declaration of the proposed replacement disclosing all connections with the Debtors, the Eastland Parties (as defined in the Court's ruling on the record), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, and any person employed in the office of the United States Trustee; (c) the proposed replacement's written consent to serve on the terms stated on the record; and (d) resolutions and a proposed form of order reflecting the replacement as stated above.

5. Any response to a filing under paragraph 4 shall be filed by November 2, 2026, at 3:00 p.m. (prevailing Central Time).

6. The Court will hold a hearing on the Debtors' submissions on November 3, 2026, at 9 a.m. (prevailing Central Time).

7. If the Debtors do not timely file the submissions described in paragraph 4, or if after a hearing under paragraph 6, the Court finds that the submissions are not satisfactory, the Court will direct the United States Trustee to appoint a chapter 11 trustee for each of Camp Mystic, LLC and Natural Fountains Properties, Inc. under 11 U.S.C. § 1104(d).

8. Nothing in this Order limits the right of any individual to his or her own counsel, privileges, and defenses.

9. The Court retains jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Signed on October 21, 2026

Christopher Lopez
United States Bankruptcy Judge