**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Camp Mystic, LLC and Natural Fountains Properties, Inc.<br>Debtor | Case No.: 26−90621<br>Chapter: 11 |

# NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E-Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at https://www.txs.uscourts.gov/.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at https://www.txs.uscourts.gov/ or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 26-90621-cml
Camp Mystic, LLC Chapter 11
Natural Fountains Properties, Inc.
Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 9
Date Rcvd: Oct 27, 2026 Form ID: ntctran Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Camp Mystic, LLC, 2689 Highway 39, Hunt, TX 78024-3412 |
| db | | Mystic Camps Family Partnership, Ltd., 2689 Highway 39, Hunt, TX 78024-3412 |
| db | | Mystic Camps Management, LLC, 2689 Highway 39, Hunt, TX 78024-3412 |
| db | | Natural Fountains Properties, Inc., 2689 Highway 39, Hunt, TX 78024-3412 |
| intp | + | Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Camp Family Creditors, 1301 Mckinney, STE 3700, Houston, TX 77010-3034 |
| cr | + | Kerr County, Attn: Diane Wade Sanders, PO Box 17428, Austin, TX 78760-7428 |
| cr | + | The Ad Hoc Group of Certain Heaven's 27 Families, Attn: Bradley E. Beckworth, 8701 Bee Cave Rd., Bldg. 1, Suite 500, Austin, TX 78746-4940 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| op | ^ | MEBN | Oct 27 2026 23:40:51 | EPIQ CORPORATE RESTRUCTURING, 777 3RD AVE FL 12, NEW YORK, NY 10017-1302 |
| intp | + | Email/Text: mbrimmage@akingump.com | Oct 27 2026 23:46:00 | Lacy M. Lawrence and John B. Lawrence, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Vartabedian Katz Hester & Haynes LLP |
| cr | | Aimee Hale |
| intp | | Andrea Ferruzzo |
| intp | | Ben Landry |
| cr | | Beverly Lesyna |
| intp | | Blake Bonner |
| intp | | Caitlin Bonner |
| cr | | Certain Heaven's 27 Families |
| cr | | Clinton Holmes |
| cr | | David Montgomery |
| cr | | Doug Wright |
| intp | | Edward S. Eastland |
| intp | | Elizabeth DeWitt |
| cr | | Elizabeth Parker |
| intp | | George Albritton Eastland |
| intp | | Granite State Insurance Company |

| | |
|---|---|
| cr | Jesse Farrell |
| intp | John Ferruzzo |
| cr | Kathleen Zinn |
| cr | Katie Dalrymple |
| intp | Lindsey McCrory |
| cr | Lindsey Roberson |
| cr | Margaret Solomon |
| intp | Mary E. Eastland |
| intp | Matthew Childress |
| intp | Natalie Landry |
| md | National Union Fire Insurance Company of Pittsburg |
| intp | Patricia Bellows |
| intp | Registered Agents, Inc. |
| intp | Richard G. Eastland, Jr. |
| intp | Ryan DeWitt |
| cr | Susan Brooks |
| cr | Tara Bradburn |
| cr | The Camp Family Creditors |
| crcm | The Official Committee of Unsecured Creditors |
| intp | Warren Bellows |
| intp | Wendie Childress |
| intp | Willetta Eastland |
| intp | William Neely Bonner, III |

TOTAL: 39 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Michael Kaufman | on behalf of Defendant Certain Heaven's 27 Families akaufman@grayreed.com ceary@grayreed.com |
| Aaron Michael Kaufman | on behalf of Creditor Certain Heaven's 27 Families akaufman@grayreed.com ceary@grayreed.com |
| Avi Moshenberg | on behalf of Creditor Committee The Official Committee of Unsecured Creditors avi.moshenberg@lmbusinesslaw.com avi.moshenberg@lmbusinesslaw.com |
| Bradley E. Beckworth | on behalf of Creditor The Ad Hoc Group of Certain Heaven's 27 Families bbeckworth@nixlaw.com |
| Candice Marie Carson | on behalf of Debtor Camp Mystic LLC candice.carson@vkhh.com, Candice.Carson@ecf.courtdrive.com;kristina.hartogh@vkhh.com;courtmail@vkhh.com |
| Candice Marie Carson | on behalf of Debtor Mystic Camps Family Partnership Ltd. candice.carson@vkhh.com, Candice.Carson@ecf.courtdrive.com;kristina.hartogh@vkhh.com;courtmail@vkhh.com |

Candice Marie Carson
on behalf of Debtor Mystic Camps Management LLC candice.carson@vkhh.com, Candice.Carson@ecf.courtdrive.com;kristina.hartogh@vkhh.com;courtmail@vkhh.com

Candice Marie Carson
on behalf of Debtor Natural Fountains Properties Inc. candice.carson@vkhh.com, Candice.Carson@ecf.courtdrive.com;kristina.hartogh@vkhh.com;courtmail@vkhh.com

Christopher DiPompeo
on behalf of Creditor Committee The Official Committee of Unsecured Creditors cdipompeo@willkie.com maodc1@willkie.com

Christopher W Martin
on behalf of Mediator National Union Fire Insurance Company of Pittsburgh Pa. martin@mdjwlaw.com, letyc@mdjwlaw.com

Christopher W Martin
on behalf of Interested Party Granite State Insurance Company martin@mdjwlaw.com letyc@mdjwlaw.com

Deirdre Carey Brown
on behalf of Debtor Mystic Camps Family Partnership Ltd. deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com;courtmail@vkhh.com

Deirdre Carey Brown
on behalf of Plaintiff Mystic Camps Family Partnership Ltd. deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com;courtmail@vkhh.com

Deirdre Carey Brown
on behalf of Interested Party Richard G. Eastland Jr. deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com;courtmail@vkhh.com

Deirdre Carey Brown
on behalf of Creditor Committee The Official Committee of Unsecured Creditors deirdre.brown@vkhh.com dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com;courtmail@vkhh.com

Deirdre Carey Brown
on behalf of Interested Party Willetta Eastland deirdre.brown@vkhh.com dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com;courtmail@vkhh.com

Deirdre Carey Brown
on behalf of Creditor Certain Heaven's 27 Families deirdre.brown@vkhh.com dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com;courtmail@vkhh.com

Deirdre Carey Brown
on behalf of Debtor Mystic Camps Management LLC deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com;courtmail@vkhh.com

Deirdre Carey Brown
on behalf of Debtor Natural Fountains Properties Inc. deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com;courtmail@vkhh.com

Deirdre Carey Brown
on behalf of Interested Party Lacy M. Lawrence and John B. Lawrence deirdre.brown@vkhh.com dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com;courtmail@vkhh.com

Deirdre Carey Brown
on behalf of Interested Party George Albritton Eastland deirdre.brown@vkhh.com dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com;courtmail@vkhh.com

Deirdre Carey Brown
on behalf of Plaintiff Camp Mystic LLC deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com;courtmail@vkhh.com

Deirdre Carey Brown
on behalf of Interested Party Mary E. Eastland deirdre.brown@vkhh.com dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com;courtmail@vkhh.com

Deirdre Carey Brown
on behalf of Plaintiff Natural Fountains Properties Inc. deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com;courtmail@vkhh.com

Deirdre Carey Brown

on behalf of Interested Party Edward S. Eastland deirdre.brown@vkhh.com dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com;courtmail@vkhh.com

Deirdre Carey Brown
on behalf of Plaintiff Mystic Camps Management LLC deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com;courtmail@vkhh.com

Deirdre Carey Brown
on behalf of Debtor Camp Mystic LLC deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com;courtmail@vkhh.com

Diane Wade Sanders
on behalf of Creditor Kerr County austin.bankruptcy@publicans.com

Emily Meraia
on behalf of Interested Party Edward S. Eastland emeraia@krcl.com

Emily Meraia
on behalf of Interested Party Mary E. Eastland emeraia@krcl.com

Emily Meraia
on behalf of Interested Party George Albritton Eastland emeraia@krcl.com

Emily Meraia
on behalf of Interested Party Willetta Eastland emeraia@krcl.com

Emily Meraia
on behalf of Interested Party William Neely Bonner III emeraia@krcl.com

Emily S Chou
on behalf of Debtor Camp Mystic LLC emily.chou@vkhh.com, echou@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;courtmail@vkhh.com

Ha Minh Nguyen
on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Jamie Penton Cooper
on behalf of Mediator National Union Fire Insurance Company of Pittsburgh Pa. cooper@mdjwlaw.com, laurav@mdjwlaw.com

Jamie Penton Cooper
on behalf of Interested Party Granite State Insurance Company cooper@mdjwlaw.com laurav@mdjwlaw.com

Jana Smith Whitworth
on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

Jason S Brookner
on behalf of Creditor Certain Heaven's 27 Families jbrookner@grayreed.com lwebb@grayreed.com

Jason S Brookner
on behalf of Creditor The Ad Hoc Group of Certain Heaven's 27 Families jbrookner@grayreed.com lwebb@grayreed.com

Jason S Brookner
on behalf of Defendant Certain Heaven's 27 Families jbrookner@grayreed.com lwebb@grayreed.com

Jayson B. Ruff
on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jeffrey Gresham Tinkham
on behalf of Mediator National Union Fire Insurance Company of Pittsburgh Pa. tinkham@mdjwlaw.com, paulaj@mdjwlaw.com

Jeffrey Gresham Tinkham
on behalf of Interested Party Granite State Insurance Company tinkham@mdjwlaw.com paulaj@mdjwlaw.com

Jeffrey Philipp Prostok
on behalf of Plaintiff Camp Mystic LLC jeff.prostok@vkhh.com, jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;courtmail@vkhh.com

Jeffrey Philipp Prostok
on behalf of Debtor Camp Mystic LLC jeff.prostok@vkhh.com, jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;courtmail@vkhh.com

Jennifer Jaye Hardy
on behalf of Creditor Committee The Official Committee of Unsecured Creditors jhardy2@willkie.com mao@willkie.com

John J. Kane
on behalf of Interested Party Willetta Eastland jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane
on behalf of Interested Party Mary E. Eastland jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane
on behalf of Interested Party George Albritton Eastland jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane
on behalf of Interested Party Edward S. Eastland jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane
on behalf of Interested Party William Neely Bonner III jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane
on behalf of Interested Party Richard G. Eastland Jr. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

Justin Tschoepe
on behalf of Interested Party Ryan DeWitt jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Ben Landry jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Caitlin Bonner jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party John Ferruzzo jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Lindsey McCrory jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Andrea Ferruzzo jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Matthew Childress jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Patricia Bellows jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Wendie Childress jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Elizabeth DeWitt jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Warren Bellows jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Blake Bonner jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Natalie Landry jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Lydia R Webb
on behalf of Defendant Ryan and Elizabeth DeWitt individually and as Representatives of the Estate of MD lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Samantha Jordan lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Callie McCown lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Kristin Pohl lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb

on behalf of Defendant Andrew Sheedy individually and on behalf of the Estate of MS lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant J. Wade and Malorie Lytal individually and as Representatives and Heirs of the Estate of KL lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Warren and Patricia Bellows individually and as Representatives of the Estate of AB lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Davin and Anne Lindsey Hunt individually and as Representatives and Heirs of the Estate of JH lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Stacy Stevens lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Katie Baker lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Jorge Toranzo individually and on behalf of the Estate of GT lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Matthew and Wendie Childress individually and as Representatives of the Estate of CC lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Douglas Getten individually and on behalf of the Estate of EG lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Creditor Certain Heaven's 27 Families lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Clarke Baker lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Michael McCown individually and on behalf of the Estate of LM lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Cole and Allison Naylor individually and as Representatives and Heirs of the Estate of VN lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Brandt and Lisa Dillon individually and as Representatives and Heirs of the Estate of LD lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Ellen Sheedy lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Will Steward individually and as Representative and Heir of the Estate of CS lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Catherine CiCi Steward individually and as Representative and Heir of the Estate of CS lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Timothy Peck individually and on behalf of the Estate of EP lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant John and Andrea Ferruzzo individually and as Representatives of the Estate of KF lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant W. Douglas and Carrie Hanna individually and as Representatives and Heirs of the Estate of HH lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Johnny Stevens individually and on behalf of the Estate of MS lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Melissa Peck individually and on behalf of the Estate of EP lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb

on behalf of Defendant Patrick Marsh lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb

on behalf of Defendant Jennifer Getten lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb

on behalf of Defendant Blake and Caitlin Bonner individually and as Representatives of the Estate of LB lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb

on behalf of Defendant Ellen Toranzo lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb

on behalf of Defendant Lars and Lacey Hollis individually as Representatives and Heirs of the Estate of VH lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb

on behalf of Defendant Christopher Jacobe individually and as Personal Representative of the Estate of MJ lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb

on behalf of Creditor The Ad Hoc Group of Certain Heaven's 27 Families lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb

on behalf of Defendant Jill Marsh lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb

on behalf of Defendant Lindsey McCrory individually and as Representative of the Estate of BM lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb

on behalf of Defendant Matthew Pohl individually and on behalf of the Estate of AP lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb

on behalf of Defendant Ben and Natalie Landry individually and as Representatives of the Estate of LL lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb

on behalf of Defendant Certain Heaven's 27 Families lwebb@grayreed.com vsalazar@grayreed.com

Lynda Lee Lankford

on behalf of Debtor Camp Mystic LLC lynda.lankford@vkhh.com, llankford@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;courtmail@vkhh.com

Martin A Sosland

on behalf of Plaintiff Natural Fountains Properties Inc. martin.sosland@vkhh.com, kristina.hartogh@vkhh.com;martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com;courtmail@vkhh.com

Martin A Sosland

on behalf of Debtor Mystic Camps Family Partnership Ltd. martin.sosland@vkhh.com, kristina.hartogh@vkhh.com;martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com;courtmail@vkhh.com

Martin A Sosland

on behalf of Debtor Camp Mystic LLC martin.sosland@vkhh.com, kristina.hartogh@vkhh.com;martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com;courtmail@vkhh.com

Martin A Sosland

on behalf of Plaintiff Camp Mystic LLC martin.sosland@vkhh.com, kristina.hartogh@vkhh.com;martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com;courtmail@vkhh.com

Martin A Sosland

on behalf of Debtor Mystic Camps Management LLC martin.sosland@vkhh.com, kristina.hartogh@vkhh.com;martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com;courtmail@vkhh.com

Martin A Sosland

on behalf of Debtor Natural Fountains Properties Inc. martin.sosland@vkhh.com, kristina.hartogh@vkhh.com;martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com;courtmail@vkhh.com

Martin A Sosland

on behalf of Plaintiff Mystic Camps Family Partnership Ltd. martin.sosland@vkhh.com, kristina.hartogh@vkhh.com;martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com;courtmail@vkhh.com

Martin A Sosland

on behalf of Plaintiff Mystic Camps Management LLC martin.sosland@vkhh.com,

kristina.hartogh@vkhh.com;martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com;courtmail@vkhh.com

Marty L Brimmage
on behalf of Interested Party Lacy M. Lawrence and John B. Lawrence mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;txdocketing@akingump.com

Mary Taylor Stanberry
on behalf of Debtor Camp Mystic LLC mary.stanberry@vkhh.com, bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;mary.stanberry@ecf.courtdrive.com;kristina.hartogh@vkhh.com;courtmail@vkhh.com

Nicholas Lawson
on behalf of Creditor Committee The Official Committee of Unsecured Creditors nick.lawson@lmbusinesslaw.com kate.taylor@lmbusinesslaw.com

R Paul Yetter
on behalf of Interested Party John Ferruzzo pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com

R Paul Yetter
on behalf of Interested Party Elizabeth DeWitt pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com

R Paul Yetter
on behalf of Interested Party Matthew Childress pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com

R Paul Yetter
on behalf of Interested Party Ryan DeWitt pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com

R Paul Yetter
on behalf of Interested Party Ben Landry pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com

R Paul Yetter
on behalf of Interested Party Wendie Childress pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com

R Paul Yetter
on behalf of Interested Party Natalie Landry pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com

R Paul Yetter
on behalf of Interested Party Caitlin Bonner pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com

R Paul Yetter
on behalf of Interested Party Patricia Bellows pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com

R Paul Yetter
on behalf of Interested Party Blake Bonner pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com

R Paul Yetter
on behalf of Interested Party Andrea Ferruzzo pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com

R Paul Yetter
on behalf of Interested Party Warren Bellows pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com

R Paul Yetter
on behalf of Interested Party Lindsey McCrory pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com

Susan C Mathews
on behalf of Creditor Kathleen Zinn smathews@bakerdonelson.com jramos@bakerdonelson.com

Susan C Mathews
on behalf of Creditor Jesse Farrell smathews@bakerdonelson.com jramos@bakerdonelson.com

Susan C Mathews
on behalf of Creditor David Montgomery smathews@bakerdonelson.com jramos@bakerdonelson.com

Susan C Mathews
on behalf of Creditor Clinton Holmes smathews@bakerdonelson.com jramos@bakerdonelson.com

Susan C Mathews
on behalf of Creditor Tara Bradburn smathews@bakerdonelson.com jramos@bakerdonelson.com

| | |
|---|---|
| Susan C Mathews | on behalf of Creditor Doug Wright smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Elizabeth Parker smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Aimee Hale smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Beverly Lesyna smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Susan Brooks smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Katie Dalrymple smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Lindsey Roberson smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Camp Family Creditors smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Margaret Solomon smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor The Camp Family Creditors smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Suzanne K. Rosen | on behalf of Debtor Camp Mystic LLC suki.rosen@vkhh.com, srosen@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;courtmail@vkhh.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 146