United States Bankruptcy Court
Southern District of Texas
ENTERED
October 21, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 26-90621 |
| CAMP MYSTIC, LLC, *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

**ORDER ON MOTIONS TO APPOINT A CHAPTER 11 TRUSTEE
(RE: ECF Nos. 227, 230, 232, 304)**

The Court considered the motion of the Official Committee of Unsecured Creditors to appoint a chapter 11 trustee and the related joinders; the motion of the United States Trustee to appoint a chapter 11 trustee or, alternatively, to convert these cases to chapter 7; the objections and responses; and the evidence and arguments presented at the October 9 and 13, 2026 hearings. For the reasons stated on the record on October 21, 2026, it is ORDERED that:

1. The motions are denied without prejudice as to Mystic Camps Family Partnership, Ltd. and Mystic Camps Management, LLC.

2. The motions are held in abeyance as to Camp Mystic, LLC and Natural Fountains Properties, Inc. pending further order of the Court.

3. The United States Trustee's alternative request to convert these cases to chapter 7 is reserved.

4. By October 28, 2026, the Debtors may file:

a. resolutions of each holder of a governance right in Camp Mystic, LLC, Natural Fountains Properties, Inc., Mystic Camps Family Partnership, Ltd., and Mystic Camps Management, LLC implementing the requirements stated on the record;

b. a proposed form of order consented to by each holder of a governance right identified in subparagraph (a);

c. the written consent of each independent fiduciary to serve on the terms stated on the record;

d. the proposed compensation, if any, of each independent fiduciary and the proposed terms and cost of directors' and officers' liability insurance for the independent fiduciaries;

e. a notice identifying any proposed independent fiduciary who will not serve on those terms; and

f. if a proposed independent fiduciary will not serve, the Debtors shall consult with the Committee on a replacement and file: (a) the name of the proposed replacement; (b) a declaration of the proposed replacement disclosing all connections with the Debtors, the Eastland Parties (as defined in the Court's ruling on the record), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, and any person employed in the office of the United States Trustee; (c) the proposed replacement's written consent to serve on the terms stated on the record; and (d) resolutions and a proposed form of order reflecting the replacement as stated above.

5. Any response to a filing under paragraph 4 shall be filed by November 2, 2026, at 3:00 p.m. (prevailing Central Time).

6. The Court will hold a hearing on the Debtors' submissions on November 3, 2026, at 9 a.m. (prevailing Central Time).

7. If the Debtors do not timely file the submissions described in paragraph 4, or if after a hearing under paragraph 6, the Court finds that the submissions are not satisfactory, the Court will direct the United States Trustee to appoint a chapter 11 trustee for each of Camp Mystic, LLC and Natural Fountains Properties, Inc. under 11 U.S.C. § 1104(d).

8. Nothing in this Order limits the right of any individual to his or her own counsel, privileges, and defenses.

9. The Court retains jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Signed on October 21, 2026

Christopher M. Lopez

Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 26-90621-cml
Camp Mystic, LLC Chapter 11
Natural Fountains Properties, Inc.
Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 9
Date Rcvd: Oct 31, 2026 Form ID: pdf001 Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Camp Mystic, LLC, 2689 Highway 39, Hunt, TX 78024-3412 |
| db | | Mystic Camps Family Partnership, Ltd., 2689 Highway 39, Hunt, TX 78024-3412 |
| db | | Mystic Camps Management, LLC, 2689 Highway 39, Hunt, TX 78024-3412 |
| db | | Natural Fountains Properties, Inc., 2689 Highway 39, Hunt, TX 78024-3412 |
| intp | + | Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Camp Family Creditors, 1301 Mckinney, STE 3700, Houston, TX 77010-3034 |
| cr | + | Kerr County, Attn: Diane Wade Sanders, PO Box 17428, Austin, TX 78760-7428 |
| cr | + | The Ad Hoc Group of Certain Heaven's 27 Families, Attn: Bradley E. Beckworth, 8701 Bee Cave Rd., Bldg. 1, Suite 500, Austin, TX 78746-4940 |
| 13454455 | + | Christine Laas Holmes, c/o Laura Gibson, Dentons US, LLP, 1300 Post Oak Blvd., Suite 650, Houston, TX 77056-3082 |
| 13425416 | + | Craig or Katrina Svandrlik, 16406 Golden Top Drive, Austin, TX 78738-4138 |
| 13452709 | + | James Foley, 510 Bering Drive, Suite 430, Houston, Texas 77057-1469 |
| 13513897 | + | Stephanie Kelley, 5804 Buckpasser Cove, Austin, TX 78746-1450 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| op | ^ | MEBN | Oct 31 2026 17:22:44 | EPIQ CORPORATE RESTRUCTURING, 777 3RD AVE FL 12, NEW YORK, NY 10017-1302 |
| intp | + | Email/Text: mbrimmage@akingump.com | Oct 31 2026 17:37:00 | Lacy M. Lawrence and John B. Lawrence, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| 13461731 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2026 17:37:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13384707 | + | Email/Text: Austin.Bankruptcy@lgbs.com | Oct 31 2026 17:37:00 | Kerr County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 13435312 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Oct 31 2026 17:36:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Vartabedian Katz Hester & Haynes LLP |
| cr | | Aimee Hale |
| intp | | Andrea Ferruzzo |
| intp | | Ben Landry |

| | |
|---|---|
| cr | Beverly Lesyna |
| intp | Blake Bonner |
| intp | Caitlin Bonner |
| cr | Certain Heaven's 27 Families |
| cr | Clinton Holmes |
| cr | David Montgomery |
| cr | Doug Wright |
| intp | Edward S. Eastland |
| intp | Elizabeth DeWitt |
| cr | Elizabeth Parker |
| intp | George Albritton Eastland |
| intp | Granite State Insurance Company |
| cr | Jesse Farrell |
| intp | John Ferruzzo |
| cr | Kathleen Zinn |
| cr | Katie Dalrymple |
| intp | Lindsey McCrory |
| cr | Lindsey Roberson |
| cr | Margaret Solomon |
| intp | Mary E. Eastland |
| intp | Matthew Childress |
| intp | Natalie Landry |
| md | National Union Fire Insurance Company of Pittsburg |
| intp | Patricia Bellows |
| intp | Registered Agents, Inc. |
| intp | Richard G. Eastland, Jr. |
| intp | Ryan DeWitt |
| cr | Susan Brooks |
| cr | Tara Bradburn |
| cr | The Camp Family Creditors |
| crcm | The Official Committee of Unsecured Creditors |
| intp | Warren Bellows |
| intp | Wendie Childress |
| intp | Willetta Eastland |
| intp | William Neely Bonner, III |

TOTAL: 39 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Michael Kaufman | on behalf of Creditor Certain Heaven's 27 Families akaufman@grayreed.com ceary@grayreed.com |
| Aaron Michael Kaufman | |

| | |
|---|---|
| | on behalf of Defendant Certain Heaven's 27 Families akaufman@grayreed.com ceary@grayreed.com |
| Avi Moshenberg | on behalf of Creditor Committee The Official Committee of Unsecured Creditors avi.moshenberg@lmbusinesslaw.com avi.moshenberg@lmbusinesslaw.com |
| Bradley E. Beckworth | on behalf of Creditor The Ad Hoc Group of Certain Heaven's 27 Families bbeckworth@nixlaw.com |
| Candice Marie Carson | on behalf of Debtor Mystic Camps Family Partnership Ltd. candice.carson@vkhh.com, Candice.Carson@ecf.courtdrive.com |
| Candice Marie Carson | on behalf of Debtor Camp Mystic LLC candice.carson@vkhh.com, Candice.Carson@ecf.courtdrive.com |
| Candice Marie Carson | on behalf of Debtor Natural Fountains Properties Inc. candice.carson@vkhh.com, Candice.Carson@ecf.courtdrive.com |
| Candice Marie Carson | on behalf of Debtor Mystic Camps Management LLC candice.carson@vkhh.com, Candice.Carson@ecf.courtdrive.com |
| Christopher DiPompeo | on behalf of Creditor Committee The Official Committee of Unsecured Creditors cdipompeo@willkie.com maodc1@willkie.com |
| Christopher W Martin | on behalf of Mediator National Union Fire Insurance Company of Pittsburgh Pa. martin@mdjwlaw.com, letyc@mdjwlaw.com |
| Christopher W Martin | on behalf of Interested Party Granite State Insurance Company martin@mdjwlaw.com letyc@mdjwlaw.com |
| Deirdre Carey Brown | on behalf of Debtor Camp Mystic LLC deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com |
| Deirdre Carey Brown | on behalf of Interested Party Richard G. Eastland Jr. deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com |
| Deirdre Carey Brown | on behalf of Debtor Natural Fountains Properties Inc. deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com |
| Deirdre Carey Brown | on behalf of Creditor Committee The Official Committee of Unsecured Creditors deirdre.brown@vkhh.com dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com |
| Deirdre Carey Brown | on behalf of Interested Party Willetta Eastland deirdre.brown@vkhh.com dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com |
| Deirdre Carey Brown | on behalf of Interested Party Lacy M. Lawrence and John B. Lawrence deirdre.brown@vkhh.com dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com |
| Deirdre Carey Brown | on behalf of Plaintiff Mystic Camps Family Partnership Ltd. deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com |
| Deirdre Carey Brown | on behalf of Debtor Mystic Camps Family Partnership Ltd. deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com |
| Deirdre Carey Brown | on behalf of Debtor Mystic Camps Management LLC deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com |
| Deirdre Carey Brown | on behalf of Plaintiff Camp Mystic LLC deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com |
| Deirdre Carey Brown | on behalf of Creditor Certain Heaven's 27 Families deirdre.brown@vkhh.com dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;fors |

heyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com

| | |
|---|---|
| Deirdre Carey Brown | on behalf of Interested Party Mary E. Eastland deirdre.brown@vkhh.com dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com |
| Deirdre Carey Brown | on behalf of Interested Party George Albritton Eastland deirdre.brown@vkhh.com dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com |
| Deirdre Carey Brown | on behalf of Plaintiff Mystic Camps Management LLC deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com |
| Deirdre Carey Brown | on behalf of Interested Party Edward S. Eastland deirdre.brown@vkhh.com dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com |
| Deirdre Carey Brown | on behalf of Plaintiff Natural Fountains Properties Inc. deirdre.brown@vkhh.com, dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com;forsheyprostokllp@jubileebk.net;khartogh@ecf.courtdrive.com |
| Diane Wade Sanders | on behalf of Creditor Kerr County austin.bankruptcy@publicans.com |
| Emily Meraia | on behalf of Interested Party Edward S. Eastland emeraia@krcl.com |
| Emily Meraia | on behalf of Interested Party Willetta Eastland emeraia@krcl.com |
| Emily Meraia | on behalf of Interested Party William Neely Bonner III emeraia@krcl.com |
| Emily Meraia | on behalf of Interested Party George Albritton Eastland emeraia@krcl.com |
| Emily Meraia | on behalf of Interested Party Mary E. Eastland emeraia@krcl.com |
| Emily S Chou | on behalf of Debtor Camp Mystic LLC emily.chou@vkhh.com, echou@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Jamie Penton Cooper | on behalf of Mediator National Union Fire Insurance Company of Pittsburgh Pa. cooper@mdjwlaw.com, laurav@mdjwlaw.com |
| Jamie Penton Cooper | on behalf of Interested Party Granite State Insurance Company cooper@mdjwlaw.com laurav@mdjwlaw.com |
| Jana Smith Whitworth | on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov |
| Jason S Brookner | on behalf of Creditor Certain Heaven's 27 Families jbrookner@grayreed.com lwebb@grayreed.com |
| Jason S Brookner | on behalf of Defendant Certain Heaven's 27 Families jbrookner@grayreed.com lwebb@grayreed.com |
| Jason S Brookner | on behalf of Creditor The Ad Hoc Group of Certain Heaven's 27 Families jbrookner@grayreed.com lwebb@grayreed.com |
| Jayson B. Ruff | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Jeffrey Gresham Tinkham | on behalf of Mediator National Union Fire Insurance Company of Pittsburgh Pa. tinkham@mdjwlaw.com, paulaj@mdjwlaw.com |
| Jeffrey Gresham Tinkham | on behalf of Interested Party Granite State Insurance Company tinkham@mdjwlaw.com paulaj@mdjwlaw.com |
| Jeffrey Philipp Prostok | on behalf of Plaintiff Camp Mystic LLC jeff.prostok@vkhh.com, jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;bankrup |

tcy.docketing@ecf.courtdrive.com

Jeffrey Philipp Prostok
on behalf of Debtor Camp Mystic LLC jeff.prostok@vkhh.com, jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jennifer Jaye Hardy
on behalf of Creditor Committee The Official Committee of Unsecured Creditors jhardy2@willkie.com mao@willkie.com

John J. Kane
on behalf of Interested Party Willetta Eastland jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane
on behalf of Interested Party Richard G. Eastland Jr. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane
on behalf of Interested Party George Albritton Eastland jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane
on behalf of Interested Party Mary E. Eastland jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane
on behalf of Interested Party Edward S. Eastland jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane
on behalf of Interested Party William Neely Bonner III jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

Justin Tschoepe
on behalf of Interested Party Natalie Landry jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Caitlin Bonner jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Elizabeth DeWitt jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party John Ferruzzo jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Wendie Childress jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Lindsey McCrory jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Patricia Bellows jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Ben Landry jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Andrea Ferruzzo jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Ryan DeWitt jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Warren Bellows jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Blake Bonner jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Justin Tschoepe
on behalf of Interested Party Matthew Childress jtschoepe@yettercoleman.com srichey@yettercoleman.com,scsizmadia@yettercoleman.com

Lydia R Webb

on behalf of Defendant Ryan and Elizabeth DeWitt individually and as Representatives of the Estate of MD lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Brandt and Lisa Dillon individually and as Representatives and Heirs of the Estate of LD lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Michael McCown individually and on behalf of the Estate of LM lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant John and Andrea Ferruzzo individually and as Representatives of the Estate of KF lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Ben and Natalie Landry individually and as Representatives of the Estate of LL lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Andrew Sheedy individually and on behalf of the Estate of MS lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Blake and Caitlin Bonner individually and as Representatives of the Estate of LB lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Kristin Pohl lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Jorge Toranzo individually and on behalf of the Estate of GT lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Christopher Jacobe individually and as Personal Representative of the Estate of MJ lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Jennifer Getten lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Will Steward individually and as Representative and Heir of the Estate of CS lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Clarke Baker lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Stacy Stevens lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Melissa Peck individually and on behalf of the Estate of EP lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Patrick Marsh lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Catherine CiCi Steward individually and as Representative and Heir of the Estate of CS lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Matthew Pohl individually and on behalf of the Estate of AP lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant J. Wade and Malorie Lytal individually and as Representatives and Heirs of the Estate of KL lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Ellen Toranzo lwebb@grayreed.com vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant W. Douglas and Carrie Hanna individually and as Representatives and Heirs of the Estate of HH lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Cole and Allison Naylor individually and as Representatives and Heirs of the Estate of VN lwebb@grayreed.com, vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant Warren and Patricia Bellows individually and as Representatives of the Estate of AB

| | |
|---|---|
| | lwebb@grayreed.com, vsalazar@grayreed.com |
| Lydia R Webb | on behalf of Defendant Timothy Peck individually and on behalf of the Estate of EP lwebb@grayreed.com, vsalazar@grayreed.com |
| Lydia R Webb | on behalf of Creditor Certain Heaven's 27 Families lwebb@grayreed.com vsalazar@grayreed.com |
| Lydia R Webb | on behalf of Defendant Lindsey McCrory individually and as Representative of the Estate of BM lwebb@grayreed.com, vsalazar@grayreed.com |
| Lydia R Webb | on behalf of Defendant Ellen Sheedy lwebb@grayreed.com vsalazar@grayreed.com |
| Lydia R Webb | on behalf of Defendant Katie Baker lwebb@grayreed.com vsalazar@grayreed.com |
| Lydia R Webb | on behalf of Defendant Davin and Anne Lindsey Hunt individually and as Representatives and Heirs of the Estate of JH lwebb@grayreed.com, vsalazar@grayreed.com |
| Lydia R Webb | on behalf of Creditor The Ad Hoc Group of Certain Heaven's 27 Families lwebb@grayreed.com vsalazar@grayreed.com |
| Lydia R Webb | on behalf of Defendant Lars and Lacey Hollis individually as Representatives and Heirs of the Estate of VH lwebb@grayreed.com, vsalazar@grayreed.com |
| Lydia R Webb | on behalf of Defendant Matthew and Wendie Childress individually and as Representatives of the Estate of CC lwebb@grayreed.com, vsalazar@grayreed.com |
| Lydia R Webb | on behalf of Defendant Douglas Getten individually and on behalf of the Estate of EG lwebb@grayreed.com, vsalazar@grayreed.com |
| Lydia R Webb | on behalf of Defendant Certain Heaven's 27 Families lwebb@grayreed.com vsalazar@grayreed.com |
| Lydia R Webb | on behalf of Defendant Johnny Stevens individually and on behalf of the Estate of MS lwebb@grayreed.com, vsalazar@grayreed.com |
| Lydia R Webb | on behalf of Defendant Samantha Jordan lwebb@grayreed.com vsalazar@grayreed.com |
| Lydia R Webb | on behalf of Defendant Callie McCown lwebb@grayreed.com vsalazar@grayreed.com |
| Lydia R Webb | on behalf of Defendant Jill Marsh lwebb@grayreed.com vsalazar@grayreed.com |
| Lynda Lee Lankford | on behalf of Debtor Camp Mystic LLC lynda.lankford@vkhh.com, llankford@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com |
| Martin A Sosland | on behalf of Debtor Mystic Camps Management LLC martin.sosland@vkhh.com, kristina.hartogh@vkhh.com;martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com |
| Martin A Sosland | on behalf of Plaintiff Mystic Camps Management LLC martin.sosland@vkhh.com, kristina.hartogh@vkhh.com;martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com |
| Martin A Sosland | on behalf of Plaintiff Mystic Camps Family Partnership Ltd. martin.sosland@vkhh.com, kristina.hartogh@vkhh.com;martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com |
| Martin A Sosland | on behalf of Debtor Mystic Camps Family Partnership Ltd. martin.sosland@vkhh.com, kristina.hartogh@vkhh.com;martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com |
| Martin A Sosland | on behalf of Debtor Camp Mystic LLC martin.sosland@vkhh.com, kristina.hartogh@vkhh.com;martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com |

| | |
|---|---|
| Martin A Sosland | on behalf of Plaintiff Camp Mystic LLC martin.sosland@vkhh.com, kristina.hartogh@vkhh.com;martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com |
| Martin A Sosland | on behalf of Debtor Natural Fountains Properties Inc. martin.sosland@vkhh.com, kristina.hartogh@vkhh.com;martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com |
| Martin A Sosland | on behalf of Plaintiff Natural Fountains Properties Inc. martin.sosland@vkhh.com, kristina.hartogh@vkhh.com;martin.sosland@ecf.courtdrive.com;bankruptcy.docketing@vhh.law;Bankruptcy.docketing@ecf.courtdrive.com |
| Marty L Brimmage | on behalf of Interested Party Lacy M. Lawrence and John B. Lawrence mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;txdocketing@akingump.com |
| Mary Taylor Stanberry | on behalf of Debtor Camp Mystic LLC mary.stanberry@vkhh.com, bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com;mary.stanberry@ecf.courtdrive.com |
| Nicholas Lawson | on behalf of Creditor Committee The Official Committee of Unsecured Creditors nick.lawson@lmbusinesslaw.com kate.taylor@lmbusinesslaw.com |
| R Paul Yetter | on behalf of Interested Party Wendie Childress pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com |
| R Paul Yetter | on behalf of Interested Party Elizabeth DeWitt pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com |
| R Paul Yetter | on behalf of Interested Party Ben Landry pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com |
| R Paul Yetter | on behalf of Interested Party Ryan DeWitt pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com |
| R Paul Yetter | on behalf of Interested Party John Ferruzzo pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com |
| R Paul Yetter | on behalf of Interested Party Warren Bellows pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com |
| R Paul Yetter | on behalf of Interested Party Caitlin Bonner pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com |
| R Paul Yetter | on behalf of Interested Party Patricia Bellows pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com |
| R Paul Yetter | on behalf of Interested Party Natalie Landry pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com |
| R Paul Yetter | on behalf of Interested Party Blake Bonner pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com |
| R Paul Yetter | on behalf of Interested Party Matthew Childress pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com |
| R Paul Yetter | on behalf of Interested Party Lindsey McCrory pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com |
| R Paul Yetter | on behalf of Interested Party Andrea Ferruzzo pyetter@yettercoleman.com efile@yettercoleman.com;svacek@yettercoleman.com;ddean@yettercoleman.com;srichey@yettercoleman.com |
| Susan C Mathews | on behalf of Creditor Katie Dalrymple smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | |

| | |
|---|---|
| | on behalf of Creditor Susan Brooks smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Clinton Holmes smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Aimee Hale smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Jesse Farrell smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Camp Family Creditors smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Beverly Lesyna smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Tara Bradburn smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Margaret Solomon smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor David Montgomery smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor The Camp Family Creditors smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Doug Wright smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Lindsey Roberson smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Kathleen Zinn smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Susan C Mathews | on behalf of Creditor Elizabeth Parker smathews@bakerdonelson.com jramos@bakerdonelson.com |
| Suzanne K. Rosen | on behalf of Debtor Camp Mystic LLC suki.rosen@vkhh.com, srosen@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;kristina.hartogh@vkhh.com;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 146