**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAMP MYSTIC, LLC,[1] | Case No. 26-90621 (CML) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 399** |

**<u>CERTIFICATE OF SERVICE</u>**

I, HALLIE DREIMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 30, 2026, I caused to be served the "Objection of the Official Committee of Unsecured Creditors to (I) Camp Family Creditors' Emergency Motion to Reconstitute the Official Committee of Unsecured Creditors or, in the Alternative Appoint a Separate Committee and (II) Debtors' Joinder Thereto," dated October 30, 2026 [Docket No. 399], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Hallie Dreiman*
Hallie Dreiman

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

# EXHIBIT A

| Name | Address |
|---|---|
| HUNT COUNTY HEALTH DEPARTMENT | LOCAL HEALTH AUTHORITY 2700 JOHNSON ST GREENVILLE TX 75401 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE | 1111 CONSTITUTION AVE., NW WASHINGTON DC 20224 UNITED STATES OF AMERICA |
| JK BERNARD CONSTRUCTION | 2546 GOAT CREEK KERRVILLE TX 78028 UNITED STATES OF AMERICA |
| MARTIN, DISIERE, JEFFERSON & WISDOM, LLP | (COUNSEL TO AIG) ATTN: C. MARTIN, J. COOPER & J. TINKHAM 808 TRAVIS STREET, STE 1100 HOUSTON TX 77002 UNITED STATES OF AMERICA |
| NAME ON FILE | ADDRESS ON FILE |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE W WASHINGTON DC 20549 UNITED STATES OF AMERICA |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 UNITED STATES OF AMERICA |
| TEXAS COMMISSION ON ENVIRONMENTAL | QUALITY (TCEQ) 12100 PARK 35 CIRCLE AUSTIN TX 78753 UNITED STATES OF AMERICA |
| TEXAS DEPARTMENT OF AGRICULTURE | 1700 N. CONGRESS 11TH FLOOR AUSTIN TX 78701 UNITED STATES OF AMERICA |
| TEXAS DEPARTMENT OF STATE HEALTH | SERVICES REGIONAL HEALTH OPERATIONS 1100 WEST 49TH STREET AUSTIN TX 78756 UNITED STATES OF AMERICA |
| TEXAS HEALTH & HUMAN SERVICES | COMMISSION, NORTH AUSTIN COMPLEX 4601 W. GUADALUPE ST AUSTIN TX 78751-3146 UNITED STATES OF AMERICA |
| U.S. ATTORNEY'S OFFICE FOR THE SDTX | 1000 LOUISIANA ST., SUITE 2300 HOUSTON TX 77002 UNITED STATES OF AMERICA |

Total Count: 12

# EXHIBIT B

| Name | Email |
|---|---|
| AKIN GUMP | MBRIMMAGE@AKINGUMP.COM |
| AKIN GUMP STRAUSS HAUER & FELD LLP | MBRIMMAGE@AKINGUMP.COM; RTIZRAVESH@AKINGUMP.COM |
| AKIN GUMP STRAUSS HAUER & FELD LLP | IDIZENGOFF@AKINGUMP.COM |
| ARNOLD & ITKIN LLP | KARNOLD@ARNOLDITKIN.COM; KFINDLEY@ARNOLDITKIN.COM; KSELLERS@ARNOLDITKIN.COM; JGRINNAN@ARNOLDITKIN.COM; E-SERVICE@ARNOLDITKIN.COM |
| BECK REDDEN LLP | RPOST@BECKREDDEN.COM; AMCDANIEL@BECKREDDEN.COM |
| CASTAGNA SCOTT LLP | LYNN@TEXASDEFENSE.COM |
| FERGUSON LAW FIRM LLP | TFERGUSON@THEFERGUSONLAWFIRM.COM |
| GRAY REED | JBROOKNER@GRAYREED.COM; LWEBB@GRAYREED.COM; AKAUFMAN@GRAYREED.COM |
| HOWRY BREEN & HERMAN, L.L.P. | RHOWRY@HOWRYBREEN.COM; SBREEN@HOWRYBREEN.COM |
| JEFFERSON CANO, PLLC | LJEFFERSON@JEFFERSONCANO.COM; ECANO@JEFFERSONCANO.COM |
| KANE RUSSELL COLEMAN LOGAN PC | JCOLEMAN@KRCL.COM; JDABERA@KRCL.COM |
| KANE RUSSELL COLEMAN LOGAN PC | EMERAIA@KRCL.COM |
| LANIER LAW FIRM, P.C. | MARK.LANIER@LANIERLAWFIRM.COM; SAM.TAYLOR@LANIERLAWFIRM.COM; ANGELA.SPOEDE@LANIERLAWFIRM.COM |
| LAWSON & MOSHENBERG PLLC | NICK.LAWSON@LMBUSINESSLAW.COM; AVI.MOSHENBERG@LMBUSINESSLAW.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | AUSTIN.BANKRUPTCY@LGBS.COM |
| MITHOFF LAW | RMITHOFF@MITHOFFLAW.COM; WHOCKER@MITHOFFLAW.COM |
| NAMAN, HOWELL, SMITH & LEE, PLLC | ASPY@NAMANHOWELL.COM |
| NAMAN, HOWELL, SMITH & LEE, PLLC | SODELL@NAMANHOWELL.COM |
| NAMAN, HOWELL, SMITH & LEE, PLLC | MAYFIELD@NAMANHOWELL.COM |
| NAME ON FILE | ADDRESS ON FILE |
| NIX PATTERSON, LLP | BBECKWORTH@NIXLAW.COM; CYARNELL@NIXLAW.COM; DFABSHERE@NIXLAW.COM |
| OFFICE OF THE US TRUSTEE | HA.NGUYEN@USDOJ.GOV; JAYSON.B.RUFF@USDOJ.GOV; JANA.WHITWORTH@USDOJ.GOV |
| RAY \| PEÑA, P.C. | JRAY@RAYLAW.COM |
| STEVENSON & MURRAY | JSTEVENSON@STEVENSONMURRAY.COM; RHAND@STEVENSONMURRAY.COM |
| TEFTELLER LAW, PLLC | JT@TLAW-PLLC.COM |
| THE ARMSTRONG FIRM, PLLC | RWAII@TAFPLLC.COM |
| THE TOWNSEND LAW FIRM, LLC | BLAIR@THETOWNSENDLAWFIRM.COM |
| WALTERS BALIDO & CRANE | CARLOS.BALIDO@WBCLAWFIRM.COM |
| WALTERS BALIDO & CRANE | CARLOS.BALIDO@WBCLAWFIRM.COM |
| WATTS LAW FIRM LLP | MIKAL@WATTSLLP.COM |
| WILLKIE FARR & GALLAGHER LLP | JHARDY2@WILLKIE.COM |
| WILLKIE FARR & GALLAGHER LLP | BMILLER@WILLKIE.COM; SCHAPMAN@WILLKIE.COM; JBURBAGE@WILLKIE.COM |
| WRIGHT CLOSE BARGER & GUZMAN, LLP | WRIGHT@WRIGHTCLOSEBARGER.COM; BARGER@WRIGHTCLOSEBARGER.COM; FAIR@WRIGHTCLOSEBARGER.COM; JFIVESON@WCBGLAW.COM |

| Name | Email |
|---|---|
| YETTER COLEMAN LLP | PYETTER@YETTERCOLEMAN.COM; JTSCHOEPE@YETTERCOLEMAN.COM; JRSIMPSON@YETTERCOLEMAN.COM; SSMITH@YETTERCOLEMAN.COM |

Total Count: 63